# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | James F. Holderman | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 09 C 5340 | **DATE** | 4/12/2011 |
| **CASE TITLE** | Scheinman vs. Martin's Bulk Milk Service, Inc, et al. | | |

**DOCKET ENTRY TEXT**

ENTER MEMORANDUM OPINION AND ORDER: CSXI's motion to dismiss [123] is granted and Plaintiff's claim against CSXI (Count II) is dismissed without prejudice. Plaintiff is granted leave to file an amended Count II against CSXI in a Fifth Amended Complaint, if he can do so consistent with the court's Memorandum Opinion and Order and with Rule 11, on or before 4/29/2011. IPC's motion to dismiss [94] and the UACL/OEI/OX Defendants' motion to dismiss [96] are denied. IPC and the UACL/OEI/OX Defendants are to file their respective answers on or before 5/13/2011. Status hearing set for 5/19/2011 for purposes of scheduling further dates. All parties are encouraged to discuss settlement.

Consistent with Footnote 1 of the court's Memorandum Opinion and Order, the Clerk of Court is directed to terminate defendant Overnight Logistics, Inc. and amend the case caption to correctly name defendant Universal Am Can Ltd.

Notices mailed.

| | Courtroom Deputy Initials: | A.M.M. |
|---|---|---|