IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **MURRAY SCHEINMAN, Plenary Guardian** of the Estate and Person of Jeffrey **SCHEINMAN, a Disabled Person,** )<br><br>Plaintiffs, )<br><br>-vs- )<br><br>**MARTIN'S BULK MILK SERVICE, INC., SAMUEL G. FRANKE, CSX INTERMODAL, INC., INTERNATIONAL LLC, UNIVERSAL AM CAM, LTD.,** ) | Case No.: 09 cv 05340<br><br>Judge: Hon. James Holderman |

**MOTION FOR REASSIGNMENT AND
CONSOLIDATATION OF RELATED CASES**

NOW COME BMW OF NORTH AMERICA, LLC ("BMW NA"), a corporation, and BAYERISCHE MOTOREN WERKE AG ("BMW AG"), by and through their attorneys, James K. Toohey and Timothy R. Couture, and (1) moves pursuant to *Local Rule 40.4* to have the matter of:

> *Murray Scheinman, Plenary Guardian Of The Estate And Person Of Jeffrey Scheinman, A Disabled Person, Plaintiff v. BMW of North America, LLC, Bayerische Motoren Werke Aktiengesellschaft, Defendants/Third Party Plaintiffs v. Martin's Bulk Milk Service, Inc., Samuel G. Franke, CSX Intermodal, Inc., International Paper Company, Overnite Express, Inc., Overnite Logistics, Inc., OX LLC, Universal AM CAM Ltd.*, *Third Party Defendants,* Docket No. 11 cv 2687 (hereinafter referred to as "*Scheinman v. BMW")*

reassigned, and pursuant to F.R.Civ.P. 42(a), consolidated with the earlier-filed, related case currently assigned to Judge James Holderman, entitled:

> *Murray Scheinman, Plenary Guardian Of The Estate And Person Of Jeffrey Scheinman, A Disabled Person, Plaintiff v. Martin's Bulk Milk Service, Inc., Samuel G. Franke, CSX Intermodal, Inc., International Paper Company, Overnite Express, Inc., Overnite Logistics, Inc., OX LLC, Universal AM CAM Ltd.,* Docket No. 09 cv 05340 (hereinafter referred to as "*Scheinman v. Franke et al.").*

In both cases, Plaintiff alleges that Jeffrey Scheinman suffered the same injuries in the same vehicular collision. In *Scheinman v. BMW*, he claims the injuries were caused by an unreasonably dangerous condition in his BMW vehicle. In *Scheinman v. Franke*, *et al.*, he alleges the injuries were caused by the negligence of the driver and those affiliated with him.

BMW NA and BMW AG further move pursuant to Rule 42(a) of the Federal Rules of Civil Procedure to consolidate the two cases for discovery and for later determination as to whether the cases should be consolidated for trial. BMW NA and BMW AG submit herewith their memorandum in support of motion for reassignment and consolidation of related cases pursuant to Local Rule 40.4 and Federal Rules of Civil Procedure Rule 42(a)(2).

WHEREFORE, for the reasons stated in this motion and accompanying memorandum of facts and law, Defendants BMW of NORTH AMERICA, LLC ("BMW NA") and BAYERISCHE MOTOREN WERKE AG respectfully request that this Honorable Court enter an order:

1. Reassigning to this Court the later-filed, related case of *Murray Scheinman, Plenary Guardian Of The Estate And Person Of Jeffrey Scheinman, A Disabled Person, Plaintiff v. BMW of North America, LLC, Bayerische Motoren Werke Aktiengesellschaft, Defendants/Third Party Plaintiffs v. Martin's Bulk Milk Service, Inc., Samuel G. Franke, CSX Intermodal, Inc., International Paper Company, Overnite Express, Inc., Overnite Logistics, Inc., OX LLC, Universal AM CAM Ltd.*, *Third Party Defendants,* Docket No. 11 cv 2687;

2. Consolidating *Scheinman v. Martin's Bulk Milk Service, Inc., Samuel G. Franke, CSX Intermodal, Inc., International Paper Company, Overnite Express, Inc., Overnite Logistics, Inc., OX LLC, Universal AM CAM Ltd., Docket No.* 09 cv

05340 with the later-filed, related case, *Murray Scheinman, Plenary Guardian Of The Estate And Person Of Jeffrey Scheinman, A Disabled Person, Plaintiff v. BMW of North America, LLC, Bayerische Motoren Werke Aktiengesellschaft, Defendants/Third Party Plaintiffs v. Martin's Bulk Milk Service, Inc., Samuel G. Franke, CSX Intermodal, Inc., International Paper Company, Overnite Express, Inc., Overnite Logistics, Inc., OX LLC, Universal AM CAM Ltd., Third Party Defendants,* Docket No. 11 cv 2687,

3. Granting such further relief as is appropriate and just.

                          Respectfully submitted,

                          JOHNSON & BELL, LTD.,

                          By:    /s/ *Timothy R. Couture*
                              One of the Attorneys for Defendants
                              BMW of NORTH AMERICA, LLC and
                              BAYERISCHE MOTOREN WERKE AG

James K. Toohey
Timothy R. Couture
Rebecca L. Matthews
JOHNSON & BELL, LTD.,
33 West Monroe Street, Suite 2700
Chicago, Illinois 60603
Telephone: (312) 372-0770

Doc 2694624

3

## **CERTIFICATE OF SERVICE**

    The undersigned certifies that he filed the foregoing **Motion For Reassignment and Consolidatation of Related Cases** via electronic filing and served a copy of the above documents on all counsel of record by depositing true and correct copies of same in the United States Mail, first class postage prepaid, this 22nd day of April, 2011.

                                           /s/ *Timothy R. Couture*
                                     *I certify that the statements set forth herein are*
                                     *true and correct*