# EXHIBIT C

Order (2/24/05) CCG N002

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS

MURRAY SCHEINMAN, etc.

v.

BMW of North America, Inc., et al.

No. 10 L 7496

### ORDER

This cause coming before the Court on Defendant Karl Knauz Motors, Inc.'s motion to dismiss based on 735 ILCS 2-621 as to Count I and 735 ILCS 2-615 and 2-619 as to Count II, the matter having been duly noticed and briefed by the parties and the Court having heard oral argument and being advised in the premises;

It is ordered that Defendants Knauz Motor Sales, Inc., Knauz Mini, Karl Knauz BMW, Knauz Automotive Group, Inc., and Knauz Continental Autos, Inc. are dismissed voluntarily by agreement of the parties;

It is ordered that Karl Knauz Motors, Inc.'s motion to dismiss is granted as to both Counts I and II; and

It is ordered that the Plaintiff's cause shall proceed against BMW of North America, LLC and Bayerische Motoren Werke Aktiengesellschaft only.

Atty. No.: 06347
Name: James Toohey
     Johnson & Bell, Ltd.
Atty. for: Defendants
Address: 33 W. Monroe
City/State/Zip: Chicago, IL 60603
Telephone: 312-984-0280

ENTERED:

Dated: **ENTERED MAR 25 2011 JUDGE JEFFREY LAWRENCE**

Judge _____ Judge's No.

DOROTHY BROWN, CLERK OF THE CIRCUIT COURT OF COOK COUNTY

EXHIBIT C