# EXHIBIT E

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MURRAY SCHEINMAN, Plenary Guardian of the Estate and Person of Jeffrey SCHEINMAN, a Disabled Person,<br><br>        Plaintiffs,<br><br>-vs-<br><br>BMW of NORTH AMERICA, LLC, a Corporation, BAYERISCHE MOTOREN WERKE AKTIENGESELLSCHAFT, a Corporation, et al.,<br><br>        Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) NO.<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## DECLARATION OF DAVID CORDERO IN SUPPORT OF BMW OF NORTH AMERICA, LLC'S NOTICE OF REMOVAL

I, David Cordero, state and declare as follows:

1. I am Corporate Counsel and Assistant Secretary at BMW of North America, LLC ("BMW NA"). My business address is 300 Chestnut Ridge Road, Woodcliff Lake, New Jersey 07677-7731. I have personal knowledge of the facts set forth in this declaration and, if called to testify as a witness to any of its contents, I could and would do so under oath.

2. I submit this Declaration in support of BMW NA and BMW AG's Notice of Removal submitted contemporaneously herewith.

### BMW NA'S STATE OF CITIZENSHIP

3. I have reviewed the Complaint in this action titled *Murray Scheinman, Plenary Guardian of the Estate and Person of Jeffrey Scheinman, a Disabled Person v. BMW of North America, LLC and Bayerische Motoren Werke AG*, filed on June 28, 2010 in the Circuit Court of Cook County, Illinois, and am familiar with its contents.



4. BMW NA is a Delaware limited liability company and has its headquarters and principal place of business in Woodcliff Lake, New Jersey. BMW NA is not a citizen of the State of Illinois and has never been incorporated or had its principal place of business there. The sole member of BMW NA is BMW (US) Holding Corp., a Delaware corporation that maintained, and still maintains, its headquarters and principal place of business in New Jersey. BMW (US) Holding Corp. is not a citizen of the State of Illinois and has never been incorporated or had its principal place of business there.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this 30 day of March, 2011 at Woodcliff Lake, New Jersey.

_____
DAVID CORDERO