# EXHIBIT F

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MURRAY SCHEINMAN, Plenary Guardian of the Estate and Person of Jeffrey SCHEINMAN, a Disabled Person,<br><br>　　　　　Plaintiffs,<br><br>　　-vs-<br><br>BMW of NORTH AMERICA, LLC, a Corporation, BAYERISCHE MOTOREN WERKE AKTIENGESELLSCHAFT, a Corporation, et al.,<br><br>　　　　　Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) NO.<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## DECLARATION OF CEDRIK THIELE AND JENS ROESSING IN SUPPORT OF NOTICE OF REMOVAL

We, Cedrik Thiele and Jens Roessing, state and declare as follows:

1. We are Corporate Counsel at Bayerische Motoren Werke Aktiengesellschaft. Our business address is Petuelring 130, 80788 Munich, Germany. We have personal knowledge of the facts set forth in this declaration and, if called to testify as witnesses to any of its contents, we could and would do so under oath.

2. We submit this Declaration in support of BMW of North America LLC's and Bayerische Motoren Werke Aktiengesellschaft's Notice of Removal submitted contemporaneously herewith.

### BMW AG'S CITIZENSHIP

3. We have reviewed the Complaint in this action titled *Murray Scheinman, Plenary Guardian of the Estate and Person of Jeffrey Scheinman, a Disabled Person v. BMW of North*


EXHIBIT F

*America, LLC and Bayerische Motoren Werke AG*, filed on June 28, 2010 in the Circuit Court of Cook County, Illinois, and are familiar with its contents.

4. Bayerische Motoren Werke Aktiengesellschaft is a corporation established under the laws of the Federal Republic of Germany, with its principal place of business in Munich, Germany. Bayerische Motoren Werke Aktiengesellschaft is not a citizen of the State of Illinois and has never been incorporated or had its principal place of business in Illinois.

We declare under penalty of perjury under the laws of the United States that the foregoing is true and correct to the best of our knowledge.

Executed this 19 day of April, 2011 in Munich, Germany.

JENS ROESSING

CEDRIK THIELE