IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MURRAY SCHEINMAN, Plenary Guardian of the Estate and Person of JEFFREY J. SCHEINMAN, a Disabled Person,<br><br>      Plaintiff,<br><br>v.<br><br>MARTIN'S BULK MILK SERVICE, INC., SAMUEL G. FRANKE, CSX INTERMODAL, INC., INTERNATIONAL PAPER COMPANY, OVERNITE EXPRESS, INC., OVERNITE LOGISTICS, INC., OX LLC, UNIVERSAL AM CAN LTD.,<br><br>      Defendants. | Case No.: 09 CV 5340<br><br>Honorable James F. Holderman |

**REPORT OF THE PARTIES' PLANNING MEETING**

1. **Status Hearing and Telephone Conference**: This matter is set for a status before the Court on April 28, 2011 at 9:00 a.m. Counsel for most of the parties participated in a telephone conference on April 22, 2011 to discuss a proposed discovery schedule for this case.

      *Attorneys for Plaintiff*
      Richard Burke, Jr.
      Courtney Boho Marincsin
      Clifford Law Offices, P.C.
      120 N. LaSalle Street, Suite 3100
      Chicago, IL 60602
      Phone: (312) 899-9090

      *Attorneys for Franke and MBMS*
      Joseph G. Skryd
      Matthew R. Schreck
      Mulhern, Rehfeldt & Varchetto, P.C.
      211 South Wheaton Avenue
      Suite 200
      Wheaton, IL 60187
      Phone: (630) 653-9300

*Additional Attorneys for MBMS*
Robert J. Golden
Dowd & Dowd, Ltd.
617 W. Fulton Street
Chicago, IL 60661
(312) 704-4400

*Attorneys for International Paper Company, Universal Am Can, Ltd., s/b/a and Successor to Overnite Express Inc., and OX, LLC*
Carlton D. Fisher
William Yu
Hinshaw & Culbertson LLP
222 North LaSalle Street
Suite 300
Chicago, IL 60601
Phone: (312) 704-3450

*Attorney for CSX INTERMODAL, INC.*
Scott C. Bentivenga
Lewis Brisbois Bisgaard & Smith LLP
550 W. Adams Street
Suite 300
Chicago, IL 60661
(312) 463-3341
(Mr. Bentivenga did not participate in the telephone conference since he awaits an amended pleading concerning his client.)

2. **Initial Disclosures**: Most of the parties to this case completed initial disclosures many months ago. These disclosures will be updated along with the service of disclosures by parties which have not served disclosures on or before **June 3, 2011**.

3. **Discovery Plan**: The parties to this case are aware of the existence of a related case entitled *Scheinman v. BMW*, Case No. 11 CV 2687, that was removed from the Circuit Court of Cook County to the United States District Court for the Northern District of Illinois on April 21, 2011. Counsel for BMW has noticed a motion concerning discovery consolidation for April 28, 2011 at 9:00 a.m. before this Court. The discovery plan set forth in this section of the report contemplates the coordination of discovery between the older *Scheinman v. MBMS* case and the recently removed *Scheinman v. BMW* case.

   a. Current disclosures, written discovery responses, and subpoenaed records show that there are scores of witnesses to the events leading up to the motor vehicle accident on July 2, 2008, the accident itself, the investigation of the accident, and the medical care required for Jeffrey

2

Scheinman, who suffered extensive burns on his body and is confined to an institution. Consequently, additional written discovery, records subpoenas, and oral depositions will be required to discover information in support of and in opposition to the plaintiff's claims of negligence and vicarious liability against the defendants in the *Scheinman v. MBMS* case. In addition, the products liability action filed by the plaintiff against BMW will undoubtedly require extensive discovery, especially since BMW has filed third party claims for contribution against all of the defendants who are defendants in the *Scheinman v. MBMS* case. Moreover, the defendants, Samuel Franke and MBMS, have been named in a state court subrogation action (valued less than $75,000) brought by the plaintiff's automobile liability insurer. Since all of these actions involve many of the same facts, the parties anticipate and have generally agreed that they will need to coordinate the completion of depositions in these three actions so as to eliminate the need to take multiple depositions of the parties and other fact and medical witnesses.

b. **Updated disclosures/written discovery**: The parties shall issue and/or update their Rule 26 disclosures and issue written discovery (to the extent not already issued) on or before **June 3, 2011**. Answers to written discovery shall be completed by **July 15, 2011**.

c. **Fact and medical discovery**: The parties shall notice and take oral depositions on factual and medical issues until the close of factual/medical discovery on **February 29, 2012**.

d. **Plaintiff's experts**: Plaintiff shall disclose his liability, causation, and damages experts on or before **April 30, 2012**. The depositions of plaintiff's experts shall be taken on or before **June 29, 2012**.

e. **Defendants' experts**: Defendants shall disclose their liability, causation, and damages experts on or before **August 17, 2012**. The depositions of defendants' experts shall be taken on or before **October 31, 2012**.

f. **Plaintiff's rebuttal experts**: Plaintiff shall disclose any rebuttal experts on or before **November 16, 2012**. The depositions of plaintiff's rebuttal experts shall be taken on or before **December 7, 2012**.

g. **Close of discovery**: All discovery is to be completed by **December 7, 2012**.

4. **Other Items**:

    a. **Dispositive motions**: The parties shall file dispositive motions no later than **December 21, 2012**. Nothing shall preclude any party from filing a dispositive motion after the completion of fact and medical discovery on February 29, 2012.

b.     **Settlement**: The parties are not in a position at this time to discuss settlement. After an appropriate amount of discovery has been completed, the parties may attempt to resolve this matter through mediation or a settlement conference before a magistrate judge.

c.     **Pretrial matters:** The parties shall submit Rule 26(a)(3) witness lists, designations of witnesses whose testimony will be presented by deposition, and exhibit lists on a date to be set by this court. The parties shall file objections to the other parties' Rule 26(a)(3) witness lists, designation of witnesses whose testimony will be presented by deposition, and exhibit lists on a date to be set by this court.

d.     **Trial date:** The parties propose a trial date after the completion of any dispositive motion schedule set by this court as noted in section 4a above.

Respectfully submitted,

s/Richard S. Burke
One of the Attorneys for the plaintiff

s/Matthew R. Schreck
One of the Attorneys for the Defendants,
Samuel Franke and Martin's Bulk Milk Service, Inc.

s/Carlton D. Fisher
One of the Attorneys for the Defendants
International Paper Company, Overnite Express, Inc., OX LLC and Universal Am-Can, Ltd.

130090168v1 0903067 53587

## CERTIFICATE OF SERVICE

I hereby certify that on **April 22, 2011**, I electronically filed the above document, with the Clerk of the Court using the CM/ECF system which will send notification of such filing(s) to all counsel of record.

By: *s/Carlton D. Fisher*
Carlton D. Fisher

130090168v1 0903067 53587