**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| MURRAY SCHEINMAN, Plenary Guardian of the Estate and Person of JEFFREY J. SCHEINMAN, a Disabled Person, | ) ) ) ) ) | |
| Plaintiffs, | ) | No.: 09:cv 05340 |
| vs. | ) ) | |
| MARTIN'S BULK MILK SERVICE, INC., SAMUEL G. FRANKE, CSX INTERMODAL, INC., INTERNATIONAL PAPER COMPANY, OVERNITE EXPRESS, INC., OVERNITE LOGISTICS, INC., OX LLC, UNIVERSAL AM CAM LTD., | ) ) ) ) ) ) ) | |
| Third Party Defendants. | ) | |

**PLAINTIFF'S RESPONSE IN OPPOSITION TO DEFENDANTS BMW OF NORTH AMERICA'S AND BAYERISCHE MOTOREN WERKE AG MOTION FOR REASSIGNMENT**

Now comes the Plaintiff, MURRAY SCHEINMAN, Plenary Guardian of the Estate and Person of JEFFREY J. SCHEINMAN, a Disabled Person, by his attorneys, CLIFFORD LAW OFFICES, P.C., and Objects to Defendants' BMW of North America ("BMW NA") and Bayerische Motoren Werke AG ("BMW AG") Motion for Reassignment and moves this court to strike or stay Defendants' Motion for Reassignment and Consolidation, and in support thereof Plaintiff states as follows:

1. The instant case arises out of an incident involving a collision of a vehicle driven by Defendants Franke and Martins with Jeffrey Scheinman's vehicle. Franke, an employee of Martin's struck Mr. Scheinman's vehicle from the rear, resulting in a post-crash fuel fire that caused serious burn injuries to Jeffrey Scheinman.

2. The case against Defendant Martin's, Franke and other Defendants is pending here in Federal Court under case No. 09 C 5340 in front of Judge Holderman.

3. Plaintiff separately filed a product liability case against BMW NA and BMW AG relating to the design of Jeffrey Scheinman's BMW vehicle and its fuel system. Defendants BMW NA and AG removed that matter to federal court and Plaintiff sought remand which was granted by Judge Conlon. See Document #47 in Case No. 10 cv 4848. (Attached as Exhibit 1).

4. In state court Defendant Karl Knauz Motors, Inc., filed a motion to dismiss under the Distributor's Statute, claiming they are only distributors, and the court granted their motion.

5. On April 21, 2011, Defendants BMW NA and AG removed the remaining BMW case from state court to federal court. See Document #1 in Case No. 11 cv 2687 (Attached as Exhibit 2).

6. Plaintiff objects to this removal and will be filing a timely motion for remand to state court. Judge Conlon specifically addressed this issue in her written opinion and noted that "Dismissal under 735 ILCS 5/2-621 is not final until the conclusion of the case because the statute allows a dismissed defendant to be reinstated if recovery against the manufacturer becomes impossible or unavailing. 735 ILCS 5/2-621(b); Kellerman v. Crowe, 518 N.E.2d 116,117-19(Ill. 1987). The statute allows a plaintiff 'at any time' to move to reinstate a dismissed defendant upon a showing that an action against the manufacturer is time-barred, the manufacturer was incorrectly identified, the manufacturer is not subject to the court's jurisdiction, or the manufacturer cannot satisfy the judgment or settlement."

7. Defendants'/Third Party Plaintiffs' motion for reassignment, therefore, is premature and has been filed prior to the time period granted under the rules for Plaintiff to file a timely motion

to remand.

8. Plaintiff asks that this court either strike or stay Defendants BMW NA and AG's current motion for reassignment and consolidation pending ruling on Plaintiff's motion to remand the product liability case against Defendant BMW NA and BMW AG to Illinois state court.

WHEREFORE, Plaintiff asks this court to either strike Defendants/Third Party Plaintiff's motion for reassignment and consolidation, or in the alternative to stay ruling thereon until after this court has ruled on Plaintiff's motion for remand of the product liability case back to Illinois State court.

/s/ Richard F. Burke, Jr.
One of Plaintiff's Attorneys
Richard F. Burke, Jr.
ARDC No: 03121588

Richard F. Burke, Jr.
Shannon M. McNulty
Courtney Boho Marincsin
Attorneys for Plaintiff
CLIFFORD LAW OFFICES, P.C.
120 North LaSalle Street, Suite 3100
Chicago, Illinois 60602
(312) 899-9090
(312) 251-1160