RFB/SMM/CBM

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| MURRAY SCHEINMAN, Plenary Guardian of the Estate and Person of JEFFREY J. SCHEINMAN, a Disabled Person, | ) ) ) ) ) | |
| Plaintiffs, | ) ) | |
| vs. | ) ) | Case No.:09 cv 5340 |
| MARTIN'S BULK MILK SERVICE, INC., SAMUEL G. FRANKE, CSX INTERMODAL, INC., INTERNATIONAL PAPER COMPANY and OVERNITE EXPRESS, INC. | ) ) ) ) ) ) | Honorable John A. Nordberg  Magistrate Susan E. Cox |
| Defendants. | ) | |

# **CERTIFICATE OF SERVICE**

     The undersigned attorney hereby certifies that on **April 27, 2011**, he caused **Plaintiff's Response in Opposition to Defendants BMW of North America's and BAYERISCHE MOTOREN WERKE AG ("BMW AG")** to be filed electronically through the CM/ECF system which will send notification of such filing to the attorneys listed on the attached Service List.

                                        s// Richard F. Burke, Jr.
                                        Richard F. Burke, Jr. Bar Number 03121588
                                        Attorney for Plaintiff MURRAY SCHEINMAN,
                                        Plenary Guardian of the Estate and Person of
                                        JEFFREY J. SCHEINMAN, a Disabled
                                        Person

Richard F. Burke, Jr.
Shannon M. McNulty
Courtney Boho Marincsin
Attorneys for Plaintiff
CLIFFORD LAW OFFICES, P.C.
120 North LaSalle Street, Suite 3100
Chicago, Illinois 60602
(312) 899-9090
(312) 251-1160

**Case Name: Scheinman v. Martins Bulk Milk Service, Inc., et al.**
**Our File No.: 08-0066**
**Case No. 1:09-cv-05340**

# SERVICE LIST

Mr. Joseph Skryd
Mr. Matthew Schreck
Mr. James Temple
Ms. Kristen C. Leppert
MULHERIN, REHFELDT & VARCHETTO, P.C.
211 South Wheaton Avenue, Suite 200
Wheaton, Illinois 60187
(630) 653-9300
(630) 653-9316 (Fax)
jskryd@mrvlaw.com
mschreck@mrvlaw.com
jtemple@mrvlaw.com

Mr. Robert J. Golden
Mr. Daniel Polsby
DOWD & DOWD, LTD.
617 West Fulton
Chicago, Illinois 60661
(312) 704-4400
(312) 704-4500 (Fax)
rgolden@dowdanddowd.com
dpolsby@dowdanddowd.com
**Attorneys for Defendants: Martin's Bulk Milk Service, Inc. And Samuel G. Franke**

Neil O'Connor
Evan B. Karnes, II
O'CONNOR & KARNES
177 North State Street, 3rd Floor
Chicago, Illinois 60601
(312) 629-8900
(312) 629-0109 (Fax)
noconnor@oconnorkarnes.com
ekarnes@oconnorkarnes.com

Scott C. Bentivenga
Michael S. Haggerty
LEWIS, BRISBOIS, BISGAARD & SMITH, LLP
550 West Adams Street, Suite 300
Chicago, Illinois 60661
(312) 463-3341
(312) 345-1778 (Fax)
sbentivenga@lbbslaw.com
**Attorney for Defendant: CSX Intermodal, Inc.**

Carlton D. Fisher
William Yu
HINSHAW AND CULBERTSON, LLP
222 North LaSalle Street, Suite 300
Chicago, Illinois  60601
(312)704-3000
(312) 704-3001 (Fax)
cfisher@hinshawlaw.com
wyu@hinshawlaw.com
**Attorney for Defendant: International Paper Company and Universal Am Can, Ltd., s/b/a and Successor to Overnite Express Inc.**

Mr. James K. Toohey
Mr. Timothy R. Couture
JOHNSON & BELL, LTD.
33 West Monroe Street, Suite 2700
Chicago, Illinois 60603
(312) 372-0770
(312) 372-9818 (Fax)
tooheyj@jbltd.com
couturet@jbltd.com
ATTORNEYS FOR DEFENDANTS: KARL KNAUZ MOTORS, INC., a corporation; KNAUZ AUTOMOTIVE GROUP, INC., a corporation; KNAUZ MOTOR SALES, INC., a corporation;  KNAUZ MINI, a corporation; KARL KNAUZ BMW, a corporation, and KNAUZ CONTINENTAL AUTOS, INC., a corporation BAYERISCHE MOTOREN WERKE AKTIENGESELLSCHAFT