IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MURRAY SCHEINMAN, Plenary Guardian of the Estate and Person of JEFFREY J. SCHEINMAN, a Disabled Person,<br><br>        Plaintiff,<br><br>v.<br><br>MARTIN'S BULK MILK SERVICE, INC., SAMUEL G. FRANKE, CSX INTERMODAL, INC., INTERNATIONAL PAPER COMPANY, OVERNITE EXPRESS, INC., OVERNITE LOGISTICS, INC., OX LLC, UNIVERSAL AM CAN LTD.,<br><br>        Defendants. | Case No.: 09 cv 5340<br><br>Honorable James F. Holderman |

## NOTICE OF FILING

TO:    See Attached Service List

    PLEASE TAKE NOTICE THAT on **May 13, 2011**, we caused to be filed with the Clerk of the U.S. District Court for the Northern District of Illinois, Eastern Division, **Defendants UACL, OEI, OX LLC, and International Paper's Answers to Plaintiff's Fourth Amended Complaint,** a copy of which is hereby served upon you.

Carlton D. Fisher
William Yu
HINSHAW & CULBERTSON LLP        _s/Carlton D. Fisher_
222 North LaSalle Street, Suite 300      Attorneys for Defendants
Chicago, Illinois 60601-1081
(312) 704-3000

## CERTIFICATE OF SERVICE

    I hereby certify that on **May 13, 2011**, I electronically filed the attached **Defendants UACL, OEI, OX LLC, and International Paper's Answers to Plaintiff's Fourth Amended Complaint,** and **Notice of Filing** with the Clerk of the U.S. District Court, using the CM/ECF system, which will send notification of such filing(s) to all counsel of record.

Carlton D. Fisher
William Yu
HINSHAW & CULBERTSON LLP        _s/Carlton D, Fisher_
222 North LaSalle Street, Suite 300      Attorneys for Defendants
Chicago, Illinois 60601-1081
(312) 704-3000

*Scheinman v. Martin's Bulk Milk Service, Inc., et al.*

## SERVICE LIST

***Attorney for Plaintiff***
Richard Burke, Jr.
Shannon M. McNulty
Courtney Boho Marincsin
Clifford Law Offices, P.C.
120 N. LaSalle Street, Suite 3100
Chicago, IL 60602
Phone: (312) 899-9090
Fax:    (312) 251-1160
rfb@cliffordlaw.com
smm@cliffordlaw.com
cbm@cliffordlaw.com

***Attorneys for Franke and MBMS***
Joseph G. Skryd
Matthew R. Schreck
James J. Temple
Mulhern, Rehfeldt & Varchetto, P.C.
211 South Wheaton Avenue
Suite 200
Wheaton, IL 60187
Phone: (630) 653-9300
Fax: (630) 653-9316
jskryd@mrvlaw.com
mschreck@mrvlaw.com
jtemple@mrvlaw.com

Robert J. Golden
Dowd & Dowd, Ltd.
617 W. Fulton Street
Chicago, IL 60661
(312) 704-4400
(312) 704-4500 Fax
rgolden@dowdanddowd.com

***Attorney for CSX INTERMODAL, INC.***
Scott C. Bentivenga
Lewis Brisbois Bisgaard & Smith LLP
550 W. Adams Street
Suite 300
Chicago, IL 60661
(312) 463-3341
(312) 345-1778 Fax
sbentivenga@lbbslaw.com