IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **MURRAY SCHEINMAN, Plenary Guardian** of the Estate and Person of Jeffrey **SCHEINMAN, a Disabled Person,** ) ) ) ) | |
| Plaintiffs, ) ) | |
| -vs- ) ) | Case No.: 09 cv 05340 |
| **MARTIN'S BULK MILK SERVICE, INC., SAMUEL G. FRANKE, CSX INTERMODAL, INC., INTERNATIONAL LLC, UNIVERSAL AM CAM, LTD.,** ) ) ) ) | Judge: Hon. James Holderman |

**MOTION TO SUPPLEMENT THE RECORD AND FOR HEARING ON DEFENDANTS' MOTION FOR REASSIGNMENT AND CONSOLIDATATION OF RELATED CASES**

NOW COME BMW OF NORTH AMERICA, LLC ("BMW NA"), a corporation, and BAYERISCHE MOTOREN WERKE AG ("BMW AG"), by and through their attorneys, James K. Toohey and Timothy R. Couture, and move to supplement the record relating to their previously filed Motion for Reassignment and Consolidation of Related Cases and for Hearing on same based on the following:

1. On April 21, 2010, pursuant to Local Rule 40.4 and F.R.Civ. P 42(a), Defendants BMW AG and BMW NA filed their Motion For Reassignment and Consolidation of Related Cases, seeking to have this Honorable Court reassign the case of

> *Murray Scheinman, Plenary Guardian Of The Estate And Person Of Jeffrey Scheinman, A Disabled Person, Plaintiff v. BMW of North America, LLC, Bayerische Motoren Werke Aktiengesellschaft, Defendants/Third Party Plaintiffs v. Martin's Bulk Milk Service, Inc., Samuel G. Franke, CSX Intermodal, Inc., International Paper Company, Overnite Express, Inc., Overnite Logistics, Inc., OX LLC, Universal AM CAM Ltd.,* Third Party Defendants, Docket No. 11 C 2687 (hereinafter referred to as *"Scheinman v. BMW"*)

pending before the Honorable Judge Suzanne Conlon, with instant earlier filed related case pending before this Court. (See Defendants' Motion and Memorandum in support of same, Docket No. 09 C 5340 DKT ## 152 and 153).

2. On April 28, 2011, this Honorable Court conducted an initial hearing of said Motion. At that time, Plaintiff's counsel advised the Court that Plaintiff intended to file a motion asking Judge Conlon to remand *Scheinman v. BMW* to state court. At that time, this Honorable Court deferred to Judge Conlon on the issue of remand, but spoke favorably of the reassignment and consolidation should *Scheinman v. BMW* remain in the Northern District of Illinois. (The transcript of said hearing is attached hereto as Exhibit 1). Plaintiff's counsel also indicated that, should Judge Conlon deny his Motion for Remand, he did not anticipate objecting to reassignment and consolidation (Id. at p. 5). This Court continued the Motion for Reassignment and Consolidation to June 14, 2011, and then again to August 23, 2011, to await Judge Conlon's ruling on Plaintiff's Motion to Remand. (See Docket No. 09 C 5340, DKT ## 157 and 162).

3. On June 28, 2011, Judge Suzanne Conlon denied Plaintiff's Motion to Remand *Scheinman v. BMW*. (A copy of the Court's Minute Order is attached hereto as Exhibit 2; *see also* Docket No. 11 C 2687 DKT # 25).

4. Defendants BMW NA and BMW AG move this Honorable Court for leave to supplement the record in support of their Motion for Reassignment and Consolidation with Judge Conlon's order denying the remand.

5. In light of the fact that Judge Conlon has set *Scheinman v. BMW* for status on July 14, 2011, and the fact that Defendants' Motion is next before this Court on August 23, 2011, Defendants BMW NA and BMW AG requests that this Honorable Court hear and rule on the

Motion to Consolidate and enter any orders thereafter as may be appropriate to the administration of these matters.

WHEREFORE, Defendants BMW of NORTH AMERICA, LLC and BAYERISCHE MOTOREN WERKE AG respectfully request that this Honorable Court:

(1) Grant Defendants' leave to supplement the record relating to their Motion For Reassignment and Consolidation of Related Cases with Judge Suzanne Conlon's June 28, 2011 Order denying Plaintiff's Motion to remand;

(2) Hear and rule on the pending Motion For Reassignment and Consolidation of Related Cases; and

(3) Enter such other orders as appropriate for the administration of these matters.

Respectfully submitted,

JOHNSON & BELL, LTD.,

By: ___/s/ *Timothy R. Couture*___
 One of the Attorneys for Defendants
 BMW of NORTH AMERICA, LLC and
 BAYERISCHE MOTOREN WERKE AG

James K. Toohey
Timothy R. Couture
Rebecca L. Matthews
JOHNSON & BELL, LTD.,
33 West Monroe Street, Suite 2700
Chicago, Illinois 60603
Telephone: (312) 372-0770

Doc 2760089

3

**CERTIFICATE OF SERVICE**

 The undersigned certifies that he filed the foregoing **Motion For Reassignment and Consolidatation of Related Cases** via electronic filing and served a copy of the above documents on all counsel of record by depositing true and correct copies of same in the United States Mail, first class postage prepaid, this 29nd day of June, 2011.


        */s/ Timothy R. Couture*
       *I certify that the statements set forth herein are*
       *true and correct*