1

```
 1                IN THE UNITED STATES DISTRICT COURT
                 FOR THE NORTHERN DISTRICT OF ILLINOIS
 2                          EASTERN DIVISION

 3   MURRAY SCHEINMAN, Plenary Guardian )
     of the Estate and Person of Jeffrey)
 4   Scheinman, a Disabled Person,      )
                                        )
 5              Plaintiffs,             )
                                        )
 6        v.                            )  No. 09 C 5340
                                        )
 7   MARTIN'S BULK MILK SERVICE, INC., )
     SAMUEL G. FRANKE, CSX INTERMODAL, )
 8   INC., INTERNATIONAL LLC, UNIVERSAL )
     AM CAM, LTD.,                      )  Chicago, Illinois
 9                                      )  April 28, 2011
                Defendants.             )  9:00 a.m.
10
                       TRANSCRIPT OF PROCEEDINGS
11             BEFORE THE HONORABLE JAMES F. HOLDERMAN

12
     APPEARANCES:
13
     For the Plaintiffs:       CLIFFORD LAW OFFICES
14                             BY:  MR. COLIN H. DUNN
                               120 North LaSalle Street
15                             Suite 3100
                               Chicago, Illinois  60602
16                             (312) 899-9090

17   For the Defendants        MULHERIN, REHFELDT & VARCHETTO,
     Martin and Franke:        P.C.
18                             BY:  MR. MATTHEW RICHARD SCHRECK
                               211 South Wheaton Avenue
19                             Suite 200
                               Wheaton, Illinois  60187
20                             (630) 653-9300

21                             DOWD & DOWD, LTD.
                               BY:  MR. ROBERT JAMES GOLDEN
22                             617 West Fulton
                               Chicago, Illinois  60661
23                             (312) 704-4400

24

25
```

Colleen M. Conway, Official Court Reporter

```
 1   APPEARANCES:  (Continued)

 2   For the Defendants                HINSHAW & CULBERTSON
     International, Overnite,          BY:  MR. CARLTON DEAN FISHER
 3   Ox and Universal:                 222 North LaSalle Street
                                       Suite 300
 4                                     Chicago, Illinois  60601
                                       (312) 704-3000
 5
     For the Movant:                   JOHNSON & BELL, LTD.
 6                                     BY:  MR. JAMES K. TOOHEY
                                            MR. TIMOTHY R. COUTURE
 7                                     33 West Monroe Street
                                       Suite 2700
 8                                     Chicago, Illinois  60603
                                       (312) 372-0770
 9

10

11

12

13

14

15

16

17

18

19

20

21

22   Court Reporter:                   COLLEEN M. CONWAY, CRR, RMR
                                       Official Court Reporter
23                                     219 South Dearborn Street
                                       Room 2524-A
24                                     Chicago, Illinois  60604
                                       (312) 435-5594
25                                     Colleen_Conway@ilnd.uscourts.gov
```

3

1  (Proceedings in open court.)
2  THE CLERK:  09 C 5340, Scheinman versus Martin's
3  Bulk.
4  MR. SCHRECK:  Good morning, Your Honor.
5  Matthew Schreck on behalf of Martin Bulk and Samuel
6  Franke.
7  THE COURT:  Good morning.  You did make it through
8  the line.
9  MR. SCHRECK:  Yeah.  That was about 25 minutes ago
10 I made that call.
11 THE COURT:  That's all right.
12 MR. FISHER:  Good morning, Your Honor.
13 Carlton Fisher for International Paper, Universal
14 Am Can, Overnite Express, Ox, L.L.C.
15 THE COURT:  Good morning.
16 MR. DUNN:  Good morning, Your Honor.
17 Colin Dunn on behalf of the plaintiff.
18 THE COURT:  Good morning.
19 MR. TOOHEY:  Good morning, Judge.
20 James Toohey and Tim Couture on behalf of
21 defendants in the other case, the BMW case.
22 THE COURT:  Good morning.
23 MR. GOLDEN:  And Bob Golden on the -- additional
24 counsel on behalf of Martin's, Your Honor.
25 THE COURT:  Good morning.

1   MR. GOLDEN: Good morning, Your Honor.
2   THE COURT: And, Mr. Toohey, you represent all of
3 the defendants in what you are calling the other case?
4   MR. TOOHEY: The other case, the BMW -- the case
5 plaintiffs have brought against BMW. There are two cases, as
6 evident from the filings that are --
7   THE COURT: So the other case is 11 C 2687.
8   MR. TOOHEY: And that's the one that's currently
9 assigned to you, the Franke case. The Scheinman versus
10 Franke is currently assigned to you. The -- we just removed
11 for the second time the Scheinman versus BMW. It is assigned
12 to Judge Conlon, but yours is the earlier-filed case.
13   We have filed a motion to consolidate based upon
14 the fact that we believe that there's jurisdiction with the
15 Court, both on diversity and on ancillary jurisdiction, and
16 we would ask that the Court consolidate them for discovery
17 and later, quite likely, for trial.
18   THE COURT: All right. This arises out of the same
19 incident?
20   MR. TOOHEY: Absolutely. Same injury.
21   THE COURT: And the injuries that are alleged by
22 Mr. Scheinman are the injuries that arise out of this sole
23 incident --
24   MR. TOOHEY: Exactly.
25   THE COURT: -- right?

1    All right. What's plaintiffs' counsel's position?
2    MR. DUNN: Judge, I'm told by Mr. Burke that he's
3 going to be filing the motion to remand that case, and I
4 think he is going to do -- he's on trial right now --
5    THE COURT: Okay.
6    MR. DUNN: -- but the plaintiffs can do that within
7 30 days.
8    THE COURT: All right. Let's see. The removal
9 came when?
10    MR. DUNN: Last Thursday, the 21st.
11    THE COURT: Okay. Under the rules, then he's got
12 30 days from that date.
13    MR. DUNN: Right.
14    THE COURT: Let me do this. Since the removed case
15 is pending before Judge Conlon -- and if it is remanded, it
16 obviously won't be reassigned to me -- I will leave that with
17 Judge Conlon.
18    But let me just ask -- and I know this is
19 speculation because it's going to be Judge Conlon that is
20 going to make the ruling on the remand -- if the case is
21 retained by the federal court, is it the plaintiffs' position
22 that we can reassign these cases so the discovery can deal
23 with all aspects of it, setting aside the issue of whether
24 there ought to be a single trial?
25    MR. DUNN: I think we would not have an objection,

6

1  Judge, to consolidating for discovery purposes.
2          THE COURT: Okay. All right. That assists in my
3  addressing the point, but I will wait for Judge Conlon.
4          MR. DUNN: Okay.
5          THE COURT: It's her case. I am not going to
6  reassign the case now for purposes of making that
7  determination.
8          So we will set the case for a further status. And
9  perhaps Mr. Burke, after he reviews the matter, may see that
10 there is subject matter jurisdiction and, consequently, the
11 case ought to stay here. But let's set the case for a
12 further status on June 2. Well, that won't really give Judge
13 Conlon enough time to brief it. Let's set the case for a
14 further status on June 14.
15         All right. Now, whether Judge Conlon has made the
16 determination or not, I would like to get together to kind of
17 see where we are.
18         I will hold off on entering the scheduling order.
19 I appreciate the time and effort that you put into preparing
20 it. There was no remand motion, and there was no opposition
21 to the reassignment. I was going to go ahead and enter all
22 the dates that you had agreed upon and add a few dates, just
23 to round out the whole schedule, but I will hold off on that
24 and we will just move everything over to June 14 and see
25 where we are on that point.

1         MR. FISHER: Your Honor?

2         THE COURT: Mr. Fisher.

3         MR. FISHER: With respect -- we have -- as you may
4 know, we had proposed a disclosure, sort of cleanup date of
5 June 3rd.

6         THE COURT: Yes.

7         MR. FISHER: Should we just hold off on that?

8         THE COURT: Well, let me ask, the BMW case --
9 that's what I am calling 11 C 2687 -- shouldn't delay us, so
10 why don't you go ahead, if you don't mind, and everybody's
11 agreed to this, why don't we go ahead and proceed with the
12 initial disclosures, the written discovery disclosures --
13 well, why don't we go with the disclosures.

14         As far as the written discovery itself, let's hold
15 off on that. But the 26(a)(1) disclosures by June 3rd, you
16 will have a better understanding of the circumstances by
17 then.

18         As far as the written discovery, that may be
19 affected by whether the BMW case is with us or not.

20         And so just go ahead and make those initial
21 disclosures and we can talk about the schedule, as I said,
22 further on June 14.

23         MR. TOOHEY: Your Honor, with respect to those
24 disclosures, are you excluding the BMW case?

25         THE COURT: We are excluding BMW.

1  MR. TOOHEY: Okay. Even though in that case, we
2  have third-party to all of the defendants from the other
3  case?
4  THE COURT: I understand. And, you know, that's
5  another reason why, to some extent, it might be a good idea
6  in everybody's interest to get these cases together, at least
7  for discovery purposes, and then I can address the issue of
8  whether there should be joint trials or not. I can see that
9  there may be some issues there.
10 But let's go with that. I am excluding BMW because
11 the BMW case is not in front of me at this point.
12 MR. DUNN: I'll pass that long, Judge.
13 MR. TOOHEY: Thank you, Your Honor.
14 THE COURT: I am sorry?
15 MR. DUNN: I'll pass the message along to Mr.
16 Burke.
17 THE COURT: If you would.
18 MR. SCHRECK: Your Honor, just as a housekeeping
19 matter, I think we had a status date for May, a week. Is
20 that still going to be on or do we cancel it?
21 THE COURT: No, let's cancel that. All right.
22 Thank you very much.
23 MR. FISHER: Thank you, Your Honor.
24 MR. DUNN: Thanks, Judge.
25 MR. SCHRECK: Thank you, Your Honor.

```
                                                                9
 1           THE COURT:  And for making it through the line this
 2    morning.
 3         (Proceedings concluded.)
 4                    *     *     *     *     *
 5
 6    I certify that the foregoing is a correct transcript from the
      record of proceedings in the above-entitled matter.
 7
 8
      /s/ Colleen M. Conway                        June 3, 2011
 9    Official Court Reporter
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```