**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| MURRAY SCHEINMAN, Plenary Guardian of the Estate and Person of JEFFREY J. SCHEINMAN, a Disabled Person, | ) ) ) ) ) | |
| Plaintiffs, | ) | |
| vs. | ) ) | No. 09 CV 5340 |
| MARTIN'S BULK MILK SERVICE, INC., SAMUEL G. FRANKE, CSX INTERMODAL, INC., INTERNATIONAL PAPER COMPANY, UNIVERSAL AM CAN LTD., Successor to OVERNITE EXPRESS, INC. and OX LLC, BMW of NORTH AMERICA, LLC, a corporation, BAYERISCHE MOTOREN WERKE AKTIENGESELLSCHAFT, a corporation, BMW AG, a corporation, and KARL KNAUZ MOTORS, INC., a corporation, | ) ) ) ) ) ) ) ) ) ) ) ) | Honorable James F. Holderman |
| Defendants. | ) | |

**AMENDED COUNTERCLAIM FOR CONTRIBUTION**

NOW COME the Defendants, MARTIN'S BULK MILK SERVICE, INC. and SAMUEL G. FRANKE, by and through their attorneys, MULHERIN, REHFELDT & VARCHETTO, P.C., and for their Amended Counterclaim for Contribution against the Defendants, INTERNATIONAL PAPER COMPANY, UNIVERSAL AM CAN LTD., SUCCESSOR TO OVERNIGHT EXPRESS, INC. AND OX LLC, BMW OF NORTH AMERICA, LLC and BAYERISCHE MOTOREN WERKE AKTIENGESELLSCHAFT, state as follows:

**COUNT I- INTERNATIONAL PAPER COMPANY**

1. On or about July 26, 2011, the Plaintiff filed a Fifth Amended Complaint at Law in the United States District Court for the Northern District of Illinois, under General

1

Docket # 09 CV 5340, (attached hereto as Exhibit "A"), seeking recovery for alleged damages suffered by the Plaintiff, MURRAY SCHEINMAN, Plenary Guardian of the Estate and Person of JEFFREY J. SCHEINMAN, a disabled person, alleging in Count III that the Defendant, SAMUEL G. FRANKE, was a duly authorized employee, agent and/or apparent agent of the Defendant, INTERNATIONAL PAPER COMPANY, and negligently operated his tractor trailer truck so as to cause it to collide with the rear end of the passenger car driven by JEFFREY J. SCHEINMAN.

2. At the time of the subject occurrence as alleged in the Fifth Amended Complaint at Law, there was in full force and effect in the State of Illinois a certain Act entitled "Joint Tortfeasor Contribution Act," 740 ILCS 100/0.01 et seq., which applies to actions for contribution accruing on or after March 1, 1978.

3. If the Defendants, MARTIN'S BULK MILK SERVICE, INC. and SAMUEL G. FRANKE, are found liable to the Plaintiff for any alleged damages in connection with the Fifth Amended Complaint at Law it will be due in whole or substantial part to the negligent acts and/or omissions to act of the Defendant, INTERNATIONAL PAPER COMPANY.

4. If the Defendants, MARTIN'S BULK MILK SERVICE, INC. and SAMUEL G. FRANKE, are found liable to the Plaintiff for any amount whatsoever, which liability is denied by the Defendants, MARTIN'S BULK MILK SERVICE, INC. and SAMUEL G. FRANKE, then the Defendants, MARTIN'S BULK MILK SERVICE, INC. and SAMUEL G. FRANKE, are entitled to contribution from INTERNATIONAL PAPER COMPANY for INTERNATIONAL PAPER COMPANY's pro rata share of fault as is allowable pursuant to statute and applicable case law, and the Defendants, MARTIN'S BULK MILK SERVICE, INC. and SAMUEL G. FRANKE, further entitled to contribution from INTERNATIONAL

PAPER COMPANY.

WHEREFORE the Defendants, MARTIN'S BULK MILK SERVICE, INC. and SAMUEL G. FRANKE, respectfully request that in the event the trier of fact renders a judgment against the Defendants, MARTIN'S BULK MILK SERVICE, INC. and SAMUEL G. FRANKE, that this Court enter an Order granting the Defendants, MARTIN'S BULK MILK SERVICE, INC. and SAMUEL G. FRANKE, the right of contribution as against the Defendant, INTERNATIONAL PAPER COMPANY, in an amount commensurate with the pro rata share of liability attributable against the Defendant, INTERNATIONAL PAPER COMPANY, and for any other relief that this Court deems appropriate under the circumstances.

### COUNT II- UNIVERSAL AM CAN LTD., SUCCESSOR TO OVERNIGHT EXPRESS, INC. AND OX LLC

1. On or about July 26, 2011, the Plaintiff filed a Fifth Amended Complaint at Law in the United States District Court for the Northern District of Illinois, under General Docket # 09 CV 5340, (attached hereto as Exhibit "A"), seeking recovery for alleged damages suffered by the Plaintiff, MURRAY SCHEINMAN, Plenary Guardian of the Estate and Person of JEFFREY J. SCHEINMAN, a disabled person, alleging in Count IV that the Defendant, SAMUEL G. FRANKE, was a duly authorized employee, agent and/or apparent agent of the Defendants, UNIVERSAL AM CAN LTD., SUCCESSOR TO OVERNIGHT EXPRESS, INC. AND OX LLC, and negligently operated his tractor trailer truck so as to cause it to collide with the rear end of the passenger car driven by JEFFREY J. SCHEINMAN.

2. At the time of the subject occurrence as alleged in the Fifth Amended Complaint at Law, there was in full force and effect in the State of Illinois a certain Act

3

entitled "Joint Tortfeasor Contribution Act," 740 ILCS 100/0.01 et seq., which applies to actions for contribution accruing on or after March 1, 1978.

3. If the Defendants, MARTIN'S BULK MILK SERVICE, INC. and SAMUEL G. FRANKE, are found liable to the Plaintiff for any alleged damages in connection with the Fifth Amended Complaint at Law it will be due in whole or substantial part to the negligent acts and/or omissions to act of the Defendants, UNIVERSAL AM CAN LTD., SUCCESSOR TO OVERNIGHT EXPRESS, INC. AND OX LLC.

4. If the Defendants, MARTIN'S BULK MILK SERVICE, INC. and SAMUEL G. FRANKE, are found liable to the Plaintiff for any amount whatsoever, which liability is denied by the Defendants, MARTIN'S BULK MILK SERVICE, INC. and SAMUEL G. FRANKE, then the Defendants, MARTIN'S BULK MILK SERVICE, INC. and SAMUEL G. FRANKE, are entitled to contribution from UNIVERSAL AM CAN LTD., SUCCESSOR TO OVERNIGHT EXPRESS, INC. AND OX LLC for UNIVERSAL AM CAN LTD., SUCCESSOR TO OVERNIGHT EXPRESS, INC. AND OX LLC's pro rata share of fault as is allowable pursuant to statute and applicable case law, and the Defendants, MARTIN'S BULK MILK SERVICE, INC. and SAMUEL G. FRANKE, further entitled to contribution from UNIVERSAL AM CAN LTD., SUCCESSOR TO OVERNIGHT EXPRESS, INC. AND OX LLC.

WHEREFORE the Defendants, MARTIN'S BULK MILK SERVICE, INC. and SAMUEL G. FRANKE, respectfully request that in the event the trier of fact renders a judgment against the Defendants, MARTIN'S BULK MILK SERVICE, INC. and SAMUEL G. FRANKE, that this Court enter an Order granting the Defendants, MARTIN'S BULK MILK SERVICE, INC. and SAMUEL G. FRANKE, the right of contribution as against the

Defendants, UNIVERSAL AM CAN LTD., SUCCESSOR TO OVERNIGHT EXPRESS, INC. AND OX LLC, in an amount commensurate with the pro rata share of liability attributable against the Defendants, UNIVERSAL AM CAN LTD., SUCCESSOR TO OVERNIGHT EXPRESS, INC. AND OX LLC, and for any other relief that this Court deems appropriate under the circumstances.

### COUNT III- BMW OF NORTH AMERICA, LLC and BAYERISCHE MOTOREN WERKE AKTIENGESELLSCHAFT

1. On or about July 26, 2011, the Plaintiff filed a Fifth Amended Complaint at Law in the United States District Court for the Northern District of Illinois, under General Docket # 09 CV 5340, (attached hereto as Exhibit "A"), seeking recovery for alleged damages suffered by the Plaintiff, MURRAY SCHEINMAN, Plenary Guardian of the Estate and Person of JEFFREY J. SCHEINMAN, a disabled person, alleging in Count V that the Defendants, BMW OF NORTH AMERICA, LLC and BAYERISCHE MOTOREN WERKE AKTIENGESELLSCHAFT, are strictly liable for alleged design, manufacturing or warning defects in a 2008 135i Series BMW that was sold to Plaintiff, and alleging in Count VI that the Defendants, BMW OF NORTH AMERICA, LLC and BAYERISCHE MOTOREN WERKE AKTIENGESELLSCHAFT, negligently designed the vehicle and failed to warn Plaintiff of defects in the design.

2. At the time of the subject occurrence as alleged in the Fifth Amended Complaint at Law, there was in full force and effect in the State of Illinois a certain Act entitled "Joint Tortfeasor Contribution Act," 740 ILCS 100/0.01 et seq., which applies to actions for contribution accruing on or after March 1, 1978.

3. If the Defendants, MARTIN'S BULK MILK SERVICE, INC. and SAMUEL G. FRANKE, are found liable to the Plaintiff for any alleged damages in connection with the

Fifth Amended Complaint at Law it will be due in whole or substantial part to the negligent acts and/or omissions to act of the Defendants, BMW OF NORTH AMERICA, LLC and BAYERISCHE MOTOREN WERKE AKTIENGESELLSCHAFT.

    4.    If the Defendants, MARTIN'S BULK MILK SERVICE, INC. and SAMUEL G. FRANKE, are found liable to the Plaintiff for any amount whatsoever, which liability is denied by the Defendants, MARTIN'S BULK MILK SERVICE, INC. and SAMUEL G. FRANKE, then the Defendants, MARTIN'S BULK MILK SERVICE, INC. and SAMUEL G. FRANKE, are entitled to contribution from BMW OF NORTH AMERICA, LLC and BAYERISCHE MOTOREN WERKE AKTIENGESELLSCHAFT for BMW OF NORTH AMERICA, LLC and BAYERISCHE MOTOREN WERKE AKTIENGESELLSCHAFT 's pro rata share of fault as is allowable pursuant to statute and applicable case law, and the Defendants, MARTIN'S BULK MILK SERVICE, INC. and SAMUEL G. FRANKE, further entitled to contribution from BMW OF NORTH AMERICA, LLC and BAYERISCHE MOTOREN WERKE AKTIENGESELLSCHAFT.

    WHEREFORE the Defendants, MARTIN'S BULK MILK SERVICE, INC. and SAMUEL G. FRANKE, respectfully request that in the event the trier of fact renders a judgment against the Defendants, MARTIN'S BULK MILK SERVICE, INC. and SAMUEL G. FRANKE, that this Court enter an Order granting the Defendants, MARTIN'S BULK MILK SERVICE, INC. and SAMUEL G. FRANKE, the right of contribution as against the Defendants, BMW OF NORTH AMERICA, LLC and BAYERISCHE MOTOREN WERKE AKTIENGESELLSCHAFT, in an amount commensurate with the pro rata share of liability attributable against the Defendants, BMW OF NORTH AMERICA, LLC and BAYERISCHE MOTOREN WERKE AKTIENGESELLSCHAFT, and for any other relief that this Court

deems appropriate under the circumstances.

                                              MULHERIN, REHFELDT & VARCHETTO, P.C.


                                      By: _s/ Joseph G. Skryd_____

MULHERIN, REHFELDT & VARCHETTO, P.C.
211 South Wheaton Avenue, Suite 200
Wheaton, IL  60187
630/653-9300

7

## **CERTIFICATE OF SERVICE**

I hereby certify that on August 9, 2011, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing(s) to the following:

Richard F. Burke, Jr.
Courtney A. Marincsin
Shannon Marie McNulty
Clifford Law Offices
120 North LaSalle Street
Suite 3100
Chicago, Illinois  60602
312-899-9090
rfb@cliffordlaw.com
cbm@cliffordlaw.com
smm@cliffordlaw.com

Robert J. Golden
Dowd & Dowd, Ltd.
617 West Fulton
Chicago, Illinois 60661
312-704-4400
rgolden@dowdanddowd.com

Evan Karnes, II
Neil D. O'Connor, Sr.
O'Connor & Karnes
177 North State
3rd Floor
Chicago, Illinois 60601
312-629-8900
Fax: 312-629-0109
ekarnes@oconnorkarnes.com

Carlton Fisher
William Yu
Hinshaw & Culbertson
222 North LaSalle Street
Suite 300
Chicago, Illinois 60601
312-704-3000
cfisher@hinshawlaw.com
wuy@hinshawlaw.com

Scott C. Bentivenga
Michael S. Haggerty
**Lewis Brisbois Bisgaard & Smith, LLP**
550 W. Adams Street, Suite 300
Chicago, IL 60661
312-463-3341
Fax: 312-345-1778
mhaggerty@lbbslaw.com
sbentivenga@lbbslaw.com

James K. Toohey
Timothy R. Couture
**Johnson & Bell, Ltd.**
33 W. Monroe, Suite 2700
Chicago, IL 60603
312-984-0280
Fax: 312-372-9818
mcpheetersg@jbltd.com
tooheyj@jbltd.com
couture@jbltd.com

                                                  __s/ Joseph G. Skryd__