Attorney No.: 41127

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
COUNTY DEPARTMENT, LAW DIVISION

TRAVELERS PERSONAL INSURANCE
COMPANY, as Subrogee of JEFFREY
SCHEINMAN,

    Plaintiff,

vs.

MARTIN'S BULK MILK SERVICE, INC. and
SAMUEL G. FRANKE,

    Defendants.

No:

Amount Claimed: $67,779.38

## COMPLAINT AT LAW

NOW COMES Plaintiff, TRAVELERS PERSONAL INSURANCE COMPANY, as Subrogee of JEFFREY SCHEINMAN, by and through its attorneys, MAISEL & ASSOCIATES, and for its Complaint against Defendants, MARTIN'S BULK MILK SERVICE, INC. (hereinafter MARTIN'S) and SAMUEL G. FRANKE (hereinafter FRANKE), states as follows:

1. That the Plaintiff, TRAVELERS PERSONAL INSURANCE COMPANY, is a corporation duly organized and licensed to do business in the State of Illinois, engaged in the business of providing insurance coverage, including automobile insurance coverage.

2. That prior to and on July 3, 2008, the Plaintiff issued a certain policy of insurance to JEFFREY SCHEINMAN, which provided among other things, automobile insurance coverage for property damage and medical payments.

3. On and before July 3, 2008, Skokie Valley Road was a public way running generally in north and south directions through Highland Park, Illinois.

4. On and before July 3, 2008, Half Day Road was a public way running generally in



EXHIBIT A

east and west directions in Highland Park, Illinois.

5. On and before July 3, 2008, Defendant, MARTIN'S, was a corporation engaged in the business of truck transportation and delivery of milk products, and engaged in such business on a regular basis in and throughout Cook County, Illinois.

6. On and before July 3, 2008, SAMUEL G. FRANKE was a truck driver engaged in the transportation of milk products and paper products in tractor trailer trucks in and throughout Cook County, Illinois.

7. On and before July 3, 2008, Defendant FRANKE was a duly authorized employee, agent and/or apparent agent of Defendant, MARTIN'S, and at all times mentioned herein was acting in the course and scope of said employment, agency and apparent agency.

8. On July 3, 2008, Defendants, MARTIN'S and FRANKE, and each of them, owned, operated, managed, maintained and/or controlled a tractor trailer truck with a Freightliner Classic cab bearing vin number 1FUJF6CKX4DMO2330 in a northbound direction on Skokie Valley Road at or near its intersection with Half Day Road in Highland Park, Illinois.

9. On July 3, 2008, JEFFREY J. SCHEINMAN, operated his 2008 BMW passenger car in a northbound direction on Skokie Valley Road at or near its intersection with Half Day Road in Highland Park, Illinois.

10. On July 3, 2008, Defendants, MARTIN'S and FRANKE, and each of them, operated and drove their Freightliner Classic tractor trailer truck in such a manner as to cause it to collide with the rear end of the passenger car driven by JEFFREY J. SCHEINMAN, resulting in a rear end collision that caused property damage to JEFFREY J. SCHEINMAN'S passenger car and personal injury to JEFFREY J. SCHEINMAN.

11. On and before July 3, 2008 and at all times mentioned herein, Defendants, MARTIN'S

and FRANKE, and each of them, had a duty to exercise ordinary care for the safety of others, including JEFFREY J. SCHEINMAN.

12. On July 3, 2008, and at all times mentioned herein, Defendants, MARTIN'S and FRANKE, and each of them, individually and as agents, employees or apparent agents of Defendant MARTIN'S, were negligent in one or more of the following respects:

   a. negligently operated, managed, maintained and controlled their motor vehicle;

   b. operated, managed, maintained, controlled and drove a motor vehicle into a collision with the rear end of the vehicle then and there operated by JEFFREY J. SCHEINMAN;

   c. operated their motor vehicle without keeping a proper and sufficient lookout;

   d. operated their motor vehicle with a willful or wanton disregard for the safety of persons, in violation of Illinois Compiled Statutes, 1992, Chapter 625, Act 5, Section 11-503;

   e. proceeded at a speed which was greater than reasonable and proper with regard to traffic conditions and the use of the highway, or which endangered the safety of persons or property, in violation of Illinois Compiled Statutes, 1992, Chapter 625, Act 5, Section 11-601;

   f. failed to give audible warning with their horn when such warning was reasonably necessary to ensure safety, in violation of Illinois Compiled Statutes, 1992, Chapter 625, Act 5, Section 12-601;

   g. failed to exercise due care to avoid colliding with Plaintiff upon a roadway, and failed to give warning by sounding the horn, in violation of Illinois Compiled Statutes, 1992, Chapter 625, Act 5, Section 11-1003.1;

   h. failed to maintain an adequate lookout for motor vehicles in front of them;

   i. drove their tractor trailer truck into the rear end of JEFFREY J. SCHEINMAN's passenger car;

   j. failed to slow down their vehicle so as to avoid a rear end collision;

   k. failed to keep a proper look out for vehicles traveling in front of them;

   l. failed to maintain a proper distance and speed between their tractor trailer truck and the vehicle in front of them so as to avoid a rear end collision; and

3

m. were otherwise negligent.

13. As a direct and proximate result of one or more of the aforesaid negligent acts or omissions of Defendants, MARTIN'S and FRANKE, and each of them, JEFFREY J. SCHEINMAN sustained severe personal injuries and JEFFREY J. SCHEINMAN'S passenger car sustained severe property damage.

14. That TRAVELERS PERSONAL INSURANCE COMPANY is the actual bona fide subrogee by virtue of a contract with JEFFREY J. SCHEINMAN in effect at the time of the incident at issue and is a real party in interest to this suit.

15. Pursuant to the policy of insurance, TRAVELERS PERSONAL INSURANCE COMPANY made payment to or on behalf of its insured in the amount of $61,779.38 for property damage; $5,000 in medical payment benefits and, in addition, Plaintiff's insured incurred a $1,000.00 deductible.

WHEREFORE Plaintiff, TRAVELERS PERSONAL INSURANCE COMPANY, as Subrogee of JEFFREY SCHEINMAN, prays for judgment against Defendants MARTIN'S BULK MILK SERVICE, INC. and SAMUEL G. FRANKE, individually, and each of them, in the sum of $67,779.38, plus interest and costs of suit, as provided by statute.

_____
Robert J. Spinazzola, Attorney for Plaintiff

MAISEL & ASSOCIATES
Attorney for Plaintiff
200 N. LaSalle, Suite 2000
Chicago, IL 60601-1014
(312) 917-1400

Attorney No.: 41127

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
## COUNTY DEPARTMENT, LAW DIVISION

| | |
|---|---|
| TRAVELERS PERSONAL INSURANCE COMPANY, as Subrogee of JEFFREY SCHEINMAN, Plaintiff, vs. MARTIN'S BULK MILK SERVICE, INC and SAMUEL G. FRANKE, Defendants. | No: Amount Claimed: $67,779.38 |

### AFFIDAVIT OF DAMAGES

I, Robert J. Spinazzola, attorney for the plaintiff, TRAVELERS PERSONAL INSURANCE COMPANY, as Subrogee of JEFFREY SCHEINMAN individually swear under oath that based on my understanding of the plaintiff's damages received as a result of defendants' conduct, damages are greater than Fifty Thousand and No/100 Dollars ($50,000.00).

Under penalties as provided by law pursuant to Section 1-109 of the Code of Civil Procedure, the undersigned certifies that the statements set forth in this instrument are true and correct, except as to matters therein stated to be on information and belief and as to such matters the undersigned certifies as aforesaid that he/she believes the same to be true.

Robert J. Spinazzola, Attorney for Plaintiff

**MAISEL & ASSOCIATES**
Attorney for Plaintiff
200 N. LaSalle, Suite 2000
Chicago, IL 60601-1014
(312) 917-1400