Case: 1:09-cv-05340 Document #: 167 Filed: 07/12/11 Page 1 of 1 PageID #:1897

# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 4.2
### Eastern Division

Murray Scheinman

                       Plaintiff,

v.                                        Case No.: 1:09–cv–05340
                                                    Honorable James F. Holderman

Martin's Bulk Milk Service, Inc., et al.

                       Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, July 12, 2011:

      MINUTE entry before Honorable James F. Holderman: Status hearing held on 7/12/2011. BMW of North America and Bayerische Motoren Werke's motion for reassignment and consolidation of related cases [152] is granted. Case number 11 C 2687 (Scheinman v. Bayerische Motoren Werke et al) will be consolidated for all purposes. Plaintiff to file a Fifth Amended Complaint by 7/26/2011; defendants are given until 8/9/2011 to answer or otherwise plead to the Fifth Amended Complaint. Parties are to meet and prepare Form 52 by 8/18/2011. Scheduling Conference set for 8/23/2011 at 9:00 AM for entry of scheduling order. Mailed notice (am)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.



EXHIBIT D