IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

MURRAY SCHEINMAN, Plenary Guardian of )
the Estate and Person of JEFFREY J. )
SCHEINMAN, a Disabled Person, )
                                      )
             Plaintiff, )       Case No.: 09 CV 5340 cons. with
                                        )       Case No.: 11 CV 2687
v. )
                                        )
MARTIN'S BULK MILK SERVICE, INC., )
SAMUEL G. FRANKE, CSX INTERMODAL, )
INC., INTERNATIONAL PAPER COMPANY, )       Judge James F. Holderman
UNIVERSAL AM CAN LTD., Successor to )
OVERNITE EXPRESS, INC. and OX LLC, )
BMW of NORTH AMERICA, LLC, a )
corporation, BAYERISCHE MOTOREN )
WERKE AKTIENGESELLSCHAFT, a )
corporation, BMW AG, a corporation, and )
KARL KNAUZ MOTORS, INC., a corporation, )
                                        )
             Defendants. )

## INTERNATIONAL PAPER COMPANY'S ANSWER TO AMENDED COUNTER CLAIM FOR CONTRIBUTION OF MBMS AND FRANKE

NOW COMES the Defendant, INTERNATIONAL PAPER COMPANY ("IPC"), by its

attorneys, Carlton D. Fisher and William Yu of Hinshaw & Culbertson LLP, and for its Answer

to Martin's Bulk Milk Service, Inc.'s and Samuel G. Franke's Amended Counterclaim for

Contribution, it states as follows:

### COUNT I- INTERNATIONAL PAPER COMPANY

1.     On or about July 26, 2011, the Plaintiff filed a Fifth Amended Complaint at Law

in the United States District Court for the Northern District of Illinois, under General Docket #

09 CV 5340, (attached hereto as Exhibit "A"), seeking recovery for alleged damages suffered by

the Plaintiff, MURRAY SCHEINMAN, Plenary Guardian of the Estate and Person of JEFFREY

J. SCHEINMAN, a disabled person, alleging in Count III that the Defendant, SAMUEL G.

FRANKE, was a duly authorized employee, agent and/or apparent agent of the Defendant,

INTERNATIONAL PAPER COMPANY, and negligently operated his tractor trailer truck so as to cause it to collide with the rear end of the passenger car driven by JEFFREY J. SCHEINMAN.

**ANSWER:** **Although IPC admits that Paragraph 1 of Count I paraphrases some of the allegations of Plaintiff's Fifth Amended Complaint, it denies those allegations.**

2. At the time of the subject occurrence as alleged in the Fifth Amended Complaint at Law, there was in full force and effect in the State of Illinois a certain Act entitled "Joint Tortfeasor Contribution Act," 740 ILCS 100/0.01 et seq., which applies to actions for contribution accruing on or after March 1, 1978.

**ANSWER:** **Admitted.**

3. If the Defendants, MARTIN'S BULK MILK SERVICE, INC. and SAMUEL G. FRANKE, are found liable to the Plaintiff for any alleged damages in connection with the Fifth Amended Complaint at Law it will be due in whole or substantial part to the negligent acts and/or omissions to act of the Defendant, INTERNATIONAL PAPER COMPANY.

**ANSWER:** **Denied.**

4. If the Defendants, MARTIN'S BULK MILK SERVICE, INC. and SAMUEL G. FRANKE, are found liable to the Plaintiff for any amount whatsoever, which liability is denied by the Defendants, MARTIN'S BULK MILK SERVICE, INC. and SAMUEL G. FRANKE, then the Defendants, MARTIN'S BULK MILK SERVICE, INC. and SAMUEL G. FRANKE, are entitled to contribution from INTERNATIONAL PAPER COMPANY for INTERNATIONAL PAPER COMPANY's pro rata share of fault as is allowable pursuant to statute and applicable case law, and the Defendants, MARTIN'S BULK MILK SERVICE, INC. and SAMUEL G. FRANKE, further entitled to contribution from INTERNATIONAL PAPER COMPANY.

**ANSWER:** **Denied.**

2

WHEREFORE, Defendant, International Paper Company, prays that judgment be entered in its favor and against Defendant Martin's Bulk Milk Service, Inc. and Samuel G. Franke.

## COUNT II- UNIVERSAL AM CAN LTD., SUCCESSOR TO OVERNIGHT EXPRESS, INC. AND OX LLC

Defendant IPC makes no answer to Count II of defendant Martin's Bulk Milk Service, Inc.'s and Samuel G. Franke's Amended Counterclaim for Contribution as it is not directed to IPC. To the extent that the allegations in Count II can be construed against IPC, such allegations are denied.

## COUNT III- BMW OF NORTH AMERICA, LLC AND BAYERISCHE MOTOREN WERKE AKTIENGESELLSCHAFT

Defendant IPC makes no answer to Count III of defendant Martin's Bulk Milk Service, Inc.'s and Samuel G. Franke's Amended Counterclaim for Contribution as it is not directed to IPC. To the extent that the allegations in Count III can be construed against IPC, such allegations are denied.

Respectfully submitted,

HINSHAW & CULBERTSON LLP

By: s/Carlton D. Fisher
Carlton D. Fisher, One of the Attorneys
for International Paper Company

Carlton D. Fisher
Hinshaw & Culbertson LLP
222 N. LaSalle, Suite 300
Chicago, IL 60601
312-704-3000

3

130151572v1 0903067 53587