IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MURRAY SCHEINMAN, Plenary Guardian of the Estate and Person of JEFFREY J. SCHEINMAN, a Disabled Person,<br><br>    Plaintiff,<br><br>v.<br><br>MARTIN'S BULK MILK SERVICE, INC., SAMUEL G. FRANKE, CSX INTERMODAL, INC., INTERNATIONAL PAPER COMPANY, UNIVERSAL AM CAN LTD., Successor to OVERNITE EXPRESS, INC. and OX LLC, BMW of NORTH AMERICA, LLC, a corporation, BAYERISCHE MOTOREN WERKE AKTIENGESELLSCHAFT, a corporation, BMW AG, a corporation, and KARL KNAUZ MOTORS, INC., a corporation,<br><br>    Defendants. | Case No.: 09 CV 5340 cons. with<br>Case No.: 11 CV 2687<br><br>Judge James F. Holderman |

## UACL/OE/OX'S ANSWERS AND AFFIRMATIVE DEFENSES TO AMENDED COUNTER CLAIM FOR CONTRIBUTION OF MBMS AND FRANKE

NOW COME the Defendants, UNIVERSAL AM CAN LTD., Successor to OVERNITE EXPRESS, INC., OVERNITE EXPRESS and OX LLC ("UACL/OE/OX"), by their attorneys, Carlton D. Fisher and William Yu of Hinshaw & Culbertson LLP, and for their Answers and Affirmative Defenses to the Amended Counterclaim for Contribution of Martin's Bulk Milk Service ("MBMS") and Samuel Franke ("Franke"), they state as follows:

### COUNT I- INTERNATIONAL PAPER COMPANY

The allegations of Count I of the Amended Counterclaim of MBMS and Franke are not directed to these defendants and consequently they make no answer thereto. To the extent that the allegations in Count I can be construed against UACL/OE/OX, such allegations are denied.

## COUNT II- UNIVERSAL AM CAN LTD., SUCCESSOR TO OVERNITE EXPRESS, INC. AND OX LLC

1. On or about July 26, 2011, the Plaintiff filed a Fifth Amended Complaint at Law in the United States District Court for the Northern District of Illinois, under General Docket # 09 CV 5340, (attached hereto as Exhibit "A"), seeking recovery for alleged damages suffered by the Plaintiff, MURRAY SCHEINMAN, Plenary Guardian of the Estate and Person of JEFFREY J. SCHEINMAN, a disabled person, alleging in Count IV that the Defendant, SAMUEL G. FRANKE, was a duly authorized employee, agent and/or apparent agent of the Defendants, UNIVERSAL AM CAN LTD., SUCCESSOR TO OVERNITE EXPRESS, INC. AND OX LLC, and negligently operated his tractor trailer truck so as to cause it to collide with the rear end of the passenger car driven by JEFFREY J. SCHEINMAN.

**ANSWER:** **UACL/OE/OX admit that Paragraph 1 of Count II paraphrases some of the allegations of Plaintiff's Fifth Amended Complaint; they deny those allegations.**

2. At the time of the subject occurrence as alleged in the Fifth Amended Complaint at Law, there was in full force and effect in the State of Illinois a certain Act entitled "Joint Tortfeasor Contribution Act," 740 ILCS 100/0.01 et seq., which applies to actions for contribution accruing on or after March 1, 1978.

**ANSWER:** **Admitted.**

3. If the Defendants, MARTIN'S BULK MILK SERVICE, INC. and SAMUEL G. FRANKE, are found liable to the Plaintiff for any alleged damages in connection with the Fifth Amended Complaint at Law it will be due in whole or substantial part to the negligent acts and/or omissions to act of the Defendants, UNIVERSAL AM CAN LTD., SUCCESSOR TO OVERNITE EXPRESS, INC. AND OX LLC.

**ANSWER:** **Denied.**

130151579v1 0903067 53587

4. If the Defendants, MARTIN'S BULK MILK SERVICE, INC. and SAMUEL G. FRANKE, are found liable to the Plaintiff for any amount whatsoever, which liability is denied by the Defendants, MARTIN'S BULK MILK SERVICE, INC. and SAMUEL G. FRANKE, then the Defendants, MARTIN'S BULK MILK SERVICE, INC. and SAMUEL G. FRANKE, are entitled to contribution from UNIVERSAL AM CAN LTD., SUCCESSOR TO OVERNITE EXPRESS, INC. AND OX LLC for UNIVERSAL AM CAN LTD., SUCCESSOR TO OVERNITE EXPRESS, INC. AND OX LLC's pro rata share of fault as is allowable pursuant to statute and applicable case law, and the Defendants, MARTIN'S BULK MILK SERVICE, INC. and SAMUEL G. FRANKE, further entitled to contribution from UNIVERSAL AM CAN LTD., SUCCESSOR TO OVERNITE EXPRESS, INC. AND OX LLC.

**ANSWER:** Denied.

WHEREFORE, Defendants UACL/OE/OX pray that judgment be entered in their favor and against the defendants, Martin Bulk Milk Service, Inc. and Samuel G. Franke..

**FIRST AFFIRMATIVE DEFENSE - WAIVER**

1. The claims for contribution made by MBMS and Franke against UACL/OE/OX are barred because of the doctrine of waiver.

2. As alleged in UACL/OE/OX's Crossclaim for Indemnification, UACL/OE/OX are entitled to indemnification from MBMS and its employee/agent, Franke, due to the contract between UACL and MBMS.

3. If MBMS and/or Franke are compelled to indemnify UACL/OE/OX pursuant to the contractual indemnification clause, then MBMS and Franke's claims for contribution are rendered moot and consequently waived because the indemnification obligation effectively negates any rights MBMS and Franke have to contribution.

130151579v1  0903067  53587

WHEREFORE, Defendants UACL/OE/OX pray that judgment be entered in their favor and against the Defendants Martin's Bulk Milk Service and Samuel G. Franke pursuant to the doctrine of waiver.

### SECOND AFFIRMATIVE DEFENSE - ESTOPPEL

1. The claims for contribution made by MBMS and Franke against UACL/OE/OX are barred because of the doctrine of estoppel.

2. As alleged in UACL/OE/OX's Crossclaim for Indemnification, UACL/OE/OX are entitled to indemnification from MBMS and its employee/agent, Franke, due to the contract between UACL and MBMS.

3. If MBMS and/or Franke are compelled to indemnify UACL/OE/OX pursuant to the contractual indemnification clause, MBMS and Franke are estopped and precluded from making moot claims for contribution because the indemnification obligation effectively negates any rights MBMS and Franke have to contribution.

WHEREFORE, Defendants UACL/OE/OX pray that judgment be entered in their favor and against the Defendants Martin's Bulk Milk Service and Samuel G. Franke pursuant to the doctrine of estoppel.

### COUNT III- BMW OF NORTH AMERICA, LLC AND BAYERISCHE MOTOREN WERKE AKTIENGESELLSCHAFT

The allegations of count III of the Amended Counterclaim of Contribution of MBMS and Franke are not directed to these defendants and consequently they make no answer thereto. To the extent that the allegations in Count III can be construed against UACL/OE/OX, such allegations are denied.

130151579v1 0903067 53587

Respectfully submitted,

HINSHAW & CULBERTSON LLP

By: s/Carlton D. Fisher
Carlton D. Fisher, One of the Attorneys for Universal Am-Can, Ltd., Overnite Express, Inc., and OX LLC

Carlton D. Fisher
Hinshaw & Culbertson LLP
222 N. LaSalle, Suite 300
Chicago, IL 60601
312-704-3000

130151579v1 0903067 53587