IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MURRAY SCHEINMAN, Plenary Guardian of the Estate and Person of JEFFREY J. SCHEINMAN, a Disabled Person,<br><br>    Plaintiff,<br>v.<br><br>MARTIN'S BULK MILK SERVICE, INC., SAMUEL G. FRANKE, CSX INTERMODAL, INC., INTERNATIONAL PAPER COMPANY, UNIVERSAL AM CAN LTD., Successor to OVERNITE EXPRESS, INC. and OX LLC, BMW of NORTH AMERICA, LLC, a corporation, BAYERISCHE MOTOREN WERKE AKTIENGESELLSCHAFT, a corporation, BMW AG, a corporation, and KARL KNAUZ MOTORS, INC., a corporation,<br><br>    Defendants. | Case No.: 09 CV 5340, consolidated with Case No. 11 CV 2687<br><br>Judge James F. Holderman |

## REPORT OF THE PARTIES' SECOND PLANNING MEETING

1.  **Status Hearing and Telephone Conference**: This matter is set for a status before the Court on August 23, 2011 at 9:00 a.m. Counsel for the parties involved in the 09 CV 5340 case previously provided the Court with a proposed discovery schedule; however, the Court postponed a discussion of that schedule until such time as the issue of the consolidation of the 11 CV 2687 case was resolved. With the consolidation of both cases having been ordered and the parties having filed their new pleadings, counsel for the parties participated in a telephone conference on August 16, 2011 to discuss a second proposed discovery schedule for this case pursuant to FRCP 52 and this Court's order of July 12, 2011. It should be noted that previous counsel for CSX Intermodal, Scott Bentivenga, has withdrawn from this case and Evan Karnes has resumed his representation of CSX Intermodal.

    *Attorneys for Plaintiff*
    Richard F. Burke, Jr.
    Shannon M. McNulty
    Courtney Boho Marincsin
    Clifford Law Offices, P.C.
    120 N. LaSalle Street, Suite 3100
    Chicago, IL 60602
    Phone: (312) 899-9090
    Fax: (312) 251-1160

**_Attorneys for Franke and MBMS_**
Joseph G. Skryd
Matthew R. Schreck
James Temple
Mulhern, Rehfeldt & Varchetto, P.C.
211 South Wheaton Avenue
Suite 200
Wheaton, IL 60187
Phone: (630) 653-9300
Fax: (630) 653-9316

**_Additional Attorneys for MBMS_**
Robert J. Golden
Daniel Polsby
Dowd & Dowd, Ltd.
617 W. Fulton Street
Chicago, IL 60661
Phone: (312) 704-4400
Fax: (312) 704-4500

**_Attorneys for International Paper Company, Universal Am Can, Ltd., s/b/a and Successor to Overnite Express Inc., Overnite Express, Inc., and OX, LLC_**
Carlton D. Fisher
William Yu
Hinshaw & Culbertson LLP
222 North LaSalle Street
Suite 300
Chicago, IL 60601
Phone: (312) 704-3450
Fax: (312) 704-3001

**_Attorneys for CSX INTERMODAL, INC._**
Evan B. Karnes II
Everardo Martinez
John Adam Powers
Karnes Law Chtd.
177 North State Street
Floor 3
Chicago, IL 60601
Phone: (312) 629-8900
Fax: (312) 629-0109

130090168v1 0903067 53587

*Attorneys for the BMW entities and Karl Knauz Motors*
James K. Toohey
Timothy R. Couture
Johnson & Bell LTD
33 W. Monroe Street
Suite 2700
Chicago, IL 60603
Phone: (312) 372-0770
Fax: (312) 372-9818

2. **Initial Disclosures**: Most of the parties to this case completed initial disclosures many months ago. The parties agree that these disclosures will be updated along with the service of disclosures by parties which have not served disclosures on or before **September 23, 2011**.

3. **Discovery Plan**: The discovery plan set forth in this section of the report contemplates the coordination of discovery between the consolidated cases of *Scheinman v. MBMS* et al, 09 CV 5340, and *Scheinman v. BMW* et al, 11 CV 2687, with the Court and all parties recognizing that a decision on consolidation of both cases for trial will be made after discovery has been completed. The parties to this care are aware of the existence of a related property damage subrogation case entitled *Travelers Personal Insurance Company a/s/o Jeffrey Scheinman v. Martin's Bulk Milk Service, Inc., et al.*, Case No. 11 CV 5457, that was removed from the Circuit Court of Cook County to the United States District Court for the Northern District of Illinois on August 11, 2011 pursuant to 28 U.S.C. §1367. Before removal, Martin's Bulk Milk Service, Inc. and Samuel Franke impleaded the other defendants as third party defendants. None of the third party defendants have filed appearances or responsive pleadings in this property damage subrogation case. Counsel for Martin's Bulk Milk Service, Inc. and Samuel Franke have noticed a motion concerning consolidation of the matter with this case for August 23, 2011 before this Court and provided notice to counsel for Travelers Personal Insurance Company about this proposed consolidation after removal. The discovery plan set forth in this section of the report contemplates the coordination of discovery between this case and the recently removed *Travelers Personal Insurance Company a/s/o Jeffrey Scheinman v. Martin's Bulk Milk Service, Inc., et. al.* case. Moreover, counsel for the parties involved in the 09 CV 5340 and 11 CV 2687 cases agree that Travelers Personal Insurance Company need not participate in discovery that is unrelated to its property damage subrogation claim.

    a. **Scope of Discovery Contemplated**: Current disclosures, written discovery responses, and subpoenaed records show that there are scores of witnesses to the events leading up to the motor vehicle accident on July 2, 2008, the accident itself, the investigation of the accident, and the medical

care required for Jeffrey Scheinman, who suffered extensive burns on his body and is confined to an institution. Consequently, additional written discovery, records subpoenas, and oral depositions will be required to discover information in support of and in opposition to the plaintiff's claims of negligence and vicarious liability against the trucking/broker/shipper defendants in the *Scheinman v. MBMS* case and plaintiff's claims of products liability against the car manufacturer defendants in the *Scheinman v. BMW* case. Some discovery may be needed on the subrogation property damage case.

b. **Updated disclosures/written discovery**: The parties to the 09 CV 5340 and 11 CV 2687 cases shall issue and/or update their Rule 26 disclosures and issue written discovery (to the extent not already issued) on or before **September 23, 2011**. Answers to written discovery shall be completed by **November 11, 2011.** To the extent there are disputes about written discovery, then the parties shall meet and confer about their disagreements no later than **November 30, 2011.** Unresolved discovery disputes shall be brought to the Court's attention no later than **December 16, 2011.**

c. **Equipment Inspections**: The parties have set an inspection of the subject BMW vehicle for **August 30, 2011** and have made arrangements for a number of prospective experts to travel to Illinois for that inspection. The vehicle is currently owned by and in the custody of Travelers Personal Insurance Company. The parties are seeking the permission and cooperation of Travelers Personal Insurance Company to facilitate the transfer of the BMW vehicle from the current storage location to Dynamic Safety, 1400 Ensell Road, Hawthorn Woods, Illinois, because the facility at which the vehicle is currently stored does not have the equipment needed to conduct a proper inspection. The parties have agreed to modify any existing protective order to permit such removal and transfer and to allow the BMW vehicle to remain at Dynamic Safety at least until all parties have concluded any required inspections. The parties are working on an agreement for (a) the necessary equipment and transportation required to facilitate such transfer and (b) the sharing of costs associated with these inspections. The parties have set an inspection of the tractor, chassis, and container for **August 31, 2011** at or near the Martin's Bulk Milk Service facility in Wisconsin.

d. **Fact and medical discovery**: The parties shall notice and take oral depositions on factual and medical issues until the close of factual/medical discovery on **July 27, 2012**.

e. **Plaintiff's experts**: Plaintiff shall disclose his liability, causation, and damages experts on or before **August 31, 2012**. The depositions of plaintiff's experts shall be taken on or before **October 31, 2012**.

130090168v1 0903067 53587

    f.    **Defendants' experts**: Defendants shall disclose their liability, causation, and damages experts on or before **December 21, 2012**. The depositions of defendants' experts shall be taken on or before **March 1, 2013**.

    g.    **Plaintiff's rebuttal experts**: Plaintiff shall disclose any rebuttal experts on or before **March 22, 2013**. The depositions of plaintiff's rebuttal experts shall be taken on or before **April 15, 2013**.

    h.    **Close of discovery**: All discovery is to be completed by **April 15, 2013**.

4.    **Other Items**:

    a.    **Amended pleadings and dispositive motions**: In response to the recently filed cross claims, the defendants have filed or will file their responses on or before **August 30, 2011**. The parties propose that final amended pleadings be filed on or before **August 17, 2012**. The parties shall file dispositive motions no later than **May 24, 2013**. Nothing shall preclude any party from filing a dispositive motion after the completion of fact and medical discovery on July 27, 2012 and the filing of final amended pleadings on August 17, 2012.

    b.    **Settlement and magistrate judge assignment**: The parties are not in a position at this time to discuss settlement. After an appropriate amount of discovery has been completed, the parties may attempt to resolve this matter through mediation or a settlement conference before a magistrate judge. The parties seek clarification as to what magistrate judge is assigned to this case and what matters, if any, the magistrate judge shall handle in this case.

    c.    **Pretrial matters**: The parties also propose they shall submit Rule 26(a)(3) witness lists, designations of witnesses whose testimony will be presented by deposition, and exhibit lists on a date to be set by this court. The parties shall file objections to the other parties' Rule 26(a)(3) witness lists, designation of witnesses whose testimony will be presented by deposition, and exhibit lists on a date to be set by this court. The parties propose that this Court set a date for the filing of the Pretrial Order after the issues noted in Section 4d below are resolved.

    d.    **Trial date, consolidation for trial, bifurcation of liability and damages.** After the completion of discovery on April 15, 2013, the parties shall advise the court of their respective positions on the issues of: (1) consolidation of both cases for trial; (2) severance of any case from trial of the initial case; (3) bifurcation of the liability questions from the damage questions in a consolidated case for trial or two/three cases for trial. The parties propose that the Court set a hearing date on these issues some time before the due dates for the filing of witness lists, deposition designations, exhibit lists, and the Pretrial Order.

Respectfully submitted,

s/Richard F. Burke
One of the Attorneys for the plaintiff

s/Matthew R. Schreck
One of the Attorneys for the Defendants,
Samuel Franke and Martin's Bulk Milk Service,
Inc.

s/Evan B. Karnes II
One of the Attorneys for the Defendant CSX
Intermodal

s/Carlton D. Fisher
One of the Attorneys for the Defendants
International Paper Company, Overnite Express,
Inc., OX LLC and Universal Am-Can, Ltd.

s/James K. Toohey
One of the Attorneys for the Defendants BMW
AG, BMW NA, and Karl Knauz Motors

130090168v1 0903067 53587

## CERTIFICATE OF SERVICE

I hereby certify that on **August 18, 2011**, I electronically filed the above document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing(s) to all counsel of record.

By: _s/Carlton D. Fisher_
Carlton D. Fisher

130090168v1 0903067 53587