IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MURRAY SCHEINMAN, Plenary Guardian of the Estate and Person of JEFFREY J. SCHEINMAN, a Disabled Person,<br><br>                          Plaintiffs,<br>vs.<br><br>MARTIN'S BULK MILK SERVICE, INC., SAMUEL G. FRANKE, CSX INTERMODAL, INC., INTERNATIONAL PAPER COMPANY, UNIVERSAL AM CAN LTD., Successor to OVERNITE EXPRESS, INC. and OX LLC, BMW of NORTH AMERICA, LLC, a corporation, BAYERISCHE MOTOREN WERKE AKTIENGESELLSCHAFT, a corporation, BMW AG, a corporation, and KARL KNAUZ MOTORS, INC., a corporation,<br>                          Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>) No. 09 CV 5340<br>)<br>)<br>)<br>) Honorable James F. Holderman<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**BAYERISCHE MOTOREN WERKE AG'S ANSWER TO MARTIN'S BULK SERVICE, INC. AND SAMUEL G. FRANKE'S AMENDED COUNTERCLAIM FOR CONTRIBUTION**

      NOW COMES the Defendant, BAYERISCHE MOTOREN WERKE AG (herineafter "BMW AG"), by and through its attorneys, James K. Toohey and Timothy R. Couture of the law firm of JOHNSON & BELL, Ltd. and in answer to MARTIN'S BULK SERVICE, INC. and SAMUEL G.FRANKE'S Amended Counterclaim for Contribution, state as follows:

**COUNT I- INTERNATIONAL PAPER COMPANY**

      As the allegations contained in Count I of Plaintiff's Amended Counterclaim are not directed against Defendant BMW AG, said Defendant makes no answer thereto. To the extent that any of the allegations contained in Plaintiff's Count I are construed as

being pled against said Defendant, they are denied.

### COUNT II- UNIVERSAL AM CAN LTD., SUCCESSOR TO OVERNIGHT EXPRESS, INC. AND OX LLC

As the allegations contained in Count II of Plaintiff's Amended Counterclaim are not directed against Defendant BMW AG, said Defendant makes no answer thereto. To the extent that any of the allegations contained in Plaintiff's Count II are construed as being pled against said Defendant, they are denied.

### COUNT III- BMW OF NORTH AMERICA, LLC and BAYERISCHE MOTOREN WERKE AKTIENGESELLSCHAFT

1. On or about July 26, 2011, the Plaintiff filed a Fifth Amended Complaint at Law in the United States District Court for the Northern District of Illinois, under General Docket # 09 CV 5340, (attached hereto as Exhibit "A"), seeking recovery for alleged damages suffered by the Plaintiff, MURRAY SCHEINMAN, Plenary Guardian of the Estate and Person of JEFFREY J. SCHEINMAN, a disabled person, alleging in Count V that the Defendants, BMW OF NORTH AMERICA, LLC and BAYERISCHE MOTOREN WERKE AKTIENGESELLSCHAFT, are strictly liable for alleged design, manufacturing or warning defects in a 2008 135i Series BMW that was sold to Plaintiff, and alleging in Count VI that the Defendants, BMW OF NORTH AMERICA, LLC and BAYERISCHE MOTOREN WERKE AKTIENGESELLSCHAFT, negligently designed the vehicle and failed to warn Plaintiff of defects in the design.

**ANSWER:** BMW AG admits that Plaintiff filed the pleading specified in paragraph 1 and denies all material allegations of same.

.

2.  At the time of the subject occurrence as alleged in the Fifth Amended Complaint at Law, there was in full force and effect in the State of Illinois a certain Act entitled "Joint Tortfeasor Contribution Act," 740 ILCS 100/0.01 et seq., which applies to actions for contribution accruing on or after March 1, 1978.

**ANSWER:** As paragraph 2 does not make allegations of fact, but instead asserts a legal conclusion, BMW AG neither admits nor denies paragraph 2.

3.  If the Defendants, MARTIN'S BULK MILK SERVICE, INC. and SAMUEL G. FRANKE, are found liable to the Plaintiff for any alleged damages in connection with the Fifth Amended Complaint at Law it will be due in whole or substantial part to the negligent acts and/or omissions to act of the Defendants, BMW OF NORTH AMERICA, LLC and BAYERISCHE MOTOREN WERKE AKTIENGESELLSCHAFT.

**ANSWER:** BMW AG denies the allegations of paragraph 3.

4.  If the Defendants, MARTIN'S BULK MILK SERVICE, INC. and SAMUEL G. FRANKE, are found liable to the Plaintiff for any amount whatsoever, which liability is denied by the Defendants, MARTIN'S BULK MILK SERVICE, INC. and SAMUEL G. FRANKE, then the Defendants, MARTIN'S BULK MILK SERVICE, INC. and SAMUEL G. FRANKE, are entitled to contribution from BMW OF NORTH AMERICA, LLC and BAYERISCHE MOTOREN WERKE AKTIENGESELLSCHAFT for BMW OF NORTH AMERICA, LLC and BAYERISCHE MOTOREN WERKE AKTIENGESELLSCHAFT 's pro rata share of fault as is allowable pursuant to statute and applicable case law, and the Defendants, MARTIN'S BULK MILK SERVICE, INC. and SAMUEL G. FRANKE, further entitled to contribution from BMW OF NORTH AMERICA, LLC and BAYERISCHE MOTOREN WERKE AKTIENGESELLSCHAFT.

**ANSWER:** BMW AG denies the allegations of paragraph 4.

WHEREFORE, Defendant, BAYERISCHE MOTOREN WERKE AG prays this Honorable Court dismiss Count III of Martin's Bulk Service, Inc. and Samuel G. Franke's Amended Counterclaim for Contribution with prejudice.

.

Respectfully submitted,

JOHNSON & BELL, LTD.,

By: __/s/ *Timothy R. Couture*__
     One of the Attorneys for Defendant
     BMW AG

James K. Toohey
Timothy R. Couture
JOHNSON & BELL, LTD.,
33 West Monroe Street, Suite 2700
Chicago, IL 60603
(312) 372-0770
Doc No. 2794617

    __/s/ *Timothy R. Couture*__
*I certify that the statements set forth herein to be true and correct in accordance with Rule 11.*

4

## CERTIFICATE OF SERVICE

       I hereby certify that on August 18, 2011, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing(s) to the following:

Richard F. Burke, Jr.
Courtney A. Marincsin
Shannon Marie McNulty
Clifford Law Offices
120 North LaSalle Street - Suite 3100
Chicago, Illinois  60602
312-899-9090
rfb@cliffordlaw.com
cbm@cliffordlaw.com
smm@cliffordlaw.com

**Attorneys for CSX Intermodal, Inc.**
Evan Karnes
Karnes Law Chrtd.
177 North State Street
Floor 3
Chicago, IL 60601
Phone: (312) 629-8900
Fax: (312) 629-0109

**Attorneys for International Paper Company**
William Yu
Carlton Fisher
Hinshaw & Culbertson
222 North LaSalle Street - Suite 300
Chicago, Illinois 60601
312-704-3000
cfisher@hinshawlaw.com
wuy@hinshawlaw.com

**Attorney for Franke and Martins**
Joseph Gerard Skryd
Matthew Richard Schreck
Mulherin Rehfeldt & Varchetto PC
211 South Wheaton Avenue – Suite 200
Wheaton, IL 60187
630/653-9300  **Fax: 630/653-9316**
jskryd@mrvlaw.com
mschreck@mrvlaw.com

Daniel Laurence Polsby
Robert James Golden
Dowd & Dowd
617 West Fulton Street
Chicago, IL 60661
800/451-5238  **Fax:  312/704-4500**
dpolsby@dowdandodwd.com
rgolden@dowdanddowd.com

5