IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MURRAY SCHEINMAN, Plenary Guardian of the Estate and Person of JEFFREY J. SCHEINMAN, a Disabled Person,<br>　　　　　　　　Plaintiffs,<br>vs.<br>MARTIN'S BULK MILK SERVICE, INC., SAMUEL G. FRANKE, CSX INTERMODAL, INC., INTERNATIONAL PAPER COMPANY, UNIVERSAL AM CAN LTD., Successor to OVERNITE EXPRESS, INC. and OX LLC, BMW of NORTH AMERICA, LLC, a corporation, BAYERISCHE MOTOREN WERKE AKTIENGESELLSCHAFT, a corporation, BMW AG, a corporation, and KARL KNAUZ MOTORS, INC., a corporation,<br>　　　　　　　　Defendants. | No. 09 CV 5340<br><br>Honorable James F. Holderman |

**DEFENDANTS BMW OF NORTH AMERICA, LLC'S
ANSWER TO INTERNATIONAL PAPER COMPANY'S COUNTERCLAIM FOR
SETOFF AND CROSSCLAIM FOR CONTRIBUTION**

　　　　NOW COMES the Defendant, BMW of NORTH AMERICA, LLC (hereinafter "BMW NA"), by and through its attorneys, James K. Toohey and Timothy R. Couture of Johnson & Bell, Ltd., and for its Answer to INTERNATIONAL PAPER COMPANY'S Counterclaim for Contribution for Setoff and Crossclaim for Contribution, states as follows:

**COUNTERCLAIM FOR SETOFF**

　　　　1.　　On or about July 26, 2011, Plaintiff, Jeffrey J. Scheinman, filed a Fifth Amended Complaint against Defendant IPC alleging personal injuries and damages as a result of a motor vehicle accident which occurred on July 3, 2008 on Skokie Valley Road at or near its intersection with Half Day Road in Highland Park, Illinois.

(ECF Doc. No. 168)

**ANSWER:** BMW NA admits the allegations of Paragraph 1.

2. IPC has denied and continues to deny all material allegations of Plaintiff's Complaint, and specifically denied and continues to deny that IPC was negligent in causing the Plaintiff's claimed injuries and/or damages.

**ANSWER:** BMW NA admits that IPC filed an answer denying the material allegations of Plaintiff's Complaint, but is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in paragraph 2.

3. At all times relevant hereto, the Illinois Contribution Among Joint Tortfeasors Act, 740 ILCS 100/0.01 et seq., provides that IPC is entitled to a setoff in the amount of any settlement paid by any party named in this action, including any Defendant or Third-Party Defendant, if that settlement was paid for the same injury for which the Plaintiff now seeks recovery against IPC.

**ANSWER:** As paragraph 3 does not make allegations of fact, but instead asserts a legal conclusion, BMW NA neither admits nor denies paragraph 3.

4. In the event that any party named in this action, including any Defendant or Third-Party Defendant, settles separately with the Plaintiff, IPC will be entitled to a setoff in the amount of any such settlement against any verdict returned against IPC pursuant to 740 ILCS 100/2(c) and 735 ILCS 5/2-608.

**ANSWER:** As paragraph 4 does not make allegations of fact, but instead asserts a legal conclusion, BMW NA neither admits nor denies paragraph 4.

WHEREFORE, Defendant, BMW of NORTH AMERICA, LLC prays this honorable Court dismiss INTERNATIONAL PAPER COMPANY'S Counterclaim for

Contribution for Setoff as pled against BMW of NORTH AMERICA, LLC with prejudice.

**CROSSCLAIM FOR CONTRIBUTION #1– ALL CO-DEFENDANTS EXCEPT MARTIN'S BULK MILK SERVICE, INC. AND SAMUEL G. FRANKE**

As Plaintiff's Complaint against non-entity "BMW AG" was dismissed pursuant to order of Court on September 14, 2010, and as Plaintiff's Complaint against KARL KNAUZ MOTORS, INC. ("KNAUZ") was dismissed with prejudice on March 25, 2011, BMW NA makes no answer to the allegations pled against said dismissed parties.

1. On or about July 26, 2011, Plaintiff, Jeffrey J. Scheinman, filed a Fifth Amended Complaint against defendant IPC alleging personal injuries and damages as a result of a motor vehicle accident which occurred on July 3, 2008 on Skokie Valley Road at or near its intersection with Half Day Road in Highland Park, Illinois. (ECF Doc No. 168).

**ANSWER:** BMW NA admits the allegations of paragraph 1.

2. Plaintiff's Complaint alleges that certain acts and/or omissions of negligence on the part of the Defendant IPC proximately caused Plaintiff's injuries and damages.

**ANSWER:** BMW NA admits the allegations of paragraph 2.

3. Defendant/Crossclaimant IPC has denied and continues to deny all material allegations of Plaintiff's Complaint, and specifically denied and continues to deny that IPC was negligent in causing the Plaintiff's claimed injuries and/or damages.

**ANSWER:** BMW NA admits that IPC filed an answer denying the material allegations of Plaintiff's Complaint, but is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in paragraph 3.

4. At all times relevant hereto, the Illinois Contribution Among Joint

3

Tortfeasors Act, 740 ILCS 100/0.01 et seq., was in full force and effect.

**ANSWER:** As paragraph 4 does not make allegations of fact, but instead asserts a legal conclusion, BMW NA neither admits nor denies paragraph 4.

5. As alleged in the Plaintiff's complaint, CSX Intermodal, Inc., BMW of North America, LLC, Bayerische Motoren Werke Aktiengesellschaft, BMW AG, and Karl Knauz Motors, Inc. committed negligent acts or omissions or put into the stream of commerce an unreasonably dangerous product.

**ANSWER:** BMW NA denies the allegations of paragraph 5 as pled against BMW NA and Bayerische Motoren Werke AG (hereinafter "BMW AG"). As the remaining allegations of paragraph 5 are not pled against BMW NA, BMW NA makes no answer thereto.

6. In the event that judgment is entered in favor of Plaintiff against this Defendant IPC, then said judgment may be due in whole or in part to the negligence or other fault of the codefendants other than Samuel G. Franke and MBMS.

**ANSWER:** BMW NA denies the allegations of paragraph 6 as pled against BMW NA and BMW AG. As the remaining allegations of paragraph 6 are not pled against BMW NA, BMW NA makes no answer thereto.

7. In the event this defendant IPC is held liable to the Plaintiff, which liability this defendant expressly denies, then this defendant is entitled to contribution from the co-defendants other than Samuel G. Franke and MBMS in an amount equal to the pro rata share of liability of the co-defendants other than Samuel G. Franke and MBMS under the Illinois Contribution Among Joint Tortfeasors Act, 740 ILCS 100/0.01 et seq.

**ANSWER:** BMW NA denies the allegations of paragraph 7 as pled against BMW NA

and BMW AG. As the remaining allegations of paragraph 7 are not pled against BMW NA, BMW NA makes no answer thereto.

WHEREFORE, Defendant, BMW of NORTH AMERICA, LLC prays this honorable Court dismiss INTERNATIONAL PAPER COMPANY'S Crossclaim for Contribution as pled against BMW of NORTH AMERICA, LLC with prejudice.

**CROSSCLAIM FOR CONTRIBUTION #2 –
MARTIN'S BULK MILK SERVICE, INC.
AND SAMUEL G. FRANKE**

As the allegations contained in Crossclaim for Contribution #2 are not directed against Defendant BMW NA, said Defendant make no answer thereto. To the extent that any of the allegations contained in Plaintiff's Crossclaim for Contribution #2 are construed as being pled against said Defendant, they are denied.

Respectfully submitted,

JOHNSON & BELL, LTD.,


By:  /s/ *Timothy R. Couture*
  One of the Attorneys for Defendant
  BMW of NORTH AMERICA, LLC

James K. Toohey
Timothy R. Couture
JOHNSON & BELL, LTD.,
33 West Monroe Street, Suite 2700
Chicago, IL  60603
(312) 372-0770
Doc No.  2794761

  /s/ *Timothy R. Couture*
*I certify that the statements set forth herein to be
true and correct in accordance with Rule 11.*

5

## CERTIFICATE OF SERVICE

       I hereby certify that on August 18, 2011, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing(s) to the following:

**Attorney for Plaintiff**
Richard F. Burke, Jr.
Courtney A. Marincsin
Shannon Marie McNulty
Clifford Law Offices
120 North LaSalle Street - Suite 3100
Chicago, Illinois 60602
312-899-9090
rfb@cliffordlaw.com
cbm@cliffordlaw.com
smm@cliffordlaw.com

**Attorneys for CSX Intermodal, Inc.**
Evan Karnes
Karnes Law Chrtd.
177 North State Street
Floor 3
Chicago, IL 60601
Phone: (312) 629-8900
Fax: (312) 629-0109

**Attorneys for International Paper Company**
William Yu
Carlton Fisher
Hinshaw & Culbertson
222 North LaSalle Street - Suite 300
Chicago, Illinois 60601
312-704-3000
cfisher@hinshawlaw.com
wuy@hinshawlaw.com

**Attorney for Franke and Martins**
Joseph Gerard Skryd
Matthew Richard Schreck
Mulherin Rehfeldt & Varchetto PC
211 South Wheaton Avenue – Suite 200
Wheaton, IL 60187
630/653-9300  **Fax: 630/653-9316**
jskryd@mrvlaw.com
mschreck@mrvlaw.com

Daniel Laurence Polsby
Robert James Golden
Dowd & Dowd
617 West Fulton Street
Chicago, IL 60661
800/451-5238  **Fax: 312/704-4500**
dpolsby@dowdandodwd.com
rgolden@dowdanddowd.com

6