# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | James F. Holderman | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 09 C 5340 | **DATE** | 8/25/2011 |
| **CASE TITLE** | Murray Scheinman vs. Martin's Bulk Milk Service, Inc. Et al | | |

**DOCKET ENTRY TEXT**

ENTER AGREED PROTECTIVE ORDER.

■ [ For further detail see separate order(s).]

Notices mailed by Judicial staff.

| | Courtroom Deputy Initials: | AMM |
|---|---|---|