IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| MURRAY SCHEINMAN, Plenary Guardian of the Estate and Person of JEFFREY J. SCHEINMAN, a Disabled Person, | ) ) ) ) ) | |
| Plaintiffs, | ) ) | |
| vs. | ) ) | No. 09 cv 5340 |
| MARTIN'S BULK MILK SERVICE, INC., SAMUEL G. FRANKE, CSX INTERMODAL, INC., INTERNATIONAL PAPER COMPANY, UNIVERSAL AM CAN LTD., Successor to OVERNITE EXPRESS, INC. and OX LLC, BMW of NORTH AMERICA, LLC, a corporation, BAYERISCHE MOTOREN WERKE AKTIENGESELLSCHAFT, a corporation, BMW AG, a corporation, and KARL KNAUZ MOTORS, INC., a corporation, | ) ) ) ) ) ) ) ) ) ) ) | Honorable James F. Holderman |
| Defendants. | ) | |

## AGREED PROTECTIVE ORDER

The parties having been before the court for status on August 23, 2011, and the court being advised that the parties have agreed to engage in an inspection of Jeffrey Scheinman's BMW vehicle on August 30, 2011, it is hereby ordered as follows:

1. The prior protective order entered in the Circuit Court of Cook County on September 19, 2008 is modified as set forth below.

2. The Scheinman BMW vehicle may be transferred from QCSA, 31 W 120 West Bartlett Road, Bartlett, Illinois, where it is currently in storage under the control of Travelers Personal Insurance Company.

3. Travelers Personal Insurance Company shall make the vehicle available for pick-up on or before Friday, August 26, 2011, and facilitate the removal of the vehicle from QCSA, 31 W 120 West Bartlett Road, Bartlett, Illinois.

4. Plaintiff Scheinman, the BMW Defendants, Defendants Martin's and Franke, Defendant International and Defendants UACL/OEI/OX are hereby granted permission to take temporary joint possession of the vehicle and have it transferred to Dynamic Safety, at 1400 Ensell Road, Lake Zurich, Illinois, for inspection of said vehicle on August 30, 2011, and for continued storage at Dynamic Safety until otherwise agreed upon by the parties. Plaintiff Scheinman, the BMW Defendants, Defendants Martin's and Franke, Defendant International, and Defendants UACL/OEI/OX have mutually agreed that the transfer of the BMW will be performed by Wildwood Service of Grayslake, Illinois, and Plaintiff Scheinman, the BMW Defendants, Defendants Martin's and Franke, Defendant International, and Defendants UACL/OEI/OX have also agreed that they will store the vehicle at Dynamic Safety until further agreement is reached amongst them. All parties, as well as Travelers Personal Insurance Company, may be present for, and participate in, the transfer of the BMW vehicle from QCSA in Bartlett, Illinois to Dynamic Safety in Lake Zurich, Illinois. The possession of the vehicle shall be transferred back to Travelers Personal Insurance Company after the inspection, and transferred back to QCSA in Bartlett, Illinois, on or before September 14, 2011, unless otherwise agreed upon by the parties.

5. The cost of transfer and storage at Dynamic Safety will be split in four equal parts and will be paid by the following four entities:

      a. Plaintiff, Scheinman

      b. The BMW Defendants

      c. Defendants International Paper and UACL/OEI/OX

      d. Defendants Martin's and Franke

6. All parties to this litigation, and their respective experts, will take all reasonable steps necessary to accomplish the transfer and inspection of the Scheinman BMW vehicle so as

to preserve and maintain it in its present condition.

7. The Scheinman BMW vehicle will be videotaped prior to the departure from the QCSA facility, 31 W 120 West Bartlett Road, Bartlett, Illinois, and will also be videotaped upon its arrival at Dynamic Safety.

8. The inspection currently set for August 30, 2011 will be non-destructive, unless otherwise agreed upon by all parties and their respective experts.

9. Following the inspection of August 30, 2011, and prior to September 14, 2011, all parties to this action, as well as Travelers Personal Insurance Company, shall reach agreement concerning the continued possession of the Scheinman BMW, as well as the location and payment for any further storage of the Scheinman BMW, during the pendency of this case.

ENTERED:

Date: August 25, 2011

JUDGE JAMES F. HOLDERMAN