**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| MURRAY SCHEINMAN, Plenary Guardian of the Estate and Person of JEFFREY J. SCHEINMAN, a Disabled Person,<br><br>     Plaintiffs,<br>vs.<br><br>MARTIN'S BULK MILK SERVICE, INC., SAMUEL G. FRANKE, CSX INTERMODAL, INC., INTERNATIONAL PAPER COMPANY, UNIVERSAL AM CAN LTD., Successor to OVERNITE EXPRESS, INC. and OX LLC, BMW of NORTH AMERICA, LLC, a corporation, BAYERISCHE MOTOREN WERKE AKTIENGESELLSCHAFT, a corporation, BMW AG, a corporation, and KARL KNAUZ MOTORS, INC., a corporation,<br><br>     Defendants. | No. 09 CV 5340<br><br>Honorable James F. Holderman |

**DEFENDANTS, MARTIN'S BULK SERVICE, INC. AND SAMUEL G. FRANKE'S, ANSWER AND AFFIRMATIVE DEFENSES TO DEFENDANTS, BMW OF NORTH AMERICA, LLC AND BAYERISCHE MOTOREN WERKE AKTIENGESELLSCHAFT'S, CROSSCLAIMS FOR CONTRIBUTION**

NOW COME the Defendants, MARTIN'S BULK MILK SERVICE, INC. and SAMUEL G. FRANKE, by and through their attorneys, MULHERIN, REHFELDT & VARCHETTO, P.C., and for their Answer and Affirmative Defenses to the Defendants, BMW OF NORTH AMERICA, LLC and BAYERISCHE MOTOREN WERKE AKTIENGESELLSCHAFT's, (hereinafter collectively referred to as "BMW"), Crossclaims for Contribution, state as follows:

   1.  Plaintiff has filed a six count Fifth Amended Complaint at Law alleging that on July 3, 2008 in the northbound lanes of Skokie Valley Road at Half Day road in

Highland Park, Illinois, Jeffrey Scheinman suffered injuries and damages caused by the negligence of Samuel Franke and Martin's Bulk Service, Inc. when the 2008 335i Series BMW automobile driven by Jeffrey Scheinman was struck in the rear while at rest at a traffic control light by a fully-loaded semi-tractor/trailer combination owned by Martin's Bulk Service, Inc. and operated by Samuel Franke. (see dkt #168, Count 1).

**RESPONSE: The Defendants, MARTIN'S BULK MILK SERVICE, INC. and SAMUEL G. FRANKE, admit that Plaintiff has filed a Fifth Amended Complaint at Law. The Defendants, MARTIN'S BULK MILK SERVICE, INC. and SAMUEL G. FRANKE, deny the remaining allegations contained in Paragraph 1 of BMW's Crossclaims for Contribution.**

2. Plaintiff's Fifth Amended Complaint further alleges that Jeffrey Scheinman's injuries were caused by the negligent operation of the semi-tractor/trailer combination by Samuel Franke, who allegedly acted at the time as an agent or employee of CSX Intermodal, Inc., International Paper Company, Overnite Express, Inc., Overnite Logistics, Inc., OX LLC, and Universal AM CAM, Ltd., (See dkt #168, Counts II-IV).

**RESPONSE: The Defendants, MARTIN'S BULK MILK SERVICE, INC. and SAMUEL G. FRANKE, admit that Plaintiff has filed a Fifth Amended Complaint at Law. The Defendants, MARTIN'S BULK MILK SERVICE, INC. and SAMUEL G. FRANKE, deny the remaining allegations contained in Paragraph 2 of BMW's Crossclaims for Contribution.**

3. Count V of Plaintiff's Fifth Amended Complaint alleges that BMW NA and BMW AG are strictly liable for alleged design, manufacturing or warning defects in Jeffrey Scheinman's 2008 335i Series BMW automobile.

**RESPONSE: The Defendants, MARTIN'S BULK MILK SERVICE, INC. and SAMUEL G. FRANKE, admit the allegations contained in Paragraph 3 of BMW's Crossclaims for Contribution.**

  4. Count VI of Plaintiff's Fifth Amended Complaint alleges II that BMW NA and BMW AG negligently designed Jeffrey Scheinman's 2008 335i Series BMW automobile and failed to warn Jeffrey Scheinman of defects in the design of same.

**RESPONSE: The Defendants, MARTIN'S BULK MILK SERVICE, INC. and SAMUEL G. FRANKE, admit the allegations contained in Paragraph 4 of BMW's Crossclaims for Contribution.**

  5. BMW NA and BMW AG have filed Answers and Affirmative Defenses to Plaintiff's Complaint denying all material allegations directed against it. (See dkt #172 and 173.)

**RESPONSE: The Defendants, MARTIN'S BULK MILK SERVICE, INC. and SAMUEL G. FRANKE, admit the allegations contained in Paragraph 5 of BMW's Crossclaims for Contribution.**

  6. In his Fifth Amended Complaint, Plaintiff alleges that the indivisible injuries Plaintiff suffered were caused by the tortious acts or omissions of each alleged tortfeasor.

**RESPONSE: The Defendants, MARTIN'S BULK MILK SERVICE, INC. and SAMUEL G. FRANKE, admit a commonality of injury alleged in the Counts of the Plaintiff's Fifth Amended Complaint at Law but deny the remaining allegations contained in Paragraph 6 of BMW's Crossclaims for Contribution as unsupported conclusions of law.**

7. At all times relevant, there was in existence a statue commonly known as the Joint Tortfeasors Contribution Act, 740 ILCS 100/01, *et seq.*, which provides for the assessment of damages among join tortfeasors found liable to an injured plaintiff in proportion to their respective percentage of fault.

**RESPONSE: The Defendants, MARTIN'S BULK MILK SERVICE, INC. and SAMUEL G. FRANKE, admit the existence of the Act, but deny its applicability to the Defendants, MARTIN'S BULK MILK SERVICE, INC. and SAMUEL G. FRANKE, in this matter.**

8. If either or both Cross-Plaintiffs BMW NA and/or BMW AG are found liable to the Plaintiff based on Plaintiff's theories of product liability or negligence, said liability being expressly denied, and each or any Cross Defendant is also found liable to Plaintiff, the Cross Plaintiffs will be entitled to contribution from any and each Cross Defendant also found liable in an amount in proportion to the percentage of fault assigned to any and each Cross Defendant for their negligent and/or willful and wanton conduct in accordance with the Joint Tortfeasors Contribution Act.

**RESPONSE: The Defendants, MARTIN'S BULK MILK SERVICE, INC. and SAMUEL G. FRANKE, deny the allegations contained in Paragraph 8 of BMW's Crossclaims for Contribution.**

9. At the time and place specified in Plaintiff's Fifth Amended Complaint, Samuel Franke conduct and the conduct of those on whose behalf he was acting can be adjudged as negligent, as alleged, and an assessment of that liability can be made based on such negligence.

**RESPONSE: The Defendants, MARTIN'S BULK MILK SERVICE, INC. and SAMUEL G. FRANKE, deny the allegations contained in Paragraph 9 of BMW's Crossclaims for Contribution.**

10. However, at that time and place, on information and belief, Samuel Franke's conduct was so reckless and in such utter disregard for the safety of Plaintiff's incompetent person that assessment of fault against him, and those on whose behalf he was legally acting at that time, can be judged to constitute willful and wanton misconduct, in that: a) he drove a fully loaded semi tractor-trailer weighing and estimated 50,000 pounds into an intersection between a federal and a state highway that was controlled at that time by a red traffic control signal warning him to reduce his speed to a stop to prevent any contact with any vehicles waiting at that red traffic control signal and before entering an intersection in which easterly and westerly traffic was or was entitled to be crossing in utter disregard for the laws in effect at that time requiring him to reduce his speed to avoid an accident (625 ILCS 5/11-601 (a) and (b) and his statutory obligation to observe and comply with traffic control lights (625 ILCS 5/11-202; b) but instead and with an unobstructed view of the intersection, stopped traffic and a red traffic control signal, he drove his semi tractor-trailer combination at full highway speed and without application of his brakes into an impact between the front of his semi tractor-trailer combination and the rear of the vehicle occupied by plaintiff's incompetent person, c) he caused his semi tractor-trailer combination to strike the stopped vehicle, propelling it across the intersection, over a curb, and hundreds of feet north of the intersection all the time with his tractor-trailer in full contact with the struck vehicle, d) he caused the combination of his tractor-trailer and the struck vehicle to go over a curb, knocking down a road sign and causing the struck vehicle to catch fire starting in the

5

rear of the vehicle during the extended run-out of both vehicles after initial impact, e) when he finally brought his vehicle to a halt or it was otherwise caused to stop, he acted only for his own safety and in disregard of the safety of the person in the vehicle he had struck by backing his truck down the road away from the burning vehicle and made no effort to aid in extricating the unconscious driver of the struck vehicle before the fire reached the unconscious driver's seated position in the vehicle.

**RESPONSE: The Defendants, MARTIN'S BULK MILK SERVICE, INC. and SAMUEL G. FRANKE, deny the allegations contained in Paragraph 10 of BMW's Crossclaims for Contribution, and further deny sub-paragraphs (a) through (e) of Paragraph 10 of of BMW's Crossclaims for Contribution.**

11. In the event that either cross-plaintiff is adjudged liable as a cause of any of Plaintiff's damages, the reckless and willful conduct of Samuel Franke and those on whose behalf he was acting at the time should bear responsibility based on such wrongful causative behavior.

**RESPONSE: The Defendants, MARTIN'S BULK MILK SERVICE, INC. and SAMUEL G. FRANKE, deny the allegations contained in Paragraph 11 of BMW's Crossclaims for Contribution.**

WHEREFORE the Defendants, MARTIN'S BULK MILK SERVICE, INC. and SAMUEL G. FRANKE, deny that the Plaintiff, MURRAY SCHEINMAN, Plenary Guardian of the Estate and Person of JEFFREY J. SCHEINMAN, a disabled person, and/or the Defendants, BMW OF NORTH AMERICA, LLC and BAYERISCHE MOTOREN WERKE AKTIENGESELLSCHAFT, are entitled to judgment in any amount whatsoever, and prays for judgment in their favor and against the Plaintiff and/or the

Defendants, BMW OF NORTH AMERICA, LLC and BAYERISCHE MOTOREN WERKE AKTIENGESELLSCHAFT, plus costs.

## AFFIRMATIVE DEFENSES

## ALL COUNTS

### FIRST AFFIRMATIVE DEFENSE

BMW's Crossclaims for Contribution fail to state a cause of action.

WHEREFORE the Defendants, MARTIN'S BULK MILK SERVICE, INC. and SAMUEL G. FRANKE, deny that the Plaintiff, MURRAY SCHEINMAN, Plenary Guardian of the Estate and Person of JEFFREY J. SCHEINMAN, a disabled person, and/or the Defendants, BMW OF NORTH AMERICA, LLC and BAYERISCHE MOTOREN WERKE AKTIENGESELLSCHAFT, are entitled to judgment in any amount whatsoever, and prays for judgment in their favor and against the Plaintiff and/or the Defendants, BMW OF NORTH AMERICA, LLC and BAYERISCHE MOTOREN WERKE AKTIENGESELLSCHAFT, plus costs.

### SECOND AFFIRMATIVE DEFENSE

The Plaintiff failed to mitigate his damages.

WHEREFORE the Defendants, MARTIN'S BULK MILK SERVICE, INC. and SAMUEL G. FRANKE, deny that the Plaintiff, MURRAY SCHEINMAN, Plenary Guardian of the Estate and Person of JEFFREY J. SCHEINMAN, a disabled person, and/or the Defendants, BMW OF NORTH AMERICA, LLC and BAYERISCHE MOTOREN WERKE AKTIENGESELLSCHAFT, are entitled to judgment in any amount whatsoever, and prays for judgment in their favor and against the Plaintiff and/or the Defendants, BMW OF NORTH AMERICA, LLC and BAYERISCHE MOTOREN WERKE AKTIENGESELLSCHAFT, plus costs.

## THIRD AFFIRMATIVE DEFENSE

The Plaintiff and/or BMW's claims are barred by the relevant statute of limitations.

WHEREFORE the Defendants, MARTIN'S BULK MILK SERVICE, INC. and SAMUEL G. FRANKE, deny that the Plaintiff, MURRAY SCHEINMAN, Plenary Guardian of the Estate and Person of JEFFREY J. SCHEINMAN, a disabled person, and/or the Defendants, BMW OF NORTH AMERICA, LLC and BAYERISCHE MOTOREN WERKE AKTIENGESELLSCHAFT, are entitled to judgment in any amount whatsoever, and prays for judgment in their favor and against the Plaintiff and/or the Defendants, BMW OF NORTH AMERICA, LLC and BAYERISCHE MOTOREN WERKE AKTIENGESELLSCHAFT, plus costs.

## FOURTH AFFIRMATIVE DEFENSE

1.  At the time and place as alleged in the Plaintiff's Fifth Amended Complaint at Law and BMW's Crossclaims for Contribution, it was the duty of JEFFREY J. SCHEINMAN to exercise ordinary care for his own safety and for others on the roadway.

2.  Notwithstanding said duty and in direct violation thereof, JEFFREY J. SCHEINMAN was guilty of one or more of the following negligent acts and/or omissions to act which were a proximate cause of the Plaintiff's claimed damages:

    a.  Failed to keep a proper lookout for other vehicles, and equipment, lawfully upon the roadway;

    b.  Failed to utilize proper signals to indicate his intended direction of travel;

    c.  Came to a sudden and abrupt stop;

    d.  Failed to follow warning and caution signs for road traffic;

    e.  Traveled too fast for road conditions then and there existing; and

      f.      Was otherwise careless and negligent at the time and place as alleged in the Plaintiff's Fifth Amended Complaint at Law and BMW's Crossclaims for Contribution.

      3.      As a result of JEFFREY J. SCHEINMAN's careless and negligent acts, the Defendants, MARTIN'S BULK MILK SERVICE, INC. and SAMUEL G. FRANKE, pray as follows:

      A.      In the event JEFFREY J. SCHEINMAN's negligence contributed to Plaintiff's alleged injuries and damages in an amount of fifty-one percent (51%) or more, that judgment be entered in favor of the Defendants, MARTIN'S BULK MILK SERVICE, INC. and SAMUEL G. FRANKE, and against the Plaintiff, or in the alternative;

      B.      In the event JEFFREY J. SCHEINMAN's negligence contributed to Plaintiff's alleged injuries and damages in an amount less than fifty-one percent (51%), that any recovery by the Plaintiff shall be reduced by an amount equal to the share of the negligence attributable to JEFFREY J. SCHEINMAN.

      WHEREFORE the Defendants, MARTIN'S BULK MILK SERVICE, INC. and SAMUEL G. FRANKE, deny that the Plaintiff, MURRAY SCHEINMAN, Plenary Guardian of the Estate and Person of JEFFREY J. SCHEINMAN, a disabled person, and/or the Defendants, BMW OF NORTH AMERICA, LLC and BAYERISCHE MOTOREN WERKE AKTIENGESELLSCHAFT, are entitled to judgment in any amount whatsoever, and prays for judgment in their favor and against the Plaintiff and/or the Defendants, BMW OF NORTH AMERICA, LLC and BAYERISCHE MOTOREN WERKE AKTIENGESELLSCHAFT, plus costs.

## **FIFTH AFFIRMATIVE DEFENSE**

1. At the time and place alleged in the Plaintiff's Fifth Amended Complaint at Law and BMW's Crossclaims for Contribution, there was in full force and effect a statute known as 735 ILCS 5/2-1117, which provided as follows:

> Except as provided in Section 2-1118, in actions on account of bodily injury or death or physical damage to property, based on negligence or product liability based on strict tort liability, all Defendants found liable are jointly and severally liable for Plaintiffs past and future medical and medically related expenses. Any Defendants whose fault, as determined by the trier of fact, is less than 25% of the total fault attributable to the Plaintiff, the Defendants sued by the Plaintiff, and any Third-Party Defendants who could have been sued by the Plaintiff, shall be severally liable for all other damages. Any Defendants whose fault, as determined by the trier of fact is 25% or greater of the total fault attributable to the Plaintiff, the Defendants sued by the Plaintiff, and any Third-Party Defendants who could have been sued by the Plaintiff shall be jointly and severally liable for all other damages.

2. At the time of and/or immediately prior to the occurrence alleged in the Plaintiff's Fifth Amended Complaint at Law and BMW's Crossclaims for Contribution, JEFFREY J. SCHEINMAN was under a duty to act with ordinary and due care and caution for his own safety and in a manner so as to not injure or cause injury or damage to himself or others.

3. The alleged liability of MARTIN'S BULK MILK SERVICE, INC. and SAMUEL G. FRANKE, if any, which alleged liability they deny under the allegations contained in the Plaintiff's Fifth Amended Complaint at Law and BMW's Crossclaims for Contribution, is less than 25% of the total fault attributable to the Plaintiff, JEFFREY J. SCHEINMAN, the Defendants sued by the Plaintiff, and any Third-Party Defendants or any persons or entities that could have been sued by the Plaintiff.

10

WHEREFORE, the Defendants, MARTIN'S BULK MILK SERVICE, INC. and SAMUEL G. FRANKE, request that in the event that there is a finding of fault against the Defendants, MARTIN'S BULK MILK SERVICE, INC. and SAMUEL G. FRANKE, which liability they deny, under the Plaintiff's Fifth Amended Complaint at Law and/or BMW's Crossclaims for Contribution, that the Court enter an Order limiting the alleged liability, if any, of Defendants, MARTIN'S BULK MILK SERVICE, INC. and SAMUEL G. FRANKE, to that percentage of their alleged fault under 25%, if any, for alleged damages under Plaintiff's Fifth Amended Complaint at Law and BMW's Crossclaims for Contribution, other than any alleged proven past and future medical and medically related expense pursuant to 735 ILCS 5/2-1117.

### **SIXTH AFFIRMATIVE DEFENSE**

1. On or about July 26, 2011, the Plaintiff filed a Fifth Amended Complaint at Law in the United States District Court for the Northern District of Illinois, under General Docket # 09 CV 5340, seeking recovery for alleged damages suffered by the Plaintiff, MURRAY SCHEINMAN, Plenary Guardian of the Estate and Person of JEFFREY J. SCHEINMAN, a disabled person.

2. At the time of the subject occurrence as alleged in the Plaintiff's Fifth Amended Complaint at Law and BMW's Crossclaims for Contribution, there was in full force and effect in the State of Illinois a certain Act entitled "Joint Tortfeasor Contribution Act," 740 ILCS 100/0.01 et seq., which applies to actions for contribution accruing on or after March 1, 1978.

3. Should any, or all, of the Defendants, Third-Party Defendants and/or any other parties, persons or entities that may be liable to the Plaintiff in tort resolve or settle the Plaintiff's claim against them, the Defendants, MARTIN'S BULK MILK SERVICE,

11

INC. and SAMUEL G. FRANKE, are entitled to a set-off and reduction of any judgment entered against it in an amount equal to the consideration paid by the settling Defendants, Third-Party Defendants and/or any other parties, persons, or entities.

WHEREFORE, the Defendants, MARTIN'S BULK MILK SERVICE, INC. and SAMUEL G. FRANKE, request that in the event that there is a finding of fault against the Defendants, MARTIN'S BULK MILK SERVICE, INC. and SAMUEL G. FRANKE, if any, liability for which Defendants, MARTIN'S BULK MILK SERVICE, INC. and SAMUEL G. FRANKE, deny, under the Plaintiff's Fifth Amended Complaint at Law and/or BMW's Crossclaims for Contribution, that the Court enter an Order reducing any judgment against the Defendants, MARTIN'S BULK MILK SERVICE, INC. and SAMUEL G. FRANKE, in an amount equivalent to consideration paid by any, or all, settling Defendants, Third-Party Defendants and/or any other parties, persons, or entities that may be liable to the Plaintiff in tort, individually or collectively, and joint tortfeasors in settlement of the Plaintiff's Fifth Amended Complaint at Law and BMW's Crossclaims for Contribution against them.

## SEVENTH AFFIRMATIVE DEFENSE

1. On or about July 26, 2011, the Plaintiff filed a Fifth Amended Complaint at Law in the United States District Court for the Northern District of Illinois, under General Docket # 09 CV 5340, seeking recovery for alleged damages suffered by the Plaintiff, MURRAY SCHEINMAN, Plenary Guardian of the Estate and Person of JEFFREY J. SCHEINMAN, a disabled person.

2. The fault of any settling Defendants, Third-Party Defendants and/or any other parties, persons or entities that may be liable to the Plaintiff in tort were the sole

12

proximate cause of the injuries and damages claimed in Plaintiff's Fifth Amended Complaint at Law and BMW's Crossclaims for Contribution.

WHEREFORE the Defendants, MARTIN'S BULK MILK SERVICE, INC. and SAMUEL G. FRANKE, deny that the Plaintiff, MURRAY SCHEINMAN, Plenary Guardian of the Estate and Person of JEFFREY J. SCHEINMAN, a disabled person, and/or the Defendants, BMW OF NORTH AMERICA, LLC and BAYERISCHE MOTOREN WERKE AKTIENGESELLSCHAFT, are entitled to judgment in any amount whatsoever, and prays for judgment in their favor and against the Plaintiff and/or the Defendants, BMW OF NORTH AMERICA, LLC and BAYERISCHE MOTOREN WERKE AKTIENGESELLSCHAFT, plus costs.

## EIGHTH AFFIRMATIVE DEFENSE

The Defendants, MARTIN'S BULK MILK SERVICE, INC. and SAMUEL G. FRANKE, hereby incorporate and rely upon all affirmative defenses incorporated in Federal Rules of Civil Procedure 8(c).

## DEMAND FOR A TRIAL BY JURY

The Defendants, MARTIN'S BULK MILK SERVICE, INC. and SAMUEL G. FRANKE, hereby demand a trial by jury on all Counts and claims triable to a jury of BMW's Crossclaims for Contribution.

MULHERIN, REHFELDT & VARCHETTO, P.C.

By: _s/ Joseph G. Skryd_____

MULHERIN, REHFELDT & VARCHETTO, P.C.
211 South Wheaton Avenue, Suite 200
Wheaton, IL 60187
630/653-9300

## **CERTIFICATE OF SERVICE**

I hereby certify that on August 29, 2011, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing(s) to the following:

Richard F. Burke, Jr.
Courtney A. Marincsin
Shannon Marie McNulty
Clifford Law Offices
120 North LaSalle Street
Suite 3100
Chicago, Illinois 60602
312-899-9090
rfb@cliffordlaw.com
cbm@cliffordlaw.com
smm@cliffordlaw.com

Robert J. Golden
Dowd & Dowd, Ltd.
617 West Fulton
Chicago, Illinois 60661
312-704-4400
rgolden@dowdanddowd.com

Evan Karnes, II
Neil D. O'Connor, Sr.
O'Connor & Karnes
177 North State
3rd Floor
Chicago, Illinois 60601
312-629-8900
Fax: 312-629-0109
ekarnes@oconnorkarnes.com

Carlton Fisher
William Yu
Hinshaw & Culbertson
222 North LaSalle Street
Suite 300
Chicago, Illinois 60601
312-704-3000
cfisher@hinshawlaw.com
wuy@hinshawlaw.com

Scott C. Bentivenga
Michael S. Haggerty
**Lewis Brisbois Bisgaard & Smith, LLP**
550 W. Adams Street, Suite 300
Chicago, IL 60661
312-463-3341
Fax: 312-345-1778
mhaggerty@lbbslaw.com
sbentivenga@lbbslaw.com

James K. Toohey
Timothy R. Couture
**Johnson & Bell, Ltd.**
33 W. Monroe, Suite 2700
Chicago, IL 60603
312-984-0280
Fax: 312-372-9818
mcpheetersg@jbltd.com
tooheyj@jbltd.com
couture@jbltd.com

            __ s/ Joseph G. Skryd__