**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| MURRAY SCHEINMAN, Plenary Guardian of the Estate and Person of JEFFREY J. SCHEINMAN, a Disabled Person, )))))) | |
| Plaintiffs, ) | |
| vs. ) | No. 09 CV 5340 |
| ) | |
| MARTIN'S BULK MILK SERVICE, INC., SAMUEL G. FRANKE, CSX INTERMODAL, INC., INTERNATIONAL PAPER COMPANY, UNIVERSAL AM CAN LTD., Successor to OVERNITE EXPRESS, INC. and OX LLC, BMW of NORTH AMERICA, LLC, a corporation, BAYERISCHE MOTOREN WERKE AKTIENGESELLSCHAFT, a corporation, BMW AG, a corporation, and KARL KNAUZ MOTORS, INC., a corporation, ))))))))))))) | Honorable James F. Holderman |
| Defendants. ) | |

**ANSWER TO DEFENDANTS, UNIVERSAL AM CAN LTD. D/B/A AND SUCCESSOR TO OVERNITE EXPRESS, OVERNITE EXPRESS, AND OX LLC'S, AFFIRMATIVE DEFENSES TO DEFENDANTS, MARTIN'S BULK MILK SERVICE, INC. AND SAMUEL G. FRANKE'S, AMENDED COUNTERCLAIM FOR CONTRIBUTION**

NOW COME the Defendants, MARTIN'S BULK MILK SERVICE, INC. and SAMUEL G. FRANKE, by and through their attorneys, MULHERIN, REHFELDT & VARCHETTO, P.C., and for their Answer to Defendants, UNIVERSAL AM CAN LTD. D/B/A AND SUCCESSOR TO OVERNITE EXPRESS, OVERNITE EXPRESS, and OX LLC's, Affirmative Defenses to the Defendants, MARTIN'S BULK MILK SERVICE, INC. and SAMUEL G. FRANKE, Amended Counterclaim for Contribution, state as follows:

**FIRST AFFIRMATIVE DEFENSE- WAIVER**

1. The claims for contribution made by MBMS and Franke against

UACL/OE/OX are barred because of the doctrine of waiver.

**RESPONSE:** The Defendants, MARTIN'S BULK MILK SERVICE, INC. and SAMUEL G. FRANKE, deny the allegations contained in Paragraph 1 of UNIVERSAL AM CAN LTD. D/B/A AND SUCCESSOR TO OVERNITE EXPRESS, OVERNITE EXPRESS, and OX LLC's, First Affirmative Defense to the Defendants, MARTIN'S BULK MILK SERVICE, INC. and SAMUEL G. FRANKE, Amended Counterclaim for Contribution.

2. As alleged in UACL/OE/OX's Crossclaim for Indemnification, UACL/OE/OX are entitled to indemnification from MBMS and its employee/agent, Franke, due to the contract between UACL and MBMS.

**RESPONSE:** The Defendants, MARTIN'S BULK MILK SERVICE, INC. and SAMUEL G. FRANKE, deny the allegations contained in Paragraph 2 of UNIVERSAL AM CAN LTD. D/B/A AND SUCCESSOR TO OVERNITE EXPRESS, OVERNITE EXPRESS, and OX LLC's, First Affirmative Defense to the Defendants, MARTIN'S BULK MILK SERVICE, INC. and SAMUEL G. FRANKE, Amended Counterclaim for Contribution.

3. If MBMS and/or Franke are compelled to indemnify UACL/OE/OX pursuant to the contractual indemnification clause, then MBMS and Franke's claims for contribution are rendered moot and consequently waived because the indemnification obligation effectively negates any rights MBMS and Franke have to contribution.

**RESPONSE:** The Defendants, MARTIN'S BULK MILK SERVICE, INC. and SAMUEL G. FRANKE, deny the allegations contained in Paragraph 3 of UNIVERSAL AM CAN LTD. D/B/A AND SUCCESSOR TO OVERNITE EXPRESS, OVERNITE

**EXPRESS, and OX LLC's, First Affirmative Defense to the Defendants, MARTIN'S BULK MILK SERVICE, INC. and SAMUEL G. FRANKE, Amended Counterclaim for Contribution.**

### SECOND AFFIRMATIVE DEFENSE- ESTOPPEL

1. The claims for contribution made by MBMS and Franke against UACL/OE/OX are barred because of the doctrine of estoppel.

**RESPONSE:** The Defendants, **MARTIN'S BULK MILK SERVICE, INC. and SAMUEL G. FRANKE,** deny the allegations contained in Paragraph 1 of UNIVERSAL AM CAN LTD. D/B/A AND SUCCESSOR TO OVERNITE EXPRESS, OVERNITE EXPRESS, and OX LLC's, Second Affirmative Defense to the Defendants, **MARTIN'S BULK MILK SERVICE, INC. and SAMUEL G. FRANKE, Amended Counterclaim for Contribution.**

2. As alleged in UACL/OC/OX's Crossclaim for Indemnification, UACL/OE/OX are entitled to indemnification from MBMS and its employee/agent, Franke, due to the contract between UACL and MBMS.

**RESPONSE:** The Defendants, **MARTIN'S BULK MILK SERVICE, INC. and SAMUEL G. FRANKE,** deny the allegations contained in Paragraph 2 of UNIVERSAL AM CAN LTD. D/B/A AND SUCCESSOR TO OVERNITE EXPRESS, OVERNITE EXPRESS, and OX LLC's, Second Affirmative Defense to the Defendants, **MARTIN'S BULK MILK SERVICE, INC. and SAMUEL G. FRANKE, Amended Counterclaim for Contribution.**

3. If MBMS and/or Franke are compelled to indemnify UACL/OE/OX

pursuant to the contractual indemnification clause, MBMS and Franke are estopped and precluded from making moot claims for contribution because the indemnification obligation effectively negates any rights MBMS and Franke have to contribution.

**RESPONSE:** The Defendants, **MARTIN'S BULK MILK SERVICE, INC. and SAMUEL G. FRANKE,** deny the allegations contained in Paragraph 3 of UNIVERSAL AM CAN LTD. D/B/A AND SUCCESSOR TO OVERNITE EXPRESS, OVERNITE EXPRESS, and OX LLC's, Second Affirmative Defense to the Defendants, **MARTIN'S BULK MILK SERVICE, INC. and SAMUEL G. FRANKE, Amended Counterclaim for Contribution.**

        MULHERIN, REHFELDT & VARCHETTO, P.C.


        By: _s/ Joseph G. Skryd_ _____


MULHERIN, REHFELDT & VARCHETTO, P.C.
211 South Wheaton Avenue, Suite 200
Wheaton, IL  60187
630/653-9300

## **CERTIFICATE OF SERVICE**

I hereby certify that on August 29, 2011, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing(s) to the following:

Richard F. Burke, Jr.
Courtney A. Marincsin
Shannon Marie McNulty
Clifford Law Offices
120 North LaSalle Street
Suite 3100
Chicago, Illinois  60602
312-899-9090
rfb@cliffordlaw.com
cbm@cliffordlaw.com
smm@cliffordlaw.com

Robert J. Golden
Dowd & Dowd, Ltd.
617 West Fulton
Chicago, Illinois 60661
312-704-4400
rgolden@dowdanddowd.com

Evan Karnes, II
Neil D. O'Connor, Sr.
O'Connor & Karnes
177 North State
3rd Floor
Chicago, Illinois 60601
312-629-8900
Fax: 312-629-0109
ekarnes@oconnorkarnes.com

Carlton Fisher
William Yu
Hinshaw & Culbertson
222 North LaSalle Street
Suite 300
Chicago, Illinois 60601
312-704-3000
cfisher@hinshawlaw.com
wuy@hinshawlaw.com

Scott C. Bentivenga
Michael S. Haggerty
**Lewis Brisbois Bisgaard & Smith, LLP**
550 W. Adams Street, Suite 300
Chicago, IL 60661
312-463-3341
Fax: 312-345-1778
mhaggerty@lbbslaw.com
sbentivenga@lbbslaw.com

James K. Toohey
Timothy R. Couture
**Johnson & Bell, Ltd.**
33 W. Monroe, Suite 2700
Chicago, IL 60603
312-984-0280
Fax: 312-372-9818
mcpheetersg@jbltd.com
tooheyj@jbltd.com
couture@jbltd.com


                                                                           __s/ Joseph G. Skryd__