IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MURRAY SCHEINMAN, Plenary Guardian of the Estate and Person of JEFFREY J. SCHEINMAN, a Disabled Person, <br><br>   Plaintiff, <br><br>   v. <br><br> MARTIN'S BULK MILK SERVICE, INC., SAMUEL G. FRANKE, CSX INTERMODAL, INC., INTERNATIONAL PAPER COMPANY, UNIVERSAL AM CAN LTD., Successor to OVERNITE EXPRESS, INC. and OX LLC, <br> BMW of NORTH AMERICA, LLC, a corporation, BAYERISCHE MOTOREN WERKE AKTIENGESELLSCHAFT, a corporation, <br> BMW AG, a corporation, and KARL KNAUZ MOTORS, INC., a corporation, <br><br>   Defendants. | No: 1:09-cv-05340 <br> Judge James F. Holderman <br> Courtroom 2541 |

## **NOTICE OF FILING**

     PLEASE TAKE NOTICE that on the 30th day of August 2011, we filed with the Clerk of the Circuit Court: ***CSX Intermodal, Inc.'s Answer to Defendants Universal AM CAN, Ltd, Successor to Overnite Express, Inc., Overnite Express and Ox LLC's Crossclaim for Contribution***, a copy of which is attached.

                                                 Respectfully submitted,

                                                 /s/ Evan B. Karnes II
                                                 One of the Attorneys for
                                                 CSX INTERMODAL, INC.

Evan B. Karnes II
Everardo Martinez
Adam Powers
**Karnes Law Chartered**
Page Brothers Building
177 North State Street
Chicago, Illinois 60601
Phone: (312) 629-8900
Fax: (312) 629-0109

- 2 -

## CERTIFICATE OF SERVICE

  I hereby certify that on August 30, 2011 I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Richard F. Burke, Jr.
**Clifford Law Offices, P.C.**
120 N. LaSalle St.,Suite 3100
Chicago, IL. 60602

Robert Spinazzola
**Maisel & Associates**
161 North Clark, Suite 800
Chicago, Illinois 60601

James K. Toohey
Timothy R. Couture
**Johnson & Bell, Ltd.**
33 West Monroe, Suite 2700
Chicago, Illinois 60603

Carlton D. Fisher
William Yu
**Hinshaw & Culbertson, LLP**
222 N. LaSalle Street, Suite 300
Chicago, Illinois 60601

Robert J. Golden
**Dowd & Dowd Ltd**
617 W. Fulton St.
Chicago, IL. 60661

Matthew R. Schreck
**Mulherin, Rehfeldt & Varchetto, P.C.**
211 South Wheaton Avenue, Suite 200
Wheaton, Illinois 60187

and that all copies of documents required to be served by F.R.C.P. 5 have been served. Pursuant to 28 U.S.C.§1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on the date stated immediately above.

              s/ Evan B. Karnes II_____
              Evan B. Karnes II, Bar# 03122359
              One of the Attorneys for
              CSX INTERMODAL, INC.
              Karnes Law Chartered
              177 North State Street
              Chicago, Illinois 60601
              Phone: (312) 629-8900
              Fax: (312) 629-0109
              Evan@karnes-law.com