## United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | James F. Holderman | **Sitting Judge if Other than Assigned Judge** | Susan E. Cox |
|---|---|---|---|
| **CASE NUMBER** | 09 C 5340 | **DATE** | 1/12/2012 |
| **CASE TITLE** | Murray Scheinman, et al vs. Martin's Bulk Milk Service, Inc., et al | | |

**DOCKET ENTRY TEXT**

Enter Agreed Protective Order for Scheinman BMW Vehicle.

■ [ For further detail see separate order(s).]

Docketing to mail notices.
*Copy to judge/magistrate judge.

| | Courtroom Deputy Initials: | VKD |
|---|---|---|