IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| MURRAY SCHEINMAN, Plenary Guardian of the Estate and Person of JEFFREY J. SCHEINMAN, a Disabled Person, | ) ) ) ) ) | |
| Plaintiff, | ) | |
| vs. | ) ) | No. 09 cv 5340 |
| MARTIN'S BULK MILK SERVICE, INC., SAMUEL G. FRANKE, CSX INTERMODAL, INC., et al., | ) ) ) ) | The Honorable James F. Holderman  Magistrate Susan E. Cox |
| Defendants. | ) ) | |

**AGREED MOTION FOR ENTRY OF PROTECTIVE ORDER
REGARDING CONFIDENTIAL DOCUMENTS**

NOW COMES Defendant BAYERISCHE MOTOREN WERKE AG and BMW OF NORTH AMERICA, LLC (referred to jointly as "BMW Defendants"), by their attorneys, James K. Toohey and Timothy R. Couture of JOHNSON & BELL, LTD., and submit their amended agreed proposed Protective Order.

At the time the BMW Defendants filed the original of this motion, there was no agreement of the Parties. The parties have now reached an agreement to the terms of the proposed Order attached hereto as Exhibit 1 and, in particular, paragraph 5(c) of the proposed Order. Accordingly, BMW Defendants withdraw the motion previously noticed for hearing on April 10, 2012, and submit in its stead this Agreed Motion.

WHEREFORE, the Parties having agreed to its terms, Defendants BAYERISCHE MOTOREN WERKE AG and BMW OF NORTH AMERICA, LLC pray that this Court enter the proposed protective order attached hereto as Exhibit 1.

        Respectfully submitted,

        BAYERISCHE MOTOREN WERKE AG and
        BMW OF NORTH AMERICA, LLC


        By    /s/ *James K. Toohey*
            One of its Attorneys

James K. Toohey
Timothy R. Couture
JOHNSON & BELL, LTD.
33 West Monroe, Suite 2700
Chicago, Illinois 60603
Telephone: 312.372.0770

Doc 2989196

## CERTIFICATE OF SERVICE

The undersigned, an attorney, states that he filed and served the foregoing **Agreed Motion Entry of Protective Order Regarding Confidential Documents** with the Court's electronic filing system and on all Counsel of Record, this **9th day of April, 2012.**

**SEE ATTACHED SERVICE LIST**

_____
[X] Under penalties as provided by law pursuant to Section 5/1-109 of the Illinois Code of Civil procedure (750 ILCS 5/1-109), I certify that the statements set forth herein are true and correct.

*SCHEINMAN v. BMW, et al*
Case No. 09 cv 05340
File No. 7873-10001

Richard F. Burke, Jr.
Courtney B. Marincsin
Clifford Law Offices, PC
120 North LaSalle Street – Suite 3100
Chicago, IL 60602
rfb@cliffordlaw.com
cbm@cliffordlaw.com

Joseph Gerard Skryd
Matthew Richard Schreck
Mulherin Rehfeldt & Varchetto PC
211 South Wheaton Avenue – Suite 200
Wheaton, IL 60187
jskryd@mrvlaw.com
mschreck@mrvlaw.com

Robert Golden
Dowd & Dowd
617 West Fulton Street
Chicago, IL 60661
rgolden@dowdanddowd.com

Carlton D. Fisher
Hinshaw & Culbertson, LLP
222 North LaSalle Street – Suite 300
Chicago, IL 60601-1081
cfisher@hinshawlaw.com
wyu@hinshawlaw.com

Evan Karnes
Karnes Law Chrtd.
177 North State Street – Floor 3
Chicago, IL 60601
evan@karnes-law.com

4