## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| MURRAY SCHEINMAN, Plenary Guardian of the Estate and Person of JEFFREY J. SCHEINMAN, a Disabled Person, | ) ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | No: 1:09-cv-05340 |
| | ) | Judge James F. Holderman |
| MARTIN'S BULK MILK SERVICE, INC., SAMUEL G. FRANKE, CSX INTERMODAL, INC., OVERNITE EXPRESS, INC., OVERNTE LOGISTICS, INC., OX LLC, and UNIVERSAL AM CAN LTD, BMW OF NORTH AMERICA, LLC, a Corporation, BAYERISCHE MOTOREN WERKE AKTIENGESELLSCHAFT, a corporation, BMW AG, a corporation, and KARL KNAUZ MOTORS, INC., a corporation, | ) ) ) ) ) ) ) ) ) ) ) ) | Magistrate Judge Susan E. Cox |
| Defendants. | ) | |

To: All Counsel of Record (See Attached Service List)

### NOTICE OF MOTION

      PLEASE TAKE NOTICE on **April 18, 2012**, at **9:00 a.m.**, or as soon thereafter as this motion may be heard, we shall appear before the Honorable Chief Judge James F. Holderman, or any judge sitting in his stead in **Room 2541**, of the United District Court for the Northern District of Illinois in Chicago, Illinois, and present ***CSX Intermodal Inc.'s Motion for Entry of Good Faith Finding and Dismissal,*** a copy which is attached hereto.

                                                Respectfully Submitted,

Evan B. Karnes II                                   s/Evan B. Karnes, II
Everardo Martinez                                One of the Lawyers for
Adam Powers                                         CSX INTERMODAL, INC.
KARNES LAW CHARTERED
Page Brothers Building
177 North State Street
Chicago, Illinois 60601
Phone: (312) 629-8900

**CERTIFICATE OF SERVICE**

  The undersigned certifies s/he electronically filed the foregoing document with the United States District Court for the Northern District of Illinois using its CM/ECF electronic filing system for notification and distribution upon all persons entitled to this notice in this cause on April 13, 2012.

               _s/Evan B. Karnes, II_____

**Service List**
***Scheinman v Martin's Bulk Milk Service, Samuel G. Franke,
and CSX Intermodal, Inc.
Court No: 1:09-cv-05340***

Richard F. Burke, Jr.
Courtney A. Marincsin
Clifford Law Offices, P.C.
120 N. LaSalle St. - Suite 3100
Chicago, IL. 60602
Phone: (312) 899-9090
Fax: (312) 251-1160
Email: rfb@cliffordlaw.com; cbm@cliffordlaw.com; smm@cliffordlaw.com
*Attorneys for Plaintiff*

Daniel Laurence Polsby
Dowd & Dowd Ltd
617 W. Fulton St.
Chicago, IL. 60661
Phone: (312) 704-4400
Fax: (312) 704-4500
Email: RGolden@dowdanddowd.com
*Attorney for Defendants Martin's Bulk Milk Service and Samuel G. Franke*

Joseph G. Skryd
Matthew R. Schreck
Mulherin, Rehfeldt & Varchetto, P.C.
211 S Wheaton Ave - Suite 200
Wheaton, IL. 60187
Phone: (630) 653-9300
Fax:
Email: jskryd@mrvlaw.com
*Attorney for Defendants Martin's Bulk Milk Service and Samuel G. Franke*

James K. Toohey
Timothy R. Couture
Johnson & Bell, Ltd.
33 W. Monroe Street - #2700
Chicago, Illinois 60603
(312) 372-0770
*Attorneys for Defendants BMW of North America, LLC, Bayerische Motoren Werke Aktiengesellschaft, and BMW AG*

Carlton D. Fisher
Hinshaw & Culbertson, LLP
222 North LaSalle Street, Suite 300.
Chicago, Illinois 60601
Phone: (312) 704-300/ Carl Direct Line: (312) 704-3450
Fax: (312) 704-3001
Email: CFisher@hinshawlaw.com
*Attorney for International Paper Company and Universal Am-Can Ltd., d/b/a and as Successor to Overnite Express, Inc.*

Robert J. Spinazzola
Maisel & Associates
161 N. Clark Street - #800
Chicago, Illinois 60601
Email: rspinazz@travelers.com
*Attorney for Travelers*