**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| MURRAY SCHEINMAN, Plenary Guardian of the Estate and Person of JEFFREY J. SCHEINMAN, a Disabled Person, </br></br> Plaintiff, </br></br> v. </br></br> MARTIN'S BULK MILK SERVICE, INC., SAMUEL G. FRANKE, CSX INTERMODAL, INC., et al., </br></br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) </br></br> No: 1:09-cv-05340 </br> Judge James F. Holderman </br> Magistrate Judge Susan E. Cox |

### STIPULATION TO DISMISS

Plaintiff and CSX INTERMODAL, INC., through their respective attorneys, stipulate and agree that, consistent with and pursuant to *CSX INTERMODAL, INC.'s Motion for Good Faith Finding and Dismissal*, this Court shall dismiss CSX INTERMODAL, INC. from the above-captioned lawsuit with prejudice and without costs to either party, all costs having been paid and all matters in controversy between Plaintiff and CSX INTERMODAL, INC. or the related released parties having been fully settled and compromised.

It is further understood that the above-captioned case shall remain pending as to all other named defendants.

| | |
|---|---|
| /s/ Evan B. Karnes, II | /s/ Richard F. Burke, Jr. |
| Prepared by: | Reviewed and approved by: |
| Lawyers for CSX INTERMODAL, INC. | Lawyers for Plaintiff |
| Evan B. Karnes II, 3122359 | Richard F. Burke, Jr. |
| Adam Powers, 6280892 | Courtney A. Marincsin |
| Everardo Martinez | CLIFFORD LAW OFFICES, P.C. |
| KARNES LAW CHARTERED | 120 N. LaSalle St. - Suite 3100 |
| Page Brothers Building | Chicago, IL. 60602 |
| 177 North State Street | |
| Chicago, Illinois 60601 | |
| P (312) 629-8900 | |