# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| MURRAY SCHEINMAN, Plenary Guardian of the Estate and Person of JEFFREY J. SCHEINMAN, a Disabled Person, | ) ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | No: 1:09-cv-05340 |
| MARTIN'S BULK MILK SERVICE, INC., SAMUEL G. FRANKE, CSX INTERMODAL, INC., OVERNITE EXPRESS, INC., OVERNTE LOGISTICS, INC., OX LLC, and UNIVERSAL AM CAN LTD, BMW OF NORTH AMERICA, LLC, a Corporation, BAYERISCHE MOTOREN WERKE AKTIENGESELLSCHAFT, a corporation, BMW AG, a corporation, and KARL KNAUZ MOTORS, INC., a corporation, | ) ) ) ) ) ) ) ) ) ) ) ) | Judge James F. Holderman<br>Magistrate Judge Susan E. Cox |
| Defendants. | ) | |

To: All Counsel of Record (See Attached Service List)

## NOTICE OF MOTION

PLEASE TAKE NOTICE on **_Tuesday, April 24, 2012_**, at **_9:00 a.m._**, or as soon thereafter as this motion may be heard, we shall appear before the Honorable Chief Judge James F. Holderman, or any judge sitting in his stead in **Room 2541**, of the United District Court for the Northern District of Illinois in Chicago, Illinois, and present *CSX Intermodal Inc.'s Motion for Entry of Good Faith Finding and Dismissal,* a copy which is attached hereto.

Respectfully Submitted,

Evan B. Karnes II
Everardo Martinez
Adam Powers
KARNES LAW CHARTERED
Page Brothers Building
177 North State Street
Chicago, Illinois 60601
Phone: (312) 629-8900

 s/Evan B. Karnes, II_____
One of the Lawyers for
CSX INTERMODAL, INC.

**CERTIFICATE OF SERVICE**

      The undersigned certifies s/he electronically filed the foregoing document with the United States District Court for the Northern District of Illinois using its CM/ECF electronic filing system for notification and distribution upon all persons entitled to this notice in this cause on April 18, 2012.

       s/Evan B. Karnes, II