**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| MURRAY SCHEINMAN, Plenary Guardian of the Estate and Person of JEFFREY J. SCHEINMAN, a Disabled Person, </br></br>    Plaintiff, </br></br> v. </br></br> MARTIN'S BULK MILK SERVICE, INC., SAMUEL G. FRANKE, CSX INTERMODAL, INC., et al., </br></br>    Defendants. | </br></br></br></br></br></br></br></br> No: 1:09-cv-05340 </br> Judge James F. Holderman </br> Magistrate Judge Susan E. Cox |

## STIPULATION TO DISMISS

Plaintiff and CSX INTERMODAL, INC., through their respective attorneys, stipulate and agree that, consistent with and pursuant to *CSX INTERMODAL, INC.'s Motion for Good Faith Finding and Dismissal*, this Court shall dismiss CSX INTERMODAL, INC. from the above-captioned lawsuit with prejudice and without costs to either party, all costs having been paid and all matters in controversy between Plaintiff and CSX INTERMODAL, INC. or the related released parties having been fully settled and compromised.

It is further understood that the above-captioned case shall remain pending as to all other named defendants.

 /s/ Evan B. Karnes, II
Prepared by:
Lawyers for CSX INTERMODAL, INC.
Evan B. Karnes II, 3122359
Adam Powers, 6280892
Everardo Martinez
KARNES LAW CHARTERED
Page Brothers Building
177 North State Street
Chicago, Illinois 60601
P (312) 629-8900

 /s/ Richard F. Burke, Jr.
Reviewed and approved by:
Lawyers for Plaintiff
Richard F. Burke, Jr.
Courtney A. Marincsin
CLIFFORD LAW OFFICES, P.C.
120 N. LaSalle St. - Suite 3100
Chicago, IL. 60602