IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MURRAY SCHEINMAN, Plenary Guardian of the Estate and Person of JEFFREY J. SCHEINMAN, a Disabled Person,<br><br>Plaintiffs,<br>vs.<br><br>MARTIN'S BULK MILK SERVICE, INC., SAMUEL G. FRANKE, CSX INTERMODAL, INC., INTERNATIONAL PAPER COMPANY, UNIVERSAL AM CAN LTD., Successor to OVERNITE EXPRESS, INC. and OX LLC, BMW of NORTH AMERICA, LLC, a corporation, BAYERISCHE MOTOREN WERKE AKTIENGESELLSCHAFT, a corporation, BMW AG, a corporation, and KARL KNAUZ MOTORS, INC., a corporation,<br><br>Defendants. | No. 09 CV 5340<br><br>Honorable James F. Holderman |

## ANSWERS AND OBJECTIONS OF DEFENDANTS, MARTIN'S BULK MILK SERVICE, INC. AND SAMUEL G. FRANKE TO DEFENDANTS, BMW OF NORTH AMERICA, LLC AND BAYERISCHE MOTOREN WERKE AKTIENGESELLSCHAFT'S, REQUEST TO ADMIT

NOW COME the Defendants, MARTIN'S BULK MILK SERVICE, INC. and SAMUEL G. FRANKE, by and through their attorneys, MULHERIN, REHFELDT & VARCHETTO, P.C., pursuant to Rule 36 of the Federal Rules of Civil Procedure, and state the following as their Answers and Objections to the Request to Admit of the Defendants, BMW OF NORTH AMERICA, LLC and BAYERISCHE MOTOREN WERKE AKTIENGESELLSCHAFT, served on April 12, 2012:

1. After the July 3, 2008 motor vehicle accident involving Samuel Franke and Jeffrey Scheinman, Illinois State Trooper J.D. Van Buren weighed Samuel Franke's truck.

**RESPONSE:** Objection, the statement set forth as request number 1 is vague and ambiguous. Without waiving any objections and based upon the Defendants' understanding of the statement set forth as request number 1, the Defendants, MARTIN'S BULK MILK SERVICE, INC. and SAMUEL G. FRANKE, admit that the records obtained pursuant to subpoena from the Highland Park Police Department reflect that tractor-trailer operated by Samuel Franke was weighed after the July 3, 2008 alleged incident at issue in the Plaintiff's Complaints. Further, the Defendants, MARTIN'S BULK MILK SERVICE, INC. and SAMUEL G. FRANKE, can neither admit nor deny the statement set forth as request number 1 as the topic of the request will be the subject of future written and oral discovery. The Defendants, MARTIN'S BULK MILK SERVICE, INC. and SAMUEL G. FRANKE, have made a reasonable inquiry and the information known or readily obtainable by the Defendants is insufficient to enable the Defendants to admit or deny the statement set forth as request number 1.

2. At the time and place that Trooper Van Buren weighed Samuel Franke's truck, its gross weight was found to be 73,750 pounds.

**RESPONSE:** Objection, the statement set forth as request number 1 is vague and ambiguous. Without waiving any objections and based upon the Defendants' understanding of the statement set forth as request number 2, the Defendants, MARTIN'S BULK MILK SERVICE, INC. and SAMUEL G. FRANKE, admit that the records obtained pursuant to subpoena from the Highland Park Police Department reflect that the tractor-trailer operated by Samuel Franke was found to be 73,750 pounds. Further, the Defendants, MARTIN'S BULK MILK SERVICE, INC. and SAMUEL G. FRANKE, can neither admit nor deny the statement set forth as request number 2 as the topic of the request will be the subject of future written and oral discovery. The Defendants, MARTIN'S BULK MILK SERVICE, INC. and SAMUEL G. FRANKE, have made a reasonable inquiry

          and the information known or readily obtainable by the Defendants is insufficient to enable the Defendants to admit or deny the statement set forth as request number 2.

3. At the time of the July 3, 2008 motor vehicle accident involving Jeffrey Scheinman and Samuel Franke on July 3, 2008, the gross weight of Samuel Franke's truck was 73,750 pounds.

**RESPONSE:** Objection, the statement set forth as request number 3 is vague and ambiguous. Without waiving any objections and based upon the Defendants' understanding of the statement set forth as request number 3, the Defendants, MARTIN'S BULK MILK SERVICE, INC. and SAMUEL G. FRANKE, can neither admit nor deny the statement set forth as request number 3 as the topic of the request will be the subject of future written and oral discovery. The Defendants, MARTIN'S BULK MILK SERVICE, INC. and SAMUEL G. FRANKE, have made a reasonable inquiry and the information known or readily obtainable by the Defendants is insufficient to enable the Defendants to admit or deny the statement set forth as request number 3.

## CERTIFICATION

I, the undersigned, certify under penalty of perjury, as provided by law pursuant to Rule 36 of the Federal Rules of Civil Procedure, that I have read the foregoing Answers and Objections to the Request to Admit of the Defendants, BMW OF NORTH AMERICA and BAYERISCHE MOTOREN WERKE AKTIENGESELLSCHAFT, that the contents thereof are available to the Defendants, and that the statements set forth therein are true and correct, except as to matters specifically alleged to be on information and belief, and that those matters are believed to be true.

By: *[signature: Samuel Franko]*

SUBSCRIBED AND SWORN TO
before me this 8th day
of May, 2012.

*[signature: Joann Lowe]*

"OFFICIAL SEAL"
JOANN LOWE
Notary Public, State of Illinois
My Commission Expires 07/23/2014

## CERTIFICATION

I, the undersigned, certify under penalty of perjury, as provided by law pursuant to Rule 36 of the Federal Rules of Civil Procedure, that I have read the foregoing Answers and Objections to the Request to Admit of the Defendants, BMW OF NORTH AMERICA and BAYERISCHE MOTOREN WERKE AKTIENGESELLSCHAFT, that the contents thereof are available to the Defendants, and that the statements set forth therein are true and correct, except as to matters specifically alleged to be on information and belief, and that those matters are believed to be true.

By: _____

SUBSCRIBED AND SWORN TO
before me this 7th day
of May, 2012.

_____

JANET BERNDT
Notary Public
State of Wisconsin

5-9-13

## CERTIFICATE OF SERVICE

      I hereby certify that on May 11, 2012, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing(s) to the following:

Richard F. Burke, Jr.
Courtney A. Marincsin
Shannon Marie McNulty
Clifford Law Offices
120 North LaSalle Street
Suite 3100
Chicago, Illinois 60602
312-899-9090
rfb@cliffordlaw.com
cbm@cliffordlaw.com
smm@cliffordlaw.com

Robert J. Golden
Dowd & Dowd, Ltd.
617 West Fulton
Chicago, Illinois 60661
312-704-4400
rgolden@dowdanddowd.com

Evan Karnes, II
Neil D. O'Connor, Sr.
O'Connor & Karnes
177 North State
3rd Floor
Chicago, Illinois 60601
312-629-8900
Fax: 312-629-0109
ekarnes@oconnorkarnes.com

Carlton Fisher
William Yu
Hinshaw & Culbertson
222 North LaSalle Street
Suite 300
Chicago, Illinois 60601
312-704-3000
cfisher@hinshawlaw.com
wuy@hinshawlaw.com

James K. Toohey
Timothy R. Couture
**Johnson & Bell, Ltd.**

33 W. Monroe, Suite 2700
Chicago, IL 60603
312-984-0280
Fax: 312-372-9818
mcpheetersg@jbltd.com
tooheyj@jbltd.com
couture@jbltd.com

                                                                        s/ Matthew R. Schreck