1

```
                    UNITED STATES DISTRICT COURT
                    NORTHERN DISTRICT OF ILLINOIS
                          EASTERN DIVISION

MURRAY SCHEINMAN, Plenary Guardian )
of the Estate also known as       )
JEFFREY J. SCHEINMAN,             )
                                  )
              Plaintiff,          )
                                  )
     vs.                          )  No. 09 C 5340
                                  )
MARTIN'S BULK MILK SERVICE, INC., )
et al.,                           )  Chicago, Illinois
                                  )  April 24, 2012
              Defendants.         )  9:14 o'clock a.m.

                    TRANSCRIPT OF PROCEEDINGS
              BEFORE THE HONORABLE JAMES F. HOLDERMAN

APPEARANCES:

For the Plaintiff:         CLIFFORD LAW OFFICES, P.C.
                           BY:  MR. RICHARD F. BURKE, JR.
                           120 North LaSalle Street, 31st Floor
                           Chicago, Illinois  60602
                           (312) 899-9090

For the Defendant          MULHERIN, REHFELDT & VARCHETTO, P.C.
Martin's Bulk Milk:        BY:  MR. JAMES J. TEMPLE
                           211 South Wheaton Avenue, Suite 200
                           Wheaton, Illinois  60187
                           (630) 653-9300

For Defendant CSX:         KARNES LAW CHARTERED
                           BY:  MR. EVAN B. KARNES, II
                           177 North State Street, 3rd Floor
                           Chicago, Illinois  60601
                           (312) 629-8900

For Defendants IPC         HINSHAW & CULBERTSON
and UACL:                  BY:  MR. WILLIAM YU
                           222 North LaSalle Street, Suite 300
                           Chicago, Illinois  60601-1081
                           (312) 704-3000
```

**Colleen M. Conway, Official Court Reporter**

2

APPEARANCES (Continued):

For Defendant BMW:          JOHNSON & BELL, LTD.
                            BY:  MR. TIMOTHY R. COUTURE
                            33 West Monroe Street, Suite 2700
                            Chicago, Illinois  60603
                            (312) 984-6651

```
              COLLEEN M. CONWAY, CSR, RMR, CRR
                     Official Court Reporter
              219 South Dearborn Street, Room 2524-A
                     Chicago, Illinois  60604
                          (312) 435-5594
                 colleen_conway@ilnd.uscourts.gov
```

1     (Proceedings heard in open court:)
2     THE CLERK: 09 C 5340, Scheinman versus Martin's
3 Bulk, motion for "good faith" finding.
4     MR. BURKE: Good morning, Judge.
5     Richard Burke for the plaintiff.
6     THE COURT: Good morning.
7     MR. KARNES: Good morning, Judge.
8     Evan Karnes, K-a-r-n-e-s, of Karnes Law Chartered,
9 for Defendant CSX Intermodal, Inc.
10     THE COURT: Good morning.
11     MR. KARNES: Good morning, Judge.
12     MR. COUTURE: Tim Couture on behalf of BMW, Your
13 Honor.
14     THE COURT: Good morning.
15     MR. TEMPLE: James Temple on behalf of Martin's Bulk,
16 Your Honor.
17     THE COURT: Good morning.
18     MR. LU: Good morning, Your Honor.
19     Bill Lu for UACL and IPC.
20     THE COURT: Good morning.
21     Is there any objection to this settlement, the "good
22 faith" finding and dismissal with regard to CSX Intermodal,
23 Inc.?
24     MR. TEMPLE: Judge, on behalf of Martin's Bulk, the
25 only issue I have at this point is we don't yet know what the

1  settlement amount is, and we're going to need to know that for
2  the setoff in the future. So that's my issue.
3       THE COURT: My court reporter is having trouble
4  hearing you, as am I.
5       MR. TEMPLE: I'm sorry. My issue with this motion at
6  this point, Judge, is that we don't yet know what the
7  settlement amount is, and we're going to need to know that for
8  purposes of setoff in future litigation. So that'd be my
9  objection to entering a "good faith" finding at this point.
10      THE COURT: All right.
11      MR. BURKE: Judge, I have no problem, you know,
12 conveying that to them. It's, you know, a relatively modest
13 amount in light of the injuries. But I'm happy to convey it to
14 them and --
15      MR. TEMPLE: That's fine.
16      THE COURT: All right. Based upon plaintiff's
17 counsel's representation that all defense counsel will receive
18 information setting forth the amount, is there any objection?
19      MR. TEMPLE: No, Judge.
20      MR. KARNES: No.
21      MR. LU: No, Judge.
22      MR. COUTURE: No objection.
23      THE COURT: All right. Mr. Karnes, is there anything
24 else you want to say?
25      MR. KARNES: It's nice to see you, Judge.

Case: 1:09-cv-05340 Document #: 260 Filed: 08/10/12 Page 5 of 10 PageID #:2698

5

1       THE COURT:  All right.  It's nice to see you.
2       And, Mr. Burke, anything further you want to say?
3       MR. BURKE:  Judge, just from a procedural standpoint,
4  the actual plaintiff, real party-in-interest, is a disabled
5  person --
6       THE COURT:  Yes.
7       MR. BURKE:  -- and, therefore, I really have to get
8  Probate approval.  And I believe, strictly speaking, I need
9  further approval of actual distribution of these proceeds from
10 either Your Honor or the magistrate.  In which -- where would
11 you like me to file that?
12      THE COURT:  All right.  Well, here's -- you need the
13 Probate approval, so here's what I will do.  I will say subject
14 to the Probate approval, which I as the presiding judge in the
15 case encourage, I find that this settlement was made in good
16 faith.  And subject to that approval being obtained, I will
17 dismiss the settling defendant.  We won't dismiss it today.
18 You can let me know when that is approved.  Upon the approval
19 of Probate Court, the funds can then be distributed as
20 appropriate under the terms of the settlement.
21      MR. BURKE:  Okay.
22      THE COURT:  How is that?
23      MR. BURKE:  That's fine, Judge.
24      THE COURT:  All right.
25      MR. BURKE:  Okay.

1   THE COURT: You can --
2   MR. BURKE: Thank you.
3   THE COURT: -- write up the transcript and send it
4   over to the Probate Court.
5   MR. BURKE: Will do. Thank you.
6   THE COURT: Let him or her know that I think this is
7   a good idea.
8   MR. BURKE: Sounds good. Will do, Judge. Thank you.
9   THE COURT: All right. Where do we go with the rest
10  of the case, though? This is good news that we're able to
11  reach some agreement on some parts of it.
12  MR. BURKE: Judge, we are very actively engaged in
13  deposition discovery and --
14  THE COURT: Okay.
15  MR. BURKE: -- have been out of town a number of
16  times just literally in the last couple weeks, probably done
17  four or five depositions.
18  THE COURT: Okay.
19  MR. BURKE: I just got a production of documents from
20  BMW, I think just yesterday, and so we will be picking up with
21  some discovery there. And we have remaining fact discovery,
22  deposition discovery, that we're still doing.
23  And we do have a schedule. I think it takes us to
24  the end of July, if I recall correctly.
25  THE COURT: Right. It was the schedule that we

entered, gosh, way back in August of last year. But fact discovery is agreed to be closed July 27, 2012, and then we can proceed on with the expert discovery, if necessary.

Do you have a settlement conference set up with Judge Cox at the end of fact discovery?

MR. BURKE: Judge, I don't believe we actually have a settlement conference set. We do have a status, I believe, to at least check in with her and let her know --

THE COURT: Okay.

MR. BURKE: -- where we're at, so --

THE COURT: All right. Because the magistrate judges know what I like to do, and that's why I ask the lawyers to set these up early. As soon as fact discovery is done, I want you to be able to meet with the magistrate judge so you don't spin your wheels with other litigation activities before you really fully explore settlement. That's why I don't want you to go to the expense of experts beyond what you have already done.

MR. BURKE: Uh-huh.

THE COURT: Because the money is better spent on the settlement. That's the best way to get it resolved. Okay?

MR. BURKE: Okay. And Judge Cox did tell us that as well, Judge, so --

THE COURT: Good.

MR. BURKE: Yeah.

THE COURT: Well, I've gotten the message across to

1  the magistrate judges.
2          MR. BURKE:  Yes.  So --
3          THE COURT:  All right.  Thank you.
4          MR. BURKE:  Thank you.
5          THE COURT:  We will stay on the schedule previously
6  set.  And if we aren't able to resolve the case in any other
7  way, we will start the trial on September 16, 2013 at 9:00 a.m.
8  Okay?
9          MR. BURKE:  Okay.
10         MR. KARNES:  Judge, one point of the order.
11         THE COURT:  Yes.
12         MR. KARNES:  To the extent that the Probate Court
13 approves this, can we just send to you a -- your office a
14 letter or do we have to come back in?
15         THE COURT:  Yes, send me a notice and then a proposed
16 order --
17         MR. KARNES:  Order.
18         THE COURT:  -- of complete dismissal.
19         MR. KARNES:  Thank you, Your Honor.
20         THE COURT:  Okay?  All right.  But I want the Probate
21 Court to know it's good with me.
22         MR. KARNES:  Okay.  Thank you, Your Honor.
23         MR. BURKE:  Thank you, Judge.
24         MR. KARNES:  Appreciate it.
25         THE COURT:  Congratulations on getting this aspect of

1    it worked out.
2            MR. KARNES:  Thank you, Judge.
3        (Proceedings concluded.)

**Colleen M. Conway, Official Court Reporter**

C E R T I F I C A T E

I, Colleen M. Conway, do hereby certify that the foregoing is a complete, true, and accurate transcript of the proceedings had in the above-entitled case before the HONORABLE JAMES F. HOLDERMAN, Chief Judge of said Court, at Chicago, Illinois, on April 24, 2012.

/s/ Colleen M. Conway, CSR,RMR,CRR     05/01/12
Official Court Reporter                Date
United States District Court
Northern District of Illinois
Eastern Division

Colleen M. Conway, Official Court Reporter