IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| MURRAY SCHEINMAN, Plenary Guardian of the Estate and Person of JEFFREY J. SCHEINMAN, a Disabled Person, | ) ) ) ) ) | |
| Plaintiffs, | ) ) | |
| vs. | ) ) | No. 09 cv 5340 |
| MARTIN'S BULK MILK SERVICE, INC., SAMUEL G. FRANKE, INTERNATIONAL PAPER COMPANY, UNIVERSAL AM CAN LTD., Successor to OVERNITE EXPRESS, INC. and OX LLC, BMW of NORTH AMERICA, LLC, a corporation, BAYERISCHE MOTOREN WERKE AKTIENGESELLSCHAFT, a corporation, BMW AG, a corporation, | ) ) ) ) ) ) ) ) ) | Honorable James F. Holderman  Magistrate Susan E. Cox |
| Defendants. | ) ) | |

**AGREED ORDER**

Motion hearing held on September 13, 2012. Parties' joint motion to modify court's scheduling order [264] is granted.

Fact discovery ordered extended until January 14, 2013.

Parties are to meet with Magistrate Judge Cox at the end of fact discovery for a settlement conference.

Plaintiff shall comply with FRCP(26)(a)(2) by February 1, 2013.

Depositions of Plaintiff's experts to be completed by March 21, 2013.

Defendants shall comply with FRCP(26)(a)(2) by May 17, 2013.

Depositions of Defendants' experts to be completed by July 17, 2013.

Plaintiffs seeking to rebut the expert testimony of any defense expert and any Defendant/cross-defendant seeking to rebut any opinion offered by a cross-plaintiff expert shall identify and make Rule 26(a)(2) disclosures of the proffered rebuttal witness and his/her testimony on or before August 8, 2013 and shall make such rebuttal expert available for deposition on or before August 28, 2013.

Expert discovery ordered closed by August 28, 2013.

Status hearing set for August 29, 2013 at 9:00 a.m.

Dispositive motions with supporting memoranda due by September 24, 2013; responses due by October 14, 2013; Replies due by October 28, 2013. The court to rule electronically.

Parties to submit proposed final pretrial order by January 16, 2014.

Parties to file motions in limine by January 16, 2014.

Responses to motions in limine are to be filed by January 23, 2014.

Final pretrial conference is set for January 30, 2014 at 4:00 p.m.

Jury Trial set for February 10, 2014.

Dated: September 14, 2012          ENTERED:

*James F. Holderman*
_____
CHIEF JUDGE JAMES F. HOLDERMAN