# EXHIBIT A

## Richard F. Burke

| | |
|---|---|
| **From:** | James K. Toohey <tooheyj@jbltd.com> |
| **Sent:** | Wednesday, August 08, 2012 5:14 PM |
| **To:** | Richard F. Burke |
| **Cc:** | 'Carlton D. Fisher'; Courtney Marincsin; 'Daniel Polsby'; James K. Toohey; 'Joseph Skryd'; 'Matthew Schreck'; 'Michael S. Haggerty'; 'Scott Bentivenga'; Shannon McNulty; Timothy R. Couture; 'William Yu' |
| **Subject:** | Scheinman - tank removal |

Rich,

We.have no problem with the protocol for tank removal; however, to assure that nothing goes wrong in the execution of that protocol, Mark Noble plans to attend. He is generally available during the weeks of September excluding the Labor Day week. Please give us some dates and I will make sure he can be available.

Thanks,

Jim

James K. Toohey, Attorney at Law



33 West Monroe Street, Suite 2700
Chicago, Illinois 60603-5404
T: (312) 372-0770 | F: (312) 372-9818
**D: (312) 984-0280**

tooheyj@jbltd.com | www.johnsonandbell.com

---

All contents of this e-mail and any attachment are private & confidential. If received or viewed by anyone other than the intended recipient, neither this e-mail nor any attachments, or anything derived from these, may be used or passed on for any purpose whatsoever, and all materials must be destroyed and the sender notified immediately.



PLAINTIFF'S EXHIBIT A

## Richard F. Burke

| | |
|---|---|
| **From:** | James K. Toohey <tooheyj@jbltd.com> |
| **Sent:** | Thursday, August 09, 2012 1:00 PM |
| **To:** | James K. Toohey; Richard F. Burke |
| **Cc:** | Carlton D. Fisher; Courtney Marincsin; Daniel Polsby; James K. Toohey; Joseph Skryd; Matthew Schreck; Michael S. Haggerty; Richard F. Burke; Scott Bentivenga; Shannon McNulty; Timothy R. Couture; William Yu |
| **Subject:** | RE: Scheinman v. BMW |

Rich,

Also, our experts asked to assure the whole tank removal process will be videotaped. I assume that was part of the plan but just want to get verification. Thx.

Jim


James K. Toohey, Attorney at Law


Johnson & Bell, Ltd.
33 West Monroe Street, Suite 2700
Chicago, Illinois 60603-5404
T: (312) 372-0770 | F: (312) 372-9818
D: (312) 984-0280

tooheyj@jbltd.com | www.johnsonandbell.com

-----Original Message-----

From: James K. Toohey
Sent: Wednesday, August 08, 2012 5:25 PM
To: Richard F. Burke
Subject: FW: Scheinman v. BMW

Rich,

See Noble's available dates below.

Jim


Subject: Scheinman v. BMW

I am available for the tank removal in Chicago on following dates. Thanks. Mark

Aug 17, 24, 27, 28 Sep 11, 24, 25 Oct 1, 2, 5

1