# EXHIBIT C

# Scheinman Inspection
# October 31, 2012
# Please Sign In and Out

| Name (Please Print) | Organization | Time In | Time Out |
|---|---|---|---|
| Jason Brusemeister | Mulherin, Rehfeldt Varchetto | 10:15 | |
| MIKE SUTTON | ARS | 10:15 | |
| TOM GREEN | DSLLC | 10:00 | |
| John Stilson | SC | | |
| John Kercatusky | SC | | |
| Rich Burke | Clifford Law | 10:00 | |
| Tim Couture | JTB / BMW | 10:00 | |
| Mark Noble | Noble Ely / BMW | 10:00 | |
| Jeff Brandt | DSLLC | 10:00 | |
| John Graebelbecker | Foresight Recon | 10:00 | |
| | | | |

**Dynamic Safety, LLC**

PLAINTIFF'S EXHIBIT