# EXHIBIT D



PLAINTIFF'S EXHIBIT