# EXHIBIT E

**SCHEIMAN vs BMW/MARTIN**    7-27-2012 JMS

Revised 10-31-2012

**TEARDOWN PROTOCOL 2008 BMW**

A.  The purpose of this protocol is to remove the noted below fuel system and driver seat components for close examination and evaluation of the vehicle packaging and environment.

B.  The following teardown protocol will follow the service manual procedures except where damage prevents it. In those instances the disassembly method will proceed with the least intrusive procedure agreed between parties. Since the subject vehicle fuel tank is a saddle type design with the mid section under the exhaust system, exhaust shield and drive shaft, it will be necessary for removal of these components to gain access before removal of the fuel tank.

C.  There are vehicle components that require removal to gain access to the fuel tank and are noted below. Due to vehicle crash and fire damage, each vehicle component required to be removed may require disassembly and/or destructive methods for their removal. In that case, the <u>least intrusive method</u> will be taken with agreement of parties.

D.  During the first attempt at removal of the fuel tank with the participation of the defendant experts, there were various areas and vehicle components examined and observed to have damage that needs disassembly procedures beyond the vehicle service manual procedures. The <u>method for removal</u> of these vehicle components to gain access to the fuel tank requires intrusion that is not associated with the fuel tank and will proceed with agreement of parties.

E.  The teardown can be videotaped without sound.

F.  <u>Fuel System Disassembly Protocol</u>

1. Remove the right rear tire/wheel. This may require prying the tire/wheel from the wheel well.
2. Remove the two oblique metal bars from their anchorage locations.
3. Remove the dual exhaust pipes forward of the fuel tank area rearward, this will involve cutting the two exhaust pipes at a section forward of the underbody brace.
4. Remove or lower the exhaust pipe underbody brace since it prevents the exhaust pipe and shield removal. This may require cutting damaged bolts.
4. Remove the aluminum exhaust heat shield between the fuel tanks. This <u>may</u> involve careful cutting of the shield forward of the fuel tank due to damage. Full removal of the exhaust pipe shield may not be possible depending on the anchorage locations being accessible and bolt removal ability.
5. Following the removal of the exhaust heat shield, the condition of the drive shaft can be viewed and determination made as to whether it needs to be removed, moved out of the way.
6. Disconnect or cut the drive shaft if required for fuel tank removal.
7. Loosen the driver side fuel tank strap and secure the fuel tank prior to removal of the right side fuel tank strap.
8. Loosen the right side fuel tank strap.
9. Examine whether there are fuel lines or vapor lines that need disconnection or severance.

1



10. Secure the fuel tank assembly before removing the fuel tank straps.
11. Remove the left fuel tank strap.
12. Remove the right fuel tank strap.
13. If necessary, disconnect or sever the fuel tank and vapor lines if required for removal of the fuel tank.
14. Remove the fuel tank assembly.
15. Remove any debris/remnant from the plastic filler neck in the routing area up to the filler door.

G. Driver Seat Assembly Removal Protocol

1. Remove fire damage debris around the driver seat for viewing and store in plastic bag for preservation.
2. If necessary, remove the drivers seat assembly.
3. Remove the drivers seat belt buckle assembly if necessary.

All removed parts will be tagged and/or bagged for preservation and be retained by the plaintiff firm.