JKT/TRC                                                                                                  7873-10001

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MURRAY SCHEINMAN, Plenary Guardian of the Estate and Person of JEFFREY J. SCHEINMAN, a Disabled Person,<br><br>                             Plaintiffs,<br>vs.<br><br>MARTIN'S BULK MILK SERVICE, INC., SAMUEL G. FRANKE, CSX INTERMODAL, INC., INTERNATIONAL PAPER COMPANY, UNIVERSAL AM CAN LTD., Successor to OVERNITE EXPRESS, INC. and OX LLC, BMW of NORTH AMERICA, LLC, a corporation, BAYERISCHE MOTOREN WERKE AKTIENGESELLSCHAFT, a corporation, BMW AG, a corporation, and KARL KNAUZ MOTORS, INC., a corporation,<br><br>                             Defendants. | No. 09 CV 5340<br><br>Judge Holderman<br><br>Judge Magistrate Cox |

## BMW NA AND BMW AG'S SUR-RESPONSE TO PLAINTIFFS' REPLY IN SUPPORT OF PLAINTIFF'S MOTION TO COMPEL

NOW COME Defendants BMW of NORTH AMERICA, LLC and BAYERISCHE MOTOREN WERKE AKTIENGESELLSCHAFT , by their attorneys, James K. Toohey and Timothy R. Couture, and for their Sur-Response to Plaintiff's Reply in Support of Plaintiffs' Motion to Compel attaches hereto the following:

Exhibit 1: The Affidavit of Mark Noble

Exhibit 2: The Declaration of Timothy R. Couture

JOHNSON & BELL, LTD.

By**:**    **S/ Timothy R. Couture**
One of the Attorneys for BMW of NORTH AMERICA, LLC and BAYERISCHE MOTOREN WERKE

AKTIENGESELLSCHAFT

James K. Toohey
Timothy R. Couture
Johnson & Bell, Ltd.
33 West Monroe Street - #2700
Chicago, IL 60603
312/372-0770

**PROOF OF SERVICE**

     The undersigned, on oath states he caused to be served the above listed documents upon all attorneys of record by PACER/ECF filing on November 14 2012

                            s/Timothy R. Couture
[X]    Under penalties as provided by law pursuant to Section 5/1-109 of the Illinois Code of Civil Procedure (750 ILCS 5/1-109), I certify that the statements set forth herein are true and correct.

Doc 3168792