# EXHIBIT 2

# EXHIBIT 2(a)

NO SMOKING

NO SMOKING
DELTA