# EXHIBIT 2

# EXHIBIT 2(b)


Case: 1:09-cv-05340 Document #: 286-3 Filed: 12/07/12 Page 3 of 13 PageID #:2887



















