# EXHIBIT 3



































