# EXHIBIT 2

**SCHEIMAN vs BMW/MARTIN**  7-27-2012 JMS

**TEARDOWN PROTOCOL 2008 BMW**

The following teardown protocol will follow the service manual procedures except where damage prevents it. In that case, the least intrusive procedure will be taken with agreement of parties. The teardown can be videotaped without sound.

1. Remove the two oblique metal bars from their anchorage locations.
2. Remove the dual exhaust pipes forward of the fuel tank area rearward.
3. Remove the aluminum exhaust shield between the fuel tanks.
4. Remove the driver side fuel tank strap and secure the fuel tank prior to removal of the right side fuel tank strap.
5. Remove the right side fuel tank strap.
6. Remove the fuel tank and filler neck assembly (if filler neck assembly is loose).
7. Remove any debris from the filler neck in the routing area up to the filler door.

All removed parts will be tagged and/or bagged for preservation and be retained by the plaintiff firm.