# EXHIBIT 8

## Second Supplemental Affidavit of Mark M. Noble

I, Mark M. Noble, being duly sworn upon oath, do declare and state as follows:

1. I am the same Mark M. Noble who submitted a prior Affidavit and Supplemental Affidavit to the Court in this cause.

2. Attached hereto are photographs of the relevant parts of the Scheinman vehicle that I took at the time of my inspection on August 30, 2011 with corresponding notations supporting the fact that examination of the fuel tank, fuel system, and surrounding components of the subject motor vehicle can be done with visualization of all relevant parts without any destruction to the undercarriage of the vehicle, as an alternative to the proposal of John Stilson to cut the parts of the underbody to pieces until he can remove the fuel tank to examine it and the surrounding areas. I have offered one example of what might possibly require minimal cutting, if one particular area cannot be seen without any destruction.

3. It is my opinion that to follow the course proposed by John Stilson would not gain any better view of the relevant parts and would seriously impair my ability to demonstrate to the jury the relationship of the various components and how the design of the vehicle as a unit performed during the crash sequence. It will also be important to compare the intact post impact alignment and arrangement of the entire undercarriage and fuel system compared with an undamaged exemplar.

FURTHER, AFFIANT SAYTH NAUGHT

By: _____ 12.13.12

Mark M. Noble

Sworn and signed before me this

_____ day of December 2012.

See attached CA jurat

NOTARY PUBLIC

## CALIFORNIA JURAT WITH AFFIANT STATEMENT

☒ See Attached Document (Notary to cross out lines 1–6 below)
☐ See Statement Below (Lines 1–5 to be completed only by document signer[s], not Notary)

_____   _____
Signature of Document Signer No. 1         Signature of Document Signer No. 2 (if any)

State of California
County of __Santa Barbara__

Subscribed and sworn to (or affirmed) before me on this __13th__ day of __December__, 20__12__, by

(1) __Mark M. Noble__
Name of Signer

proved to me on the basis of satisfactory evidence to be the person who appeared before me (.) (,)

(and

(2) _____
Name of Signer

proved to me on the basis of satisfactory evidence to be the person who appeared before me.)

Signature __Kimberly A. Mumford__
Signature of Notary Public

[Notary Seal: KIMBERLY A. MUMFORD, Commission # 1991362, Notary Public - California, Santa Barbara County, My Comm. Expires Oct 14, 2016]

Place Notary Seal Above

—— OPTIONAL ——

Though the information below is not required by law, it may prove valuable to persons relying on the document and could prevent fraudulent removal and reattachment of this form to another document.

**Further Description of Any Attached Document**

Title or Type of Document: __Second Supplement Affidavit of Mark M. Noble__
Document Date: __12/13/12__    Number of Pages: __11__
Signer(s) Other Than Named Above: __none__

RIGHT THUMBPRINT OF SIGNER #1 — Top of thumb here
RIGHT THUMBPRINT OF SIGNER #2 — Top of thumb here

©2007 National Notary Association • 9350 De Soto Ave., P.O. Box 2402 • Chatsworth, CA 91313-2402 • www.NationalNotary.org  Item #5910  Reorder: Call Toll-Free 1-800-876-6827

## Scheinman v. BMW

## Notations for photographs to support Noble's Response to Stilson's Declaration

1. Removing the exhaust system will reduce the visual impact of the severe amount of crush, as well as the ground abrasions in relation to the fuel tank

2. The relationship of the fuel tank and protective structures and how they performed together in this incident would be lost if the tank is removed

3. Since the bottom of the left side of the tank is melted away, any disruption to the top surface is plainly visible from below

4. The components in the top tank surface are visible, as is the top surface above the center area

5. There are holes in the bottom of the right side of the tank to access the interior, if necessary a larger access hole may be cut in the bottom surface

6. The top surface of the tank and the floor pan above are visible from the right side

7. An opening on the rear bottom surface of the right side of the fuel tank allows access to the interior

8. An opening on the front bottom surface of the right side of the fuel tank allows access to the interior

9. The inside of the fuel filler inlet as well as the top surface of the fuel tank and the floor pan above are visible

12/13/12

1. Removing the exhaust system will reduce the visual impact of the severe amount of crush, as well as the ground abrasions in relation to the fuel tank



2. The relationship of the fuel tank and protective structures and how they performed together in this incident would be lost if the tank is removed



3. Since the bottom of the left side of the tank is melted away, any disruption to the top surface is plainly visible from below



4. The components in the top tank surface are visible, as is the top surface above the center area



5. There are holes in the bottom of the right side of the tank to access the interior, if necessary a larger access hole may be cut in the bottom surface



6. The top surface of the tank and the floor pan above are visible from the right side



7. An opening on the rear bottom surface of the right side of the fuel tank allows access to the interior



8. An opening on the front bottom surface of the right side of the fuel tank allows access to the interior



9. The inside of the fuel filler inlet as well as the top surface of the fuel tank and the floor pan above are visible

