**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| MURRAY SCHEINMAN, Plenary Guardian of the Estate and Person of JEFFREY J. SCHEINMAN, a Disabled Person, | ) ) ) ) ) | |
| Plaintiffs, | ) ) | |
| vs. | ) ) | No. 09 cv 5340 |
| MARTIN'S BULK MILK SERVICE, INC., SAMUEL G. FRANKE, INTERNATIONAL PAPER COMPANY, UNIVERSAL AM CAN LTD., Successor to OVERNITE EXPRESS, INC. and OX LLC, BMW of NORTH AMERICA, LLC, a corporation, BAYERISCHE MOTOREN WERKE AKTIENGESELLSCHAFT, a corporation, BMW AG, a corporation, | ) ) ) ) ) ) ) ) ) ) | Honorable James F. Holderman  Magistrate Susan E. Cox |
| Defendants. | ) | |

**ALL PARTIES AGREED
MOTION TO MODIFY CURRENT DISCOVERY SCHEDULE**

Plaintiff, MURRAY SCHEINMAN, Plenary Guardian of the Estate and Person of JEFFREY J. SCHEINMAN, a Disabled Person, through his attorneys, CLIFFORD LAW OFFICES, P.C., and with the agreement of all parties, moves this court for a modification of the current discovery schedule, and in support thereof states as follows:

1.    The instant case arises out of an incident in which Jeffrey Scheinman was stopped at a red light when his car was struck from the rear by a semi-tractor trailer truck, after which his vehicle started on fire. Mr. Scheinman sustained extensive burn injuries and brain injury. He was only 55 years of age, but is now confined to a nursing home with serious and permanent cognitive dysfunction, and he requires assistance with virtually all activities of daily living.

2.    This case generally involves three primary aspects: (1) claims of negligence against the truck driver, Samuel Franke, and his employer, Martin's Bulk Milk Service, and other entities,

including Universal Am Can Ltd., Successor to Overnite Express, Inc., and International Paper, which were also involved in the truck transportation; (2) a product liability claim against BMW, the manufacturer of Mr. Scheinman's car, related to the post-collision fire and failure of the seatback; and (3) extensive medical injuries sustained by Jeffrey Scheinman, including burns, brain injury, and cognitive, vision and mobility dysfunction.

3. The parties have taken at least 32 depositions involving all aspects of this case. During the pendency of this case the lawyers have designated dates for depositions in this case and the parties have made very good progress toward completion of fact discovery.

4. As to the fuel system product liability issues in this case, the parties are currently embroiled in a significant discovery dispute that is the subject of briefing before Magistrate Judge Susan Cox. Since the details of that dispute are currently set forth at length in briefs that have been, and will be, filed before Judge Cox, all the specific details will not be reiterated here. The court's last discovery order entered on September 13, 2012 set a January 14, 2013 date for conclusion of fact discovery. Despite the parties' best efforts there remains some important discovery yet to be completed, especially in relation to the fuel system inspection.

5. The parties are also proceeding with other ongoing discovery, some of which involves depositions of treating physicians. Since we were last in court, the parties have taken the video depositions of Dr. Richard Gamelli, a burn specialist, and Dr. Yoo, an ophthalmologist. The parties have also deposed Dr. Douglas Kaplan and Dr. Jeffrey Lee.

6. The parties are also currently working on mutually agreeable dates for depositions of the following people:

    (a) Douglas Hadrich, a witness and a resident of Minnesota

  (b)  Angela Mitchell, a witness and a current resident of Florida

  (c)  Dennis Fredrickson, Plaintiff's investigator who took a telephone statement from Defendant, Samuel Franke, and whose deposition has been requested by Defendant BMW.

  (d)  Dr. Russell Petrich, a treating physician

  (e)  Pat Podlema, an employee of Martin's Bulk Milk Service

  (f)  Ryan Green, an employee of Martin's Bulk Milk Service

  (g)  Lucy Michael, an eye witness who currently lives in California

  (h)  Andreas Schleich, a BMW employee

  (i)  Dr. Vikram Prabhu, a treating physician

7.  There is pending before Magistrate Judge Cox a recently briefed motion related to the nature, scope, and number of required sessions by which engineering consultants may disassemble parts of the subject BMW vehicle relating to plaintiff's product liability claims. Because the parties cannot complete that phase of their investigation until they have received the guidance of Magistrate Judge Cox's ruling, which is likely to affect the timing, scope, and number of such expert investigative sessions, the parties ask that the current closure of fact discovery and the current expert disclosure schedule be stricken, and that the parties be given leave to submit to this Court a new date for closure of fact discovery, new dates for disclosure of expert opinions and expert depositions, and most probably a new proposed trial date, as soon as is practicable after Magistrate Judge Cox has issued her ruling. In the meantime, the parties will continue with the completion of depositions that are not related to the product liability claims and defenses.

8.  All parties agree to this request for modification of the current discovery schedule.

WHEREFORE, the parties ask this court to strike the current discovery schedule, including the fact discovery cut-off date of January 14, 2013 and the current expert disclosure dates for Plaintiff and Defendants, and that the parties be given leave to submit to this Court a new date for closure of fact discovery, new dates for disclosure of expert opinions and expert depositions, and most probably a new proposed trial date, as soon as is practicable after Magistrate Judge Cox has issued her ruling.

    s//Richard F. Burke, Jr.
Submitted By One of Plaintiff's Attorneys
Richard F. Burke, Jr.
ARDC No: 03121588

Robert A. Clifford
Richard F. Burke, Jr.
Shannon M. McNulty
Attorneys for Plaintiff
CLIFFORD LAW OFFICES, P.C.
120 North LaSalle Street, Suite 3100
Chicago, Illinois 60602
(312) 899-9090 / (312) 251-1160 (Fax)

Mr. Joseph Skryd
Mr. Matthew Schreck
Mr. James Temple
Ms. Kristen C. Leppert
Mr. Jason Briesemeister
MULHERIN, REHFELDT & VARCHETTO, P.C.
211 South Wheaton Avenue, Suite 200
Wheaton, Illinois 60187
(630) 653-9300 / (630) 653-9316 (Fax)

Mr. Robert J. Golden
Mr. Daniel Polsby
DOWD & DOWD, LTD.
617 West Fulton
Chicago, Illinois 60661
(312) 704-4400 / (312) 704-4500 (Fax)

Carlton D. Fisher
William Yu
Cecilia A. Horan
HINSHAW AND CULBERTSON, LLP
222 North LaSalle Street, Suite 300
Chicago, Illinois 60601
(312)704-3000 / (312) 704-3001 (Fax)

Mr. James K. Toohey
Mr. Timothy R. Couture
JOHNSON & BELL, LTD.
33 West Monroe Street, Suite 2700
Chicago, Illinois 60603
(312) 372-0770 / (312) 372-9818 (Fax)