# EXHIBIT 1

THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MURRAY SCHEINMAN, Plenary Guardian of the Estate and Person of JEFFREY J. SCHEINMAN, a Disabled Person,<br><br>        Plaintiffs,<br>vs.<br><br>MARTIN'S BULK MILK SERVICE, INC., SAMUEL G. FRANKE, INTERNATIONAL PAPER COMPANY, UNIVERSAL AM CAN LTD., Successor to OVERNITE EXPRESS, INC. and OX LLC, BMW of NORTH AMERICA, LLC, a corporation, BAYERISCHE MOTOREN WERKE AKTIENGESELLSCHAFT, a corporation, BMW AG, a corporation,<br><br>        Defendants. | No. 09 cv 5340<br><br>Honorable James F. Holderman<br><br>Magistrate Susan E. Cox |

## SUPPLEMENTAL DECLARATION OF JOHN M. STILSON

I, John M. Stilson, do declare and state as follows:

1. I am the same John M. Stilson who provided a Declaration dated December 7, 2012 pertaining to the need for removal and inspection of the fuel system components in the Scheinman BMW. My Curriculum Vitae was attached to my prior Declaration.

2. Subsequent to the filing of my Declaration I have been provided with a portion of the defendant brief and second supplemental Affidavit of Mark M. Noble and nine photographs he attached thereto.

3. As an initial point, I reiterate that any claims and suggestions by Mark Noble or defense counsel that I want to engage in unlimited or excessive destruction of the undercarriage of the Scheinman vehicle is completely untrue and inaccurate. I have no desire to do so. As explained in my original Declaration of December 7, 2012, I have a responsibility on behalf of the Plaintiff to engage in a full and complete inspection of the component parts of the Scheinman vehicle in order to have a



proper foundation and basis for expert opinions in accord with the provisions of the Federal Rules of Civil Procedure 26(B). As further set forth in my Declaration, as well as in my original protocol of July 27, 2012, and my supplemental protocol of October 31, 2012, I need to remove the subject fuel tank in order to examine it, examine the underbody condition of the fuel tank and examine the tops of both sides of the tanks that currently are completely surrounded by the structure of the vehicle. I also need to remove the fuel tank in order to evaluate the surrounding vehicle components and environment in which the tank existed to determine vehicle components that may have interacted with the fuel tank, resulting in compromise of the tank, leakage of fuel and the subsequent fire. As further explained in my Declaration, as part of my basis for potential expert opinions, I want to install an exemplar fuel tank and filler neck to evaluate the total fuel tank environment and vehicle components that may have interacted with these components during the crash.

4. As explained in Paragraph 16 and 17 of my original Declaration, the fuel tank is covered by various components of the vehicle, including the exhaust pipes, two cross bars, a heat shield, and a support bracket. There has been damage done to this area of the vehicle, and therefore, these items cannot be removed in the same manner that would be followed if the vehicle had not sustained damage. It has been, and remains, my intention to engage in minimal alteration of the vehicle solely for the purpose of gaining access to the fuel tank in order to remove it. I have explained that procedure in both my supplemental protocol dated October 31, 2012, and in Paragraphs 14 through 18 of my original Declaration dated December 7, 2012. The attached drawing of the undercarriage of the BMW vehicle depicts the two sides of the saddle-type fuel tank in the Scheinman vehicle, as well as the various component parts that currently block access to the fuel tank. The two cross bars have already been removed with the agreement of Mark Noble, and were able to be removed simply by loosening of their bolts since they had not sustained significant damage. However, the screws on the support bracket on one side cannot currently be removed because of damage, and therefore, the bracket requires some slight bending as described in Paragraph 16 of my original Declaration. As further described in Paragraphs 16 through 18, any further minimal alteration or destruction will be performed only as necessary, and in the least intrusive manner practical, in order to gain access to the fuel tank.

5. The photographs 1 through 9 attached to Mark Noble's second supplemental Affidavit actually help demonstrate why the fuel tank needs to be removed for proper inspection. These photos show the burnt area of one of the tanks, exhaust pipes, the fuel straps, heat shield, support bracket and crossbars, all of which prevent access to, and proper inspection of, the fuel tank. None of the photos submitted by Mark Noble support his contention that there is no need to remove the fuel tank or that the defense would be prejudiced in any manner:

> I. Photograph 1 simply shows the rear end and trunk area of the vehicle. No cutting would be done in this location. The removal of the fuel tank would not in any way "reduce the visual impact of the severe amount of crush" caused by the level of override by the semi.

2

II.     Photograph 2 depicts a portion of the bottom of the vehicle near the rear tires and as one looks at the photo, the right side of the fuel tank is depicted in the center right, and on the opposite side the left side tank is shown with the bottom burned out. In this photo, we are actually looking into the inside of the left tank because the bottom was burned out during the severe fire that erupted after the crash. In the lower center of the photo the support plate is depicted. The bolts on one side have been damaged so it needs to be bent down in order to free the exhaust pipes that are visible running above it. Also visible in the center of this photograph underneath the two exhaust pipes is a metal heat shield. This heat shield runs under the portion of the fuel tank that connects the right and left saddle tanks. This heat shield needs to be removed in order to gain access to the fuel tank. On the far right and left of the photo are two long cross beams that look like an upside down V as one looks at this photo. Those two bars have already been removed with the agreement of Mr. Noble. Those bars were able to easily be removed because their bolts had not been damaged.

Mr. Noble's typed comment to Paragraph 2 that "The relationship of the fuel tank and protective structures and how they performed together in this incident would be lost if the tank is removed", is completely incorrect. In reality, as this photo clearly demonstrates, neither I nor Mr. Noble can see large portions of the fuel tank, including the tops of the tank and the sides of the tank. Furthermore, the portion of the fuel tank that connects the right and left saddle tanks is completely barred from view by the heat shield and two exhaust pipes. The very reason the tank needs to be removed is to inspect the portions that cannot be seen to determine how the structures performed in relation to the fuel tank.

III.     With respect to Photograph 3, it shows the burned out bottom and the heat shield on the right side of the tank covering up the inboard area of the left side tank, which is one of the reasons the tank needs to be removed.

IV.     Photograph 4 shows the sending unit which sends fuel to the engine. This shows the level of fire debris on the fuel pump and that the top of the fuel tank cannot be observed in the underbody environment.

V.     Photograph 5 is a photograph of the right side of the fuel tank. It is a good demonstration of why the tank needs to be removed for thorough inspection and analysis because the vast majority of the bottom of this tank is still intact, which means the entire inside cannot be visualized. Furthermore, the area surrounding all sides of the tank cannot be visualized. The heat shield and fuel tank strap also hide portions of the tank from view and inspection.

3

VI. In Photographs 5, 7 and 8 Mr. Noble refers to the existence of some holes in the front and rear of the right side fuel tank. Contrary to Mr. Noble's suggestion, these two holes show some type of abrasion and require close examination using magnification instruments. In light of the claims made in Mark Noble's other Affidavits, he very surprisingly says in the caption to Paragraph 5 that "there are holes in the bottom of the right side of the tank to access the interior, if necessary a larger access hole may be cut in the bottom surface". However, I do not want to cut a hole in the fuel tank, and do not want to enlarge any existing holes. This hole is a potential failure mode and I do not want to disturb it. Rather, I need to remove the fuel tank so that I can carefully inspect all aspects of the tank surrounding this hole under magnification. I need to determine how this hole was created and to inspect the inside edges of the hole and determine if there is fraying, crush damage, or other signs of stress to the fuel tank surrounding this hole. I also want to examine the abrasions in and around this hole very carefully under magnification to determine how deep they are, and to determine their shape and direction, as well as to compare the scrape marks with the manner in which the hole was created. I cannot engage in this very necessary inspection without removing the tank to permit adequate inspection of these holes in the right side tank.

6. One of my other main purposes in removing the fuel tank is to put in an exemplar tank. This cannot be done simply with geometric measurements. I also want to determine how the right rear quarter panel displacement affected the rubber filler pipe connection at the fuel tank and whether the vehicle suspension components interacted with the filler hose and pipe with an exemplar filler neck attached to the exemplar fuel tank in a condition that existed at time of the collision, not post collision.

7. In summary, I cannot conduct a proper and complete analysis of the performance of the fuel system without inspecting all sides of the fuel tank and the areas surrounding the tank. To do so, the fuel tank must be removed. I have engaged in multiple removals of fuel tank component parts with Mark Noble without his objection in other cases. Removal of the fuel tank is a necessary and customary step in the proper inspection and assessment of the performance of the fuel system in this type of case, and is necessary to permit me to have a proper basis and foundation for my expert opinions in accord with Rule 26(B). Mr. Noble and defense counsel will not be prejudiced or prevented from discussing the performance of the fuel system if the fuel tank is removed. In fact, the removal of the fuel tank is necessary for me to have complete knowledge of how the tank withstood the crash and whether the tank was compromised in areas that are either not visible, or cannot be closely examined without its removal. Furthermore, the condition of the vehicle has been photographed and videotaped multiple times.

4

I declare and certify under penalty of perjury that the foregoing is true and correct.

Executed on: 12/26/12
Date

JOHN M. STILSON

5