# EXHIBIT 2

Case: 1:09-cv-05340 Document #: 275-4 Filed: 11/09/12 Page 2 of 2 PageID #:2779

PLAINTIFF'S EXHIBIT 2

