# EXHIBIT 3

THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| MURRAY SCHEINMAN, Plenary | ) | |
| Guardian of the Estate and Person of | ) | |
| JEFFREY J SCHEINMAN, a Disabled | ) | |
| Person, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| vs. | ) | No. 09 cv 5340 |
| | ) | |
| MARTIN'S BULK MILK SERVICE, INC., | ) | |
| SAMUEL G. FRANKE, | ) | |
| INTERNATIONAL PAPER COMPANY, | ) | Honorable James F. Holderman |
| UNIVERSAL AM CAN LTD., Successor to | ) | |
| OVERNITE EXPRESS, INC. and OX LLC, | ) | Magistrate Susan E. Cox |
| BMW of NORTH AMERICA, LLC, a corporation, | ) | |
| BAYERISCHE MOTOREN WERKE | ) | |
| AKTIENGESELLSCHAFT, a corporation, | ) | |
| BMW AG, a corporation, | ) | |
| | ) | |
| Defendants. | ) | |

## DECLARATION OF J. KENT EMISON

I, J. KENT EMISON, do declare and state as follows:

1.  I am an attorney at Langdon & Emison Attorneys at Law in Missouri.

2.  I was lead trial counsel for Plaintiff, Shonnie Newton, in *Newton v. Ford Motor Company*, a case involving alleged defects in the fuel tank of a 2003 Ford Crown Victoria Police Interceptor. I have also been plaintiff's counsel in a multitude of cases against automotive manufacturers involving allegations of fuel tank defects.

3.  Mark Noble served as a defense expert in the *Newton* case.

4.  In the *Newton* case, during the course of discovery, the fuel tank was removed for full examination jointly by plaintiff's experts and Ford's experts. Additionally, in every other case in which I have been involved, in which there was an alleged defect in the fuel tank and for which the vehicle has been available, the fuel tank has been removed. Removal of the fuel tank is a standard discovery procedure in cases involving alleged defects of the fuel tank.

I declare and certify under penalty of perjury that he foregoing is true and correct.

Executed on: __12/19/12__
              Date

J. Kent Emison

PLAINTIFF'S
EXHIBIT
3