# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | James F. Holderman | **Sitting Judge if Other than Assigned Judge** | Susan E. Cox |
|---|---|---|---|
| **CASE NUMBER** | 09 C 5340 | **DATE** | 1/28/2013 |
| **CASE TITLE** | Murray Scheinman vs. Martin's Bulk Milk Service, Inc. | | |

**DOCKET ENTRY TEXT**

Enter Memorandum Opinion and Order. Plaintiff's motion to compel inspection and removal of the fuel system [275] is granted. Plaintiff's request for reimbursement of expenses incurred from his retained experts and the personnel related to the inspection of October 31, 2012, which was terminated, is denied. Status hearing set for February 27, 2013 at 9:30 a.m.

■ [ For further detail see separate order(s).]

Docketing to mail notices.
*Copy to judge/magistrate judge.

| | Courtroom Deputy Initials: | VKD |
|---|---|---|