IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| MURRAY SCHEINMAN, Plenary Guardian of the Estate and Person of Jeffrey SCHEINMAN, a Disabled Person, | ) ) ) ) | |
| Plaintiffs, | ) ) | |
| -vs- | ) ) | Case No.  09 cv 05340 |
| MARTIN'S BULK MILK SERVICE, INC., SAMUEL G. FRANKE, CSX INTERMODAL, INC., INTERNATIONAL LLC, UNIVERSAL AM CAM, LTD., | ) ) ) ) | Honorable James F. Holderman<br><br>Magistrate Susan E. Cox |

# **NOTICE OF MOTION**

TO:  All Counsel of Record
(See attached Service List)

PLEASE TAKE NOTICE that on **Tuesday, February 19, 2013 at 9:00 a.m.,** or as soon thereafter as counsel may be heard, the undersigned shall appear before **The Honorable James F. Holderman**, or any judge sitting in his stead in **Room 2541** of The Dirksen Federal Building, 219 South Dearborn Street, Chicago, Illinois, and shall then and there present for hearing **DEFENDANTS BMW OF NORTH AMERICA, LLC AND BAYERISCHE MOTOREN WERKE AG'S OBJECTION TO MAGISTRATE JUDGE'S ORDER ON PLAINTIFF'S MOTION TO COMPEL,** a true and correct copy of which is attached hereto and herewith served upon you.

                            JOHNSON & BELL, LTD.,

                            By:  */s/ Timothy R. Couture*
                                One of the Attorneys for Defendant
                                BMW OF NORTH AMERICA, LLC and
                                BAYERISCHE MOTOREN WERKE AG

James K. Toohey
Timothy R. Couture
JOHNSON & BELL, LTD.,
33 West Monroe Street, Suite 2700
Chicago, Illinois 60603
Telephone:  (312) 372-0770

## CERTIFICATE OF SERVICE

       The undersigned, an attorney, certifies that he filed the foregoing **NOTICE OF MOTION** via the United States District Court's Electronic Filing System, and that the same was served on all Counsel of Record via said Electronic Filing System, this 11th day of FEBRUARY, 2013.

                              */s/ Timothy R. Couture*
                           *I certify that the statements set forth herein are true and correct*

*SCHEINMAN v. BMW, et al*

# SERVICE LIST

*Attorney for Plaintiff*
Richard F. Burke, Jr.
Courtney B. Marincsin
Clifford Law Offices, PC
120 North LaSalle Street – Suite 3100
Chicago, IL 60602

*Attorney for Samuel Franke and Martin's Bulk Milk*
Joseph Gerard Skryd
Matthew Richard Schreck
Mulherin Rehfeldt & Varchetto PC
211 South Wheaton Avenue – Suite 200
Wheaton, IL 60187

Robert Golden
Dowd & Dowd
617 West Fulton Street
Chicago, IL 60661

*Attorneys for International Paper Company,*
*Universal Am-Can Ltd, d/b/a and as successor*
*to Overnite Express Inc. and OX LLC*
Carlton D. Fisher
Hinshaw & Culbertson, LLP
222 North LaSalle Street – Suite 300
Chicago, IL 60601-1081