# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 5.1.1
### Eastern Division

Murray Scheinman

                                        Plaintiff,

v.                                                         Case No.: 1:09−cv−05340
                                                         Honorable James F. Holderman

Martin's Bulk Milk Service, Inc., et al.

                                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, February 19, 2013:

       MINUTE entry before Honorable James F. Holderman: Status hearing held and continued to 3/28/13 at 9:00 a.m. Defendants' objection to Judge Cox's ruling [298] is overruled. Enforcement of Judge Cox's order is stayed. Notice mailed by judge's staff (ntf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.