UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 5.1.1
Eastern Division

Murray Scheinman
                              Plaintiff,

v.                                              Case No.: 1:09−cv−05340
                                                              Honorable James F. Holderman

Martin's Bulk Milk Service, Inc., et al.
                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, February 27, 2013:

      MINUTE entry before Honorable Susan E. Cox: Status hearing held. The Court was informed regarding the progress of discovery and the added process of inspecting the fuel tank via a scope. The parties indicate that the scope inspection will likely take place in April. No further dates until the district judge rules regarding the scope of discovery and sets a discovery deadline. Mailed notice(vkd, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.