IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MURRAY SCHEINMAN, Plenary Guardian of the Estate and Person of JEFFREY J. SCHEINMAN, a Disabled Person,<br><br>Plaintiff,<br><br>v.<br><br>MARTIN'S BULK MILK SERVICE, INC., SAMUEL G. FRANKE, INTERNATIONAL PAPER COMPANY, UNIVERSAL AM CAN LTD., Successor to OVERNITE EXPRESS, INC., and OX LLC, BMW of NORTH AMERICA, LLC, a corporation, BAYERISCHE MOTOREN WERKEAKTIENGESELLSCHAFT, a corporation, BMW AG, a corporation, and KARL KNAUZ MOTORS, INC., a corporation,<br><br>Defendants. | Case No.: 09 CV 5340<br><br>Judge James F. Holderman<br><br>Magistrate Judge Susan Cox |

## OX LLC'S MOTION FOR SUMMARY JUDGMENT

NOW COMES the defendant, OX LLC ("OX"), by and through its attorneys, Carlton D. Fisher, William Yu and Cecilia A. Horan of HINSHAW & CULBERTSON LLP, and for its Motion for Summary Judgment, it states as follows:

This matter arises from an auto accident that occurred on July 3, 2008, on Skokie Valley Road at or near its intersection with Half Day Road in Highland Park, Illinois when Samuel Franke ("Franke"), driving a tractor owned by his employer, Martin's Bulk Milk Service, Inc. ("MBMS") rear-ended the back of a vehicle driven by plaintiff, Jeffrey Scheinman ("Scheinman"). As a result, Scheinman sustained injuries and is disabled.

OX was a company which leased trailers exclusively to its sister company, Overnite Express, Inc. ("OEI") OX and OEI sold the companies' assets to Universal Am-Can Ltd. ("UACL") and UTS Leasing, Inc. ("UTSL") by way of an Asset Purchase Agreement dated June

13, 2008. Trailers that were included in the sale were owned by OX, not OEI, and were purchased by UTSL, not UACL. The undisputed evidence demonstrates that OX never owned the tractor or trailer involved in the accident.

The Asset Purchase Agreement also transferred agreements for delivery of goods with various OEI customers to UACL, including an agreement OEI had with IPC. OX never had any agreement with any entity for the delivery of the goods being transported by Franke at the time of the accident.

OX is entitled to summary judgment because it had absolutely no relationship to this accident. OX simply sold trailers to UTSL, which is not even a party to this lawsuit. OX did not employ the driver, Franke, and never owned the tractor or trailer involved in the accident. OX did not have any agreement with IPC, MBMS, or any other entity for the delivery of goods. Accordingly, OX had no relationship to the accident and it is entitled to summary judgment as a matter of law on Count IV of Plaintiff's Fifth Amended Complaint.

Respectfully submitted,

HINSHAW & CULBERTSON LLP

By: s/Carlton D. Fisher

Carlton D. Fisher
William Yu
Cecilia Horan
Hinshaw & Culbertson LLP
222 N. LaSalle, Suite 300
Chicago, IL 60601
(312) 704-3000