IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MURRAY SCHEINMAN, Plenary Guardian of the Estate and Person of JEFFREY J. SCHEINMAN, a Disabled Person,<br><br>Plaintiff,<br><br>v.<br><br>MARTIN'S BULK MILK SERVICE, INC., SAMUEL G. FRANKE, CSX INTERMODAL, INC., INTERNATIONAL PAPER COMPANY, UNIVERSAL AM CAN LTD., Successor to OVERNITE EXPRESS, INC., and OX LLC, BMW of NORTH AMERICA, LLC, a corporation, BAYERISCHE MOTOREN WERKEAKTIENGESELLSCHAFT, a corporation, BMW AG, a corporation, and KARL KNAUZ MOTORS, INC., a corporation,<br><br>Defendants. | Case No.: 09 CV 5340<br><br>Honorable Judge James F. Holderman<br><br>Magistrate Judge Susan Cox |

## NOTICE OF FILING

TO:   See Attached Service List

PLEASE TAKE NOTICE THAT on **March 28, 2013**, we caused to be filed with the Clerk of the U.S. District Court for the Northern District of Illinois, Eastern Division, **Defendants IPC's and UACL's Motions for Summary Judgment,** copies of which are hereby served upon you.

Carlton D. Fisher
William Yu
HINSHAW & CULBERTSON LLP
222 North LaSalle Street, Suite 300
Chicago, Illinois 60601-1081
(312) 704-3000

s/Carlton D. Fisher
Attorneys for Defendants

## CERTIFICATE OF SERVICE

I hereby certify that on **March 28, 2013**, I electronically filed the attached **Defendants IPC's and UACL's Motions for Summary Judgment,** and **Notice of Filing** with the Clerk of the U.S. District Court, using the CM/ECF system, which will send notification of such filing(s) to all counsel of record.

Carlton D. Fisher
William Yu
HINSHAW & CULBERTSON LLP
222 North LaSalle Street, Suite 300
Chicago, Illinois 60601-1081
(312) 704-3000

s/Carlton D. Fisher
Attorneys for Defendants

*Scheinman v. UACL, et al.*

## SERVICE LIST

**Attorneys for Plaintiff**
Richard Burke, Jr.
Shannon M. McNulty
Courtney Boho Marincsin
Nancy K. O'Donnell
Clifford Law Offices, P.C.
120 N. LaSalle Street, Suite 3100
Chicago, IL 60602
Phone: (312) 899-9090
Fax:    (312) 251-1160
rfb@cliffordlaw.com
smm@cliffordlaw.com
cbm@cliffordlaw.com
nodonnell@cliffordlaw.com

**Additional Attorneys for MBMS.**
Robert J. Golden
Dowd & Dowd, Ltd.
617 W. Fulton Street
Chicago, IL 60661
(312) 704-4400
(312) 704-4500 Fax
rgolden@dowdanddowd.com

**Attorneys for the BMW entities and Karl Knauz Motors**
James K. Toohey
Timothy R. Couture
Johnson & Bell LTD
33 W. Monroe Street, Suite 2700
Chicago, IL 60603
Phone; (312) 372-0770
Fax: (312) 372-9818
tooheyj@jbltd.com
couturet@jbltd.com

**Attorneys for Franke and MBMS**
Joseph G. Skryd
Matthew R. Schreck
James J. Temple
Jason Briesemeister (630) 384-3165 - Direct
Mulhern, Rehfeldt & Varchetto, P.C.
211 South Wheaton Avenue, Suite 200
Wheaton, IL 60187
Phone: (630) 653-9300
Fax: (630) 653-9316
jskryd@mrvlaw.com
mschreck@mrvlaw.com
jtemple@mrvlaw.com
JBriesemeister@mrvlaw.com