IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

MURRAY SCHEINMAN, Plenary Guardian of ) 
the Estate and Person of JEFFREY J. )
SCHEINMAN, a Disabled Person, )
)
Plaintiff, )
)
v. ) Case No.: 09 CV 5340
)
MARTIN'S BULK MILK SERVICE, INC., ) Judge James F. Holderman
SAMUEL G. FRANKE, CSX INTERMODAL, )
INC., INTERNATIONAL PAPER COMPANY, ) Magistrate Judge Susan Cox
UNIVERSAL AM CAN LTD., Successor to )
OVERNITE EXPRESS, INC., and OX LLC, )
BMW of NORTH AMERICA, LLC, a )
corporation, BAYERISCHE MOTOREN )
WERKEAKTIENGESELLSCHAFT, a )
corporation, BMW AG, a corporation, and )
KARL KNAUZ MOTORS, INC., a corporation, )
)
Defendants. )
)

## JOINT APPENDIX OF EXHIBITS ("JAE")
## TABLE OF CONTENTS

Exhibit 1.    Excerpts from the Plaintiff's Fifth Amended Complaint (Doc No. 168).

Exhibit 2.    Excerpts from the Transcript of Deposition of Samuel Franke, Volume I, dated January 12, 2010.

Exhibit 3.    Excerpts from the Transcript of Deposition of Samuel Franke, Volume II, dated February 21, 2012

Exhibit 4.    Excerpts from the Transcript of Deposition of David Martin, Volume I, dated January 12, 2010

Exhibit 5.    Excerpts from the Transcript of Deposition of David Martin, Volume II, dated February 20, 2012

Exhibit 6.    Excerpts from the Transcript of Deposition of Janet Berndt, dated September 28, 2012

Exhibit 7.    Excerpts from the Transcript of Deposition of Gina Hubbs, dated April 16, 2012

Exhibit 8.    Excerpts from the Transcript of Deposition of John Moorer, dated April 16, 2012

Exhibit 9.    Excerpts from the Transcript of Deposition of Mark Limback, dated April 17, 2012

| | |
|---|---|
| Exhibit 10. | Excerpts from the Transcript of Deposition of Melody Hansen, dated July 19, 2012 |
| Exhibit 11. | Excerpts from the Transcript of Deposition of Joan Anderton, dated April 10, 2012 |
| Exhibit 12. | Excerpts from the Transcript of Deposition of William Crawford, dated June 6, 2012 |
| Exhibit 13. | Excerpts from the Transcript of Deposition of Steve Mundy, dated June 12, 2012 |
| Exhibit 14. | Master Brokerage Agreement between UACL and MBMS dated June 12, 2008 |
| 14-1 | Deposition Exhibit 75 |
| 14-2 | Deposition Exhibit 16 |
| 14-3 | Excerpts of Deposition Exhibit 1 |
| Exhibit 15. | October 2007 Agreement between IPC and OEI |
| 15-1 | Excerpts of Deposition Exhibit 1 |
| 15-2 | Excerpts of Deposition Exhibit 2 |
| Exhibit 16. | "Amendment 1" to IPC and OEI Agreement substituting UACL for OEI |
| Exhibit 17. | Asset Purchase Agreement between UACL and OEI/OX LLC |
| Exhibit 18. | Excerpts from the Transcript of Deposition of Robert Elsholtz, dated April 17, 2012 |
| Exhibit 19. | MBMS' Responses to IPC/UACL's Requests for Admissions |

Carlton D. Fisher
William Yu
Cecilia Horan
HINSHAW & CULBERTSON LLP
222 North LaSalle Street, Suite 300
Chicago, Illinois 60601-1081
(312) 704-3000

    s/Carlton D. Fisher
Attorneys for Defendants, IPC, UACL and OX LLC

130547560v1 0903067