# JAE # 3

# Excerpts from the Transcript of Deposition of Samuel Franke, Volume II, dated February 21, 2012

130547293v1 0903067

## Page 68

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

MURRAY SCHEINMAN, Plenary Guardian )
of the Estate and Person of JEFFREY )
J. SCHEINMAN, a Disabled Person, )
)
      Plaintiff, )
)
vs. ) No. 09 CV 5340
)
MARTIN'S BULK MILK SERVICE, INC., )
SAMUEL G. FRANKE, CSX INTERMODAL, )
INC., INTERNATIONAL PAPER COMPANY, )
UNIVERSAL AM CAN, LTD., Successor )
to OVERNITE EXPRESS, INC. and OX )
LLC, BMW OF NORTH AMERICA, LLC, a )
corporation, BAYERISCHE MOTOREN )
WERKE AKTIENGESELLCHAFT, a )
corporation, BMW AG, a corporation,)
and KARL KNAUZ MOTORS, INC., a )
corporation, )
)
      Defendants. )

   The Videotaped Deposition of SAMUEL G. FRANKE, taken in the above-entitled cause, before Cheri LeBeau Dubina, a notary public of DuPage County, Illinois, on the 21st day of February, 2012, commencing at 10:56 a.m., at 211 S. Wheaton Avenue, Suite 200, Wheaton, Illinois, pursuant to Notice.

Reported by: Cheri LeBeau Dubina, CSR
License No.: 084-002986

## Page 69

1     APPEARANCES:
2        CLIFFORD LAW OFFICES
3        120 North LaSalle Street
4        31st Floor
5        Chicago, Illinois 60602
6        Tel: 312-899-9090
7        by: MR. RICHARD F. BURKE, JR.,
8           On behalf of the Plaintiff;
9        MULHERIN, REHFELDT & VARCHETTO, P.C.
10       211 South Wheaton Avenue
11       Suite 200
12       Wheaton, Illinois 60187
13       Tel: 630-653-9300
14       by: MR. JOSEPH G. SKRYD and
15       MR. MATTHEW R. SCHRECK,
16          On behalf of Martin's Bulk Milk
17          Service, Inc. and Samuel G. Franke;
18       DOWD & DOWD, LTD.
19       617 West Fulton
20       Chicago, Illinois 60661
21       Tel: 312-704-4400
22       by: MR. ROBERT J. GOLDEN,
23          On behalf of Martin's Bulk Milk
24          Service, Inc. and Samuel G. Franke;

## Page 70

1     APPEARANCES: (Continued)
2       HINSHAW & CULBERTSON
3       222 North LaSalle Street
4       Suite 300
5       Chicago, Illinois 60601
6       Tel: 312-704-3000
7       by: MR. CARLTON D. FISHER,
8          On behalf of International Paper
9          Company, Overnite Express, Inc., Ox
10         LLC, Universal Am Can, Ltd. and
11         Overnite Logistics, Inc.;
12
13       JOHNSON & BELL, LTD.
14       33 West Monroe Street
15       Suite 2700
16       Chicago, Illinois 60603
17       Tel: 312-372-0770
18       by: MR. TIMOTHY R. COUTURE,
19          On behalf of BMW of North America,
20         LLC and Bayerische Motoren Werke
21         Aktiengesellchaft.
22
23     ALSO PRESENT: Michael Prager, Videographer

## Page 71

            I N D E X

| WITNESS | Page |
|---|---|
| SAMUEL G. FRANKE | |
| Direct Exam by Mr. Couture | 74 |
| Cross-Exam by Mr. Burke | 350 |
| Redirect Exam by Mr. Couture | 385 |
| Cross-Exam by Mr. Fisher | 407 |
| Recross Exam by Mr. Burke | 470 |
| Further Redirect Exam by Mr. Couture | 480 |

            E X H I B I T S

| Franke Deposition Exhibit Nos. | Page |
|---|---|
| 79 - Photo | 186 |
| 80 - Photo | 265 |
| 81 - Photo | 269 |
| 82 - Miranda Warning | 309 |
| 83 - Interview of Mr. Franke by Mr. Fredrickson | 330 |
| 84 - Photo | 330 |
| 85 - Video to police | 344 |
| 86 - Photos | 350 |
| 87 - Photos | 350 |
| 88 - International Paper Exel Form | 381 |
| 89 - Photo | 477 |

```
 1   Q.  -- when did you start at ITC?
 2   A.  It was the previous -- I only worked there
 3  for a year.
 4   Q.  Okay. Was your next job Martin's Bulk
 5  Milk?
 6   A.  Yes.
 7   Q.  So we're looking at '96 or '97 when you
 8  worked at ITC?
 9   A.  Yes.
10   Q.  How did you obtain the job at Martin's
11  Bulk Milk?
12   A.  A friend of mine told me they were looking
13  for truck drivers.
14   Q.  And who was this friend?
15   A.  It was just Larry -- his name is Larry
16  Olsen.
17   Q.  Was Larry Olsen an employee of Martin's
18  Bulk Milk at that point?
19   A.  No.
20   Q.  How was it that -- if you know, how was it
21  that Larry Olsen knew that Martin's was looking for
22  a truck driver?
23   A.  He did some work on one of the people's
24  vehicles over there. He just knew of the company.
                                                   104
```

```
 1  And then I seen some of the truck -- I asked some
 2  of the -- after he told me about that I seen some
 3  Martin's trucks; they go through Mauston all the
 4  time. So I talked to them guys so. So I got their
 5  number through one of their employees.
 6   Q.  Okay. And who did you contact at Martin's
 7  Bulk Milk, if you remember?
 8   A.  I think I called over there and I think I
 9  talked to Dave maybe.
10   Q.  David Martin?
11   A.  Yes.
12   Q.  David Martin was the operations manager of
13  Martin's Bulk Milk --
14   A.  Yes.
15   Q.  -- when you were hired?
16   A.  Yes.
17   Q.  He was the operations manager of Martin's
18  Bulk Milk on the day of this accident?
19   A.  Yes, he -- yes.
20   Q.  And he was the operations manager of
21  Martin's Bulk Milk the last day you worked for the
22  company, correct?
23   A.  Yes.
24   Q.  All right. Did you have to go through an
                                                   105
```

```
 1  interview process in order to get hired?
 2   A.  The -- no. I just filled the application
 3  out and they checked -- obviously checked my
 4  reference that I worked for and they didn't have to
 5  do no driving test. They just checked my
 6  reference. I filled out an application.
 7   Q.  Okay. Why don't I -- why don't I ask you
 8  step-by-step questions.
 9       After you spoke with David Martin what did
10  he tell you that you needed to do in order to
11  become -- considered for a job at Martin's Bulk
12  Milk?
13   A.  Fill out the application.
14   Q.  And you did that?
15   A.  Yes.
16   Q.  Did you do that at the Martin's Bulk Milk
17  office or did you do that at home and provide it to
18  them?
19   A.  I think I took it home.
20   Q.  Okay. And after you completed that
21  application did you speak with anyone from Martin's
22  Bulk Milk, an interview?
23   A.  I think I talked to Janet.
24   Q.  Janet. What's Janet's last name?
                                                   106
```

```
 1   A.  Right now it's Baer, I'm pretty sure.
 2   Q.  And she was the head of personnel?
 3   A.  She was safety director type thing, I
 4  think.
 5   Q.  All right. What discussion did you and
 6  Janet have at that time, if you remember?
 7   A.  Basically, she told me I had the job. She
 8  showed me around the property. She showed me how
 9  to use the fuel pump. And, basically, told me what
10  I was expected to do, what time I was supposed to
11  show up, all that.
12   Q.  When you applied at Martin's Bulk Milk,
13  did you have an understanding as to whether you
14  were going to be getting -- whether you were going
15  to be hired as an over-the-road, across-the-country
16  trucker, whether you were going to be driving local
17  or what you were pulling? What understanding did
18  you have?
19   A.  I applied for the Chicago run and they had
20  some Chicago runs or Minnesota runs but they put me
21  on the Chicago run.
22   Q.  So when you applied in '98, you
23  specifically applied for a route?
24   A.  Right.
                                                   107
```

10 (Pages 104 to 107)

```
 1   A.  No.
 2   Q.  You said she showed you where the fuel
 3  pump was?
 4   A.  Right.
 5   Q.  That's not the type of thing I'm talking
 6  about though.
 7   A.  Right.
 8   Q.  She probably showed you around the
 9  facilities and said this is where the bathroom is,
10  this is the break room, this is the office?
11   A.  Yeah, right.
12   Q.  I'm talking a little different than that.
13   A.  Right.
14   Q.  Did they provide any specific training on
15  how you as a truck driver were going to be doing
16  your job for Martin's Bulk Milk?
17   A.  No.  I already had experience so he didn't
18  get -- I didn't have to go through any training
19  with any trainer with them guys.
20   Q.  All right.  Did they teach you how to use
21  or perform their paperwork?
22   A.  Yes.
23   Q.  Other than that sort of administrative
24  stuff they didn't provide any other training as a
                                                112
```

```
 1  truck driver, fair?
 2   A.  Yes.
 3   Q.  Okay.  Now, you were going to be going to
 4  rail yards you indicated.  Was that the first time
 5  you had delivered to a rail yard?
 6   A.  Yes.
 7   Q.  And correct me if I'm wrong.  That would
 8  include delivering intermodal boxes as opposed to
 9  trailers, true?
10   A.  When they first started doing it, we
11  hauled rail trailers.  And then later on it started
12  gradually getting to more and more containers and
13  boxes -- and trailers.
14   Q.  So when you first started, you were
15  hauling the same type of trailer you had already
16  pulled?
17   A.  Right.
18   Q.  They were just going on to trains?
19   A.  Exactly.
20   Q.  And then later on you were actually
21  pulling chassis with boxes on them?
22   A.  Yes.
23   Q.  All right.  Did you have to learn the
24  procedures at the rail yards?
                                                113
```

```
 1   A.  I mean, how to check-in at the -- they
 2  would give you -- you come in -- how do you mean?
 3   Q.  Before you started working for Martin's
 4  Bulk Milk when you were hauling material, had you
 5  hauled to rail yards before?
 6   A.  No, sir.
 7   Q.  Okay.  Was there anything specific about
 8  hauling in and out of a rail yard that required
 9  additional training for you as a truck driver?
10   A.  No.  It's just when you came in there, you
11  just had to check-in at the rail yard, give them
12  your information, you know, what you was bringing
13  in, the trailer number, your driver's license and
14  they would check you in to the rail yard and they'd
15  tell you where to put the load.
16   Q.  Okay.  And would you typically leave the
17  rail yard with a trailer?
18   A.  Typically, yes.
19   Q.  Okay.  So you had to pickup another
20  trailer?
21   A.  Yes.
22   Q.  Was that something you did at ITC?
23   A.  No.
24   Q.  So that was new for you when you started
                                                114
```

```
 1  working for Martin's?
 2   A.  Yes.
 3   Q.  Did you have any training as to how you
 4  were to do that?
 5   A.  It's the same kind of training, you
 6  would -- you hooked to a trailer to make sure --
 7  you would check it, walk around and check it.  You
 8  know, check the same kind of pre-trip inspection.
 9   Q.  Okay.  When you eventually began hauling
10  chassis with boxes on them, did you receive any
11  additional specialized training for that type of
12  trucking?
13   A.  No.  It's common sense.
14   Q.  When you first started working at Martin's
15  Bulk Milk, who was your direct boss?
16   A.  Dave Martin.
17   Q.  And was Dave Martin your direct boss on
18  the day of this accident?
19   A.  Yes.  Yes.
20   Q.  If I understand it, you were working for
21  Martin's Bulk Milk for approximately ten years
22  before this accident took place?
23   A.  Yes, just about ten years.
24   Q.  Yes, November of '98?
                                                115
```

**Page 116**

1  A. Two weeks shy, yes.
2  Q. Okay. Did you undergo any training in
3  that ten years beyond what you've already told me?
4      Did Martin's ever have someone come in and
5  give you a refresher course or play a video or
6  require you to do any follow-up continuing
7  education?
8  A. No. We had safety meetings but --
9  Q. All right. How often did you have safety
10 meetings?
11 A. Once a year.
12 Q. Other than the once-a-year safety
13 meetings, that would be the extent of your
14 additional training?
15 A. Right.
16 Q. Who ran the safety meetings?
17 A. Dave and whoever the guest speaker was at
18 the time.
19 Q. They would have guest speakers come in?
20 A. Right.
21 Q. When you were hired, did you receive an
22 employee handbook?
23 A. Yes.
24 Q. What type of material was in that -- well,

**Page 117**

1  strike that.
2      Did you read the employee handbook?
3  A. Yes. Glanced through it, yes.
4  Q. You didn't memorize it --
5  A. No.
6  Q. -- but you looked through it?
7  A. Right.
8  Q. What type of information was in the
9  employee handbook?
10 A. Basically, how to do your paperwork, what
11 the rules and -- what they expected of you and
12 stuff like that, you know.
13 Q. Okay. Were there safety procedures in the
14 handbook?
15 A. Yes, I mean, as far as -- yes, you're
16 supposed to do your pre-trip inspection and all
17 that.
18 Q. Any other safety procedures that you
19 remember?
20 A. No.
21 Q. You don't still have that handbook, do
22 you?
23 A. No, I don't have it.
24 Q. I'm sorry?

**Page 118**

1  A. No, I don't think so.
2  Q. Okay. Was there any instructions of
3  policies and procedures of Martin's Bulk Milk in
4  the event you got into an accident?
5  A. Yes.
6  Q. Who to call? What to do?
7  A. Right.
8  Q. Yes?
9  A. Yes.
10 Q. Do you remember what the policy and
11 procedure was?
12 A. Basically get a hold of either Dave or
13 Janet or -- and then they had your insurance -- all
14 your insurance records and stuff in the truck and
15 they had -- you're supposed to show them -- you
16 know, when you got in the accident, that's what
17 you're supposed to show them.
18 Q. That's the extent that you remember?
19 A. Right.
20 Q. When you were hired by Martin's Bulk Milk,
21 how were they paying you?
22 A. By the mile.
23 Q. Do you remember what you were first making
24 when you were hired?

**Page 119**

1  A. 32 cents per mile.
2  Q. And was there any additional payment along
3  with the 32 cents a mile? In other words, did they
4  pay you for drop-offs, for pickups?
5  A. Yes.
6  Q. What other compensation other than 32
7  cents a mile did you get?
8  A. They would pay you for -- if you had more
9  than one pickup, they would pay you, like, $15 for
10 that. If you had more than one drop-off, they
11 would pay you extra for that, $15 or something like
12 that.
13 Q. Okay. So let me understand it. If you
14 only had one drop-off and one pickup, they wouldn't
15 pay you any extra?
16 A. No, sir.
17 Q. That's correct?
18 A. That's right.
19 Q. But if you were driving to, for example --
20 I know it wasn't you but, for example, the load
21 that you were hauling on the day of the occurrence
22 was going eventually north to Minneapolis to three
23 different places.
24 A. Right.

**Page 120**

Q. If you were hauling that load, you would have received additional compensation because you would have been making three drop-offs?
A. For the second -- the first additional one you don't get one, you know, but the second two yes.
Q. Okay. So the first drop-off is 32 cents a mile at that time regardless?
A. Right.
Q. The second drop-off is an extra how much, 15?
A. Yeah.
Q. Did you get another 15 for the third drop-off?
A. Yes.
Q. Other than your mileage rate and the additional drop-off and pickup payments, did they have any other compensation for you?
A. They had like a safety bonus.
Q. Okay.
A. And you'd only get that, like, at the end of the year, I think what it was.
Q. And I'm not asking -- when I say compensation --

**Page 121**

A. Oh.
Q. No, that's important but I'm just letting you know I don't need to know about, like, health insurance and stuff like that. I just want to know money that they're going to give you.
Tell me about this safety bonus. How would one at Martin's Bulk Milk earn a safety bonus back in 2008?
A. I think the way they did it is you started out with a set amount and then if you had any violations or anything, it would -- it would lower your safety -- lower the bonus down.
Q. Okay. So there was an amount of money that you started out with at the beginning of the year and if you did anything wrong, almost like a demerit, it would come off the top and at the end of the year, whatever you were left with, you got?
A. Right. I'm thinking that's what it was.
Q. How much was the safety bonus for 2007 total if you didn't have any violations?
A. I think it was $200. I'm not for sure. There again, it's been a long time ago.
Q. Did you lose any money from the safety bonus in 2007?

**Page 122**

A. I don't know.
Q. You don't remember?
A. I don't remember, no.
Q. And you didn't complete 2008, correct?
A. Right.
Q. So you didn't qualify for that?
A. Right.
Q. All right. Other than the drop-off premium that you've told me about, other than the mileage compensation and the safety bonus, is there any other way that Martin's Bulk Milk paid you as a truck driver?
A. No, sir.
Q. When you started it was 32 cents a mile. Do you remember what it was that you were earning per mile in July of 2008?
A. I think I was up to 36 or 37 cents a mile.
Q. Now, I asked you about who your direct boss was at the time you starting at Martin's Bulk Milk and you said David Martin. He's the son of the owner Allan Martin?
A. Yes, sir.
Q. Were you also -- Strike that.
Were your bosses also whoever was acting

**Page 123**

as a dispatcher at the various times that you were driving?
A. Yes.
Q. Do you remember the names of all of the dispatchers who were working at Martin's in -- July of 2008?
A. Not -- there was a Nancy there.
Q. Dave, right?
A. Dave. And I think there was a couple other ones there too. I don't know exactly what their names are.
Q. Okay. It's been a couple years so you don't remember them?
A. Yeah.
Q. Generally, and I'll ask you more specific questions about the run that you took to haul paper from Hammond, Indiana north to Wilton in a bit but I just want to ask you generally.
When you were doing your Chicago -- your runs to Chicago delivering furniture, did Martin's Bulk Milk dictate which roads you drove on to get there?
A. They just told me to take the fastest and most direct route.

**Page 124**

1  Q. So the only instruction was fastest and
2  most direct?
3  A. Right.
4  Q. So they didn't say --
5  A. They didn't want you to go out of route.
6  Q. And this is the important thing that we're
7  talking about, the purpose of my question.
8     They didn't want you to go out of route.
9  So my question then is: Did they tell you what the
10 route was?
11 A. No.
12 Q. Okay. They said you're going to Chicago,
13 this is the address you're going to, get there in
14 the best way you can?
15 A. Yes.
16 Q. They didn't say exit here, turn there, get
17 off on this expressway, go there?
18 A. No.
19 Q. Not the specifics, they left that to you?
20 A. Right.
21 Q. When you -- Strike that.
22    When you started at Martin's, you were
23 doing the Chicago run, as you've said, right?
24 A. Yes.

**Page 125**

1  Q. And at that time you were hauling
2  furniture to a rail yard in Chicago?
3  A. Yes.
4  Q. Was that a daily run?
5  A. Yes.
6  Q. What days a week did you work at that
7  time?
8  A. Monday through Friday.
9  Q. And what time would you start?
10 A. It depends on what run I was doing.
11 Q. It depended on when they needed the
12 furniture?
13 A. It depended -- yes, it depended what time
14 I pickup -- if I was running the day shift or night
15 shift or it depended.
16 Q. Okay. Was there any period of time that
17 you -- like, when you first started, for any period
18 of time were you running a specific run every day
19 or did that change?
20 A. Yes, when I first started it was basically
21 have the trailer down there by a certain time in
22 the morning and then they would have time enough to
23 find you a reload back.
24 Q. Okay. Do you remember for that period of

**Page 126**

1  time when you typically started your day?
2  A. Yes.
3  Q. What time was it?
4  A. When I was doing the day shift?
5  Q. Yes, when you first started doing runs to
6  Chicago.
7  A. 4:00 or 5:00 o'clock in the morning.
8  Q. And when you would do those furniture runs
9  to Chicago, you would do those from Wilton,
10 Wisconsin?
11 A. Yes.
12 Q. And Wilton, Wisconsin is the location
13 where Martin's Bulk Milk is located?
14 A. Yes. On occasion we would go -- pick them
15 up from Ashley Furniture in Arcadia.
16 Q. Wisconsin?
17 A. Right.
18 Q. And what route would you take to get from
19 Wilton to the location in Chicago where you were
20 delivering the furniture?
21 A. I would take I think it's Highway 71 out
22 of Wilton to I think it's over to 82 into Mauston,
23 and when you get to Mauston, you got an interstate.
24 Q. Which interstate?

**Page 127**

1  A. 90/94.
2  Q. Okay.
3  A. And you head towards Chicago.
4  Q. There's two ways to head towards Chicago,
5  though, right?
6  A. Right. And it depends on what rail yard
7  you was going to go.
8  Q. Okay.
9  A. There's probably 20 different rail yards
10 in Chicago. So it depends on which rail yard you
11 was going to to determine which road you took to
12 get in there.
13 Q. All right. Well, let me stop you here.
14 Before you get to Chicago you have to make the
15 decision about whether you're going to stay on 90
16 or 94, right?
17 A. Yeah. 94 goes towards Milwaukee; 90 goes
18 down straight into Chicago.
19 Q. Okay. And which -- Strike that.
20    Did Martin's Bulk Milk at that time give
21 you direction as to whether they wished you to take
22 94 versus 90?
23 A. No.
24 Q. So you made that choice as to which of

15 (Pages 124 to 127)

1 run from Hammond to Wilton every day --
2 A. Right.
3 Q. -- were you always hauling from that
4 warehouse in Hammond to Wilton product for the same
5 customer?
6 A. We was always hauling paper.
7 Q. It was always paper?
8 A. Yes.
9 Q. Okay. As a truck driver did you pay
10 specific attention as to who the owner of that
11 paper was or who specifically was asking you to
12 haul it?
13 A. No.
14 Q. That was up to somebody else who is
15 dispatching you to go there, right?
16 A. Right.
17 Q. You didn't pay attention as to what names
18 were on the bills of lading and things like that?
19 A. As far as?
20 Q. You were picking up your load?
21 A. Right.
22 Q. You made sure you had the right load?
23 A. Right.
24 Q. You made sure you signed your name for

132

1 that load?
2 A. Right.
3 Q. But as far as whether it was International
4 Paper or Overnite Express, Universal Am Can or Joe
5 Skryd's Trucking, it didn't matter to you?
6 A. Right. No.
7 Q. You just had to pickup your load?
8 A. Right.
9 Q. All right. But it was paper for those two
10 to three years that you did the dedicated run from
11 Hammond to Wilton?
12 A. Yes.
13 Q. For those two to three years did you have
14 a dedicated route from Wilton to Chicago, in other
15 words, the first half of that run?
16 A. No, sir.
17 Q. So when you first started at Martin' Bulk
18 Milk you had a dedicated furniture run to the
19 railroad yards but no dedicated run back, but later
20 on near approximately 2005 or 2006 you started
21 getting the opposite, a dedicated run from Hammond
22 every day but not knowing what you're going to haul
23 on your way there?
24 A. Exactly.

133

1 Q. Okay. Who was it at Martin's Bulk Milk
2 who told you on a day-to-day basis where you were
3 going to be going and what you were going to be
4 picking up?
5 A. Your loads would be assigned and hanging
6 on your board. So, I mean, nobody, per se, came up
7 and told you that you're doing this. You come in
8 and check your board and whatever load's on your
9 board, you would deliver it. If you had any
10 questions, you had to wait until the next day to
11 call them and ask.
12 Q. Do you have an understanding as to who
13 prepared the paperwork to place on your board?
14 A. No. Just one of the girls in the office
15 probably.
16 Q. Okay. At some point did you -- were you
17 told that you would always be doing this run from
18 Hammond to Wilton or did it just happen that that
19 was on your paperwork every day?
20 A. It just happened to be on my paperwork.
21 Q. So no one said, okay, from now on this is
22 what you're going to do?
23 A. No. It wasn't in writing, no.
24 Q. Was it done orally? Did David or some of

134

1 the other dispatchers or owners of Martin's Bulk
2 Milk say from now on, Sam, you're going to be
3 hauling from Hammond?
4 A. They -- they didn't -- they just -- it
5 could be different every day but it was under the
6 understanding that when you give out that morning,
7 when you was picking up that night or when you
8 did -- they would call in, they would tell you but
9 it wasn't like this is your run.
10 Q. Well, you understand what I'm trying to
11 get at here. I'm trying to figure out whether you
12 came to understand that this was a dedicated route
13 that you were going to do simply because every
14 morning when you got there it was in your paperwork
15 as opposed to someone designating Sam Franke as the
16 one who's going to make the run from Hammond to
17 Wilton.
18    Do you understand the difference between
19 the two?
20 A. Yeah.
21 Q. Can you tell me which of those two it was?
22 A. It was just on my paperwork.
23 Q. Okay. Mr. Franke, the one thing that I
24 didn't say, I expect your lawyer told you but I

135

1  should say, if at any point you need a break --
2  because we're probably going to be here a long
3  time -- don't ever hesitate because we'll break
4  whenever you need to, all right?
5      A.  Okay.
6          MR. SKRYD:  How much time do we have on
7  the --
8          THE VIDEOGRAPHER:  We have 24 minutes
9  remaining.
10         (Discussion off the record.)
11         MR. SKRYD:  Let's take a quick break.
12         THE VIDEOGRAPHER:  We are going off the
13 record.  The time is 12:02 p.m.
14         (A break was taken.)
15         THE VIDEOGRAPHER:  We are back on the
16 record.  The time is 12:21 p.m.  Please proceed.
17 BY MR. COUTURE:
18     Q.  Mr. Franke, I'm going to pause for a
19 second from where we were at in my questions and I
20 want to ask you something a little bit different
21 that I forgot to ask at the beginning of the
22 deposition.
23         Before your deposition today did you
24 review any materials or documents?
                                                136

1      A.  I watched my -- the interview, the
2  recorded interview, at the police station.  I
3  looked -- read my deposition from last time.
4      Q.  Did you read any portion of the police
5  report?
6      A.  No, sir.
7      Q.  Have you ever read the entirety of the
8  police report from the Highland Park Police
9  Department?
10     A.  No, sir.
11     Q.  We'll get to portions of it, but to the
12 extent that officers may have written down their
13 conversations with you, from your answer I take it
14 that you don't know at this point what they've
15 specifically written down regarding what they heard
16 you say?
17     A.  No.
18     Q.  So at this point you can't say whether
19 what they wrote down was right or wrong?
20     A.  Right.
21     Q.  Okay.  Did you review any photographs of
22 any vehicles or the scene of the accident?
23     A.  They had a police recording from a cruiser
24 that I watched.  I watched that prior to this.
                                                137

1      Q.  Okay.  And how about -- you told me about
2  two videos.  How about any still photographs of
3  either your vehicle, the Scheinman vehicle or of
4  the accident scene, did you look at any of those?
5      A.  I seen some photographs, yes.
6      Q.  Specifically of what?
7      A.  Specifically and what?
8      Q.  What photographs did you look at?  What
9  did they depict?
10     A.  What the car looked like.
11     Q.  Before or after the accident?
12     A.  After.
13     Q.  Okay.
14     A.  And the truck.  Those are the only ones
15 I've seen.  That's been a while ago.
16     Q.  Approximately when?
17     A.  A month, month ago.
18     Q.  Any other documents that you've examined
19 before this deposition?
20     A.  No.
21     Q.  Now, back to what we were talking about
22 before.
23         We were discussing the fact that you for
24 two to three years before this accident you,
                                                138

1  essentially, had a dedicated run every day from
2  Hammond, Indiana to Wilton, right?
3      A.  Yes.
4      Q.  Okay.  When you first made that run from
5  Hammond to Wilton, did anyone tell you what route
6  to take to get from Hammond to Wilton?
7      A.  No.
8      Q.  So similar to your previous general
9  instructions, am I correct to say that they told
10 you to take the fastest or most direct route?
11     A.  Yes.
12     Q.  Was there any discussion either specific
13 to the Hammond route or in general for you as a
14 truck driver with anyone at Martin's Bulk Milk
15 regarding whether they wanted you to take the most
16 direct route or the fastest in the event that
17 one -- in the event that those two were different?
18         Because sometimes less miles doesn't
19 necessarily mean shorter drive time-wise, right?
20     A.  Right.
21     Q.  Okay.  Did anyone at Martin's ever tell
22 you either specific to the Hammond route or in
23 general whether they had a preference when you were
24 given the choice between the longer but faster
                                                139

**Page 200**

1  on July 3rd, 2008 other than borderline diabetes?
2  A. No.
3  Q. After you got up, ate breakfast, took your
4  diabetes medication where did you go?
5  A. Back to Wilton.
6  Q. You drove your personal car to Wilton?
7  A. Yes.
8  Q. And according to your log you started
9  driving your truck at 2:30 p.m., correct?
10 A. Yes.
11 Q. What time did you arrive at Wilton?
12 A. I don't know for sure.
13 Q. Did you speak to anyone regarding the load
14 that you were going to be pulling either to Chicago
15 or from Hammond that day before you left?
16 A. No.
17 Q. Do you remember who the dispatcher was on
18 July 3rd, 2008 when you left Wilton with your load?
19 A. There's quite a few dispatchers in there.
20    MR. SKRYD: He asked you if you knew which
21 one it was.
22 BY MR. COUTURE:
23 Q. How many dispatchers would have been
24 working on that day?

**Page 201**

1  A. Four.
2  Q. Is there one that was designated to
3  dispatch you --
4  A. No.
5  Q. -- and your routes?
6  A. No.
7  Q. Do you know who those four dispatchers
8  were that were present?
9  A. It's been four years. No, I don't know
10 all their names. I know there's two women and two
11 guys.
12 Q. Do you know any of their names?
13 A. One was Dave.
14 Q. Dave Martin?
15 A. Yes. And then I'm drawing a blank.
16 Q. Okay. When you're driving a dedicated
17 route, for example, from Hammond to Wilton every
18 day, what role do dispatchers play in that haul?
19 A. The role they play, they would give me my
20 pickup number for the load that I'm going to pickup
21 later on that day and they would give me my
22 reservation number when I needed an empty chassis
23 or whatever and they would tell me if the time
24 changed from my -- you know, pickup time that I had

**Page 202**

1  to be down there to pickup the load. That's about
2  it.
3  Q. Okay. According to your log you were
4  going to City Brewing Company in Chicago?
5  A. No.
6  Q. I'm sorry. I'm looking at your log from
7  7-3-08. When you were headed out from Wilton,
8  where were you going to?
9  A. Chicago.
10 Q. What were you hauling to Chicago from
11 Wilton?
12 A. A City Brewery load.
13 Q. Okay. That's what I was trying to
14 understand. Do you know where in Chicago you
15 dropped off that City Brewery load?
16 A. No.
17 Q. According to your log from July 3rd, 2008,
18 am I correct that it took you from 2:30 p.m. until
19 6:30 p.m. to drive to Chicago?
20 A. Yes.
21 Q. And then from 6:30 to 7:00 you were in
22 Chicago on duty but not driving?
23 A. Right. Yes.
24 Q. Am I to understand that at that time you

**Page 203**

1  were dropping off your load?
2  A. Yes.
3  Q. As you sit here today do you remember
4  where it was that you dropped off your load in
5  Chicago?
6  A. 47th Street.
7  Q. And that's a rail yard?
8  A. Yes.
9  Q. And during that period of time you would
10 have left your trailer and had to have gotten a new
11 one, true?
12 A. Yes.
13 Q. You know that in part -- well, strike
14 that.
15    It says Chicago, Illinois drop hook. Drop
16 hook, what does that mean?
17 A. It means that you drop one trailer and you
18 hookup the other trailer.
19 Q. That's what I thought but I wanted to make
20 sure that I wasn't wrong. And it says P-T-I. What
21 does that designate?
22 A. Pre-trip inspection.
23 Q. Okay. Indicating that you pickup a
24 trailer and you did your required inspection?

**Page 376**

1  A. Okay.
2  Q. Okay. That appears to be entitled
3  Celtic -- a document on a Celtic letterhead,
4  correct?
5  A. Yes.
6  Q. Is that a business you're familiar with?
7  A. No.
8  Q. And it says Accessorial Approval Form,
9  correct?
10  A. Yes.
11  Q. And it's got a unit number CSXU 937987?
12  A. Yes.
13  Q. And that number is the same number as the
14  container that you were hauling?
15  A. Yes.
16  Q. Okay. And, you know, in the middle it
17  talks about trailer storage origin and it talks
18  about it going out on July 3rd, correct?
19  A. Yes.
20  Q. Okay. And do you see down on the bottom
21  where it says MBM Logistics?
22  A. Yes.
23  Q. Now, why is the name of MBM Logistics down
24  on the bottom of that form?

**Page 377**

1  A. I've never seen this form -- this type of
2  form before. But MBM Logistics is part of Martin's
3  Bulk Milk but I've never seen this form until
4  today.
5  Q. And what's your understanding from -- or
6  what is your understanding of what MBM Logistics
7  does?
8  A. MBM Logistics is a brokerage firm, I
9  think, for Martin's.
10  Q. Was MBM Logistics involved in arranging
11  for you to pickup the paper products at
12  International Paper on July 3rd, 2008?
13  A. No, it was Martin's Bulk Milk. Martin's
14  gave me the number to pickup -- Martin's Bulk Milk
15  is the ones that gave me the pickup number for the
16  load.
17  Q. In your work did you ever do any driving
18  for -- did you ever do any driving that had been
19  arranged by Martin's -- I'm sorry, by MBM
20  Logistics?
21  A. What do you mean? Did they pay me for
22  working for them?
23  Q. No. Let me give you that again. In the
24  course of your normal work did you sometimes haul

**Page 378**

1  freight that had been arranged by MBM Logistics?
2  A. Yes.
3  Q. And how often would you do that?
4  A. Not -- I mean, it would vary from one week
5  to week.
6  Q. I'm sorry, go ahead. I didn't mean to cut
7  you off.
8  A. I think they was in charge of getting the
9  containers in and out of the rail yards because you
10  had to call -- if you had a question or problem
11  with a number, you would call MBM Logistics.
12  Q. You know, in your cab that night the
13  police report refers to a bottle of medication with
14  a label of Simvastatin. Are you familiar with
15  that?
16  A. No.
17  Q. I think you said you were taking a drug
18  for diabetes, correct?
19  A. Yes.
20  Q. And you did mention it but what were you
21  taking?
22  A. Metformin.
23  Q. Pardon?
24  A. Metformin.

**Page 379**

1  Q. Okay. Metformin?
2  A. Yes.
3  Q. Had you taken any other medication that
4  day?
5  A. No.
6  Q. Okay. Do you know why you had -- why
7  there was a bottle labeled Simvastatin in your
8  truck?
9  A. My wife would ride with me occasionally
10  and she had -- it could have fell out of her
11  pocket. That's the only other place it would have
12  came from. It probably belonged to my wife.
13  Q. Is that a drug you're familiar with?
14  A. No.
15  Q. Does your wife take any -- or strike
16  that. Did your wife at this time take any
17  medication?
18  A. Yes, she took some medication but I don't
19  know exactly what it was called or whatever.
20  Q. And for what type of medical condition?
21  A. My wife has got MS and she takes
22  medication for that but I don't know exactly what
23  the name it is, the name of the medication is.
24  Q. And did she have the MS back then --

**Page 440**

1  employer Martin's Bulk Milk, all right?
2  A. Okay.
3  Q. Many of the questions or requests on this
4  particular form ask whether or not in particular
5  you have any documents in your possession that say
6  something like this: I was an agent of Universal
7  Am Can; I was an agent of Overnite Express; I was
8  an agent of International Paper, or vice versa,
9  International Paper was my principal and I served
10 as its agent or Overnite Express was my principal
11 and I served as its agent or Universal Am Can was
12 my principal and I served as its agent. With me so
13 far?
14 A. Okay.
15 Q. That's what I'm asking to find if there's
16 any documents that have those words on them. With
17 me so far?
18 A. Yes.
19 Q. So here's my question. Your lawyers
20 responded to this and basically said, no, we don't
21 have any such documents or, that is to say, you
22 don't have any such documents. So my question is,
23 is that a correct statement --
24 A. Yes.

**Page 441**

1  Q. -- that you have absolutely no documents
2  that say on them you were acting as the agent of a
3  principal named International Paper or a principal
4  named Overnite Express or a principal named
5  Universal Am Can Limited? Is that a fair
6  statement?
7  A. Yes.
8  Q. Okay. I'm done with that one. In light
9  of some documents that had been produced since your
10 first deposition, I have gone back to your
11 deposition to find certain sections in it where you
12 gave answers and I want to make sure certain things
13 are still the case, okay?
14 A. Okay.
15 Q. So when you went to the distribution
16 center in Hammond, did the people there, Crystal,
17 for example, or a forklift operator who had just,
18 you know, filled up your trailer with loads, did
19 any of those individuals ever give you directions
20 on how to drive your load or what to do with your
21 load once you departed the Hammond Distribution
22 Center?
23 A. No.
24 Q. Did you ever receive any instructions,

**Page 442**

1  directions, communications from International Paper
2  Corporation, Universal Am Can Limited or Overnite
3  Express or Overnite Logistics regarding what you
4  were doing at the intermodal yard?
5  A. No. No.
6  Q. Did you ever receive any instructions or
7  directions from International Paper Corporation,
8  Universal Am Can or Overnite Express or Overnite
9  Logistics for the work you would be doing once you
10 left the Hammond Distribution Center?
11 A. No.
12 Q. If I told you that people who worked at
13 the distribution center in Hammond were employed by
14 a company called Exel spelled E-x-e-l, would you be
15 able to say yea or nay to that statement?
16 A. No.
17 Q. You have no idea who those people were
18 technically employed by, do you?
19 A. No.
20 Q. That's a correct statement?
21 A. Right.
22 Q. Okay. Was there ever an occasion when at
23 the Hammond Distribution Center you loaded a
24 trailer?

**Page 443**

1  A. Myself?
2  Q. By yourself or to help somebody there?
3  A. No.
4  Q. Do you know why that is?
5  A. Safety, and I think they have a
6  forklift -- you've got to have forklift operators.
7  You can't drive their forklifts to load on their
8  facilities.
9  Q. On Page 21 of your first deposition you
10 said -- you were asked questions about your
11 familiarity with Overnite Express or Overnite
12 Logistics and your answer was the only thing you
13 knew about Overnite was that they -- I guess they
14 brokered the load to Martin's.
15     When you said that by guessing, did you
16 mean literally that that was a guess?
17 A. Yes.
18 Q. You don't have any personal knowledge of
19 what the relationship was between Overnite Express
20 and Martin's Bulk Milk, fair statement?
21 A. The only thing I know about Overnite
22 Express and Martin's, they're both trucking
23 companies and they helped each other as far as
24 moving the loads, you know, any loads and they

**Page 444**

1 helped each other as far as moving loads.
2 Q. When you say they helped each other, what
3 do you mean by that and on what do you base that
4 conclusion?
5 A. They helped each other if Overnite had a
6 load that they couldn't cover, they would probably
7 give it to Martin's and Martin's would haul it.
8 That's what I'm thinking.
9 Q. Did that happen to your knowledge after
10 June 12th, 2008, that helping relationship?
11 A. Yes. I mean --
12 Q. Here's the reason I ask that. Is because
13 I'll represent to you that on June 12th, 2008
14 Overnite Express technically didn't exist anymore
15 because it was bought out by Universal Am Can.
16 A. Oh.
17 Q. So in light of that and my representation
18 to you of that, do you remember whether or not
19 after June 12th, 2008 up to July 3, 2008 Overnite
20 was doing any of this --
21 A. No.
22 Q. -- you know, trading with Martin's Bulk
23 Milk?
24 A. Not for sure, no.

**Page 445**

1 Q. And by "not for sure" does that mean you
2 don't know?
3 A. I don't know.
4 Q. Okay. Bear with me as I ask you a whole
5 bunch of questions that are all going to sound the
6 same, okay?
7 A. All right.
8 Q. And that will end my questioning of you.
9 First of all, at the time of the accident were you
10 driving a truck?
11 A. Yes.
12 Q. At the time of the accident were you
13 driving a truck that had cargo in it?
14 A. Yes.
15 Q. At the time of the accident were you
16 driving a truck with cargo that was to go from
17 Hammond up as far as Wilton?
18 A. Yes.
19 Q. And you understood that after you dropped
20 it off that load was going to go on but be driven
21 by somebody else?
22 A. Right.
23 Q. And do you understand that at the time you
24 were driving the truck with cargo from Hammond up

**Page 446**

1 toward Wilton you were supposed to be doing that in
2 a safe manner consistent with whatever would be
3 reasonable driving and abiding with traffic laws?
4 A. Yes.
5 Q. Okay. I'm going to use that, what I've
6 just described to you which is driving a truck,
7 driving a truck with cargo, driving a truck with
8 cargo from one place to another and doing it
9 safely, I'm going to use that -- I'm going to, you
10 know, condense that into what I will call the work
11 you were doing.
12 A. Yes.
13 Q. Okay? So is it fair to say that when you
14 were doing your work on July 3, 2008, Universal Am
15 Can, Overnite Express and International Paper did
16 not provide the tools you were using to do your
17 work? Is that a fair statement?
18 A. Yes.
19 Q. Is it a fair statement that those people
20 did not provide the instrumentalities you needed to
21 do your work?
22    Instrumentalities is a fancy word to say
23 things you need to do your work.
24 A. The truck -- right. Yes.

**Page 447**

1 Q. Okay. And, in fact, let's break it down.
2 As far as you know the only entity that provided
3 the truck to you was Martin's Bulk Milk?
4 A. Right.
5 Q. Universal Am Can, International Paper,
6 Overnite Express, they didn't provide a truck for
7 you to do your work, did they?
8 A. No.
9 Q. That's a correct statement?
10 A. Correct.
11 Q. Did they provide the clothing -- those
12 three entities -- to you to do your work?
13 A. No.
14 Q. Did they provide the logbooks for you to
15 use in doing your work?
16 A. No.
17 Q. Was there ever an instance in which you
18 had co-drivers?
19 A. No.
20 Q. Did they provide the money for you to
21 purchase gas?
22 A. Yes.
23 Q. What do you mean by that?
24 A. They would give you a fuel card.

| | |
|---|---|
| 1  Q. Who is "they"? | 1  Q. After you arrived at Wilton did you ever |
| 2  A. Oh, Martin's Bulk Milk. | 2  come into any knowledge in which you found out that |
| 3  Q. Let me go back. It was not a good | 3  somebody at Universal Am Can, International Paper |
| 4  question. Did Universal Am Can, International | 4  or Overnite Express ever called to check up on you |
| 5  Paper or Overnite Express provide a fuel card to | 5  to find out, hey, did Franke make it back up to |
| 6  you? | 6  Wilton tonight? |
| 7  A. No. | 7  A. No. |
| 8  Q. That was Martin's Bulk Milk? | 8  Q. That never happened, right? |
| 9  A. Right. | 9  A. No. |
| 10  Q. Did Universal Am Can, Overnite Express or | 10  Q. Correct? |
| 11  International Paper provide to you or direct you on | 11  A. Correct. |
| 12  what particular route for you to use in doing your | 12  Q. Okay. Did Universal Am Can, Overnite |
| 13  work? | 13  Express or International Paper ever require you to |
| 14  A. No. | 14  report in to them or notify them of anything that |
| 15  Q. Did Universal Am Can, Overnite Express or | 15  was happening when you were doing your work? |
| 16  International Paper to the best of your knowledge | 16  A. No. |
| 17  measure or score or evaluate the work you were | 17  Q. Did Universal Am Can, Overnite Express or |
| 18  doing? | 18  International Paper ever require you to provide |
| 19  A. No. | 19  status reports? |
| 20  Q. Remember when I asked you questions about | 20  A. No. |
| 21  your work and whether or not you might have some | 21  Q. Did Universal Am Can, Overnite Express or |
| 22  interaction with a shipper or somebody else because | 22  International Paper ever require you to call in at |
| 23  of something you did and -- do you remember that | 23  any particular set time? |
| 24  when I talked about that in your earlier | 24  A. No. |
| 448 | 450 |
| 1  deposition? | 1  Q. Were there occasions, sir, when you |
| 2  You have a quizzical look on your face. | 2  arrived at Martin's Bulk -- Strike that. |
| 3  Let me ask a different question. | 3  Were there occasions when you arrived at |
| 4  Was there ever a time when you were doing | 4  the Hammond Distribution Center at different times |
| 5  a load, pulling a load, when a customer or somebody | 5  of the afternoon or evening? |
| 6  had a complaint? | 6  A. Yes. |
| 7  A. No. | 7  Q. Tell me what the -- since this was a |
| 8  Q. All right. Did Universal Am Can, Overnite | 8  regular run for you, tell me what the range of time |
| 9  Express or International Paper ever require you to | 9  was. |
| 10  inspect, clean or maintain your tractor or trailer? | 10  What was the earliest time you typically |
| 11  A. No. | 11  might get to the Hammond Distribution Center and |
| 12  Q. Did Universal Am Can, Overnite Express or | 12  what would be the latest time you might get to the |
| 13  International Paper ever tell you to use a | 13  Hammond Distribution Center? |
| 14  designated place for the cleaning, servicing or | 14  A. Earliest time could be, like, 5:00 o'clock |
| 15  gassing up of your tractor-trailer? | 15  and it depends on what kind of day you're having. |
| 16  A. No. | 16  It could be as late as, like, you know, real late |
| 17  Q. Did Universal Am Can, Overnite Express or | 17  at night, you know, like at 9:00 o'clock probably. |
| 18  International Paper ever monitor to your knowledge | 18  Q. And, in fact, on this occasion, the July |
| 19  your deliveries? | 19  3rd load, you didn't leave until shortly after 9:00 |
| 20  A. I don't know. | 20  o'clock, right? |
| 21  Q. In fact, the only thing you would ever do, | 21  A. Right. |
| 22  I take it, was after you left Hammond, you would | 22  Q. Leave Hammond? |
| 23  simply take the load to Wilton? | 23  A. Right. |
| 24  A. Correct. | 24  Q. Because, in fact, I think one of the |
| 449 | 451 |

McCorkle Litigation Services, Inc.
Chicago, Illinois   (312) 263-0052

```
 1  document shows 8:38 was when the loading started
 2  and either 9:02 or 9:07 was when the loading ended,
 3  right?
 4     A.  Yes.
 5     Q.  I want to use that to talk a little bit
 6  about logging.
 7         When a trucker like yourself does logging,
 8  you log in 15-minute intervals, right?
 9     A.  Correct.
10     Q.  What do you do, what are you instructed to
11  do if the event that has occurred ended at 9:07?
12  Do you log that as 9:00 o'clock or do you log that
13  as 9:15?
14     A.  9:15.
15     Q.  At 9:07 you log it at 9:15?
16     A.  Yes.
17     Q.  You don't employ a method where you don't
18  log to 9:15 unless you reach 9:08 or go beyond
19  halfway?
20     A.  I mean, it's normally -- it's usually --
21  if it's after 9:00 o'clock, I would go to 9:15
22  probably.
23     Q.  Okay.
24     A.  Is that -- that's the answer?  I mean,
                                                    452
```

```
 1  your question --
 2     Q.  I'll ask my question another way.  If --
 3  let's assume you stopped for the night driving for
 4  whatever reason --
 5     A.  Okay.
 6     Q.  -- and the time that you stopped was 8:46,
 7  okay.  Would you log that on a log as
 8  three-quarters of an hour after 8:00 or would you
 9  log that as four-quarters of an hour all the way up
10  to 9:00?
11     A.  I'd probably log it at eight forty -- at
12  three-quarters probably.
13     Q.  Okay.  So I'll come back to my question.
14  Is this -- and you tell me if this is not something
15  you've heard of.
16         Have you ever heard of a situation where
17  if it's, you know, 9:07, you log it back to 9:00
18  but 9:08 you log it to 9:15 and then if it's, say,
19  9:22, you log it at 9:15 and 9:23 gets logged up to
20  9:30?
21     A.  Yes.  That happens, yes.
22     Q.  Okay.  Did Universal Am Can, Overnite
23  Express, International Paper ever fine you for not
24  being in compliance with something?
                                                    453
```

```
 1     A.  No.
 2     Q.  Did Universal Am Can, Overnite Express,
 3  International Paper ever dictate to you what hours
 4  you needed to work?
 5     A.  No.
 6     Q.  Did Universal Am Can, Overnite Express, or
 7  International Paper ever hire, discipline, counsel,
 8  or qualify you as a driver?
 9     A.  No.
10     Q.  When you were terminated from Universal --
11  Strike that.
12         When you were terminated from Martin's
13  Bulk Milk, did you ever find out that Universal Am
14  Can, Overnite Express or International Paper were
15  an entity or entities that fired you?
16     A.  No.
17     Q.  You only knew it was Martin's Bulk Milk
18  that was terminating your relationship?
19     A.  Yes.
20     Q.  Did Universal Am Can, Overnite Express or
21  International Paper instruct you on your appearance
22  in terms of what uniform to wear, what clothing to
23  wear, how -- personal grooming standards, like can
24  you have facial hair or shaving, anything like
                                                    454
```

```
 1  that?
 2     A.  No.
 3     Q.  Did Universal Am Can, Overnite Express or
 4  International Paper to your knowledge ever maintain
 5  a personnel file on you?
 6     A.  Not that I know of, no.
 7     Q.  Do you know what a driver qualification
 8  file is?
 9     A.  A driver qualification file?
10     Q.  Right.  Do you know what that is?
11     A.  Not exactly.
12     Q.  Do you know if Universal Am Can, Overnite
13  Express or International Paper ever kept track of
14  your driving time and in particular ever kept track
15  of your hours of service to see if you were in
16  conformity with Federal Motor Carrier Safety Regs?
17     A.  No.
18     Q.  Did Universal Am Can, Overnite Express or
19  International Paper have the right or ever exercise
20  the right to discipline you?
21     A.  No.
22     Q.  Did Universal Am Can, Overnite Express or
23  International Paper ever have the right or exercise
24  the right to require you to take a medical exam or
                                                    455
```

**Page 456**

1 physical?
2 A. No.
3 Q. Did you ever receive direct deposit
4 payments for wages earned from Universal Am Can,
5 Overnite Express or International Paper?
6 A. No.
7 Q. To your knowledge did Universal Am Can,
8 Overnite Express or International Paper ever pay
9 you or reimburse you for any of the following
10 things: Your salary?
11 A. No.
12 Q. Your wages?
13 A. No.
14 Q. Liability insurance coverage?
15 A. No.
16 Q. Workers compensation insurance coverage?
17 A. No.
18 Q. Cost of repairs?
19 A. No.
20 Q. Maintenance costs?
21 A. No.
22 Q. Supplies?
23 A. No.
24 Q. Travel expenses?

**Page 457**

1 A. No.
2 Q. Did Universal Am Can, Overnite Express or
3 International Paper ever pay for any of the
4 following employee benefits: Health insurance?
5 A. No.
6 Q. Workers compensation insurance coverage?
7 A. No.
8 Q. A pension plan?
9 A. No.
10 Q. Retirement accounts?
11 A. No.
12 Q. Profit sharing?
13 A. No.
14 Q. Vacation pay?
15 A. No.
16 Q. Sick pay?
17 A. No.
18 Q. When you drove on July 3, 2008, was there
19 anything about that run you were doing that night
20 that led you to the conclusion that you needed to
21 get your tractor-trailer rig back to Wilton as
22 quickly as possible and dam the torpedoes, full
23 speed ahead, you don't care about any of the
24 traffic laws?

**Page 458**

1 A. No.
2 Q. Let me look at my notes. I think I'm
3 done.
4 When you were -- answered a previous
5 question about your license never being suspended,
6 were you referring to your CDL?
7 A. Yes.
8 Q. Was your license ever suspended -- Strike
9 that.
10 Did you ever have a time when you did not
11 have a CDL and you had just a regular
12 garden-variety driver's license?
13 A. Yes.
14 Q. On that occasion was that license ever
15 suspended or revoked?
16 A. Yes.
17 Q. Pardon me?
18 A. Yes.
19 Q. Okay. Why was it suspended or revoked?
20 A. For I think traffic violations or -- I
21 forget what it was. It was just points. It was a
22 long time ago.
23 Q. Tell me what you mean by a long time ago.
24 A. What year or --

**Page 459**

1 Q. Yes. Was it in the '80s?
2 A. Yes.
3 MR. SKRYD: How old were you?
4 THE WITNESS: Yes.
5 BY MR. FISHER:
6 Q. 1980s?
7 A. Yes.
8 Q. This is before you began driving a truck?
9 A. Yes.
10 Q. Okay. And eventually was your license
11 reinstated?
12 A. Yes.
13 Q. What did you have to do to get your
14 license reinstated?
15 A. They revoked them for a certain period of
16 time and when that period of time was up, you get
17 to pay for reinstatement fee on them.
18 Q. Was this a situation in which the
19 license -- the word revocation was used as opposed
20 to suspended?
21 A. I don't know.
22 Q. Here's the reason I ask. I think I had my
23 license suspended sometime in the past because I
24 didn't do the vehicle emission test on time, all

**Page 460**

1 right?
2 A. Right.
3 Q. Okay. And then I got the vehicle emission
4 test squared away and then my license was
5 automatically reinstated or taken out of
6 suspension, okay?
7 A. Okay.
8 Q. So was your situation one in which your
9 license was suspended because you had acquired too
10 many points?
11 A. Yes.
12 Q. And then did you have to do, like, a
13 driver's education school?
14 A. No.
15 Q. It was just after a certain amount of time
16 you got your license back?
17 A. Correct.
18 Q. And after that occurred have you ever had
19 any problems with your license being suspended or
20 revoked?
21 A. No.
22 Q. Okay. Did Universal Am Can, Overnite
23 Express or International Paper ever come in and
24 conduct any safety meetings or informational

**Page 461**

1 meetings at Martin's Bulk Milk that you attended?
2 A. No.
3 Q. Do you know if those entities ever came in
4 and did any meeting like that to your knowledge?
5 A. No, not to my knowledge.
6 Q. You were asked questions before about the
7 movement of your vehicle that night and you said
8 something about the motor will slow you down. Do
9 you remember being asked questions about that?
10 A. Yes.
11 Q. What is a Jake brake?
12 A. A Jake brake is -- it reduces -- it's like
13 something to do with the cylinders on your valves
14 on the motor, that they won't open as far or
15 something like that.
16 Q. Is it a way of slowing a vehicle down?
17 A. Yes.
18 Q. Have you ever traveled on the highways of
19 the United States where you've seen, you know, like
20 no engine brake or no Jake brake?
21 A. Yes.
22 Q. Did you have one in this tractor?
23 A. Yes.
24 Q. Did you use it that night?

**Page 462**

1 A. Not to --
2 Q. Strike that. Let me rephrase my
3 question. From --
4     MR. FISHER: Is it street? Is it Park
5 Avenue?
6     MR. COUTURE: Park Avenue West.
7 BY MR. FISHER:
8 Q. From Park Avenue north to the eventual
9 site of the accident did you ever employ the Jake
10 brake in your tractor?
11 A. No.
12 Q. When you were traveling northbound between
13 Park and the eventual accident scene, did your
14 engine of your tractor emit any sound because you
15 were allowing the engine to slow or keep the speed
16 of your vehicle constant?
17 A. You mean as my -- was my Jake brake on?
18 Q. No, this is completely different than the
19 Jake brake.
20 A. Okay.
21 Q. You told me you didn't use the Jake brake,
22 right?
23 A. Right. Exactly.
24 Q. Okay. I think what you said in response

**Page 463**

1 to Mr. Couture's questions is that you coasted or
2 allowed the engine to either keep a constant speed
3 or slow the tractor down --
4 A. Right.
5 Q. -- before you saw whatever the light color
6 was and you were going to proceed forward, correct?
7 A. Correct.
8 Q. So my question is: In doing that process
9 would the engine emit a sound that would be audible
10 to people outside?
11 A. Yes.
12 Q. Can you characterize that sound for us?
13 What would it sound like if someone were to hear a
14 tractor you're driving emit a sound because you're
15 either coasting or you're using the engine to slow
16 the tractor-trailer down?
17 A. Probably like a whiney noise probably.
18 Q. Was there a whining noise that night as
19 you moved from Park toward the eventual accident
20 site driving the vehicle as you previously
21 described?
22 A. Yes, it would be.
23 Q. Can you characterize for us how loud that
24 was?

## Page 480

```
 1         FURTHER REDIRECT EXAMINATION
 2   BY MR. COUTURE:
 3     Q.  You didn't see his car before you hit it
 4   so you don't know if he did something to make you
 5   hit him, do you?
 6     A.  Right.
 7     Q.  All right.  When you went to Martin's Bulk
 8   Milk on the 8th to give this statement, you had
 9   already been fired, right?
10     A.  I don't know whether I was.
11     Q.  Did someone tell you you had to come and
12   give a statement to Mr. Fredrickson, plaintiff's
13   counsel's investigator?
14     A.  Yes, they called -- somebody from Martin's
15   called me and said that I was supposed to come
16   over.
17     Q.  Okay.  Let me explain what I'm asking so
18   it's clear.
19         Were you told -- were you asked could you
20   please come over, that would be a good idea, or
21   were you told as an employee of Martin's you must
22   come and give a statement?
23     A.  I don't -- I think they asked if I would
24   please come over.
```

## Page 481

```
 1     Q.  At the time did you believe it was your
 2   obligation as an employee of Martin's to respond to
 3   that and go and give a statement?
 4     A.  Yes.
 5     Q.  Were you ever given a safety manual -- we
 6   talked about an employee handbook.  Was there a
 7   safety manual to your knowledge from Martin's Bulk
 8   Milk?
 9     A.  I don't know.
10     Q.  After this accident did you have to fill
11   out any accident report information with your
12   employer?
13     A.  I don't know.  I don't remember.
14     Q.  You don't remember?
15     A.  Right.
16     Q.  Okay.  Did you keep any personal records
17   relating to this accident after the accident?
18     A.  No.
19     Q.  Sir, do you have an opinion as to what
20   caused this accident?
21     A.  What caused the accident?
22     Q.  Yes.
23     A.  My truck hit the back end of his car.
24     Q.  Okay.  What caused your truck to hit the
```

## Page 482

```
 1   back end of his car?
 2     A.  I didn't see him.
 3         MR. COUTURE:  That's all I have.
 4         MR. SKRYD:  Okay.  We'll reserve.
 5         THE VIDEOGRAPHER:  That concludes this
 6   deposition and it is the end of Media Number six.
 7   We are going off the record.  The time is 9:27 p.m.
 8              (AND FURTHER DEPONENT SAITH
 9               NAUGHT.)
```

## Page 483

```
 1        IN THE UNITED STATES DISTRICT COURT
 2       FOR THE NORTHERN DISTRICT OF ILLINOIS
 3                 EASTERN DIVISION
 4   MURRAY SCHEINMAN,       )
 5        Plaintiff,         )
 6   vs.                     ) No. 09 CV 5340
 7   MARTIN'S BULK MILK SERVICE, )
 8   INC., et al.,           )
 9        Defendants.        )
10        This is to certify that I have read the
11   transcript of my deposition taken in the
12   above-entitled cause by Cheri LeBeau Dubina,
13   Certified Shorthand Reporter, on February 21, 2012,
14   and that the foregoing transcript accurately states
15   the questions asked and the answers given by me as
16   they now appear.
17        _____
18                SAMUEL G. FRANKE
19
20   SUBSCRIBED AND SWORN TO
21   before me this _____ day
22   of _____ 2012.
23   _____
24   Notary Public
```

```
 1   STATE OF ILLINOIS  )
 2                     ) SS:
 3   COUNTY OF DUPAGE  )
 4       I, CHERI LEBEAU DUBINA, a Notary Public within
 5   and for the County of DuPage and State of Illinois,
 6   do hereby certify that heretofore, to-wit, on the
 7   21st day of February, 2012, personally appeared
 8   before me SAMUEL G. FRANKE, a witness in a certain
 9   cause now pending and undetermined in the United
10   States District Court for the Northern District of
11   Illinois, Eastern Division, wherein Murray
12   Scheinman is the Plaintiff and Martin's Bulk Milk
13   Service, Inc., et al. are the Defendants.
14       I further certify that the said SAMUEL G.
15   FRANKE was by me first duly sworn to testify the
16   truth, the whole truth, and nothing but the truth
17   in the cause aforesaid; that the testimony then
18   given by said witness was reported stenographically
19   by me in the presence of said witness and
20   afterwards reduced to writing, and the foregoing is
21   a true and complete transcript of the testimony so
22   given by said witness as aforesaid.
23       I further certify that the signature to the
24   foregoing deposition was reserved by counsel for
                                                    484
```

```
 1   the respective parties.
 2       I further certify that the taking of this
 3   deposition was pursuant to Notice, and that there
 4   were present at the taking of said deposition the
 5   appearances heretofore noted.
 6       I further certify that I am not counsel for nor
 7   in any way related to any of the parties to this
 8   suit, nor am I in any way interested in the outcome
 9   thereof.
10       IN TESTIMONY WHEREOF: I do hereunto set my
11   hand and affix my notarial seal this 1st day of
12   March, 2012.
13
14
15
16
17   _____
18       NOTARY PUBLIC, DUPAGE COUNTY, ILLINOIS
19
20
21
22
23
24
                                                    485
```

```
 1   MC CORKLE LITIGATION SERVICES
          200 North LaSalle Street
 2             Suite 2900
         Chicago, Illinois 60601-2956
 3
                 March 2, 2012
 4
     Mulherin, Rehfeldt & Varchetto, P.C.
 5   Mr. Joseph G. Skryd
     211 S. Wheaton Avenue, Suite 200
 6   Wheaton, Illinois 60187
 7   IN RE: Scheinman vs. Martin's Bulk Milk Service
     COURT NUMBER:  09 CV 5340
 8   DATE TAKEN: February 21, 2012
     DEPONENT: Samuel G. Franke
 9
     Dear Mr. Skryd:
10
     Enclosed is the deposition transcript for the
11   aforementioned deponent in the above-entitled
     cause.  Also enclosed are additional signature
12   pages, if applicable, and errata sheets.
13   Per your agreement to secure signature, please
     submit the transcript to the deponent for review
14   and signature.  All changes or corrections must be
     made on the errata sheets, not on the transcript
15   itself.  All errata sheets should be signed and all
     signature pages need to be signed and notarized.
16
     After the deponent has completed the above, please
17   return all signature pages and errata sheets to me
     at the above address, and I will handle
18   distribution to the respective parties.
19   If you have any questions, please call me at
     (312) 263-0052.
20
     Sincerely,
21
     Margaret Setina          Court Reporter:
22   Signature Department
23   cc:  Mr. Timothy R. Couture
          Mr. Carlton D. Fisher
24        Mr. Richard F. Burke, Jr.
                                                    486
```