# JAE # 18

# Excerpts from the Transcript of Deposition of Robert Elsholtz, dated April 17, 2012

130547293v1 0903067

Condensed Transcript

# In the Matter Of:

## SCHEINMAN vs. MARTIN'S BULK MILK SERVICE

09 cv 5340

## ROBERT ELSHOLTZ

*April 17, 2012*



800.211.DEPO (3376)
*EsquireSolutions.com*

ROBERT ELSHOLTZ
SCHEINMAN vs. MARTIN'S BULK MILK SERVICE

April 17, 2012
5-8

Page 5

1 A. Yep.
2 Q. Would you please state your full name and
3     spell your middle name and last name, please?
4 A. Robert Weston, W-e-s-t-o-n, Elsholtz,
5     E-l-s-h-o-l-t-z.
6 Q. Generally, where do you live, sir?
7 A. 55 Peninsula Road, Dellwood, Minnesota. Zip
8     55110.
9 Q. Dellwood, you said?
10 A. Dellwood, yes. Suburb.
11 Q. What is your son's name, who I believe is
12     also a Robert? What's his middle name?
13 A. He is Robert Willis. He is not a junior.
14 Q. Is that W-i-l-l-i-s?
15 A. Correct.
16 Q. Are you employed today, Mr. Elsholtz?
17 A. No.
18 Q. Are you working?
19 A. I am retired. Every day is Saturday.
20 Q. When did you last work or when were you last
21     employed regularly?
22 A. Well, up until we sold.
23 Q. When you sold?
24 A. On Friday the 13th, 2008. It was just a few
25     months after that.

Page 6

1 Q. June 13th?
2 A. Finished out the year or something.
3 Q. When you say you sold, what business are you
4     referring to? What company?
5 A. Overnite Express.
6 Q. Were you one of the owners of Overnite
7     Express?
8 A. Yes.
9 Q. Were you the majority owner?
10 A. Yes.
11 Q. How many other owners were there?
12 A. One.
13 Q. Who was that?
14 A. My brother.
15 Q. What was his name?
16 A. Willis E. Elsholtz. My father is dead so he
17     is no longer a junior.
18 Q. In general terms, what agreement did you
19     reach with Universal Am-Can? And what I'm
20     really getting at, did you sell them your
21     business or did they -- was there an
22     assumption or merger or what's your
23     understanding?
24 A. They bought most of the assets, including the
25     operating authorities. They just left the

Page 7

1     shell.
2 Q. When you say "left the shell," what was left
3     then?
4 A. Debt.
5 Q. What happened to that debt? What happened to
6     it? Who had responsibility for paying that
7     debt?
8 A. The corporation.
9 Q. Overnite Express?
10 A. Yeah.
11 Q. The assets that were sold to Universal
12     consisted of what, generally?
13 A. Trailers, primarily. Book of business.
14     Operating authorities. That's about it.
15 Q. Did you sell them any land or buildings?
16 A. No. We had leased facilities. They assumed
17     the leases in Kansas City and Chicago. They
18     were just very small operations there.
19     Couple people.
20 Q. Where were your headquarters for Overnite
21     Express?
22 A. 656 Pelham Boulevard.
23 Q. What type of property did you have located
24     there?
25 A. It was a terminal. LTL terminal. A shop.

Page 8

1     Offices. Parking space.
2 Q. Did Overnite Express own that property? Or
3     was that all leased, as well?
4 A. Leased, yes.
5 Q. The operating authorities that you refer to,
6     could you describe what those were?
7 A. General commodities. All points and places.
8     Between all points and places in the United
9     States. Contract authority. Same thing.
10     U.S. And permit authorities. U.S.
11     Deregulation, there isn't any value for the
12     authorities other than the fact that you got
13     to have them.
14 Q. And then about approximately how many
15     trailers did you sell, do you remember?
16 A. I don't have the exact count, but probably
17     450. Just a rough guess.
18 Q. Which corporate entity owned the trailers?
19     Was it Overnite Express or another one?
20 A. No, it was another entity.
21 Q. Which was that, sir?
22 A. O.X.LLC.
23 Q. Does O.X. stand for anything? Or is that the
24     full name of the corporation?
25 A. That's the full name of the corporation.



800.211.DEPO (3376)
EsquireSolutions.com

Case: 1:09-cv-05340 Document #: 315-18 Filed: 03/28/13 Page 4 of 5 PageID #:3535

ROBERT ELSHOLTZ                                         April 17, 2012
SCHEINMAN vs. MARTIN'S BULK MILK SERVICE                        9-12

Page 9

1  Q. Did Overnite Express or -- did you call it OX
2     or O.X.? How did you refer to it?
3  A. Overnight.
4  Q. With respect to O.X.LLC --
5  A. We called it O.X.LLC.
6  Q. Did either O.X.LLC or Overnite Express own
7     any tractors --
8  A. Yes.
9  Q. -- at the time of the sale?
10 A. Yes, yes.
11 Q. About how many?
12 A. Well, unfortunately, it was about a hundred.
13 Q. What makes you say "unfortunately"?
14 A. Well, because we lost money on every one of
15    them. We had to sell them.
16 Q. Why, because they were just old?
17 A. No, unfortunately, they were newer. They had
18    no depreciation hardly on them.
19 Q. Which entity owned the tractors?
20 A. O.X.LLC.
21 Q. What was the business of O.X.LLC?
22 A. Leasing equipment.
23 Q. To whom or what type of entities was that
24    equipment leased by O.X.LLC?
25 A. Overnite Express.

Page 10

1  Q. Did O.X lease to any other entity other than
2     Overnite Express?
3  A. I have to think. I don't think so, no.
4  Q. Do you know approximately when O.X.LLC was
5     formed?
6  A. Golly. 20 years ago. That's just rough. I
7     don't know. Around the late '80s, early
8     '90s. Right in there.
9  Q. Did O.X.LLC have any contracts to provide
10    transportation services --
11 A. No.
12 Q. -- for any shippers?
13 A. No.
14 Q. Did O.X.LLC have any contract with
15    International Paper at the time of the sale
16    of your company?
17 A. No, no.
18 Q. Was O.X.LLC still in existence on June 13,
19    2008?
20 A. Yes.
21 Q. Was it purchased by Universal?
22 A. No.
23 Q. Did you sell O.X.LLC to anyone else?
24 A. No.
25 Q. What became of O.X.LLC?

Page 11

1  A. It became -- we filed for termination. It
2     doesn't exist as a corporation now through
3     the State of Minnesota.
4  Q. Do you know approximately when you filed for
5     that termination in terms of perhaps time
6     after June 13th?
7  A. A year or two ago.
8  Q. So year or two prior to today's date, which
9     is July 17, 2012. Sometime in either 2010 or
10    2011?
11 A. Yeah.
12 Q. The accident and injuries sustained by Mr.
13    Scheinman occurred on July 3, 2008, that's
14    the subject of this case. It sounds like
15    O.X.LLC was still in existence on July 3,
16    2008, is that right?
17 A. Yes, sure it was.
18 Q. What was the nature of its business at that
19    time?
20 A. Selling up equipment that Am-Can didn't buy.
21 Q. Who was handling the sale of that equipment?
22 A. I primarily was.
23 Q. Are you familiar with a company Martin's Bulk
24    Milk Service?
25 A. I am familiar with the name. I don't know

Page 12

1     the any of the owners or anything.
2  Q. Did you sell any of the O.X. tractors or
3     trailers to Martin's Bulk Milk Service?
4  A. No, it was totally arms' length.
5  Q. All I mean is, is that an entity to whom you
6     happened to sell any of the tractors or
7     trailers?
8  A. Zero. I wouldn't know them if they walked
9     through the door.
10 Q. I take it you did not sell any of the O.X.
11    tractors or trailers to Martin's?
12 A. No.
13       MR. FISHER: That's a correct
14    statement?
15       THE WITNESS: Correct.
16    BY MR. BURKE:
17 Q. So if I am understanding you correctly,
18    Universal did not acquire or purchase
19    O.X.LLC?
20 A. Correct.
21 Q. Did Universal purchase some of the tractors
22    or trailers that O.X.LLC owned at the time of
23    the sale in June of 2008?
24 A. No tractors, but trailers.
25 Q. So it purchased some trailers and then left



Case: 1:09-cv-05340 Document #: 315-18 Filed: 03/28/13 Page 5 of 5 PageID #:3536

Page 13

1  additional trailers that were still owned by
2  O.X. that you then gradually sold off?
3  A. Some older ones, yeah.
4  Q. How about Overnite Logistics, Mr. Elsholtz?
5  Is that a business or a company or a name you
6  are familiar with?
7  A. Yeah, it's a part of Overnite Express. I
8  should say it was.
9  Q. Was it a separate corporation? Or a
10  partnership?
11  A. No, no.
12  Q. When you say it was part of Overnite Express,
13  can you tell me what Overnite Logistics was?
14  A. Overnite Logistics, they arranged for
15  movement of freight in LTL, truckload. Any
16  type of thing. Rail. Barge. But primarily,
17  truckload traffic. They brokered it.
18  Q. Was Overnite Logistics a separate division of
19  Overnite Express?
20  A. No, no legal accounting division or anything
21  like that. It was part of Overnite Express
22  but -- it was that room and this is this room
23  (indicating).
24  Q. Okay. Did it have its own president or --
25  A. No, no, no.

Page 14

1  Q. Was there a particular person who was in
2  charge of or the head of Overnite Logistics?
3  A. It was just part of the company. That's all.
4  It was a much smaller part of the company.
5  Q. Where was it -- was it at the Pelham Street
6  address?
7  A. Yeah, yes.
8  Q. Did Overnite Logistics own any equipment?
9  A. No. Just two people.
10  Q. Who were those two people?
11  A. Matthew Elsholtz and we had a couple
12  different people. They would come in and go
13  out. But basically about two people.
14  Q. Do you know Melody Hanson (ph)? Or do you
15  know that name?
16  A. Melody is out of South Holland.
17  Q. Correct. By whom was she employed up until
18  June 13th?
19  A. Management Assistance Corporation.
20  Q. What was the business of Management
21  Assistance Corporation?
22  A. To provide employees and management people
23  for Overnite Express.
24  Q. Who was the owner of Management Assistance
25  Corp?

Page 15

1  A. I was. And my brother.
2  Q. Your brother, Willis?
3  A. Yes.
4  Q. Who was the president of Management
5  Assistance?
6  A. I believe I was.
7  Q. Where was its headquarters?
8  A. Pelham Boulevard.
9  Q. About how many employees did Management
10  Assistance Corporation have?
11  A. At that time, probably 40-plus.
12  Q. You are talking June 2008, when you say that?
13  A. Yeah.
14  Q. What were the categories of employees?
15  A. Well, all the different categories that go
16  into operating a corporation. You know, you
17  got your accounts receivable, your accounts
18  payable. Dispatch. They were in charge of
19  managing it.
20  Q. So if I am understanding you correctly, those
21  employees including Melody Hanson (ph) were
22  not employees of Overnite Express?
23  A. Correct. They managed but it wasn't -- they
24  weren't employees of Overnite.
25  Q. From whom did they receive a paycheck?

Page 16

1  A. Management Assistance Corporation.
2  Q. Did Management Assistance Corporation enter
3  into any contracts with any companies or
4  shippers for the transportation of goods?
5  A. No.
6  Q. Did Management Assistance Corporation enter
7  into any brokerage contracts with any
8  carriers?
9  A. No, no. They had no authority.
10  Q. Did Overnite -- by the way, they did not have
11  any operating authorities?
12  A. No.
13  Q. Did O.X.LLC have any motor carrier operating
14  authority?
15  A. No.
16  Q. Did Overnite Logistics have any motor carrier
17  operating authority?
18  A. No. I mean, Overnite held all the
19  authorities.
20  Q. Overnite Express?
21  A. Yeah.
22  Q. Okay. Did Overnite Logistics enter into any
23  contracts with shippers or brokers?
24  A. No. It would be Overnite Express. They just
25  managed it.

