# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | James F. Holderman | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 09 C 5340 | **DATE** | 3/28/2013 |
| **CASE TITLE** | Scheinman vs. Martin's Bulk Milk Service, Inc. | | |

**DOCKET ENTRY TEXT**

Status hearing held and continued to 4/23/13 at 9:00 a.m. and 5/28/13 at 9:00 a.m. Defendants Ox LLC, International Paper Company and Universal Am Can Ltd's motions for summary judgment [303], [313] and [314] are taken under advisement. Responses shall be filed by 5/28/13. Replies shall be filed by 6/18/13

Notices mailed by Judicial staff.

00:10

| | Courtroom Deputy Initials: | NF |
|---|---|---|