# JOHNSON&BELL
### TRIAL LAWYERS



March 26, 2013

**Via Messenger Delivery**
Clerk of the Northern District of Illinois
Dirksen Federal Building
Chicago IL

312.984.6651
couturet@jbltd.com

    Re:    Scheinman v. Martin's Bulk Milk et. al
             Court No. 09 cv 05340
             Our File No.: 7873-10001

Dear Sir or Madam:

On March 25, 2013, Defendants BMW NA and BMW AG filed in this matter a Report to the Court on Nondestructive Testing (Document 302), Exhibit D to which is a DVD. After inquiry with your Office, I was told that video files could not be filed electronically, and instead, in order to file the DVD as and Exhibit, I was to bring two (2) copies of the disk to the Clerk's Office for filing in two (2) separate envelopes with two (2) separate cover sheets. I was also encouraged to bring the Report and other exhibits thereto to the Clerk's office for reference.

Accordingly, enclosed pleased find a true and correct copy of the disk that is "Exhibit D" to BMW's Report To the Court On Non-Destructive Testing for filing. I also enclose a copy of the previously filed Report and previously filed Exhibits A, B, and C to that Report Motion for filing.

Thank you for your courtesy in this matter.

             Very truly yours,

             JOHNSON & BELL, LTD.

             Timothy R. Couture

TRC/lt
Enclosures

CHICAGO OFFICE  PH (312) 372-0770  /  FAX (312) 372-9818    INDIANA OFFICE  PH (219) 791-1900  /  FAX (219) 791-1901
SUITE 2700 / 33 WEST MONROE ST / CHICAGO, IL 60603-5404    SUITE B / 11051 BROADWAY ST / CROWN POINT, IN 46307
WWW.JOHNSONANDBELL.COM

**JOHNSON & BELL**
*TRIAL LAWYERS*

cc: All Counsel of Record (via U.S. Mail, **with** enclosures
**SCHEINMAN v. BMW, et al**
**Case No. 11 cv 2687**
**File No. 7873-10001**

**Attorneys for Plaintiff**
Richard F. Burke, Jr.
Shannon Marie McNulty
Clifford Law Offices
120 North LaSalle Street - Suite 3100
Chicago, Illinois 60602
312-899-9090
rfb@cliffordlaw.com
cbm@cliffordlaw.com
smm@cliffordlaw.com

**Attorneys for International Paper Company**
Carlton Fisher
Hinshaw & Culbertson
222 North LaSalle Street - Suite 300
Chicago, Illinois 60601
312-704-3000
cfisher@hinshawlaw.com
wuy@hinshawlaw.com

**Attorney for Franke and Martins**
Joseph Gerard Skryd
Matthew Richard Schreck
Jason Briesemeister
Mulherin Rehfeldt & Varchetto PC
211 South Wheaton Avenue – Suite 200
Wheaton, IL 60187
630/653-9300 **Fax: 630/653-9316**
jskryd@mrvlaw.com
mschreck@mrvlaw.com

Robert James Golden
Dowd & Dowd
617 West Fulton Street
Chicago, IL 60661
800/451-5238 **Fax: 312/704-4500**
dpolsby@dowdandodwd.com
rgolden@dowdanddowd.com