7873-10001                                                                                         JKT/TRC

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MURRAY SCHEINMAN, Plenary ) <br> Guardian of the Estate and Person of ) <br> JEFFREY J. SCHEINMAN, a Disabled ) <br> Person, ) <br> Plaintiffs, ) <br> vs. ) <br> MARTIN'S BULK MILK SERVICE, INC., ) <br> SAMUEL G. FRANKE, CSX INTERMODAL, ) <br> INC., INTERNATIONAL PAPER COMPANY, ) <br> UNIVERSAL AM CAN LTD., Successor to ) <br> OVERNITE EXPRESS, INC. and OX LLC, ) <br> BMW of NORTH AMERICA, LLC, ) <br> a corporation, BAYERISCHE MOTOREN ) <br> WERKE AKTIENGESELLSCHAFT, ) <br> a corporation, BMW AG, a corporation, and ) <br> KARL KNAUZ MOTORS, INC., a corporation, ) <br> Defendants. ) | No. 09 CV 5340 |

## CERTIFICATE OF SERVICE

The undersigned, on oath states that he caused to be served Defendants Bayerische Motoren Werke AG and BMW of North America, LLC's Supplemental Interrogatories to Plaintiff and Defendants Bayerische Motoren Werke AG and BMW of North America, LLC's Supplemental Interrogatories to Martin's Bulk Milk Service, Inc. upon the attorneys of record at their respective addresses on April 5, 2013 by U. S. Mail, postage prepaid.

                                                   s/ Timothy R. Couture

[X]    Under penalties as provided by law pursuant to Section 5/1-109 of the Illinois Code of Civil Procedure (750 ILCS 5/1-109), I certify that the statements set forth herein are true and correct.

James K. Toohey
Timothy R. Couture
Johnson & Bell, Ltd.
Attorneys for BMW AG
33 West Monroe Street - #2700
Chicago, IL 60603
312/372-0770

1

***SCHEINMAN v. BMW, et al***
Case No. 09 cv 05340
File No. 7873-10001

**Attorney for Plaintiff**
Richard F. Burke, Jr.
Shannon McNulty
Clifford Law Offices, PC
120 North LaSalle Street – Suite 3100
Chicago, IL 60602
312/899-9090  **FAX: 312/251-1160**

**Attorney for Samuel Franke and Martin's Bulk Milk**
Joseph Gerard Skryd
Matthew Richard Schreck
Mulherin Rehfeldt & Varchetto PC
211 South Wheaton Avenue – Suite 200
Wheaton, IL 60187
630/653-9300  **Fax: 630/653-9316**

Robert Golden
Dowd & Dowd
617 West Fulton Street
Chicago, IL 60661
800/451-5238  **Fax: 312/704-4500**

**Attorneys for International Paper Company,
Universal Am-Can Ltd, d/b/a and as successor
to Overnite Express Inc. and OX LLC**
Carlton D. Fisher
Hinshaw & Culbertson, LLP
222 North LaSalle Street – Suite 300
Chicago, IL 60601-1081
312/704-3450