UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 5.1.1
Eastern Division

Murray Scheinman
                                               Plaintiff,

v.                                                           Case No.: 1:09−cv−05340
                                                                       Honorable James F. Holderman

Martin's Bulk Milk Service, Inc., et al.
                                               Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, May 28, 2013:

       MINUTE entry before Honorable James F. Holderman: Status hearing held. Plaintiff reports reaching settlement with BMW Defendants. Parties to file a stipulation of voluntary dismissal with respect to the BMW Defendants and shall submit a proposed order to Judge Holdermans proposed order email address for entry by the court. Briefing schedule on pending motions for summary judgment [303] [313] [314] remains as scheduled on 3/28/13 [316]. Defendants OX, IPC, and UACL's objection to MBMS and Samuel Franke's standing with respect to the pending motions for summary judgment is due 5/29/13. MBMS and Franke's response to the standing objection shall be filed by 6/12/13; reply due 6/18/13. Mailed notice (ef, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.