IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

MURRAY SCHEINMAN, Plenary )
Guardian of the Estate and Person of )
JEFFREY J. SCHEINMAN, a Disabled )
Person, )
      )
        Plaintiffs, )
      )
vs. )  No. 09 cv 5340
      )
MARTIN'S BULK MILK SERVICE, INC., )  Honorable James F. Holderman
SAMUEL G. FRANKE, INTERNATIONAL )
PAPER COMPANY, UNIVERSAL AM CAN LTD., )  Magistrate Susan E. Cox
Successor to OVERNITE EXPRESS, INC. and )
OX LLC, BMW of NORTH AMERICA, LLC, )
a corporation, BAYERISCHE MOTOREN )
WERKE AKTIENGESELLSCHAFT, a corporation, )
      )
        Defendants. )

PLAINTIFF'S JOINT APPENDIX OF EXHIBITS
TABLE OF CONTENTS

Exhibit 1.    Plaintiff's Fifth Amended Complaint

Exhibit 2.    Deposition Transcript of Samuel Franke, Volume I, dated January 12, 2010

Exhibit 3.    Deposition Transcript of Samuel Franke, Volume II, dated February 21, 2012

Exhibit 4.    Deposition Transcript of David Martin, Volume I, dated January 12, 2010

Exhibit 5.    Deposition Transcript of David Martin, Volume II, dated February 20, 2012

Exhibit 6.    Deposition Transcript of Janet Berndt, dated September 28, 2012

Exhibit 7.    Deposition Transcript of Gina Hubbs, dated April 16, 2012

Exhibit 8.    Deposition Transcript of John Morrer, dated April 16, 2012

Exhibit 9.    Deposition Transcript of Mark Limback, dated April 17, 2012

1

| | |
|---|---|
| Exhibit 10. | Deposition Transcript of Melody Hansen, dated July 19, 2012 |
| Exhibit 11. | Deposition Transcript of Joan Anderton, dated April 10, 2012 |
| Exhibit 12. | Deposition Transcript of William Crawford, dated June 6, 2012 |
| Exhibit 13. | Deposition Transcript of Steve Mundy, dated June 12, 2012 |
| Exhibit 14. | Master Brokerage Agreement between UACL and MBMS, dated June 12, 2008 |
| Exhibit 15. | October 2007 Agreement between IPC and OEI |
| Exhibit 16. | "Amendment 1" to IPC and OEI Agreement substituting UACL for OEI |
| Exhibit 17. | Asset Purchase Agreement between UACL and OEI/OX LLC. |
| Exhibit 18. | Deposition Transcript of Robert Elsholtz, dated April 17, 2012 |
| Exhibit 19. | MBMS' Response to IPC/UACL's Requests for Admissions |
| Exhibit 20. | Broker Confirmation Sheet |
| Exhibit 21. | Three Memo Bills for deliveries to XPEDEX, Cenveo and Midland |
| Exhibit 22. | November 7, 2007, Master Brokerage Agreement Between UACL and MBMS) |
| Exhibit 23. | May 21, 2008 letter from Gina Hubbs of UACL |
| Exhibit 24. | Memo Bill for damaged IPC goods delivered to Cenveo |
| Exhibit 25. | Deposition Transcript of Jeremiah Patrick Podlena, dated March 22, 2013 |