# EX. 16

"Amendment 1" to IPC and OEI Agreement substituting UACL for OEI



DEPOSITION EXHIBIT
Martin 2
1/12/10

IP000001



**Mark Limback**
President

May 21, 2008

International Paper
6400 Poplar Ave.
Memphis, TN. 38197

Dear Customer,

Overnite Express will be operating under Universal Am Can Ltd's insurance and authority as of June 13, 2008 based on an agreement to partner with their organization. All bill of ladings should reflect Universal Am Can Ltd. as the carrier. Therefore, invoices for freight moved will come from Universal Am Can Ltd with a remittance address of: P.O. Box# 712969, Cincinnati, OH 45271-2969.

Please consider this letter as an assignment of the current contract you have in place for Overnite Express. Universal Am Can Ltd agrees to accept the rates and fuel surcharge established between your company and Overnite.

Please sign below as to your acceptance regarding the contract and rate assignment.

BY: Gina Hubbs
Vice President
Universal Am Can Ltd.

BY: Stephen Mundy

IP000005

### AMENDMENT NO. 1

This Amendment No. 1 ("Amendment") is made and entered into this 9th day of June, 2008, by and between INTERNATIONAL PAPER COMPANY, with offices at 6400 Poplar Avenue, Memphis, Tennessee 38197 ("COMPANY") and Overnite Express, with offices at 656 Pelham Blvd., Saint Paul, MN, 55114 ("CARRIER").

### WITNESSETH

WHEREAS, the parties entered into contract number OXEN093009 dated October 1, 2007 (the "Contract"), and

WHEREAS, the parties desire to amend the Contract.

NOW, THEREFORE, the parties do agree as follows:

*Effective June 13, 2008 CARRIER will be operating under the name of Universal Am Can Ltd, and SCAC UACL.*

*Universal Am Can Ltd agrees to honor the rates and fuel surcharge established between COMPANY and Overnite.*

This Amendment in every respect meets the requirements set forth in the Contract regarding change, modification, acceptance, incorporation and the like.

All other terms of the Contract shall remain and are in full force and effect.

IN WITNESS WHEREOF, the parties hereto do execute this Amendment on the date(s) below.

INTERNATIONAL PAPER COMPANY

By: _____
Title: Manager of Sourcing ~~Motor Procurement~~
Date: _____

UNIVERSAL AM CAM LTD

By: _____
Title: President
Date: 6-10-08

Amendment 1 UACL June 9 2008

IP000006