# EX. 18

Robert Elsholtz Deposition
dated, April 17, 2012

## In the Matter Of:

SCHEINMAN vs. MARTIN'S BULK MILK SERVICE

09 cv 5340

## ROBERT ELSHOLTZ

*April 17, 2012*



800.211.DEPO (3376)
EsquireSolutions.com

```
 1          IN THE UNITED STATES DISTRICT COURT
         FOR THE NORTHERN DISTRICT OF ILLINOIS
 2                   EASTERN DIVISION
      - - - - - - - - - - - - - - - - - - - - - - - -
 3

 4                  CASE NO:  09 cv 5340
      MURRAY SCHEINMAN,
 5    Plenary Guardian of the
      Estate and Person of
 6    JEFFREY J. SCHEINMAN,
      a Disabled Person,
 7
                 Plaintiffs,
 8
          vs
 9
      MARTIN'S BULK MILK SERVICE, INC.;
10    SAMUEL G. FRANKE;
      CSX INTERMODAL, INC.;
11    INTERNATIONAL PAPER COMPANY and
      OVERNITE EXPRESS, INC.;
12
      Defendants.
13
      - - - - - - - - - - - - - - - - - - - - - - - -
14

15

16

17       The Deposition of ROBERT WESTON ELSHOLTZ

18    taken pursuant to Notice of Taking

19    Deposition, taken before Vicki A. Lesewski, a

20    Notary Public in and for the County of

21    Ramsey, State of Minnesota, taken on July 17,

22    2012, at 333 South Seventh Street, Suite

23    2000, Minneapolis, Minnesota, commencing at

24    approximately 10:00 a.m.

25
```



ROBERT ELSHOLTZ
SCHEINMAN vs. MARTIN'S BULK MILK SERVICE

April 17, 2012
2

1   APPEARANCES:

2

3       ON BEHALF OF THE PLAINTIFFS:
            Richard Burke, Jr.
4           Clifford Law Offices
            120 North LaSalle Street
5           31st Floor
            Chicago, Illinois 60602
6

7

        ON BEHALF OF INTERNATIONAL PAPER COMPANY
8       AND UNIVERSAL AM-CAN, LTD, S/B/A AND
        SUCCESSOR TO OVERNITE EXPRESS, INC.:
9           Carlton Fisher
            Hinshaw and Culbertson
10          222 North LaSalle Street
            Suite 300
11          Chicago, Illinois 60601

12

13      ON BEHALF OF BMW OF NORTH AMERICA, LLC
        AND BAYERISCHE MOTOREN WERKE
14      AKTIENGESELLSCHAFT:
            Bryan Langs
15          Johnson & Bell
            33 West Monroe Street
16          Suite 2700
            Chicago, Illinois 60603
17

18

        ON BEHALF OF MARTIN'S BULK MILK SERVICE,
19      INC. AND SAMUEL G. FRANKE VIA TELEPHONE:
            Matthew Schreck
20          Mulherin, Rehfeldt & Varchetto
            211 South Wheaton Avenue
21          Suite 200
            Wheaton, Illinois 60187
22

            Robert Golden
23          Dowd & Dowd
            617 West Fulton
24          Chicago, Illinois 60661

25



Case: 1:09-cv-05340 Document #: 330-22 Filed: 05/28/13 Page 5 of 94 PageID #:4509

```
 1                      ***

 2

 3
                       INDEX
 4

 5

 6        DEPOSITION OF ROBERT WESTON ELSHOLTZ

 7

 8

 9
     Examination          Page
10   Mr. Burke              4
     Mr. Langs             66
11   Mr. Fisher            68
     Mr. Shreck            71
12

13

14
     Exhibits:
15   107                   54

16

17

18

19

20

21

22

23

24

25
```



```
 1              P R O C E E D I N G S
 2              ROBERT WESTON ELSHOLTZ,
 3    called as a witness, being first duly sworn,
 4       was examined and testified as follows:
 5                    *   *   *
 6                  EXAMINATION
 7                    *   *   *
 8    BY MR. BURKE:
 9    Mr. Elsholtz, my name, again, is Rich Burke
10    and I represent Mr. Scheinman.  I'm going to
11    ask you some questions about Overnite Express
12    and some other related topics.
13              And as I do so, if you want to look
14    at any documents or materials, just say so.
15    I'm not trying to have you do things solely
16    by memory.
17              And if you and I do not talk at the
18    same time, that will help the court reporter.
19    So if you will try and let me get my question
20    out, I will let you finish your answer before
21    I give you a new one.
22              If you could verbalize your yes and
23    nos for the court reporter, even though we
24    can see you nodding with your head, she has
25    to take down an answer, okay?
```



ROBERT ELSHOLTZ
SCHEINMAN vs. MARTIN'S BULK MILK SERVICE

April 17, 2012
5

```
 1   A.   Yep.
 2   Q.   Would you please state your full name and
 3        spell your middle name and last name, please?
 4   A.   Robert Weston, W-e-s-t-o-n, Elsholtz,
 5        E-l-s-h-o-l-t-z.
 6   Q.   Generally, where do you live, sir?
 7   A.   55 Peninsula Road, Dellwood, Minnesota.  Zip
 8        55110.
 9   Q.   Dellwood, you said?
10   A.   Dellwood, yes.  Suburb.
11   Q.   What is your son's name, who I believe is
12        also a Robert?  What's his middle name?
13   A.   He is Robert Willis.  He is not a junior.
14   Q.   Is that W-i-l-l-i-s?
15   A.   Correct.
16   Q.   Are you employed today, Mr. Elsholtz?
17   A.   No.
18   Q.   Are you working?
19   A.   I am retired.  Every day is Saturday.
20   Q.   When did you last work or when were you last
21        employed regularly?
22   A.   Well, up until we sold.
23   Q.   When you sold?
24   A.   On Friday the 13th, 2008.  It was just a few
25        months after that.
```



```
 1   Q.   June 13th?

 2   A.   Finished out the year or something.

 3   Q.   When you say you sold, what business are you

 4        referring to?  What company?

 5   A.   Overnite Express.

 6   Q.   Were you one of the owners of Overnite

 7        Express?

 8   A.   Yes.

 9   Q.   Were you the majority owner?

10   A.   Yes.

11   Q.   How many other owners were there?

12   A.   One.

13   Q.   Who was that?

14   A.   My brother.

15   Q.   What was his name?

16   A.   Willis E. Elsholtz.  My father is dead so he

17        is no longer a junior.

18   Q.   In general terms, what agreement did you

19        reach with Universal Am-Can?  And what I'm

20        really getting at, did you sell them your

21        business or did they -- was there an

22        assumption or merger or what's your

23        understanding?

24   A.   They bought most of the assets, including the

25        operating authorities.  They just left the
```



ROBERT ELSHOLTZ
SCHEINMAN vs. MARTIN'S BULK MILK SERVICE

April 17, 2012
7

```
 1         shell.
 2    Q.   When you say "left the shell," what was left
 3         then?
 4    A.   Debt.
 5    Q.   What happened to that debt?  What happened to
 6         it?  Who had responsibility for paying that
 7         debt?
 8    A.   The corporation.
 9    Q.   Overnite Express?
10    A.   Yeah.
11    Q.   The assets that were sold to Universal
12         consisted of what, generally?
13    A.   Trailers, primarily.  Book of business.
14         Operating authorities.  That's about it.
15    Q.   Did you sell them any land or buildings?
16    A.   No.  We had leased facilities.  They assumed
17         the leases in Kansas City and Chicago.  They
18         were just very small operations there.
19         Couple people.
20    Q.   Where were your headquarters for Overnite
21         Express?
22    A.   656 Pelham Boulevard.
23    Q.   What type of property did you have located
24         there?
25    A.   It was a terminal.  LTL terminal.  A shop.
```



ROBERT ELSHOLTZ
SCHEINMAN vs. MARTIN'S BULK MILK SERVICE

April 17, 2012
8

```
 1        Offices.  Parking space.
 2   Q.   Did Overnite Express own that property?  Or
 3        was that all leased, as well?
 4   A.   Leased, yes.
 5   Q.   The operating authorities that you refer to,
 6        could you describe what those were?
 7   A.   General commodities.  All points and places.
 8        Between all points and places in the United
 9        States.  Contract authority.  Same thing.
10        U.S.  And permit authorities.  U.S.
11        Deregulation, there isn't any value for the
12        authorities other than the fact that you got
13        to have them.
14   Q.   And then about approximately how many
15        trailers did you sell, do you remember?
16   A.   I don't have the exact count, but probably
17        450.  Just a rough guess.
18   Q.   Which corporate entity owned the trailers?
19        Was it Overnite Express or another one?
20   A.   No, it was another entity.
21   Q.   Which was that, sir?
22   A.   O.X.LLC.
23   Q.   Does O.X. stand for anything?  Or is that the
24        full name of the corporation?
25   A.   That's the full name of the corporation.
```



```
 1   Q.   Did Overnite Express or -- did you call it OX
 2        or O.X.?  How did you refer to it?
 3   A.   Overnight.
 4   Q.   With respect to O.X.LLC --
 5   A.   We called it O.X.LLC.
 6   Q.   Did either O.X.LLC or Overnite Express own
 7        any tractors --
 8   A.   Yes.
 9   Q.   -- at the time of the sale?
10   A.   Yes, yes.
11   Q.   About how many?
12   A.   Well, unfortunately, it was about a hundred.
13   Q.   What makes you say "unfortunately"?
14   A.   Well, because we lost money on every one of
15        them.  We had to sell them.
16   Q.   Why, because they were just old?
17   A.   No, unfortunately, they were newer.  They had
18        no depreciation hardly on them.
19   Q.   Which entity owned the tractors?
20   A.   O.X.LLC.
21   Q.   What was the business of O.X.LLC?
22   A.   Leasing equipment.
23   Q.   To whom or what type of entities was that
24        equipment leased by O.X.LLC?
25   A.   Overnite Express.
```



```
 1   Q.   Did O.X lease to any other entity other than
 2        Overnite Express?
 3   A.   I have to think.  I don't think so, no.
 4   Q.   Do you know approximately when O.X.LLC was
 5        formed?
 6   A.   Golly.  20 years ago.  That's just rough.  I
 7        don't know.  Around the late '80s, early
 8        '90s.  Right in there.
 9   Q.   Did O.X.LLC have any contracts to provide
10        transportation services --
11   A.   No.
12   Q.   -- for any shippers?
13   A.   No.
14   Q.   Did O.X.LLC have any contract with
15        International Paper at the time of the sale
16        of your company?
17   A.   No, no.
18   Q.   Was O.X.LLC still in existence on June 13,
19        2008?
20   A.   Yes.
21   Q.   Was it purchased by Universal?
22   A.   No.
23   Q.   Did you sell O.X.LLC to anyone else?
24   A.   No.
25   Q.   What became of O.X.LLC?
```



```
 1   A.   It became -- we filed for termination.  It

 2        doesn't exist as a corporation now through

 3        the State of Minnesota.

 4   Q.   Do you know approximately when you filed for

 5        that termination in terms of perhaps time

 6        after June 13th?

 7   A.   A year or two ago.

 8   Q.   So year or two prior to today's date, which

 9        is July 17, 2012.  Sometime in either 2010 or

10        2011?

11   A.   Yeah.

12   Q.   The accident and injuries sustained by Mr.

13        Scheinman occurred on July 3, 2008, that's

14        the subject of this case.  It sounds like

15        O.X.LLC was still in existence on July 3,

16        2008, is that right?

17   A.   Yes, sure it was.

18   Q.   What was the nature of its business at that

19        time?

20   A.   Selling up equipment that Am-Can didn't buy.

21   Q.   Who was handling the sale of that equipment?

22   A.   I primarily was.

23   Q.   Are you familiar with a company Martin's Bulk

24        Milk Service?

25   A.   I am familiar with the name.  I don't know
```



```
 1          the any of the owners or anything.
 2    Q.    Did you sell any of the O.X. tractors or
 3          trailers to Martin's Bulk Milk Service?
 4    A.    No, it was totally arms' length.
 5    Q.    All I mean is, is that an entity to whom you
 6          happened to sell any of the tractors or
 7          trailers?
 8    A.    Zero.  I wouldn't know them if they walked
 9          through the door.
10    Q.    I take it you did not sell any of the O.X.
11          tractors or trailers to Martin's?
12    A.    No.
13                MR. FISHER:  That's a correct
14          statement?
15                THE WITNESS:  Correct.
16    BY MR. BURKE:
17    Q.    So if I am understanding you correctly,
18          Universal did not acquire or purchase
19          O.X.LLC?
20    A.    Correct.
21    Q.    Did Universal purchase some of the tractors
22          or trailers that O.X.LLC owned at the time of
23          the sale in June of 2008?
24    A.    No tractors, but trailers.
25    Q.    So it purchased some trailers and then left
```



ROBERT ELSHOLTZ
SCHEINMAN vs. MARTIN'S BULK MILK SERVICE

April 17, 2012
13

```
 1           additional trailers that were still owned by
 2           O.X. that you then gradually sold off?
 3      A.   Some older ones, yeah.
 4      Q.   How about Overnite Logistics, Mr. Elsholtz?
 5           Is that a business or a company or a name you
 6           are familiar with?
 7      A.   Yeah, it's a part of Overnite Express.  I
 8           should say it was.
 9      Q.   Was it a separate corporation?  Or a
10           partnership?
11      A.   No, no.
12      Q.   When you say it was part of Overnite Express,
13           can you tell me what Overnite Logistics was?
14      A.   Overnite Logistics, they arranged for
15           movement of freight in LTL, truckload.  Any
16           type of thing.  Rail.  Barge.  But primarily,
17           truckload traffic.  They brokered it.
18      Q.   Was Overnite Logistics a separate division of
19           Overnite Express?
20      A.   No, no legal accounting division or anything
21           like that.  It was part of Overnite Express
22           but -- it was that room and this is this room
23           (indicating).
24      Q.   Okay.  Did it have its own president or --
25      A.   No, no, no.
```



ROBERT ELSHOLTZ
SCHEINMAN vs. MARTIN'S BULK MILK SERVICE

April 17, 2012
14

```
 1   Q.   Was there a particular person who was in
 2        charge of or the head of Overnite Logistics?
 3   A.   It was just part of the company.  That's all.
 4        It was a much smaller part of the company.
 5   Q.   Where was it -- was it at the Pelham Street
 6        address?
 7   A.   Yeah, yes.
 8   Q.   Did Overnite Logistics own any equipment?
 9   A.   No.  Just two people.
10   Q.   Who were those two people?
11   A.   Matthew Elsholtz and we had a couple
12        different people.  They would come in and go
13        out.  But basically about two people.
14   Q.   Do you know Melody Hanson (ph)?  Or do you
15        know that name?
16   A.   Melody is out of South Holland.
17   Q.   Correct.  By whom was she employed up until
18        June 13th?
19   A.   Management Assistance Corporation.
20   Q.   What was the business of Management
21        Assistance Corporation?
22   A.   To provide employees and management people
23        for Overnite Express.
24   Q.   Who was the owner of Management Assistance
25        Corp?
```



1   A.   I was.  And my brother.

2   Q.   Your brother, Willis?

3   A.   Yes.

4   Q.   Who was the president of Management

5        Assistance?

6   A.   I believe I was.

7   Q.   Where was its headquarters?

8   A.   Pelham Boulevard.

9   Q.   About how many employees did Management

10       Assistance Corporation have?

11  A.   At that time, probably 40-plus.

12  Q.   You are talking June 2008, when you say that?

13  A.   Yeah.

14  Q.   What were the categories of employees?

15  A.   Well, all the different categories that go

16       into operating a corporation.  You know, you

17       got your accounts receivable, your accounts

18       payable.  Dispatch.  They were in charge of

19       managing it.

20  Q.   So if I am understanding you correctly, those

21       employees including Melody Hanson (ph) were

22       not employees of Overnite Express?

23  A.   Correct.  They managed but it wasn't -- they

24       weren't employees of Overnite.

25  Q.   From whom did they receive a paycheck?



```
 1   A.   Management Assistance Corporation.
 2   Q.   Did Management Assistance Corporation enter
 3        into any contracts with any companies or
 4        shippers for the transportation of goods?
 5   A.   No.
 6   Q.   Did Management Assistance Corporation enter
 7        into any brokerage contracts with any
 8        carriers?
 9   A.   No, no.  They had no authority.
10   Q.   Did Overnite -- by the way, they did not have
11        any operating authorities?
12   A.   No.
13   Q.   Did O.X.LLC have any motor carrier operating
14        authority?
15   A.   No.
16   Q.   Did Overnite Logistics have any motor carrier
17        operating authority?
18   A.   No.  I mean, Overnite held all the
19        authorities.
20   Q.   Overnite Express?
21   A.   Yeah.
22   Q.   Okay.  Did Overnite Logistics enter into any
23        contracts with shippers or brokers?
24   A.   No.  It would be Overnite Express.  They just
25        managed it.
```



ROBERT ELSHOLTZ
SCHEINMAN vs. MARTIN'S BULK MILK SERVICE

April 17, 2012
17

1   Q.   How about OXEN?  Are you familiar with that

2       term, O-X-E-N?

3   A.   Yes.  That's the SCAC code for Overnite

4       Express.

5   Q.   Was there any corporation that operated under

6       the name or acronym of OXEN?

7   A.   OXEN --

8   Q.   I know --

9   A.   -- OXEN is a SCAC code that's assigned to

10      Overnite Express by the federal government.

11      It's just a code.

12   Q.   It's the SCAC code for your corporation,

13      Overnite Express?

14   A.   Right.

15   Q.   Okay.  But am I correct there was no separate

16      corporation or business being operated under

17      the name or title OXEN?

18   A.   No.  Huh-uh.  It's just designated alpha code

19      for the Corporation.

20   Q.   Melody Hanson (ph), for example, after the

21      sale on June 13th of Overnite Express to

22      Universal, by whom was Melody Hanson (ph)

23      employed?

24   A.   That would be Universal Am-Can.

25   Q.   I digressed a little bit, Mr. Elsholtz, but



1          back to your company, Overnite Express.  In

2          June of 2008, right before its sale, what was

3          your position with the company?

4     A.   President.

5     Q.   Did your brother have a title?

6     A.   Vice President.

7     Q.   What was the business of Overnite Express?

8     A.   Hauling freight from point A to point B.

9     Q.   Motor carrier transportation services?

10    A.   Yeah.  That's all we did, yeah.

11    Q.   For about how long was Overnite Express in

12         existence?

13    A.   It was -- my father purchased it in 1947.

14         And it was incorporated in 1949.

15    Q.   When did you first start working for Overnite

16         Express?

17    A.   Overnite Express never had any employees,

18         even from 1949 on, it didn't have any

19         employees and whatnot.

20              At that time, it was a company

21         called Twin City Freight that I worked for.

22         That was an LTL company.

23              MR. SCHRECK:  Mr. Elsholtz, could

24         you keep your voice up a little bit?  It

25         fades.



1   A.   I forgot about the people in the clouds.

2        BY MR. BURKE:

3   Q.   No problem.  It's a little harder for them to

4        hear.  I'm sorry, you worked for Twin -- what

5        was the name of it?

6   A.   Twin City Freight.

7   Q.   What was the relationship between Twin City

8        Freight and Overnite Express?

9   A.   The key one was my father owned both of them

10       at the time.

11  Q.   In June of 2008, by whom were you employed?

12  A.   By Management Assistance.

13  Q.   So even as of June of 2008, Overnite Express

14       did not have any employees?

15  A.   No.

16  Q.   Generally, what's your educational

17       background?

18  A.   I graduated from University of Minnesota.

19  Q.   In what year?

20  A.   1960.

21  Q.   What degree did you receive?

22  A.   Economics.

23  Q.   Any other degrees after that?

24  A.   No.

25  Q.   Have you ever had CDL, commercial driver's



```
 1        license?
 2   A.   I did.
 3   Q.   When was that?  During what time period?
 4   A.   During college.  I drove for Twin City
 5        Freight and loaded trucks out -- child labor
 6        laws -- for the family.  And then, I had it
 7        up until the Department of Transportation
 8        changed some laws where you had to redo it
 9        and whatnot.  I just let it go.
10   Q.   That would have been about what year?
11   A.   Oh, my.  I have no idea.  I think it was in
12        the '70s or '80s.  To me, it was not a
13        significant situation.
14   Q.   Did you ever drive tractor trailer trucks?
15   A.   Yes.
16   Q.   Did you do so locally?
17   A.   Primarily locally, yeah.
18   Q.   Did you do any interstate trips?
19   A.   I don't think I ever got into that.  I think
20        it was all intra.  That would be for Twin
21        City Freight.
22   Q.   What documents or materials have you reviewed
23        in anticipation of giving a deposition today?
24   A.   I think I looked at one International Paper
25        contract.  I can't think of anything else.
```



```
 1                    THE WITNESS:  Do you know of
 2          anything else?
 3                    MR. FISHER:  I think we went over
 4          the asset purchase agreement.
 5     BY MR. BURKE:
 6     Q.   And was the contract with International
 7          Paper, was that the October 2007 contract?
 8     A.   It would have to be.  I mean, they changed
 9          their contracts every so often.  It didn't
10          matter to us what was in it.  We were more
11          interested in the rate changes.
12                    The contract was basically
13          International Paper's boilerplate contract.
14     Q.   You did have lawyers review those contracts,
15          such as contracts with International Paper,
16          correct?
17     A.   No.
18     Q.   Did you review them as president before you
19          signed them?
20     A.   Generally, I would read them.  Didn't read
21          them all.  We had hundreds of contracts.
22     Q.   The contract with International Paper, the
23          one that you reviewed, that was signed by
24          yourself?
25     A.   Yes.
```

1  Q.   Let me tender to you what we previously

2       marked as Exhibit No. 2.  I think you will

3       find, if you look at pages 36 through 75, a

4       copy of a 2007 contract between International

5       Paper and Overnite Express.

6                  Take a look at that for a moment,

7       Mr. Elsholtz.

8  A.   Take a look at what, this (indicating)?

9  Q.   Glance --

10 A.   It's 24 pages.

11 Q.   Right.  I will direct you through a few

12      spots.  For example, page 1 of those 24 pages

13      is entitled:  OXEN Overnite Express 2007

14      outbound contract, is that correct?

15 A.   Correct.

16 Q.   Let me direct your attention to -- why don't

17      you look at, when I say "Bates stamp page,"

18      do you see the dark black numbers that say

19      "IP" and then a number in the lower, right

20      corner?

21 A.   Yes.

22 Q.   Why don't you look at Bates stamp 48.

23 A.   Uh-huh.

24 Q.   That's a signature page for the substance of

25      the contract, is that correct?



ROBERT ELSHOLTZ
SCHEINMAN vs. MARTIN'S BULK MILK SERVICE

April 17, 2012
23

| | | |
|---|---|---|
| 1 | A. | Yes. |
| 2 | Q. | Was that contract accepted and agreed to and |
| 3 | | signed by you on October 30, 2007? |
| 4 | A. | Yes. |
| 5 | Q. | That's your signature there, is that correct? |
| 6 | A. | Yes. |
| 7 | Q. | As president? |
| 8 | A. | Yes. |
| 9 | Q. | And then, Kevin Hayes (ph) also signed in his |
| 10 | | job.  Appears to be general manager of |
| 11 | | Overnite Express, is that correct? |
| 12 | A. | Yes. |
| 13 | Q. | And Sandra Herman (ph), she was an |
| 14 | | administrative assistant? |
| 15 | A. | She was my secretary. |
| 16 | Q. | And then, the contract was signed on behalf |
| 17 | | of International Paper by Mr. William |
| 18 | | Crawford on November 12, 2007, correct? |
| 19 | A. | That's what it says.  His initial is on |
| 20 | | there.  I never met the man. |
| 21 | Q. | The contract on page -- if I could ask you to |
| 22 | | flip back to the beginning, Bates stamp page |
| 23 | | 38.  Do you see the first paragraph that says |
| 24 | | "header"? |
| 25 | A. | Uh-huh. |



ROBERT ELSHOLTZ
SCHEINMAN vs. MARTIN'S BULK MILK SERVICE

April 17, 2012
24

1    Q.    Am I correct that it states there this

2          agreement is entered into and is effective

3          this first day of October 2007, by and

4          between International Paper as shipper and

5          Overnite Express, Robert W. Elsholtz as

6          carrier?

7    A.    Yes.

8    Q.    Is this the contract that you reviewed with

9          Mr. Fisher?

10   A.    Yes.

11   Q.    This is a true and accurate copy of the

12         contract Overnite Express entered into with

13         International Paper on October 1st of 2007,

14         is that correct?

15   A.    Yes.

16   Q.    Was this contract entered into in the normal

17         course of business at Overnite Express?

18   A.    Yes.

19   Q.    Was it the normal business practice of

20         Overnite Express to enter into this type of

21         contract with shippers?

22   A.    Yes.

23   Q.    Was the information represented in here true

24         and correct at the time the contract was

25         entered into?



Case: 1:09-cv-05340 Document #: 330-22 Filed: 05/28/13 Page 27 of 94 PageID #:4531

ROBERT ELSHOLTZ
SCHEINMAN vs. MARTIN'S BULK MILK SERVICE

April 17, 2012
25

```
 1   A.   As far as I know.  These are pretty much
 2        boilerplate.
 3   Q.   Overnite Express agreed to all of the terms
 4        and provisions of this contract, correct?
 5   A.   They had no choice.  You signed it or you
 6        didn't haul it.
 7   Q.   In order to be able to haul for International
 8        Paper, Overnite Express agreed to all of the
 9        provisions and terms, is that correct?
10   A.   Yes.
11   Q.   You and Mr. Hayes and Ms. Herman signed on
12        behalf of Overnite Express to undertake those
13        responsibilities for International Paper,
14        correct?
15   A.   Yes.
16   Q.   I'm going to direct your attention to a few
17        portions of the contract here, Mr. Elsholtz.
18        Maybe just below where we were, the second
19        paragraph of page 38.
20             It is correct that where it refers
21        to carrier here, that's referring to Overnite
22        Express, is that right?
23   A.   Yes.  Could be anybody, but.
24   Q.   In this particular contract, it was referring
25        to Overnite Express, correct?
```



ROBERT ELSHOLTZ
SCHEINMAN vs. MARTIN'S BULK MILK SERVICE

April 17, 2012
26

```
 1   A.    Yes.
 2   Q.    That is specified in the very first
 3         paragraph, right?
 4   A.    Yep.
 5   Q.    It is true that Overnite Express was engaged
 6         in the business of transporting property by
 7         motor vehicle as a contract carrier, correct?
 8   A.    Yes.
 9   Q.    In paragraph three, it was also true that the
10         shipper, International Paper, desired
11         Overnite Express to provide certain
12         transportation-related services for them as
13         set forth in this contract, correct?
14   A.    Yes.
15   Q.    Then just down a little bit, middle of the
16         page -- section two, I should say -- carrier
17         status.
18               International Paper -- I'm sorry.
19         Overnite Express, as represented there, was
20         in fact an interstate motor contract carrier
21         of property that was duly registered and
22         permitted with the Federal Highway
23         Administration, correct?
24   A.    Inter and intra.
25   Q.    Both interstate and intrastate?
```



1    A.    Uh-huh.

2    Q.    In section three, this contract sets forth

3          various obligations that Overnite Express

4          undertook as the carrier, is that correct?

5    A.    Yes.

6    Q.    In section 3A, Overnite Express was agreeing

7          to provide certain transportation services as

8          set forth in Exhibit C, which was the motor

9          carrier rate and weekly commitment schedule,

10         is that correct?

11   A.    Correct.

12   Q.    And then, pages 38 and 39 onto the next page

13         set forth different obligations in this

14         section 3A through 3K, am I correct?

15   A.    Yes, I assume so.

16               MR. FISHER:  If I might, let me

17         just interject an objection that I told you I

18         would make at some point during the

19         deposition.

20               With all due respect to Mr.

21         Elsholtz, since the contract from which he is

22         reading at the time of the accident on

23         July 3, 2008, was not being performed by the

24         entity, Overnite Express, I think that Mr.

25         Elsholtz's testimony or opinions, other than

ROBERT ELSHOLTZ
SCHEINMAN vs. MARTIN'S BULK MILK SERVICE

April 17, 2012
28

```
 1    simply affirming that what particular words
 2    exist, would be irrelevant and immaterial
 3    since Overnite Express didn't exist as of
 4    July 3rd.
 5                So, I just, to the extent that any
 6    of those questions are being used or would
 7    later be used to indicate the opinions of
 8    this witness as to what they mean, I
 9    respectfully object.
10                But I'm not going to continually
11    object on that basis.
12                MR. BURKE:  Okay.  I respectfully
13    disagree with your thinking and objection
14    because there has been ample testimony in
15    this case from other witnesses that the
16    provisions and obligations of this contract
17    were adopted and assumed and taken over by
18    Universal Am-Can and that Universal Am-Can
19    committed to International Paper that they
20    would perform the same services as set forth
21    in this contract and comply with the terms of
22    this contract just as Overnite Express had
23    obligated itself to do so when it entered
24    into the contract with International Paper.
25                MR. FISHER:  That was a nice
```




ROBERT ELSHOLTZ
SCHEINMAN vs. MARTIN'S BULK MILK SERVICE

April 17, 2012
29

```
 1          gentlemanly lawyer exchange of disagreement.
 2          BY MR. BURKE:
 3     Q.   Back to the contract --
 4                    THE WITNESS:  But you are correct.
 5                    MR. FISHER:  I doubt he will ask
 6          you that question.
 7          BY MR. BURKE:
 8     Q.   Only -- I think only a few sections here on
 9          page 39 I want to bring your attention to,
10          Mr. Elsholtz.
11                    As you can see, on page 39, that's
12          a carryover of the list of carrier's
13          obligations.  Do you see where it picks up
14          with letter E?
15     A.   Yes.
16     Q.   At the top?
17     A.   Yes.
18     Q.   Under this contract, Overnite Express agreed
19          certain minimum service level requirements
20          and agreed to certain on time delivery
21          requirements, correct?
22     A.   Yes.
23     Q.   In paragraph G, take a look at that.
24          Overnite Express had to maintain its own
25          motor vehicle equipment in good, safe and
```



1   lawful operating condition at all times and

2   in accordance with all applicable local,

3   state and federal laws and regulations,

4   correct?

5 A. That's what it says.

6 Q. Under section H, Overnite Express was

7   required to have personnel that were fully

8   qualified and maintain licenses and permits

9   as required by local, state and federal law

10   and regulations that were required to

11   maintain and operate the motor vehicle

12   equipment, correct?

13 A. Correct.

14 Q. The last line of paragraph eight required

15   Overnite Express personnel to comply with all

16   applicable local, state and federal laws and

17   regulations, correct?

18 A. Right.

19 Q. Overnite Express, in carrying out this

20   contract, was required to operate their

21   tractor trailer trucks in accord with the

22   traffic laws and motor vehicle regulations

23   applicable to truck traffic, correct?

24 A. Right.

25 Q. Overnite Express had the responsibility to



ROBERT ELSHOLTZ
SCHEINMAN vs. MARTIN'S BULK MILK SERVICE

April 17, 2012
31

1      operate their tractor trailer trucks in a

2      safe manner so as to avoid collisions with

3      other vehicles on the road, correct?

4   A. Yes.  Yep.  That would be brokeraged also.

5   Q. So, if Overnite Express brokered a load to

6      another carrier, Overnite Express had the

7      expectation that the carrier would also

8      comply with local, state and federal truck

9      operation laws and provisions, correct?

10  A. We had copies of their insurance on file.

11     The legal requirements of the other carriers'

12     insurance and whatnot.  We had all that on

13     file before we used anybody.

14  Q. Those carriers that Overnite Express brokered

15     a load to were also required to drive their

16     trucks in a safe manner and to avoid

17     collisions with other vehicles?

18  A. All companies were required to do that.

19  Q. Including the companies to whom you brokered

20     loads, correct?

21  A. I mean, they had to have the authority and

22     the insurance and everything else.  In order

23     to do that, they had to comply with the

24     federal laws.

25  Q. Under this contract that Overnite Express had



ROBERT ELSHOLTZ
SCHEINMAN vs. MARTIN'S BULK MILK SERVICE

April 17, 2012
32

```
 1            with International Paper, did you believe
 2            that Overnite Express could broker a load to
 3            some other driver or carrier in order to
 4            fulfill your transportation services?
 5    A.      Absolutely.  We inherited Martin Transport
 6            from International Paper.  They were hauling
 7            the freight before for another company, such
 8            as ours.  Martin was brokering from another
 9            company and doing very good service for many
10            years.
11                    They were a very smooth operation
12            and International Paper asked if we would
13            continue on with them.  We said okay.
14    Q.      International Paper asked if you would
15            continue on with whom?
16    A.      With Martin.  If we didn't, you know, they
17            would say okay, fine.  But they suggested
18            that they were a good carrier and we wanted
19            to contact them, go ahead.
20    Q.      So you believed you were permitted to broker
21            a load to Martin's, for example, as part of
22            your responsibility under this contract with
23            International Paper, is that right?
24    A.      Oh, sure.  I mean, we had operating authority
25            for brokerage.
```



1    Q.   And in those instances where you utilized

2         Martin's or some other carrier, the ultimate

3         responsibility for complying with the

4         contract belonged to Overnite Express, is

5         that correct?

6                   MR. FISHER:  Objection to form.

7         Incomplete hypothetical.  You can go ahead

8         and answer.

9    A.   Say that again.

10        BY MR. BURKE:

11   Q.   You had a contract with International Paper

12        that we are looking at.

13   A.   Right.

14   Q.   So even if you brokered a load to some other

15        carrier, like Martin's, it was Overnite

16        Express that had ultimate responsibility to

17        comply with the terms of this contract,

18        correct?

19                  MR. FISHER:  Same objection.

20   A.   The carrier we broker to had to comply with

21        those things.  We had to have all the same

22        things in file, what not.

23        BY MR. BURKE:

24   Q.   So the broker, such as Martin's, had to

25        comply with --



1    A.    Overnite was the broker.

2    Q.    Right.  Excuse me, the carrier to --

3    A.    Martin was the carrier.

4    Q.    The carrier to whom a load was brokered had

5        to comply, in your mind, with these same

6        provisions of the contract?

7    A.    Well, they are federal law, yeah.

8    Q.    My question is, even though you expected

9        Martin's or some other carrier to comply with

10        the provisions of this contract, Overnite

11        Express also still had a contractual

12        obligation with International Paper to comply

13        with the terms of this contract, correct?

14    A.    It's all arranged to haul the freight, yes.

15    Q.    And to perform all the provisions of this

16        contract, correct?

17    A.    Some of them don't apply.

18    Q.    When you say some don't apply, do you mean in

19        certain instances?

20    A.    I guess I would have to read over this whole

21        contract to see what the points are.  But in

22        general, yes.  But, I mean, there are some

23        things that don't even apply to us.

24    Q.    But all of these provisions set forth in this

25        contract were terms that Overnite Express



1       agreed to with International Paper when you

2       signed the contract, correct?

3  A.   Sure.

4  Q.   Back to that page 39, Mr. Elsholtz.  Under

5       trailer requirements.  For example, Overnite

6       Express had to provide certain trailers as

7       specified here that were safe and suitable

8       and clean and in good condition for

9       transportation of International Paper's

10      goods, is that correct?

11  A.   Well --

12  Q.   Paragraph J, I mean.  That's where I am at.

13  A.   It was a broker that was hauling it, not

14      Overnite Express.  But the carrier that we

15      would broker to, we would have to have their

16      compliance and insurance and whatnot to

17      follow all the rules and regulations.

18             Everywhere -- hundreds of thousands

19      of carriers in the U.S.  They all have to

20      have it.

21  Q.   What I'm talking about though is in paragraph

22      J.  You undertook and committed to

23      International Paper to provide and transport

24      their goods in safe and suitable trailers

25      that would protect their equipment or their



Case: 1:09-cv-05340 Document #: 330-22 Filed: 05/28/13 Page 38 of 94 PageID #:4542

ROBERT ELSHOLTZ
SCHEINMAN vs. MARTIN'S BULK MILK SERVICE

April 17, 2012
36

1      products, correct?

2   A.   We brokered to -- I mean, we hauled freight

3      in our own trailers, we brokered other loads.

4      This particular carrier came highly

5      recommended by International Paper. We

6      brokered to them.

7             We assumed that they were following

8      all the rules and regulations. But we had

9      their insurance on file and we had the safety

10     stuff. That was all on file.

11   Q.   Take a look, how about page 42, Mr. Elsholtz,

12     under commitments. Do you see that section

13     seven? Are you there?

14   A.   Yeah.

15   Q.   What does that term "commitments" mean in

16     your business?

17   A.   Basically, to provide this equipment whether

18     it's our own equipment, broker's equipment.

19     To provide the equipment. Rental equipment,

20     whether it be a rental trailer, an extra

21     trailer, what not. But had to be safe.

22   Q.   And Overnite Express undertook to either

23     through their own equipment or some carrier

24     to whom you brokered sufficient tractors and

25     trailers to be able to transport a certain



ROBERT ELSHOLTZ
SCHEINMAN vs. MARTIN'S BULK MILK SERVICE

April 17, 2012
37

| | | |
|---|---|---|
| 1 | | number of loads for International Paper, is |
| 2 | | that fair to say? |
| 3 | A. | By law, any carrier we broker to had to be |
| 4 | | safe.  Had to have proper insurance.  We had |
| 5 | | the insurance on file.  There's not much else |
| 6 | | you can do. |
| 7 | Q. | By the way, while you are on that topic in |
| 8 | | section 13 on page 44, there are set forth |
| 9 | | various insurance requirements that Overnite |
| 10 | | Express had to comply with, is that correct? |
| 11 | A. | Correct. |
| 12 | Q. | Onto page 45, sir, there is a reference to |
| 13 | | commercial general liability insurance.  You |
| 14 | | had to have $1,000,000 in coverage, correct? |
| 15 | A. | Correct. |
| 16 | Q. | Up until the time you sold the company in |
| 17 | | June of 2008, did Overnite Express have |
| 18 | | liability coverage? |
| 19 | A. | Overnite Express had liability coverage? |
| 20 | | Martin Transport had liability coverage. |
| 21 | | Martin Transport, with their -- their |
| 22 | | insurance was responsible for any problems. |
| 23 | | That's the law. |
| 24 | Q. | What amount of coverage did Overnite Express |
| 25 | | have in June of 2008 for liability? |



1   A.   Overnite Express had a million dollars.

2        Martin, I believe, had a million dollars.

3        It's Martin's insurance company that's

4        liable.

5   Q.   Did Overnite Express have any additional

6        coverage beyond the one million that

7        sometimes is referred to as excess coverage

8        or umbrella coverage?

9   A.   No, no.

10   Q.   Do you know if Martin's -- I know you said

11        Martin's had a million dollar's coverage,

12        correct?  Or that was your understanding or

13        at least the requirement --

14   A.   My understanding.

15   Q.   By the way, who did Overnite Express -- what

16        insurance company did they have their

17        coverage with in June of 2008?

18   A.   Traffic Insurance.

19   Q.   Traffic insurance?

20   A.   Yeah.

21   Q.   Did Martin's have any coverage beyond the

22        $1 million when you were last dealing with

23        them in June of 2008?

24   A.   There would be no way of me knowing because

25        they had proper insurance as far as the law



| | | |
|---|---|---|
| 1 | | goes, so that was fine. What they had above |
| 2 | | and beyond, we would have no idea and weren't |
| 3 | | required to. |
| 4 | Q. | If I could direct your attention back to page |
| 5 | | 42 for a minute. Go backwards for a second, |
| 6 | | sir. |
| 7 | | Do you see paragraph eight or |
| 8 | | section eight entitled "default by carrier"? |
| 9 | | Down about very last paragraph. |
| 10 | A. | Which page? |
| 11 | Q. | The bold print, Bates stamped IP 42. Are you |
| 12 | | on 42? |
| 13 | A. | I am on 43. That makes a difference. |
| 14 | Q. | Very last paragraph, entitled "section |
| 15 | | eight." Default by carrier. Do you see |
| 16 | | that? |
| 17 | A. | Yep. |
| 18 | Q. | Starting there and then going onto the next |
| 19 | | page, which is 43. There is various |
| 20 | | paragraphs labeled A through H which set |
| 21 | | forth various reasons that International |
| 22 | | Paper could terminate this agreement if |
| 23 | | Overnite Express didn't comply with various |
| 24 | | requirements, is that correct? |
| 25 | A. | Well, I have to go through and read these |



 1              now.
 2    Q.    Sure.  Do what you need to.  I don't want you
 3          guessing.
 4    A.    Let me read it.
 5    Q.    All I am generally talking about is the
 6          subject matter of what I said, does this set
 7          forth reasons that the shipper could
 8          terminate the contract?
 9                    Take a moment.  I understand that
10          there has to be certain notice provisions as
11          stated in the first paragraph.
12    A.    Let me read it.
13    Q.    Go ahead.
14    A.    Yes.
15    Q.    My question basically was that section eight
16          sets forth various reasons that the contract
17          could be terminated by International Paper if
18          Overnite Express failed to comply with
19          certain provisions of the contract, correct?
20    A.    Right.
21    Q.    In section A, for example, one of those was
22          failure to comply with facility safety rules
23          and operating procedures, correct?
24    A.    That's correct.
25    Q.    Down in G, the contract could be terminated



 1            if Overnite Express failed to comply with

 2            federal, state or municipal laws and

 3            regulations, correct?

 4    A.    Yes.

 5    Q.    I am moving onto section nine.  There were

 6            various communications --

 7    A.    All of these rules are applicable to any

 8            carrier we brokered to, also.

 9    Q.    Okay.

10    A.    Because we had brokerage permit under the

11            contract.

12    Q.    Understood.

13    A.    Okay.

14    Q.    When you say that, what you mean is that

15            anyone that Overnite Express brokered to,

16            such as Martin's, had to comply with these

17            various provisions in the contract, as well,

18            correct?

19    A.    Correct.

20    Q.    I think if you take a look at page 46, sir,

21            section 17.  That appears to be your

22            signature.

23    A.    Yes.

24    Q.    You were signing there indicating you were

25            the person to whom notices should be sent



1          pertaining to this contract, is that correct?

2   A.     Correct.

3   Q.     Then in section 20 entitled "independent

4          contractor," do you see that?  Bottom of page

5          46?

6   A.     Yep.

7   Q.     Carrying onto page 47.  Am I correct it says

8          the carrier shall direct all persons

9          performing services under this agreement and

10         such persons are subject to the exclusive

11         control and direction of the carrier, is that

12         correct?

13  A.     That's correct.

14  Q.     On page 48, that's the signature page we

15         already went through, am I correct?

16  A.     Uh-huh.

17  Q.     And then, this contract had various

18         attachments to it, or exhibits, is that

19         right?

20  A.     Yes.

21  Q.     Was this contract in force and effect up to

22         and including June 13, 2008, when Universal

23         Am-Can purchased Overnite Express?

24  A.     It was until we signed.

25  Q.     I don't think I asked you, but as of June 13,



1           2008, did Overnite Express cease to exist?

2    A.    The corporation didn't cease, no.  They

3          didn't buy the corporation, they bought the

4          assets.

5    Q.    Did Overnite Express continue to operate

6          after June 13, 2008?

7    A.    No.  We didn't have any authority.  We sold

8          it.  We were out totally.  The insurance, the

9          authority, everything.  They bought that in

10         the terms of the contract.

11   Q.    Did the corporation, Overnite Express, still

12         exist after June 13th?

13   A.    The shell did, yes.

14   Q.    Does it still exist?

15   A.    Overnite Express?

16   Q.    Yes.

17   A.    It does, under the terms of the agreement.

18         It's not the name anymore, because that was

19         also sold.  But they didn't buy everything.

20               So what they didn't buy, the

21         corporation still owned and as a consequence

22         has sold off, trailers and whatnot, to pay

23         for the tractors.

24               And then finally there wasn't

25         enough money and the tractors that were left,



```
 1        we just turned it back to Freightliner and
 2        said, "Sorry, we're done."
 3   Q.   Turned it back to Freightliner, did you say?
 4   A.   Yeah.
 5   Q.   That was the manufacturer?
 6   A.   Yeah.
 7   Q.   Did Overnite Express continue to exist under
 8        that name as a corporation after June 13,
 9        2008?
10                  MR. FISHER:  Up to today?
11   BY MR. BURKE:
12   Q.   No, for any amount of time?
13   A.   We operated in the terms of the buy/sell
14        agreement, that we were allowed to use the
15        name up to one year because that would help
16        in the accounts receivable with the
17        customers.  They would know.
18                  If we changed the name, they would
19        say, "We don't know who this is.  They didn't
20        haul for us.  Overnite Express hauled for
21        us."
22                  We were allowed to use the name for
23        one year.  We were given one year to change
24        the name.
25   Q.   Was the name ultimately changed at some
```



1          point?

2    A.    Yes.

3    Q.    To what name?

4    A.    I believe that one was Grebe.

5    Q.    How do you spell that?

6    A.    G-r-e-b-e.  It was one of the few names not

7          taken by the state.

8    Q.    Does Grebe still exist?

9    A.    It does.

10   Q.    What's the business of Grebe today?

11   A.    Nothing.

12   Q.    Did Grebe come into existence approximately a

13         year after June 13th of 2008?

14   A.    Yeah, we had to.  We had to change the name.

15         They didn't buy the corporation.  They bought

16         the assets.  The customer base.  All that.

17   Q.    Did you tell me they bought the name or did

18         not buy the name?

19   A.    They bought the name.

20   Q.    That's what I thought.

21   A.    But we were allowed to use it for one year

22         for collections and what not.  Part of the

23         contract.

24   Q.    For those collections, who was receiving

25         those revenue?  Who did that belong to after



```
 1            June 13th, '08?
 2   A.   Am-Can.  Who did the receivables belong to?
 3   Q.   Correct.
 4   A.   The receivables belonged to Overnite Express
 5        up to the thirteenth.  Any load that was
 6        delivered prior to the thirteenth, actually
 7        12:01, 14.  Thirteenth we had it.  That was
 8        our revenue.  We were responsible to pay for
 9        carriers and contractors and vendors and
10        whatnot up to that point.
11                  Also responsible to collect their
12        own money.  So we were allowed to use the
13        name, Overnite Express, for one year for the
14        purposes of the business handled prior to
15        that.
16   Q.   For collecting receivables for work performed
17        prior to June 13th?
18   A.   Correct.
19   Q.   Got it.  And then after June 13th, 2008, did
20        Overnite Express engage in transportation
21        services?
22   A.   Zero.
23   Q.   Am I correct that Overnite Express then did
24        not have an operating authority?
25   A.   Correct.  They bought the operating
```



Case: 1:09-cv-05340 Document #: 330-22 Filed: 05/28/13 Page 49 of 94 PageID #:4553

```
 1          authority.
 2   Q.     Universal bought it?
 3   A.     Yes.
 4   Q.     The corporation, Grebe, that you mentioned,
 5          did it engage in any business at any time
 6          between 2008 and the present time?
 7   A.     You mean the hauling of any freight?
 8   Q.     We can start with that.
 9   A.     No.
10   Q.     Did not haul freight?
11   A.     No.
12   Q.     Grebe did not have an operating authority?
13   A.     No.
14   Q.     Does Grebe have an operating authority today?
15   A.     No.
16   Q.     Did Grebe engage in any other business?
17   A.     They sold off what assets they had that
18          Universal didn't buy.
19   Q.     What would those assets have been?
20   A.     Some older trailers.  There is a few older
21          trailers that they didn't buy.  What else?
22          Not a heck of a lot.
23                  Tractors.  They didn't own those
24          tractors either but they didn't -- basically
25          accounts receivable is all they did.  And
```



ROBERT ELSHOLTZ
SCHEINMAN vs. MARTIN'S BULK MILK SERVICE

April 17, 2012
48

```
 1         they paid off vendors as best they could.
 2    Q.   When you say they sold off trailers and some
 3         tractors --
 4    A.   They didn't really sell -- Grebe didn't but
 5         O.X.LLC did.
 6    Q.   And that's what I was getting at.  I thought
 7         you told me --
 8    A.   Grebe didn't do anything.  Didn't do
 9         anything.
10    Q.   Because O.X. actually owned those tractors
11         and trailers --
12    A.   O.X.LLC did.
13    Q.   -- if I heard you correctly earlier?
14    A.   Yes.
15    Q.   There is a few other pages that have your
16         signature.  Could you look at -- that was
17         your signature on page 48 at the end of the
18         agreement.
19                   And then if you flip to page 52.
20         Probably look at page 51 first for Exhibit B.
21         That's a fuel index schedule, is that
22         correct?
23    A.   Correct.
24    Q.   On page 52, you were signing that to indicate
25         agreement with the schedule set forth in
```



1          Exhibit B, is that correct?

2    A.    Correct.

3    Q.    That's your signature on page 16 of 24 of the

4          contract?

5    A.    Page 16?

6    Q.    Of 24.

7    A.    Yes.  16 of 24, yes.  Correct.

8    Q.    How about if you flip to Bates stamp page 64,

9          which is also page 23 of 24 on the contract.

10   A.    Page 60?

11   Q.    64.  The bold print IP64?

12   A.    Okay.

13   Q.    That's your signature there, as well, is that

14         correct?

15   A.    Yes.

16   Q.    You were signing to indicate acceptance of

17         Exhibit H, which was electronic compliance

18         requirements, correct?

19   A.    Yes.

20   Q.    In general, what did that refer to, Mr.

21         Elsholtz?

22   A.    I have to go back through and read it.

23   Q.    Take your time.  I think it starts on page

24         63.

25   A.    Yeah, that's electronic tendering of traffic.



ROBERT ELSHOLTZ
SCHEINMAN vs. MARTIN'S BULK MILK SERVICE

April 17, 2012
50

```
 1        We agreed to accept the loads electronically.
 2   Q.   This contract that you had with International
 3        Paper, was it purchased by Universal as part
 4        of the sale on June 13, 2008?
 5   A.   All of our customer base was.  For contracts,
 6        whatever they continued with, it was their
 7        responsibility to continue the contracts.  I
 8        am assuming that they did.
 9   Q.   Were you involved in any discussions with
10        International Paper and/or Universal
11        concerning Universal's representation to
12        International Paper that they would comply
13        with the terms of this contract?
14   A.   I'm not sure.  I know Universal had thousands
15        of contracts, too.  They may have had one
16        with International Paper I was not aware of,
17        whether they did or didn't.
18             Really didn't care.  They got the
19        contract.  What they wanted to do with it,
20        that's up to them.  We were out of it.
21             MR. FISHER:  Could you repeat the
22        question for me?
23             (The requested portion was read back
24             by the Court Reporter).
25
```



```
 1        BY MR. BURKE:
 2   Q.   Mr. Elsholtz, I'm going to show you what is
 3        marked as Exhibit 1, Bates stamp page UACL67.
 4        I don't think you have that in front of you
 5        but I'll give you a copy.
 6   A.   Are we done with this now (indicating)?
 7   Q.   I think so.  At the moment.  You can flip it
 8        over, yes.
 9              MR. FISHER:  I can pop up a copy of
10        this.
11        BY MR. BURKE:
12   Q.   This page 67 of Exhibit 1 I am tendering to
13        you is a letter on Mark Linback's (ph)
14        letterhead at UACL and signed by Gina Hubbs
15        (ph).
16              Do you know either of those people?
17   A.   I know Mark Linback (ph).
18   Q.   Do you know him other than through your sale
19        of your company to him?
20   A.   No.
21   Q.   Just take a look at that letter.  Was that a
22        letter you had any involvement in approving
23        or drafting?  Or was it shown to you?
24   A.   I have never seen this before.
25   Q.   Okay.
```



ROBERT ELSHOLTZ                                   April 17, 2012
SCHEINMAN vs. MARTIN'S BULK MILK SERVICE                      52

1    A.   But it's fine.  I mean, you know.
2    Q.   That all sounds accurate?
3    A.   Yeah.
4    Q.   As to what was taking place upon the sale of
5         business?
6    A.   Yeah.  Everything had to be prepared ahead of
7         time so it wasn't a Chinese fire drill.  And
8         I don't mean to be biassed there.
9    Q.   No problem.  Did you go to work for Universal
10        Am-Can at any time?
11   A.   No, never.
12   Q.   Did your son do so?
13   A.   Yes.
14   Q.   I should say your son, Robert?
15   A.   Yes.
16   Q.   Who did he go to work for?
17   A.   Universal Am-Can.
18   Q.   Does he still work for them?
19   A.   Yes.
20   Q.   I know I have heard it, but where is he
21        located and what's his position, as best you
22        understand it?
23   A.   Where is he located?  The address?
24   Q.   Where is he working at, yes?
25   A.   I don't know if it's Woodbury or what it is.



1       I don't know the address.  One of the metro

2       suburbs.

3  Q.   Still for Universal Am-Can?

4  A.   Yes.

5  Q.   What's his job or position or title?

6  A.   I'm not sure what his title is.  Titles can

7       be anything, you know?

8  Q.   I know.  Did any other members of your family

9       go to work for Universal Am-Can?

10 A.   Matthew.

11 Q.   Does he still work for them?

12 A.   Yes.

13 Q.   What's his position or type of work does he

14      do?

15 A.   Same thing.  Arranging for loads and what

16      not.  Really didn't change.

17 Q.   At the time of the sale, did Universal Am-Can

18      purchase any rights to insurance liability

19      coverage that Overnite Express had?

20 A.   No.  They didn't have anything to do with our

21      insurance.

22 Q.   And did International Paper have liability

23      insurance coverage for any injuries that

24      might occur during the performance of

25      transportation services under the contract of



ROBERT ELSHOLTZ
SCHEINMAN vs. MARTIN'S BULK MILK SERVICE

April 17, 2012
54

1    October 2007?

2  A.  I don't --

3            MR. FISHER:  Foundation.

4  A.  -- be aware of anything of International

5      Paper's.

6      BY MR. BURKE:

7  Q.  Do you have the asset purchase agreement in

8      front of you, sir?

9            (Discussion held off the record.)

10           MR. BURKE:  We're going to take a

11     five minute break.

12           (A short break was taken.)

13           (Deposition Exhibit No. 107 was

14           marked for identification.)

15     BY MR. BURKE:

16  Q. Mr. Elsholtz, I have tendered to you what we

17     have marked as Exhibit 107, which is Bates

18     stamped in the lower, right-hand corner pages

19     UACL/OEI109 through 155.  This is entitled

20     an asset purchase agreement on the first

21     page, which is page 109.  Am I correct?

22  A.  Yes.

23  Q.  Have you seen this document recently?

24  A.  I guess we looked at it.

25  Q.  That's all -- that's all I am getting at.



1        You reviewed it --

2    A.   My memory is good but it's short.

3    Q.   Is this a true and accurate copy of the asset

4        purchase agreement for the --

5    A.   I believe it to be.

6    Q.   And it's the asset purchase agreement for

7        the, in general terms, the sale of Overnite

8        Express, Inc., to Universal Am-Can Limited,

9        is that correct?

10   A.   Correct.

11   Q.   Am I correct that on page 109, paragraph one,

12       more specifically sets forth an explanation

13       of the transaction that is taking place, is

14       that correct?

15   A.   Yes.

16   Q.   If I could direct your attention just to that

17       front page, that first paragraph on the front

18       page just to see if there is any further

19       clarification needed beyond what you have

20       already explained.

21            Let me direct you down to about --

22       if you start reading, it describes the

23       purchasers and then what I want to direct you

24       to is where it starts describing the sellers,

25       starting with Overnite Express.



ROBERT ELSHOLTZ
SCHEINMAN vs. MARTIN'S BULK MILK SERVICE

April 17, 2012
56

```
 1   A.   Okay.
 2   Q.   Tell me when you are there.  Should be in
 3        line five.  It describes the sellers as
 4        Overnite Express, Inc.  And then also
 5        O.X.LLC, correct?
 6   A.   Correct.
 7   Q.   You have already explained the involvement of
 8        O.X.LLC in the transaction with United (sic),
 9        correct, when we first started talking?
10   A.   Yes.
11              MR. FISHER:  You mean Universal?
12        You said United.
13              MR. BURKE:  Universal, thank you.
14        BY MR. BURKE:
15   Q.   The other sellers, in addition to Overnite
16        Express and O.X. start with name and some
17        persons and some trusts.  The first name is
18        W. E. Elsholtz, Junior, a/k/a Willis Elsholtz
19        individually and as trustee of the W. E.
20        Elsholtz, Junior, revocable trust.
21   A.   Yes.
22   Q.   Is that your brother?
23   A.   Yes.
24   Q.   And then, where it goes onto say Robert W.
25        Elsholtz, a/k/a Robert Weston Elsholtz
```



Case: 1:09-cv-05340 Document #: 330-22 Filed: 05/28/13 Page 59 of 94 PageID #:4563

1          individually and as trustee of the Robert

2          Weston Elsholtz revocable trust agreement, is

3          that you?

4     A.   Yes.

5     Q.   Then it goes onto say Robert Willis Elsholtz.

6          Is that a different person?

7     A.   Yeah.  His son.

8     Q.   Pardon?

9     A.   His son.

10    Q.   Whose son?

11    A.   My son.

12    Q.   And then Matthew Weston Elsholtz is also your

13         son, correct?

14    A.   Yes.

15    Q.   It goes onto say toward the bottom who are

16         the shareholders of Overnite.  And my

17         question to you is which of those entities

18         were the shareholders of Overnite Express?

19    A.   They all were.

20    Q.   Including your sons and the trusts?

21    A.   Yeah, they had a small -- very small portion,

22         yeah.

23    Q.   And then it goes onto say two of them are

24         members of O.X.L.  Which two are referred to

25         there, which --



1  A.  Myself and Willis E.

2  Q.  Is Willis E. your brother?

3  A.  Yes.

4  Q.  Then I direct your attention a little further

5      down, paragraph one of page 109 where it sets

6      forth sale and purchase of assets.

7               Do you see that?

8  A.  Yes.

9  Q.  That goes on to identify the assets that are

10     being purchased, is that correct?

11 A.  Yes.

12 Q.  As you told us earlier, in paragraph 1B, all

13     operating authority and certificates both

14     interstate and intrastate were purchased by

15     Universal, correct?

16 A.  Correct.

17 Q.  Down on paragraph D, does that indicate all

18     lists of customers, as well as all customer

19     contracts and agreements were purchased by

20     Universal?

21 A.  Yes.

22 Q.  That would include the October 7, 2008,

23     contract between International Paper and

24     Overnite Express that we have been going

25     through earlier, is that correct?



ROBERT ELSHOLTZ
SCHEINMAN vs. MARTIN'S BULK MILK SERVICE

April 17, 2012
59

```
 1    A.    Correct.  That's up to International to

 2          agree.

 3    Q.    Was it your understanding they ultimately did

 4          agree, or do you know?

 5    A.    Well, I am assuming they did.  They wouldn't

 6          have been hauling the freight if they hadn't.

 7    Q.    You mean Universal wouldn't be hauling the

 8          freight --

 9    A.    Martin Transport wouldn't have been hauling

10          the freight.

11    Q.    Okay.  In paragraph -- on page 110, the large

12          paragraph that begins about midway down the

13          page.  Do you see that, sir?

14    A.    Yep, Exhibit A?

15    Q.    Yes.  Thereafter, that's starting with

16          hereinafter --

17    A.    Yep.

18    Q.    That discusses some of what you were

19          explaining earlier about the sale of

20          O.X.L.-owned tractors, is that correct?

21    A.    Yes.

22    Q.    Okay.  Let me direct your attention to page

23          114.  Very bottom.  Section four.  Starts

24          with sublease arrangement.  Do you see that?

25    A.    Yep.
```



```
 1   Q.   It says that as to lease trailers, the leases
 2        involved will not be assigned or assumed and
 3        that rather O.X.L. and Overnite on the one
 4        hand and UACL on the other hand shall enter
 5        into equipment sublease agreements.
 6                  What was that dealing with?
 7   A.   Overnite Express leased about 200 trailers
 8        from Extra.  A trailer leasing company.  In
 9        fact, it's owned by Warren Buffet.  His
10        company.
11                  It's just a commercial leasing,
12        trailer leasing company.  Nationwide.
13   Q.   That Overnite Express had been leasing
14        trailers from?
15   A.   Yes.
16   Q.   Am I understanding correctly, Universal was
17        not assuming those leases?
18   A.   Correct.
19   Q.   If I ask you to take a look at page 133, this
20        is -- which is page 25 of the asset purchase
21        agreement?
22   A.   Uh-huh.
23   Q.   That's a signature page, correct?
24   A.   Yes.
25   Q.   On the right side, it's got the column for
```



```
1           sellers and is it signed by you in your
2           capacity as president?
3    A.     Yes.
4    Q.     Of Overnite Express, Inc?
5    A.     Yep.
6    Q.     You also signed on behalf of O.X.LLC,
7           correct?  In the second signature block?
8    A.     On page 134?
9    Q.     No.  133.  Right under your --
10   A.     Yeah, that's my signature.
11   Q.     You were signing on behalf of O.X.LLC, as
12          well, right?
13   A.     Yeah.
14   Q.     And you indicated your title at O.X.LLC was
15          governor?
16   A.     Right.
17   Q.     What position or responsibility did you have
18          as governor of O.X.LLC?
19   A.     Bought the equipment.
20   Q.     And then there is also a signature line for
21          owners and you signed, again, correctly,
22          individually and on behalf of your trust?
23   A.     Yeah.
24   Q.     And then it looks like, is that your
25          brother's signature below you, your brother,
```



```
 1        Willis?
 2   A.   Where are you on that page?
 3   Q.   In the owners' section, the fourth signature
 4        block down.
 5   A.   That would be my brother's.
 6   Q.   The next signature block where it says Robert
 7        W. Elsholtz, is that your son's signature?
 8   A.   The third one down?
 9   Q.   Fifth one down.  Robert W. Elsholtz, a/k/a
10        Robert Weston --
11   A.   That's me.
12   Q.   Yes, I'm sorry.  Lastly, your son, Matthew,
13        then he signed, as well, correct?
14   A.   Correct.
15   Q.   Then actually, the third signature line down
16        under "owners," do you see where that is?
17   A.   That's me.
18   Q.   I think the third one is Robert Willis
19        Elsholtz, am I correct?
20   A.   You mean from the very top?
21   Q.   Yeah.
22   A.   I thought you meant owners.
23   Q.   No.
24   A.   Number one on owners, number three on top of
25        the page.
```



ROBERT ELSHOLTZ
SCHEINMAN vs. MARTIN'S BULK MILK SERVICE

April 17, 2012
63

| | | |
|---|---|---|
| 1 | Q. | Robert Willis is your son, correct? |
| 2 | A. | Correct. |
| 3 | Q. | I just went back to that because I may have |
| 4 | | misspoken myself earlier. |
| 5 | | Then take a look at page 134. What |
| 6 | | is your understanding of the purpose of that |
| 7 | | page and the signatures there? It's entitled |
| 8 | | joinder by affiliates. |
| 9 | A. | That's just some legal mumbo jumbo. Sorry |
| 10 | | about that, but that's what I refer to it as. |
| 11 | Q. | That affiliate being referred to, one of them |
| 12 | | is Management Assistance Corporation of St. |
| 13 | | Paul, correct? |
| 14 | A. | I suppose, yeah. I'm not sure really what |
| 15 | | that was all about. |
| 16 | Q. | Well, the company Management Assistance |
| 17 | | Corporation of St. Paul is typed out there |
| 18 | | though, correct? On the far right? |
| 19 | A. | Yeah. Right. |
| 20 | Q. | Somebody signed as VP. And is that yourself |
| 21 | | or is it possibly your brother's signature? |
| 22 | A. | It's my brother. |
| 23 | Q. | There is a second affiliate referred to as |
| 24 | | Pelham Properties, LLC. What was the |
| 25 | | business of Pelham Properties? |



ROBERT ELSHOLTZ
SCHEINMAN vs. MARTIN'S BULK MILK SERVICE

April 17, 2012
64

1   A.   They owned real estate.

2   Q.   What real estate did they own related to the

3        business of Overnite Express?

4   A.   656 Pelham Boulevard.

5   Q.   Headquarters?

6   A.   Right.

7   Q.   I thought earlier you had said that property

8        was leased?

9   A.   It was.

10  Q.   Oh, it was leased from Pelham Properties?

11  A.   Right.

12  Q.   I got you.  Who owned Pelham Properties?

13  A.   I did.  And my brother did.

14  Q.   What was your position or title with Pelham

15       Properties?

16  A.   It was LLC, so I had to be a governor.

17  Q.   Looks like, did your brother sign on behalf

18       of Pelham Properties?

19  A.   Yes.

20  Q.   Your brother, Willis?

21  A.   Yes.

22  Q.   The South Holland, Illinois, office of

23       Overnite Express where Melody Hanson (ph)

24       worked, did Pelham Properties own that

25       location?



```
 1   A.   No.

 2   Q.   From whom did Overnite Express rent or lease

 3        that business location?

 4   A.   Whoever owned the property down there.  I

 5        don't know what that name was.

 6   Q.   That was not leased from a company that you

 7        had an ownership interest in?

 8   A.   Not at all.  None of the others.  All the

 9        other terminals were owend by other people.

10        I do not know who they are.

11              MR. BURKE:  Okay.  I don't think I

12        have anything else right at the moment, sir.

13        Thank you for your time.

14              THE WITNESS:  Okay.

15              MR. FISHER:  Anybody on the line

16        have any questions?

17              MR. SCHRECK:  Can we take a few

18        minutes break?

19              MR. BURKE:  Sure.

20              (A short break was taken.)

21              MR. SCHRECK:  I'm back.  Is

22        everybody else back?  Ready to go?

23              THE WITNESS:  Nobody left.

24              MR. SCHRECK:  I think Carlton may

25        find this very strange, but I don't think I'm
```



```
 1            going to ask any questions.
 2                    MR. FISHER:  No, I don't consider
 3            it strange.
 4                    MR. GOLDEN:  No more than usual.
 5                    MR. BURKE:  We won't call you
 6            strange.
 7                    MR. FISHER:  Brian, any questions?
 8                    MR. LANGS:  I just have a couple
 9            questions probably.
10                    MR. FISHER:  You are a little
11            muffled.
12                         *   *   *
13                      EXAMINATION
14                         *   *   *
15            BY MR. LANGS:
16       Q.   Mr. Elsholtz, can you hear me?
17       A.   Yes.
18       Q.   I just have a couple questions of you.  My
19            name is Bryan Langs.  I represent BMW.  Are
20            you aware of the product liability --
21       A.   Start again.  We can't understand it.
22       Q.   Mr. Elsholtz, are you aware of the product
23            liability --
24       A.   I believe he said are you aware of the
25            liability case that is pending against
```



Case: 1:09-cv-05340 Document #: 330-22 Filed: 05/28/13 Page 69 of 94 PageID #:4573

ROBERT ELSHOLTZ
SCHEINMAN vs. MARTIN'S BULK MILK SERVICE

April 17, 2012
67

```
 1         Universal Am-Can.  I believe that's --
 2                   MR. FISHER:  Actually, I think he
 3         -- why don't you just pose it again very
 4         slowly?
 5         BY MR. LANGS:
 6    Q.   Are you aware of the product liability counts
 7         the plaintiff in the case has alleged against
 8         BMW?
 9    A.   I heard that they were reaching out there.  I
10         have no idea what your liability is.  As a
11         broker --
12    Q.   Is it fair to say that you do not have any
13         opinions in regards to any allegation related
14         to the effect or design of BMW product?
15    A.   No.  I have none.
16    Q.   I'm sorry I couldn't hear you.
17                   MR. FISHER:  He said, "I have
18         none."
19    A.   We don't have anything to do with this either
20         because according to the broker --
21                   MR. LANGS:  Perfect.  That's all
22         the questions I have.
23    A.   -- case of the brokers law.  We don't have
24         anything to do with it either.
25                   MR. FISHER:  Bob, you have no
```



1    questions?

2           MR. GOLDEN:  No, sir.

3           MR. FISHER:  Okay, I just have a

4    couple.

5                \*   \*   \*

6               EXAMINATION

7                \*   \*   \*

8    BY MR. FISHER:

9    Q.   Mr. Elsholtz, with respect to Exhibit 107,

10        this is the asset purchase agreement that was

11        entered into by you and others on behalf of

12        the sellers with Universal Am-Can for the

13        assets that are listed in the agreement?

14    A.   Yes.

15    Q.   Is it fair to say, to summarize your

16        testimony in response to questions raised by

17        Mr. Burke, that as of July 3, 2008, the

18        corporation known as Overnite Express had

19        nothing to do with any International Paper

20        freight that was being moved from point A to

21        point B by a Martin's Bulk Milk driver?

22           MR. BURKE:  Objection just to the

23        form of that question in the summary fashion,

24        but go ahead and answer, Mr. Elsholtz.

25           MR. SCHRECK:  I will join, as well.



 1   A.   No, we had sold the assets.  They were

 2        operating them.  We had no responsibility at

 3        all.  As a matter of fact, Universal doesn't

 4        have any responsibility, according to the

 5        brokerage laws of the United States.  Martin

 6        Transport --

 7                 MR. BURKE:  Objection.  Just a lack

 8        of foundation basis.  Calls for legal

 9        conclusions.  Ask to strike the volunteered

10        portion.

11   A.   It's the law.

12        BY MR. BURKE:

13   Q.   Let me, without expressing your opinion about

14        what Universal Am-Can's responsibilities may

15        or may not be, is it a fair statement to say

16        that as of July 3, 2008, Overnite Express had

17        no responsibility for the movement of

18        International Paper freight because, among

19        other reasons, you had sold the operating

20        authority of Overnite Express to Universal

21        Am-Can and that went into effect as of

22        June 13, 2008, correct?

23   A.   That's correct.

24   Q.   Okay.  And with respect to O.X.LLC, its only

25        involvement both before June 13th and after



1        June 13, 2008, had to do with the ownership

2        of certain tractors and trailers?

3    A.  Correct.

4    Q.  And to the best of your knowledge, is it

5        correct that none of the O.X.LLC tractors or

6        trailers were involved in the accident of

7        July 3, 2008?

8    A.  Absolutely.  It's all Martin's.

9    Q.  You were asked some questions by Mr. Burke

10       about various parts of the contract that

11       existed between International Paper and

12       Overnite Express.

13              Do you remember him asking you

14       those questions?

15   A.  Correct.

16   Q.  Rather than go over each one of those

17       questions again, on those questions in which

18       he drew your attention to certain legal

19       obligations of a carrier, a trucking company,

20       is it fair to say that as of June 13, 2008, a

21       company such as Martin's Bulk Milk had an

22       independent responsibility to abide by

23       whatever laws apply to it, regardless of what

24       may have been expressed in any contract that

25       existed?



ROBERT ELSHOLTZ
SCHEINMAN vs. MARTIN'S BULK MILK SERVICE

April 17, 2012
71

```
 1              MR. BURKE:  Object --
 2              MR. SCHRECK:  I am going to object
 3      on foundation.  Calls for speculation.  Calls
 4      for a legal conclusion.
 5              MR. BURKE:  Objection.  Lack of
 6      foundation basis.  Calls for conclusions and
 7      speculation.
 8  A.  But it's the truth.
 9              MR. BURKE:  Just for the record, I
10      object to the volunteered portion of Mr.
11      Elsholtz's responses here and other places.
12              MR. FISHER:  We'll disclose him as
13      our expert later.
14              MR. SCHRECK:  I'll join.
15              (Discussion held off the record.)
16              MR. FISHER:  I don't have any other
17      questions.  Assuming there is no other
18      questions of him --
19              MR. SCHRECK:  Actually, I have one
20      or two quick questions.
21
22                       *   *   *
23                     EXAMINATION
24                       *   *   *
25      BY MR. SCHRECK:
```



1   Q.   Mr. Elsholtz, what's your date of birth?

2   A.   12/2/1937.  I am an old fellow.

3   Q.   You weren't involved with the tractor and

4        trailer that were used to July 3, 2008, for

5        the shipment from International Paper, were

6        you?

7   A.   We have nothing to do with this whole case.

8   Q.   My question is, you don't know who

9        specifically owned the tractor or container

10       or the trailer that was used on July 8, 2008?

11  A.   None of it.

12  Q.   Is that correct?

13  A.   None of it.

14            MR. BURKE:  I didn't want to

15       interrupt you, but objection to the

16       volunteered earlier response to the preceding

17       question and having nothing to do with the

18       whole case.

19  A.   True statement.

20            MR. SCHRECK:  I will join that.

21       That's all the question I have.

22            MR. FISHER:  Matt, a friendly

23       amendment, I presume by your question you

24       meant July 3rd, not July 8th?

25            MR. SCHRECK:  That's correct.  If I



1    said July 8th, I meant July 3rd.

2              MR. FISHER:  With no other

3    questions, I think we will show signature is

4    reserved.

5              MR. BURKE:  We can go off the

6    record.

7         (Deposition concluded at 1:00 p.m.)

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25



ROBERT ELSHOLTZ
SCHEINMAN vs. MARTIN'S BULK MILK SERVICE

April 17, 2012
74

```
 1              DEPOSITION ERRATA SHEET
      Our Assignment No. 344706
 2    Case Caption: MURRAY SCHEINMAN, ET AL
                          vs.
 3                MARTIN'S BULK MILK SERVICE,
                  ET AL
 4
         DECLARATION UNDER PENALTY OF PERJURY
 5          I declare under penalty of perjury
      that I have read the entire transcript of
 6    my Deposition taken in the captioned matter
      or the same has been read to me, and
 7    the same is true and accurate, save and
      except for changes and/or corrections, if
 8    any, as indicated by me on the DEPOSITION
      ERRATA SHEET hereof, with the understanding
 9    that I offer these changes as if still under
      oath.
10    Signed on the ____ day of _____, 2012.

11    _____
                ROBERT WESTON ELSHOLTZ
12

13

14              DEPOSITION ERRATA SHEET
15    Page No._____Line No.__Change
      to:_____
16    _____
      Reason for change:_____
17    _____

18    Page No._____Line No.__Change
      to:_____
19    _____
      Reason for change_____
20    _____
      Page No._____Line No.__Change
21    to:_____
22    _____
      Reason for change_____
23    _____
      Page No._____Line No.__Change
24    to:_____
      _____
25    Reason for change:_____
      _____
      Page No._____Line No.__Change
```



ROBERT ELSHOLTZ
SCHEINMAN vs. MARTIN'S BULK MILK SERVICE

April 17, 2012
75

1    to:_____

2    Reason for change:_____

3    Page No._____Line No.___Change
      to:_____

4

5    Reason for change:_____

    Page No._____Line No.___Change
6    to:_____

7    Reason for change:_____

8    Page No. ____Line No.___Change
      to:_____
9

    Page No. ___Line No.___Change
10   to:_____

11   _____

12

13

14         SIGNATURE:_____

15              ROBERT WESTON ELSHOLTZ

16         DATE:_____

17

18

19

20

21

22

23

24

25



1    STATE OF MINNESOTA )

2
     COUNTY OF RAMSEY   )

3

4              Be it known that I took the
     deposition of ROBERT WESTON ELSHOLTZ on July

5    17, 2012;

6              That I was then and there a
     notary public in and for the County of

7    Ramsey, State of Minnesota, and that by
     virtue thereof I was duly authorized to

8    administer an oath;

9              That the witness before
     testifying was by me first duly sworn to

10   testify the whole truth and nothing but the
     truth relative to said cause;

11

12             That the testimony of said
     witness was recorded in stenotype by myself
     and transcribed into typewriting under my

13   direction, and that the deposition is a true
     record of the testimony given by the witness

14   to the best of my ability;

15             That I am not related to any of
     the parties hereto nor interested in the

16   outcome of the action;

17             That the reading and signing by
     the witness and Notice of Filing were not

18   waived;

19
               Witness my hand and seal this 24th

20   day of July, 2012.

21

22
                    _____
                    Vicki A. Lesewski

23                  COURT REPORTER

24

25



ROBERT ELSHOLTZ
SCHEINMAN vs. MARTIN'S BULK MILK SERVICE

April 17, 2012
Index: $1..accident

**$**

$1   38:22

$1,000,000
  37:14

**0**

08   46:1

**1**

1   22:12
  51:3,12

107   54:13,
  17 68:9

109   54:21
  55:11
  58:5

110   59:11

114   59:23

12   23:18

12/2/1937
  72:2

12:01   46:7

13   10:18
  37:8
  42:22,25
  43:6 44:8
  50:4
  69:22
  70:1,20

133   60:19
  61:9

134   61:8
  63:5

13th   5:24
  6:1 11:6

14:18
17:21
43:12
45:13
46:1,17,
  19 69:25

14   46:7

155   54:19

16   49:3,5,
  7

17   11:9
  41:21

1947   18:13

1949
  18:14,18

1960   19:20

1:00   73:7

1B   58:12

1st   24:13

**2**

2   22:2

20   10:6
  42:3

200   60:7

2007   21:7
  22:4,13
  23:3,18
  24:3,13
  54:1

2008   5:24
  10:19
  11:13,16
  12:23
  15:12
  18:2
  19:11,13
  27:23
  37:17,25

38:17,23
42:22
43:1,6
44:9
45:13
46:19
47:6 50:4
  58:22
68:17
69:16,22
70:1,7,20
72:4,10

2010   11:9

2011   11:10

2012   11:9

23   49:9

24   22:10,
  12 49:3,
  6,7,9

25   60:20

**3**

3   11:13,15
  27:23
  68:17
  69:16
  70:7 72:4

30   23:3

36   22:3

38   23:23
  25:19
  27:12

39   27:12
  29:9,11
  35:4

3A   27:6,14

3K   27:14

3rd   28:4
  72:24

73:1

**4**

40-plus
  15:11

42   36:11
  39:5,11,
  12

43   39:13,
  19

44   37:8

45   37:12

450   8:17

46   41:20
  42:5

47   42:7

48   22:22
  42:14
  48:17

**5**

51   48:20

52   48:19,
  24

55   5:7

55110   5:8

**6**

60   49:10

63   49:24

64   49:8,11

656   7:22
  64:4

67   51:12

**7**

7   58:22

70s   20:12

75   22:3

**8**

8   72:10

80s   10:7
  20:12

8th   72:24
  73:1

**9**

90s   10:8

**A**

a/k/a
  56:18,25
  62:9

abide
  70:22

Absolutely
  32:5 70:8

accept
  50:1

acceptance
  49:16

accepted
  23:2

accident
  11:12
  27:22
  70:6



ROBERT ELSHOLTZ
SCHEINMAN vs. MARTIN'S BULK MILK SERVICE

April 17, 2012
Index: accord..Barge

**accord**
30:21

**accordance**
30:2

**accounting**
13:20

**accounts**
15:17
44:16
47:25

**accurate**
24:11
52:2 55:3

**acquire**
12:18

**acronym**
17:6

**addition**
56:15

**additional**
13:1 38:5

**address**
14:6
52:23
53:1

**Administration**
26:23

**administrative**
23:14

**adopted**
28:17

**affiliate**
63:11,23

**affiliates**
63:8

**affirming**
28:1

**agree**
59:2,4

**agreed**
23:2
25:3,8
29:18,20
50:1

**agreeing**
27:6

**agreement**
6:18 21:4
24:2
39:22
42:9
43:17
44:14
48:18,25
54:7,20
55:4,6
57:2
60:21
68:10,13

**agreements**
58:19
60:5

**ahead**
32:19
33:7
40:13
52:6
68:24

**allegation**
67:13

**alleged**
67:7

**allowed**
44:14,22
45:21
46:12

**alpha**
17:18

**Am-can**
6:19
11:20
17:24

**arrangement**
59:24

**Arranging**
53:15

**asset**  21:4
54:7,20
55:3,6
60:20
68:10

**assets**
6:24 7:11
43:4
45:16
47:17,19
58:6,9
68:13
69:1

**assigned**
17:9 60:2

**Assistance**
14:19,21,
24 15:5,
10 16:1,
2,6
63:12,16

**assistant**
23:14

**assume**
27:15

**assumed**
7:16
28:17
36:7 60:2

**assuming**
50:8 59:5
71:17

**assumption**
6:22

**attachments**
42:18

**attention**

28:18
42:23
46:2
52:10,17
53:3,9,17
55:8 67:1
68:12
69:21

**Am-can's**
69:14

**amendment**
72:23

**amount**
37:24
44:12

**ample**
28:14

**and/or**
50:10

**anticipation**
20:23

**anymore**
43:18

**appears**
23:10
41:21

**applicable**
30:2,16,
23 41:7

**apply**
34:17,18,
70:23

**approving**
51:22

**approximately**
8:14 11:4
45:12

**arms'**  12:4

**arranged**
34:14

25:16
29:9 39:4
55:16
58:4
59:22
70:18

**authorities**
6:25 7:14
8:5,10,12
16:11,19

**authority**
16:9,14,
17 31:21
32:24
43:7,9
46:24
47:1,12,
14 58:13
69:20

**avoid**
31:2,16

**aware**
50:16
54:4
66:20,22,
24 67:6

─────────

**B**

**back**  18:1
23:22
29:3 39:4
44:1,3
49:22
50:23
63:3
65:21,22

**background**
19:17

**backwards**
39:5

**Barge**
13:16



ROBERT ELSHOLTZ
SCHEINMAN vs. MARTIN'S BULK MILK SERVICE

April 17, 2012
Index: base..carryover

**base** 45:16
50:5

**basically**
14:13
21:12
36:17
40:15
47:24

**basis**
28:11
69:8 71:6

**Bates**
22:17,
23:22
39:11
49:8 51:3
54:17

**beginning**
23:22

**begins**
59:12

**behalf**
23:16
25:12
61:6,11,
22 64:17
68:11

**believed**
32:20

**belong**
45:25
46:2

**belonged**
46:4

**biassed**
52:8

**birth** 72:1

**bit** 17:25
18:24
26:15

**black**

22:18

**block** 61:7
62:4,6

**BMW** 66:19
67:8,14

**Bob** 67:25

**boilerplate**
21:13
25:2

**bold** 49:11

**Book** 7:13

**bottom**
42:4
57:15
59:23

**bought**
6:24
43:3,9
45:15,17,
19 46:25
47:2
61:19

**Boulevard**
7:22 15:8
64:4

**break**
54:11,12
65:18,20

**Brian** 66:7

**bring** 29:9

**broker**
32:2,
33:20,24
34:1
35:13,15
37:3
67:11,20

**broker's**
36:18

**brokerage**

16:7
32:25
41:10
69:5

**brokeraged**
31:4

**brokered**
13:17
31:5,14,
19 33:14
34:4
36:2,3,6,
24 41:8,
15

**brokering**
32:8

**brokers**
67:23

**brother**
6:14
15:1,2
18:5
56:22
58:2
61:25
63:22
64:13,17,
20

**brother's**
61:25
62:5
63:21

**Bryan**
66:19

**Buffet**
60:9

**buildings**
7:15

**Bulk** 11:23
12:3
70:21

**Burke** 4:8,
9 12:16
19:2 21:5
28:12
29:2,7
33:10,23
44:11
51:1,11
54:6,10,
15 56:13,
14 65:11,
19 66:5
68:17,22
69:7,12
70:9
71:1,5,9
72:14
73:5

**business**
6:3,21
7:13 9:21
11:18
13:5
14:20
17:16
18:7
24:17,19
26:6
36:16
45:10
46:14
47:5,16
52:5
63:25
65:3

**buy** 11:20
43:3,19,
20 45:15,
47:18,21

**buy/sell**
44:13

_____
C
_____

**call** 9:1

66:5

**called** 4:3
9:5 18:21

**Calls** 69:8
71:3,6

**capacity**
61:2

**care** 50:18

**Carlton**
65:24

**carrier**
16:13,16
18:9 24:6
25:21
26:7,16,
20 27:4,9
31:6,7
32:3,18
33:2,15,
20 34:2,
3,4,9
35:14
36:4,23
37:3
39:8,15
42:8,11
70:19

**carrier's**
29:12

**carriers**
16:8
31:14
35:19
46:9

**carriers'**
31:11

**carrying**
30:19
42:7

**carryover**
29:12



ROBERT ELSHOLTZ
SCHEINMAN vs. MARTIN'S BULK MILK SERVICE

April 17, 2012
Index: case..correct

case 11:14
  28:15
  66:25
  67:7,23
  72:7,18
categories
  15:14,15
CDL 19:25
cease
  43:1,2
certificates
  58:13
change
  44:23
  45:14
  53:16
changed
  21:8
  44:18,25
charge
  14:2
  15:18
Chicago
  7:17
child 20:5
Chinese
  52:7
choice
  25:5
City 7:17
  18:21
  19:6,7
  20:4,21
clarification
  55:19
clean 35:8
clouds
  19:1
code 17:3,
  9,11,12,

18
collect
  46:11
collecting
  46:16
collections
  45:22,24
college
  20:4
collisions
  31:2,17
column
  60:25
commercial
  19:25
  37:13
  60:11
commitment
  27:9
commitments
  36:12,15
committed
  28:19
  35:22
commodities
  8:7
communications
  41:6
companies
  16:3
  31:18,19
company
  6:4 10:16
  11:23
  13:5
  14:3,4
  18:1,3,
  20,22
  32:7,9
  37:16

38:3,16
  51:19
  60:8,10,
  12 63:16
  65:6
  70:19,21
compliance
  35:16
  49:17
comply
  28:21
  30:15
  31:8,23
  33:17,20,
  25 34:5,
  9,12
  37:10
  39:23
  40:18,22
  41:1,16
  50:12
complying
  33:3
concluded
  73:7
conclusion
  71:4
conclusions
  69:9 71:6
condition
  30:1 35:8
consequence
  43:21
consisted
  7:12
contact
  32:19
container
  72:9
continually
  28:10

continue
  32:13,15
  43:5 50:7
continued
  50:6
contract
  8:9 10:14
  20:25
  21:6,7,
  12,13,22
  22:4,14,
  25 23:2,
  16,21
  24:8,12,
  16,21,24
  25:4,17,
  24 26:7,
  13,20
  27:2,21
  28:16,21,
  22,24
  29:3,18
  30:20
  31:25
  32:22
  33:4,11,
  17 34:6,
  10,13,16,
  21,25
  35:2
  40:8,16,
  19,25
  41:11,17
  42:1,17,
  21 43:10
  45:23
  49:4,9
  50:2,13,
  19 53:25
  58:23
  70:10,24
contractor
  42:4
contractors
  46:9

contracts
  10:9
  16:3,7,23
  21:9,14,
  15,21
  50:5,7,15
  58:19
contractual
  34:11
control
  42:11
copies
  31:10
copy 22:4
  24:11
  51:5,9
  55:3
corner
  22:20
  54:18
Corp 14:25
corporate
  8:18
corporation
  7:8 8:24,
  25 11:2
  13:9
  14:19,21
  15:10,16
  16:1,2,6
  17:5,12,
  16,19
  43:2,3,
  11,21
  44:8
  45:15
  47:4
  63:12,17
  68:18
correct
  5:15
  12:13,15,
  20 14:17



ROBERT ELSHOLTZ
SCHEINMAN vs. MARTIN'S BULK MILK SERVICE

April 17, 2012
Index: correctly..educational

15:23
17:15
21:16
22:14,15,
25 23:5,
11,18
24:1,14,
24 25:4,
9,14,20,
25 26:7,
13,23
27:4,10,
11,14
29:4,21
30:4,12,
13,17,23
31:3,9,20
33:5,18
34:13,16
35:2,10
36:1
37:10,11,
14,15
38:12
39:24
40:19,23,
24 41:3,
18,19
42:1,2,7,
12,13,15
46:3,18,
23,25
48:22,23
49:1,2,7,
14,18
54:21
55:9,10,
11,14
56:5,6,9
57:13
58:10,15,
16,25
59:1,20
60:18,23
61:7
62:13,14,
19 63:1,

2,13,18
69:22,23
70:3,5,15
72:12,25

**correctly**
12:17
15:20
48:13
60:16
61:21

**count** 8:16

**counts**
67:6

**couple**
7:19
14:11
66:8,18
68:4

**court**
4:18,23
50:24

**coverage**
37:14,18,
19,20,24
38:6,7,8,
11,17,21
53:19,23

**Crawford**
23:18

**customer**
45:16
50:5
58:18

**customers**
44:17
58:18

_____

**D**

_____

**dark** 22:18

**date** 11:8

72:1

**day** 5:19
24:3

**dead** 6:16

**dealing**
38:22
60:6

**debt** 7:4,
5, 7

**default**
39:8,15

**degree**
19:21

**degrees**
19:23

**delivered**
46:6

**delivery**
29:20

**Dellwood**
5:7,9,10

**Department**
20:7

**deposition**
20:23
27:19
54:13
73:7

**depreciation**
9:18

**Deregulation**
8:11

**describe**
8:6

**describes**
55:22
56:3

**describing**
55:24

**design**
67:14

**designated**
17:18

**desired**
26:10

**difference**
39:13

**digressed**
17:25

**direct**
22:11,
25:16
39:4 42:8
55:16,21,
23 58:4
59:22

**direction**
42:11

**disagree**
28:13

**disagreement**
29:1

**disclose**
71:12

**discusses**
59:18

**discussion**
54:9
71:15

**discussions**
50:9

**Dispatch**
15:18

**division**
13:18,20

**document**
54:23

**documents**
4:14

20:22

**dollar's**
38:11

**dollars**
38:1,2

**door** 12:9

**doubt** 29:5

**drafting**
51:23

**drew** 70:18

**drill** 52:7

**drive**
20:14
31:15

**driver**
32:3
68:21

**driver's**
19:25

**drove** 20:4

**due** 27:20

**duly** 4:3
26:21

_____

**E**

_____

**E-l-s-h-o-l-t-z**
5:5

**earlier**
48:13
58:12,25
59:19
63:4 64:7
72:16

**early** 10:7

**Economics**
19:22

**educational**



ROBERT ELSHOLTZ
SCHEINMAN vs. MARTIN'S BULK MILK SERVICE

April 17, 2012
Index: effect..facilities

19:16

**effect**
42:21
67:14
69:21

**effective**
24:2

**electronic**
49:17,25

**electronically**
50:1

**Elsholtz**
4:2,9
5:4, 6:16
13:4
14:11
17:25
18:23
22:7 24:5
25:17
27:21
29:10
35:4
36:11
49:21
51:2
54:16
56:18,20,
25 57:2,
5,12
62:7,9,19
66:16,22
68:9,24
72:1

**Elsholtz's**
27:25
71:11

**employed**
5:16,21
14:17
17:23
19:11

**employees**

14:22
15:9,14,
21,22,24
18:17,19
19:14

**end** 48:17

**engage**
46:20
47:5,16

**engaged**
26:5

**enter**
16:2,6,22
24:20
60:4

**entered**
24:2,12,
16,25
28:23
68:11

**entities**
9:23
57:17

**entitled**
22:13
39:8,14
42:3
54:19
63:7

**entity**
8:18,20
9:19 10:1
12:5
27:24

**equipment**
9:22,24
11:20,21
14:8
29:25
30:12
35:25
36:17,18,
19,23

60:5
61:19

**estate**
64:1,2

**exact** 8:16

**EXAMINATION**
4:6 66:13
68:6
71:23

**examined**
4:4

**excess**
38:7

**exchange**
29:1

**exclusive**
42:10

**Excuse**
34:2

**Exhibit**
22:2 27:8
48:20
49:1,17
51:3,12
54:13,17
59:14
68:9

**exhibits**
42:18

**exist**
28:2,3
43:1,12,
14 44:7
45:8

**existed**
70:11,25

**existence**
10:18
11:15
45:12

**expectation**
31:7

**expected**
34:8

**expert**
71:13

**explained**
55:20
56:7

**explaining**
59:19

**explanation**
55:12

**Express**
4:11 6:5,
7 7:9,21
8:2,19
9:1,6,25
10:2
13:7,12,
19,21
14:23
15:22
16:20,24
17:4,10,
13,21
18:1,7,
11,16,17
19:8,13
22:5,13
23:11
24:5,12,
17,20
25:3,8,
12,22,25
26:5,11,
19 27:3,
6,24
28:3,22
29:18,24
30:6,15,
19,25
31:5,6,
14,25

32:2
33:4,16
34:11,25
35:6,14
36:22
37:10,17,
19,24
38:1,5,15
39:23
40:18
41:1,15
42:23
43:1,5,
11,15
44:7,20
46:4,13,
20,23
53:19
55:8,25
56:4,16
57:18
58:24
60:7,13
61:4
64:3,23
65:2
68:18
69:16,20
70:12

**expressed**
70:24

**expressing**
69:13

**extent**
28:5

**extra**
36:20
60:8

_____

**F**

_____

**facilities**
7:16



ROBERT ELSHOLTZ
SCHEINMAN vs. MARTIN'S BULK MILK SERVICE

April 17, 2012
Index: facility..head

facility
  40:22

fact  8:12
  26:20
  60:9 69:3

fades
  18:25

failed
  40:18
  41:1

failure
  40:22

fair  37:2
  67:12
  69:15
  70:20

familiar
  11:23,25
  13:6 17:1

family
  20:6 53:8

fashion
  68:23

father
  6:16
  18:13
  19:9

federal
  17:10
  26:22
  30:3,9,16
  31:8,24
  34:7 41:2

fellow
  72:2

file
  31:10,13
  33:22
  36:9,10
  37:5

filed

finally
  43:24

find  22:3
  65:25

fine  32:17
  52:1

finish
  4:20

Finished
  6:2

fire  52:7

Fisher
  12:13
  21:3 24:9
  27:16
  28:25
  29:5
  33:6,19
  44:10
  50:21
  51:9 54:3
  56:11
  65:15
  66:2,7,10
  67:2,17,
  25 68:3,8
  71:12,16
  72:22
  73:2

flip  23:22
  48:19
  49:8 51:7

follow
  35:17

force
  42:21

forgot
  19:1

form  33:6
  68:23

formed
  10:5

foundation
  54:3 69:8
  71:3,6

fourth
  62:3

freight
  13:15
  18:8,21
  19:6,8
  20:5,21
  32:7
  34:14
  36:2
  47:7,10
  59:6,8,10
  68:20
  69:18

Freightliner
  44:1,3

Friday
  5:24

friendly
  72:22

front  51:4
  54:8
  55:17

fuel  48:21

fulfill
  32:4

full  5:2
  8:24,25

fully  30:7

─────────

    G

G-r-e-b-e
  45:6

general

6:18 8:7
23:10
34:22
37:13
49:20
55:7

generally
  5:6 7:12
  19:16
  21:20
  40:5

gentlemanly
  29:1

Gina  51:14

give  4:21
  51:5

giving
  20:23

Glance
  22:9

GOLDEN
  66:4 68:2

Golly  10:6

good  29:25
  32:9,18
  35:8 55:2

goods  16:4
  35:10,24

government
  17:10

governor
  61:15,18
  64:16

gradually
  13:2

graduated
  19:18

Grebe
  45:4,8,
  10,12

47:4,12,
14,16
48:4,8

guess  8:17
  34:20
  54:24

guessing
  40:3

─────────

    H

hand  60:4

handled
  46:14

handling
  11:21

Hanson
  14:14
  15:21
  17:20,22
  64:23

happened
  7:5 12:6

harder
  19:3

haul  25:6,
  7 34:14
  44:20
  47:10

hauled
  36:2
  44:20

hauling
  18:8 32:6
  35:13
  47:7
  59:6,7,9

Hayes  23:9
  25:11

head  4:24



ROBERT ELSHOLTZ
SCHEINMAN vs. MARTIN'S BULK MILK SERVICE

April 17, 2012
Index: header..junior

14:2

**header**
23:24

**headquarters**
7:20 15:7
64:5

**hear** 19:4
67:16

**heard**
48:13
52:20
67:9

**heck** 47:22

**held** 16:18
54:9
71:15

**hereinafter**
59:16

**Herman**
23:13
25:11

**highly**
36:4

**Highway**
26:22

**Holland**
14:16
64:22

**Hubbs**
51:14

**Huh-uh**
17:18

**hundred**
9:12

**hundreds**
21:21
35:18

**hypothetical**
33:7

**I**

**idea** 20:11
39:2
67:10

**identification**
54:14

**identify**
58:9

**Illinois**
64:22

**immaterial**
28:2

**include**
58:22

**including**
6:24
15:21
31:19
42:22
57:20

**Incomplete**
33:7

**incorporated**
18:14

**independent**
42:3
70:22

**index**
48:21

**indicating**
13:23
22:8
41:24
51:6

**individually**
56:19
57:1
61:22

**information**
24:23

**inherited**
32:5

**initial**
23:19

**injuries**
11:12
53:23

**instances**
33:1
34:19

**insurance**
31:10,12,
22 35:16
36:9
37:4,5,9,
13,22
38:3,16,
18,19,25
43:8
53:18,21,
23

**Inter**
26:24

**interest**
65:7

**interested**
21:11

**interject**
27:17

**International**
10:15
20:24
21:6,13,
15,22
22:4
23:17
24:4,13
25:7,13
26:10,18
28:19,24

32:1,6,
12,14,23
33:11
34:12
35:1,9,23
36:5 37:1
39:21
40:17
50:2,10,
12,16
53:22
54:4
58:23
59:1
68:19
69:18
70:11
72:5

**interrupt**
72:15

**interstate**
20:18
26:20,25
58:14

**intra**
20:20
26:24

**intrastate**
26:25
58:14

**involved**
50:9 60:2
70:6 72:3

**involvement**
51:22
56:7
69:25

**IP** 22:19
39:11

**IP64** 49:11

**irrelevant**
28:2

**J**

**job** 23:10
53:5

**join** 68:25
71:14
72:20

**joinder**
63:8

**July** 11:9,
13,15
27:23
28:4
68:17
69:16
70:7
72:4,10,
24 73:1

**jumbo** 63:9

**June** 6:1
10:18
11:6
12:23
14:18
15:12
17:21
18:2
19:11,13
37:17,25
38:17,23
42:22,25
43:6,12
44:8
45:13
46:1,17,
19 50:4
69:22,25
70:1,20

**junior**
5:13 6:17
56:18,20



ROBERT ELSHOLTZ
SCHEINMAN vs. MARTIN'S BULK MILK SERVICE

April 17, 2012
Index: Kansas..materials

**K**

Kansas
  7:17

Kevin  23:9

key  19:9

knowing
  38:24

knowledge
  70:4

**L**

labeled
  39:20

labor  20:5

lack  69:7
  71:5

land  7:15

Langs
  66:8,15,
  19 67:5,
  21

large
  59:11

Lastly
  62:12

late  10:7

law  30:9
  34:7
  37:3,23
  38:25
  67:23
  69:11

lawful
  30:1

laws  20:6,
  8 30:3,

16,22
31:9,24
41:2 69:5
70:23

lawyer
  29:1

lawyers
  21:14

lease  60:1
  65:2

leased
  7:16 8:3,
  4 9:24
  60:7
  64:8,10
  65:6

leases
  7:17
  60:1,17

leasing
  9:22
  60:8,11,
  12,13

left  6:25
  7:2 43:25
  65:23

legal
  13:20
  31:11
  63:9 69:8
  70:18
  71:4

length
  12:4

letter
  29:14
  51:13,21,
  22

letterhead
  51:14

level

29:19

liability
  37:13,18,
  19,20,25
  53:18,22
  66:20,23,
  25 67:6,
  10

liable
  38:4

license
  20:1

licenses
  30:8

Limited
  55:8

Linback
  51:17

Linback's
  51:13

list  29:12

listed
  68:13

lists
  58:18

live  5:6

LLC  63:24
  64:16

load  31:5,
  15 32:2,
  21 33:14
  34:4 46:5

loaded
  20:5

loads
  31:20
  36:3 50:1
  53:15

local
  30:2,9,16

31:8

locally
  20:16,17

located
  7:23
  52:21,23

location
  64:25
  65:3

Logistics
  13:4,13,
  14,18
  14:2,8
  16:16,22

long  18:11

longer
  6:17

looked
  54:24

lost  9:14

lot  47:22

lower
  22:19
  54:18

LTL  7:25
  13:15
  18:22

**M**

maintain
  29:24
  30:8,11

majority
  6:9

make  27:18

makes
  39:13

man  23:20

managed
  15:23
  16:25

management
  14:19,20,
  22,24
  15:4,9
  16:1,2,6
  63:12,16

manager
  23:10

managing
  15:19

manner
  31:2,16

manufacturer
  44:5

Mark
  51:13,17

marked
  22:2 51:3
  54:14,17

Martin
  32:5,8,16
  34:3
  37:20,21
  38:2 59:9
  69:5

Martin's
  11:23
  12:3,11
  32:21
  33:2,15,
  24 34:9
  38:3,10,
  11,21
  41:16
  68:21
  70:8,21

materials
  4:14
  20:22



ROBERT ELSHOLTZ
SCHEINMAN vs. MARTIN'S BULK MILK SERVICE

April 17, 2012
Index: Matt..opinions

Matt 72:22

matter
  21:10
  40:6 69:3

Matthew
  14:11
  53:10
  62:12

meant
  62:22
  72:24
  73:1

Melody
  14:14,16
  15:21
  17:20,22
  64:23

members
  53:8
  57:24

memory
  4:16 55:2

mentioned
  47:4

merger
  6:22

met 23:20

metro 53:1

middle
  5:3,12
  26:15

midway
  59:12

Milk 11:24
  12:3
  70:21

million
  38:1,2,6,
  11,22

mind 34:5

minimum
  29:19

Minnesota
  5:7 11:3
  19:18

minute
  39:5
  54:11

minutes
  65:18

misspoken
  63:4

moment
  22:6 40:9
  51:7
  65:12

money 9:14
  43:25
  46:12

months
  5:25

motor
  16:13,16
  18:9
  26:7,20
  27:8
  29:25
  30:11,22

moved
  68:20

movement
  13:15
  69:17

moving
  41:5

muffled
  66:11

mumbo 63:9

municipal
  41:2

——————
     N

names 45:6

Nationwide
  60:12

nature
  11:18

needed
  55:19

newer 9:17

nice 28:25

nodding
  4:24

normal
  24:16,19

nos 4:23

notice
  40:10

notices
  41:25

November
  23:18

number
  22:19
  37:1
  62:24

numbers
  22:18

——————
     O

O-x-e-n
  17:2

O.x 10:1

O.X. 8:23
  12:2,10
  13:2
  48:10

56:16

O.X.L.
  57:24
  60:3

O.x.l.-owned
  59:20

O.x.llc
  9:4,6,21,
  24 10:4,
  9,14,18,
  23,25
  11:15
  12:19,22
  16:13
  48:5,12
  56:5,8
  61:6,11,
  14,18
  69:24
  70:5

O.X.LLC.
  8:22 9:5,
  20

object
  28:9,11
  71:1,2,10

objection
  27:17
  28:13
  33:6,19
  68:22
  69:7 71:5
  72:15

obligated
  28:23

obligation
  34:12

obligations
  27:3,13
  28:16
  29:13
  70:19

occur
  53:24

occurred
  11:13

October
  21:7
  24:3,13
  54:1
  58:22

office
  64:22

Offices
  8:1

older 13:3
  47:20

operate
  30:11,20
  31:1 43:5

operated
  17:5,16
  44:13

operating
  6:25 7:14
  8:5 15:16
  16:11,13,
  17 30:1
  32:24
  40:23
  46:24,25
  47:12,14
  58:13
  69:2,19

operation
  31:9
  32:11

operations
  7:18

opinion
  69:13

opinions
  27:25



ROBERT ELSHOLTZ
SCHEINMAN vs. MARTIN'S BULK MILK SERVICE

April 17, 2012
Index: order..person

28:7
67:13

order 25:7
31:22
32:3

outbound
22:14

Overnight
9:3

Overnite
4:11 6:5,
6 7:9,20
8:2,19
9:1,6,25
10:2
13:4,7,
12,13,14,
18,19,21
14:2,8,23
15:22,24
16:10,16,
18,20,22,
24 17:3,
10,13,21
18:1,7,
11,15,17
19:8,13
22:5,13
23:11
24:5,12,
17,20
25:3,8,
12,21,25
26:5,11,
19 27:3,
6,24
28:3,22
29:18,24
30:6,15,
19,25
31:5,6,
14,25
32:2
33:4,15
34:1,10,

25 35:5,
14 36:22
37:9,17,
19,24
38:1,5,15
39:23
40:18
41:1,15
42:23
43:1,5,
11,15
44:7,20
46:4,13,
20,23
53:19
55:7,25
56:4,15
57:16,18
58:24
60:3,7,13
61:4
64:3,23
65:2
68:18
69:16,20
70:12

owned 8:18
9:19
12:22
13:1 19:9
43:21
48:10
60:9
64:1,12
65:4,
72:9

owner 6:9
14:24

owners
6:6,11
12:1
61:21
62:16,22,
24

owners'
62:3

ownership
65:7 70:1

OX 9:1

OXEN 17:1,
6,7,9,17
22:13

————————

P

p.m. 73:7

pages
22:3,10,
27:12
48:15
54:18

paid 48:1

Paper
10:15
20:24
21:7,15,
22 22:5
23:17
24:4,13
25:8,13
26:10,18
28:19,24
32:1,6,
12,14,23
33:11
34:12
35:1,23
36:5 37:1
39:22
40:17
50:3,10,
12,16
53:22
58:23
68:19
69:18
70:11

72:5

Paper's
21:13
35:9 54:5

paragraph
23:23
25:19
26:3,9
29:23
30:14
35:12,21
39:7,9,14
55:11,17
58:5,12,
17 59:11,
12

paragraphs
39:20

Pardon
57:8

Parking
8:1

part 13:7,
12,21
14:3,4
32:21
45:22
50:3

partnership
13:10

parts
70:10

Paul
63:13,17

pay 43:22
46:8

payable
15:18

paycheck
15:25

paying 7:6

Pelham
7:22 14:5
15:8
63:24,25
64:4,10,
12,14,18,
24

pending
66:25

Peninsula
5:7

people
7:19
14:9,10,
12,13,22
19:1
51:16
65:9

Perfect
67:21

perform
28:20
34:15

performance
53:24

performed
27:23
46:16

performing
42:9

period
20:3

permit
41:10

permits
30:8

permitted
26:22
32:20

person
14:1



ROBERT ELSHOLTZ
SCHEINMAN vs. MARTIN'S BULK MILK SERVICE

April 17, 2012
Index: personnel..recently

41:25
57:6

personnel
30:7,15

persons
42:8,10
56:17

pertaining
42:1

ph  14:14
15:21
17:20,22
23:9,
51:13,15,
17 64:23

picks
29:13

place  52:4
55:13

places
8:7,8
71:11

plaintiff
67:7

point  18:8
27:18
45:1
46:10
68:20,21

points
8:7,8
34:21

pop  51:9

portion
50:23
57:21
71:10

portions
25:17

pose  67:3

position
18:3
52:21
53:5,13
61:17
64:14

possibly
63:21

practice
24:19

preceding
72:16

prepared
52:6

present
47:6

president
13:24
18:4,6
21:18
23:7 61:2

presume
72:23

pretty
25:1

previously
22:1

primarily
7:13
11:22
13:16
20:17

print
49:11

prior  11:8
46:6,14,
17

problem
19:3 52:9

problems

37:22

procedures
40:23

product
66:20,22
67:6,14

products
36:1

proper
37:4
38:25

Properties
63:24,25
64:10,12,
15,18,24

property
7:23 8:2
26:6,21
64:7 65:4

protect
35:25

provide
10:9
14:22
26:11
27:7
35:6,23
36:17,19

provisions
25:4,9
28:16
31:9
34:6,10,
15,24
40:10,19
41:17

purchase
12:18,21
21:4
53:18
54:7,20
55:4,

58:6
60:20
68:10

purchased
10:21
12:25
18:13
42:23
50:3
58:10,14,
19

purchasers
55:23

purpose
63:6

purposes
46:14

————————

Q

qualified
30:8

question
4:19 29:6
34:8
40:15
50:22
57:17
68:23
72:8,17,
21,23

questions
4:11 28:6
65:16
66:1,7,9,
18 67:22
68:1,16
70:9,14,
71:17,18,
20 73:3

quick
71:20

————————

R

Rail  13:16

raised
68:16

rate  21:11
27:9

reach  6:19

reaching
67:9

read  34:20
39:25
40:4,12
49:22
50:23

reading
55:22

Ready
65:22

real  64:1,
2

reasons
39:21
40:7,16
69:19

receivable
15:17
44:16
47:25

receivables
46:2,4,16

receive
15:25
19:21

receiving
45:24

recently
54:23



ROBERT ELSHOLTZ
SCHEINMAN vs. MARTIN'S BULK MILK SERVICE

April 17, 2012
Index: recommended..service

**recommended**
36:5

**record**
71:9,15
73:6

**redo** 20:8

**refer** 8:5
9:2 49:20
63:10

**reference**
37:12

**referred**
38:7
57:24
63:11,23

**referring**
6:4
25:21,24

**refers**
25:20

**registered**
26:21

**regularly**
5:21

**regulations**
30:3,10,
17,22
35:17
36:8 41:3

**related**
4:12 64:2
67:13

**relationship**
19:7

**remember**
8:15
70:13

**rent** 65:2

**rental**
36:19,20

**repeat**
50:21

**reporter**
4:18,23
50:24

**represent**
4:10
66:19

**representation**
50:11

**represented**
24:23
26:19

**requested**
50:23

**required**
30:7,9,
10,14,20
31:15,18
39:3

**requirement**
38:13

**requirements**
29:19,21
31:11
35:5 37:9
39:24
49:18

**reserved**
73:4

**respect**
9:4 27:20
68:9
69:24

**respectfully**
28:9,12

**response**
72:16

**responses**
71:11

**responsibilities** 57:1,5
25:13
69:14

**responsibility**
7:6 30:25
32:22
33:3,16
50:7
61:17
69:2,4,17
70:22

**responsible**
37:22
46:8,11

**retired**
5:19

**revenue**
45:25
46:8

**review**
21:14,18

**reviewed**
20:22
21:23
24:8 55:1

**revocable**
57:2

**revokable**
56:20

**Rich** 4:9

**right-hand**
54:18

**rights**
53:18

**road** 5:7
31:3

**Robert** 4:2
5:4,12,13
24:5
52:14
56:24,25

62:6,9,
10,18
63:1

**room** 13:22

**rough** 8:17
10:6

**rules**
35:17
36:8
40:22
41:7

_____

**S**

_____

**safe** 29:25
31:2,16
35:7,24
36:21
37:4

**safety**
36:9
40:22

**sale** 9:9
10:15
11:21
12:23
17:21
18:2 50:4
51:18
52:4
53:17
55:7 58:6
59:19

**Sandra**
23:13

**Saturday**
5:19

**SCAC** 17:3,
9,12

**schedule**
27:9

**48**:21,25

**Scheinman**
4:10
11:13

**SCHRECK**
18:23
65:17,21,
24 68:25
71:2,14,
19,25
72:20,25

**secretary**
23:15

**section**
26:16
27:2,6,14
30:6
36:12
39:8,14
40:15,21
41:5,21
42:3
59:23
62:3

**sections**
29:8

**sell** 6:20
9:15
10:23
12:2,6,10
48:4

**sellers**
55:24
56:3,15
61:1
68:12

**Selling**
11:20

**separate**
13:9,18
17:15

**service**



11:24
12:3
29:19
32:9

**services**
10:10
18:9
26:12
27:7
28:20
32:4 42:9
46:21
53:25

**set** 26:13
27:8,13
28:20
34:24
37:8
39:20
40:6
48:25

**sets** 27:2
40:16
55:12
58:5

**shareholders**
57:16,18

**shell** 7:1,
2 43:13

**shipment**
72:5

**shipper**
24:4
26:10
40:7

**shippers**
10:12
16:4,23
24:21

**shop** 7:25

**short**
54:12

55:2
65:20

**show** 51:2
73:3

**shown**
51:23

**sic** 56:8

**side** 60:25

**sign** 64:17

**signature**
22:24
23:5
41:22
42:14
48:16,17
49:3,13
60:23
61:7,10,
20,25
62:3,6,7,
15 63:21
73:3

**signatures**
63:7

**signed**
21:19,23
23:3,9,16
25:5,11
35:2
42:24
51:14
61:1,6,21
62:13
63:20

**significant**
20:13

**signing**
48:24
49:16
61:11

**simply**
28:1

**sir** 5:6
8:21
37:12
39:6
41:20
54:8
59:13
65:12
68:2

**situation**
20:13

**slowly**
67:4

**small** 7:18
57:21

**smaller**
14:4

**smooth**
32:11

**sold** 5:22,
23 6:3
7:11 13:2
37:16
43:7,19,
22 47:17
48:2
69:1,19

**solely**
4:15

**son** 52:12,
14 57:7,
9,10,11,
13 62:12
63:1

**son's** 5:11
62:7

**sons** 57:20

**sounds**
11:14
52:2

**South**

14:16
64:22

**space** 8:1

**specifically**
55:12
72:9

**speculation**
71:3,7

**spell** 5:3
45:5

**spots**
22:12

**St** 63:12,
17

**stamp**
22:17,
23:22
49:8 51:3

**stamped**
39:11
54:18

**stand** 8:23

**start**
18:15
47:8
55:22
56:16
66:21

**started**
56:9

**starting**
39:18
55:25
59:15

**starts**
49:23
55:24
59:23

**state** 5:2
30:3,9,16

**31:8 41:2**
45:7

**stated**
40:11

**statement**
12:14
69:15
72:19

**states** 8:9
24:1 69:5

**status**
26:17

**strange**
65:25
66:3,6

**Street**
14:5

**strike**
69:9

**stuff**
36:10

**subject**
11:14
40:6
42:10

**sublease**
59:24
60:5

**substance**
22:24

**Suburb**
5:10

**suburbs**
53:2

**sufficient**
36:24

**suggested**
32:17

**suitable**
35:7,24



Case: 1:09-cv-05340 Document #: 330-22 Filed: 05/28/13 Page 93 of 94 PageID #:4597

ROBERT ELSHOLTZ                                    April 17, 2012
SCHEINMAN vs. MARTIN'S BULK MILK SERVICE   Index: summarize..turned

**summarize**
  68:15

**summary**
  68:23

**suppose**
  63:14

**sustained**
  11:12

**sworn** 4:3

─────────
   **T**
─────────

**taking**
  52:4
  55:13

**talk** 4:17

**talking**
  15:12
  35:21
  40:5 56:9

**tender**
  22:1

**tendered**
  54:16

**tendering**
  49:25
  51:12

**term** 17:2
  36:15

**terminal**
  7:25

**terminals**
  65:9

**terminate**
  39:22
  40:8

**terminated**
  40:17,25

**termination**

**11:1,5**

**terms** 6:18
  11:5
  25:3,9
  28:21
  33:17
  34:13,25
  43:10,17
  50:13
  55:7

**testified**
  4:4

**testimony**
  27:25
  28:14
  68:16

**thing** 8:9
  13:16
  53:15

**things**
  4:15
  33:21,22
  34:23

**thinking**
  28:13

**thirteenth**
  46:5,6,7

**thought**
  45:20
  48:6
  62:22
  64:7

**thousands**
  35:18
  50:14

**time** 4:18
  9:9 10:15
  11:5,19
  12:22
  15:11
  18:20
  19:10

**20:3**
  24:24
  27:22
  29:20
  37:16
  44:12
  47:5,6
  49:23
  52:7,10
  53:17
  65:13

**times** 30:1

**title**
  17:17
  53:5,6
  64:14

**Titles**
  53:6

**today** 5:16
  20:23
  45:10
  47:14

**today's**
  11:8

**told** 27:17
  48:7
  58:12

**top** 29:16
  62:20,24

**topic** 37:7

**topics**
  4:12

**totally**
  12:4 43:8

**tractor**
  20:14
  30:21
  31:1
  72:3,9

**tractors**
  9:7,19

**12:2,6,**
  11,21,
  36:24
  43:23,25
  47:23,24
  48:3,10
  59:20
  70:2,5

**traffic**
  13:17
  30:22,23
  38:18,19
  49:25

**trailer**
  20:14
  30:21
  31:1 35:5
  36:20,21
  60:8,12
  72:4,10

**trailers**
  7:13
  8:15,18
  12:3,7,
  11,22,24,
  25 13:1
  35:6,24
  36:3,25
  43:22
  47:20,21
  48:2,11
  60:1,7,14
  70:2,6

**transaction**
  55:13
  56:8

**transport**
  32:5
  35:23
  36:25
  37:20,21
  59:9 69:6

**transportation**
  10:10

**16:4 18:9**
  27:7 32:4
  35:9
  46:20
  53:25

**transportation-related**
  26:12

**transporting**
  26:6

**trips**
  20:18

**truck**
  30:23
  31:8

**trucking**
  70:19

**truckload**
  13:15,17

**trucks**
  20:5,14
  30:21
  31:1,16

**true**
  24:11,23
  26:5,9
  55:3
  72:19

**trust**
  56:20
  57:2
  61:22

**trustee**
  56:19
  57:1

**trusts**
  56:17
  57:20

**truth** 71:8

**turned** 44:1,3



ROBERT ELSHOLTZ
SCHEINMAN vs. MARTIN'S BULK MILK SERVICE

April 17, 2012
Index: Twin..Zip

**Twin** 18:21
  19:4,6,7
  20:4,20

**type** 9:23
  13:16
  24:20
  53:13

**typed**
  63:17

_____

**U**

**U.S.** 8:10
  35:19

**UACL** 51:14
  60:4

**UACL/OEI109**
  54:19

**UACL67**
  51:3

**Uh-huh**
  22:23
  23:25
  27:1
  42:16
  60:22

**ultimate**
  33:2,16

**ultimately**
  44:25
  59:3

**umbrella**
  38:8

**understand**
  40:9
  52:22
  66:21

**understanding**
  6:23
  12:17
  15:20

38:12,14
59:3
60:16
63:6

**Understood**
  41:12

**undertake**
  25:12

**undertook**
  27:4
  36:22

**United**
  56:8,12
  69:5

**Universal**
  6:19 7:11
  10:21
  12:18,21
  17:22,24
  28:18
  42:22
  47:2,18
  50:3,10,
  14 52:9,
  17 53:3,
  9,17 55:8
  56:11,13
  58:15,20
  59:7
  60:16
  67:1
  68:12
  69:3,14,
  20

**Universal's**
  50:11

**University**
  19:18

**usual** 66:4

**utilized**
  33:1

_____

**V**

**vehicle**
  26:7
  29:25
  30:11,22

**vehicles**
  31:3,17

**vendors**
  46:9 48:1

**verbalize**
  4:22

**Vice** 18:6

**voice**
  18:24

**volunteered**
  69:9
  71:10
  72:16

**VP** 63:20

_____

**W**

**W-e-s-t-o-n**
  5:4

**W-i-l-l-i-s**
  5:14

**walked**
  12:8

**wanted**
  32:18
  50:19

**Warren**
  60:9

**weekly**
  27:9

**Weston** 4:2
  5:4 56:25
  57:2,12

62:10

**whatnot**
  18:19
  20:9
  31:12
  35:16
  43:22
  46:10

**William**
  23:17

**Willis**
  5:13 6:16
  15:2
  56:18
  57:5
  58:1,2
  62:1,18
  63:1
  64:20

**witnesses**
  28:15

**Woodbury**
  52:25

**words** 28:1

**work** 5:20
  46:16
  52:9,16,
  18 53:9,
  11,13

**worked**
  18:21
  19:4
  64:24

**working**
  5:18
  18:15
  . 52:24

_____

**Y**

**year** 6:2
  11:7,8

19:19
20:10
44:15,23
45:13,21
46:13

**years** 10:6
  32:10

_____

**Z**

**Zip** 5:7

