# EXHIBIT 20
## (Broker Confirmation Sheet)

07/03/2008 16:23 7083318604 OVERNITE LOGISTICS PAGE 01

# Broker Confirmation Sheet

By: MELODY HANSEN

**Load Number:** 9000-245546-7
**Agent:** ~~SSH~~ 6073

This rate confirmation sheet issued on 05/01/06 serves to supplement the Master Brokerage Agreement between the Universal Am-Can, Ltd. Brokerage Division, an ICC property Broker (MC 167922 Sub 5) and:

MART506 **Carrier:** MARTIN'S BULK MILK   **FID#:** 39-1301605   **Fax:** 608-435-6516
**Driver Name:**                           **Unit#:**

## Pickup Information

bill:   **Commodity:** PAPER   **Pickup Date:** 7/3/08   **Time:** 19:00
~~~~    **Shipper:** INT. PAPER / EXEL WHSE) 60265
366583  **Origin City/State:** HAMMOND, IN
        **Additional Pickups:**

## Delivery Information

**Delivery Date:** 7/7/08   **Time:** 7:30A-4P
**Consignee:** CENVEO - MPLS -
**Destination City/State:** (1) MIDLAND PAPER - MPLS - (5-2)
**Additional Deliveries:** (2) XPEDX - MPLS - 9AM

**Total Payment to the Carrier - Inclusive of Accessorial - $ 974.08**

Carrier agrees that this reflects the entire amount due for all services provided and that no other amount will be billed to UACL. UACL will remit payment within 30 days of receipt of original signed bills of lading and clear delivery receipts with a legible signature, provided completed W-9 forms, signed Master Brokerage Agreement and rate confirmation, contract authority and original certificates of insurance naming UACL as certificate holder is on file for the billed move. Terms and conditions of Standard Truckload Bill of Lading and Carrier Rules Circular Apply. See www.uacl.com. Any modifications to this agreement must be in writing, initialed by an authorized signatory of both parties and dated.

**\*\*Please Sign and Fax to:**

John Moore
1-800-627-0706

If a problem occurs after business hours, contact our central dispatch at 800-635-7599.

| Mail To: Broker Settlements - UACL |
| Attn: John Moore |
| P.O. Box #2007 |
| Warren, Michigan 48090 |

Agreed by the Authorized Representatives:

_Melody Hansen_                     _Pat Doellena_
UACL Brokerage Division                 Carrier

All Detention, Layover or Truck Ordered Not Used charges will be paid when UACL collects the charges.

Ron McGinnes


DEPOSITION EXHIBIT
Martin 14
1/12/10 SS