EXHIBIT 21
(Memo Bills)



DEPOSITION EXHIBIT
Martin (1)
1/12/10

**MEMO BILL**  Page 1
NO: 128816

CARRIER: OXEN
DATE: 07/03/08
RECEIVED FROM: INTERNATIONAL PAPER - HAMMOND
VEHICLE ID: OXEN/937987
Midwest Distribution Center
SEAL NUMBERS:
2501 165th Street
REQ SHIP DTE: 07/03/08
Hammond, IN 46320
IP SHIP NO: 200807038017

ROUTE: OVERNITE EXPRESS INC

S01

Print Name: _____
Signature: _____
Carrier/TRL#: _____
PCS: _____
Date: _____

MIDLAND PAPER MINNEAPOLIS
1860 SOUTHEAST ELM STREET
MINNEAPOLIS, MN 55414-0327

| NO | PKGS | COMMODITY | WEIGHT |
|---|---|---|---|
| 56 | CRTNS | PRINTING PAPER 26 213 45 | 7,418 |
| 5 | PAL/SKID | | 250 |
| TOT: 56 | | TOTAL: | 7,668 |

NOTES: 322039

CONTACT CUST. SRVC AT MIDLAND.PAPER@IPAPER.COM
CALL 847-777-2736 X 2736 (MIKE WHITTEN) TO SCHEDULE A DELIVERY, DELIVERY BY APPOINTMENT ONLY AND RECEIVING HOURS ARE 5:00AM TO 2:30PM
ORD REF: 322039 PO NBR: 80383720

| ORDER | CUSTOMER ORDER NUMBER | UNITS | T | WEIGHT |
|---|---|---|---|---|
| 322039 | 80383720 | 56 | C | 7,418 # |

**ORIGINAL**

*Shipper's imprint in lieu of stamp; not Part of Bill of Lading approved by Interstate Commerce Commission*

The property, described above, in apparent good order, except as noted (contents and conditions of packages unknown), marked, consigned, and destined as indicated below, which said carrier, (the word carrier being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed, as to each carrier of all or any said property over all or any portion of said route to destination, and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the terms and conditions of the Uniform Domestic Straight Bill of Lading set forth (1) in Uniform Classification in effect on the date hereof, if this is a rail or rail-water shipment, or (2) in the applicable motor carrier classification or lawfully filed tariff if it is a motor carrier shipment.

Shipper hereby certifies that he is familiar with all the terms and conditions of the said bill of lading, including those on the back thereof, set forth in the classification or lawfully filed tariff which governs the transportation of this shipment, and the said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns.

(Mail or street address of consignee - For purposes of notification only.)

| Subject to SECTION 7 of Conditions of applicable bill of lading, if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement. | The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges. (SIGNATURE OF CONSIGNOR) | Received $ _____ to apply in prepayment of the charges on the property described hereon. AGENT OR CASHIER | Per _____ (The signature here acknowledges only the amount prepaid.) This Shipment is Correctly Described, Correct Weight is As Shown Above, Subject To Verification by | CHARGES ADVANCED  IF CHARGES ARE TO BE PREPAID WRITE OR STAMP HERE "TO BE PREPAID" TO BE PREPAID |
| 1 | SHIPPER PER | AGENT PER | | |

UACL/OEI_000001

| | | | MEMO BILL | NO: | Page 1<br>128816 |
|---|---|---|---|---|---|
| CARRIER: OXEN | | | | DATE: 07/03/08 | |
| RECEIVED FROM: INTERNATIONAL PAPER - HAMMOND<br>Midwest Distribution Center<br>2501 165th Street<br>Hammond, IN 46320 | | | | VEHICLE ID: OXEN/937987<br>SEAL NUMBERS:<br>REQ SHIP DTE: 07/03/08<br>IP SHIP NO: 200807036017 | |

ROUTE: OVERNITE EXPRESS INC

S02

XPEDX
345 INDUSTRIAL BLVD
MINNEAPOLIS, MN 55413-2928

Print Name:
Signature:
Carrier/TRL#:
PCS:
Date:

| NO | PKGS | COMMODITY | WEIGHT |
|---|---|---|---|
| | 92 | CRTNS | PRINTING PAPER 26 213 45 | 8,026 |
| | 5 | SKID | PRINTING PAPER 26 213 45 | 12,003 |
| | 11 | PAL/SKID | | 550 |
| TOT: | 97 | | TOTAL: | 20,579 |

NOTES: 211039  CONTACT IP FOR DELV ISSUES OR IF DETAINED AT LEAST 1 HOUR.
CALL 888-466-8133 AND REF#211039 PO NBR: 34-85917-S
CUSTOMER REQUESTED DELIVERY DATE OF 07/07/2008
DELIVERY REQUESTED BY ROSE
CALL 612.676.9686 FOR DELV APPT...RECEIV HRS M-F 5AM-12:30PM

| ORDER | CUSTOMER ORDER NUMBER | UNITS | T | WEIGHT |
|---|---|---|---|---|
| 211039 | 34-85917-S | 92 | C | 8,026 # |
| 211039 | 34-85917-S | 5 | S | 12,003 # |

ORIGINAL

*Shippers Imprint in Lieu of stamp; not Part of Bill of Lading approved by Interstate Commerce Commission

the property, described above, in apparent good order, except as noted (contents and conditions of packages unknown), marked, consigned, and destined as indicated below, which said carrier, (the word carrier being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed, as to each carrier of all or any said property over all or any portion of said route to destination, and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the terms and conditions of the Uniform Domestic Straight Bill of Lading set forth (1) in Uniform Classification in effect on the date hereof, if this is a rail or a rail-water shipment, or (2) in the applicable motor carrier classification or lawfully filed tariff if this is a motor carrier shipment.
Shipper hereby certifies that he is familiar with all the terms and conditions of the said bill of lading, including those on the back thereof, set forth in the classification or lawfully filed tariff which governs the transportation of this shipment, and the said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns.
(Mail or street address of consignee - For purposes of notification only.)

| Subject to SECTION 7 of Conditions of applicable bill of lading, if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement. | The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges. | Received $ _____ to apply in prepayment of the charges on the property described hereon. | Per _____ (The signature here acknowledges only the amount prepaid.)<br>This Shipment is Correctly Described, Correct Weight is As Shown Above, Subject To Verification by | CHARGES ADVANCED<br>IF CHARGES ARE TO BE PREPAID WRITE OR STAMP HERE "TO BE PREPAID" |
|---|---|---|---|---|
| 1 SHIPPER<br>PER | (SIGNATURE OF CONSIGNOR)<br>AGENT<br>PER | AGENT OR CASHIER | | TO BE PREPAID |

UACL/OEI_000002

| | | MEMO BILL | NO: | Page 1 |
|---|---|---|---|---|
| | | | | 128816 |

CARRIER: OXEN
RECEIVED FROM: INTERNATIONAL PAPER - HAMMOND
Midwest Distribution Center
2501 165th Street
Hammond, IN 46320

DATE: 07/03/08
VEHICLE ID: OXEN/937887
SEAL NUMBERS:
REQ SHIP DTE: 07/03/08
IP SHIP NO: 200807038017

ROUTE: OVERNITE EXPRESS INC

CONSIGNEE:
CENVEO MINNEAPOLIS
125 12TH AVENUE SOUTH
MINNEAPOLIS, MN 55414-0000

Print Name: _____
Signature: _[signed]_
Carrier/TRL#: _____
PCS: _____
Date: _____

| NO | PKGS | COMMODITY | WEIGHT |
|---|---|---|---|
| 175 | CRTNS | PRINTING PAPER 26 213 45 | 9,898 |
| 6 | PAL/SKID | | 300 |
| TOT: 175 | | TOTAL: | 10,198 |

NOTES: 307039   IF PROBLEMS WITH DELIVERY OR DETAINED MORE THAN 1 HOUR, CALL
IP @ 866-874-2660X.6763 OR X.6791 AND REFERENCE ORDER #307039
CENVEO PHONE#612-460-2659
PO#100082034,MAT#S-4601

| ORDER | CUSTOMER ORDER NUMBER | UNITS | T | WEIGHT |
|---|---|---|---|---|
| 307039 | CA/82034M | 175 | C | 9,898 # |

ORIGINAL

| Subject to SECTION 7 of Conditions of applicable bill of lading, if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement. | The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges. | Received $ _____ to apply in prepayment of the charges on the property described hereon. | Per _____ (The signature here acknowledges only the amount prepaid.) This Shipment is Correctly Described, Correct Weight is As Shown Above. Subject To Verification by | CHARGES ADVANCED IF CHARGES ARE TO BE PREPAID WRITE OR STAMP HERE "TO BE PREPAID" |
|---|---|---|---|---|
| 1 SHIPPER PER | (SIGNATURE OF CONSIGNOR) | AGENT OR CASHIER | | TO BE PREPAID |

UACL/OEI_000003