# EXHIBIT 23
(May 21, 2008 letter from Gina Hubbs)



Mark Limback
President

May 21, 2008

International Paper
6400 Poplar Ave.
Memphis, TN. 38197

Dear Customer,

Overnite Express will be operating under Universal Am Can Ltd's insurance and authority as of June 13, 2008 based on an agreement to partner with their organization. All bill of ladings should reflect Universal Am Can Ltd. as the carrier. Therefore, invoices for freight moved will come from Universal Am Can Ltd with a remittance address of: P.O. Box# 712969, Cincinnati, OH 45271-2969.

Please consider this letter as an assignment of the current contract you have in place for Overnite Express. Universal Am Can Ltd agrees to accept the rates and fuel surcharge established between your company and Overnite.

Please sign below as to your acceptance regarding the contract and rate assignment.

BY: Gina Hubbs
Vice President
Universal Am Can Ltd.

BY: Stephen Mundy

UACL/OEI_000067