# EXHIBIT 24
(Memo Bill/UACL/OEI_000008)

Page 1

**MEMO BILL**

NO: 128815

CARRIER: OXEN

RECEIVED FROM: INTERNATIONAL PAPER - HAMMOND
Midwest Distribution Center
2501 165th Street
Hammond, IN 46320

DATE: 07/02/08 CKO
VEHICLE ID: OXEN/937987
SEAL NUMBERS:
REQ SHIP DTE: 07/03/08
IP SHIP NO: 200807038017

ROUTE: OVERNITE EXPRESS INC

Print Name:
Signature: [signature]
Carrier/TRL#:
PCS:
Date:

CONSIGNEE:

CENVEO MINNEAPOLIS
125 12TH AVENUE SOUTH
MINNEAPOLIS, MN 55414-0000

| NO | PKGS | COMMODITY | WEIGHT |
|---|---|---|---|
| 175 | CRTNS | PRINTING PAPER 26 213 45 | 9,898 |
| 6 | PAL/SKID | | 300 |
| TOT: 175 | | TOTAL: | 10,198 |

NOTES: 307039

IF PROBLEMS WITH DELIVERY OR DETAINED MORE THAN 1 HOUR, CALL
IP @ 866-874-2660X.6763 OR X.6791AND REFERENCE ORDER #307039
CENVEO PHONE#612-460-2659
PO#100082034,MAT#S-4601

| ORDER | CUSTOMER ORDER NUMBER | UNITS | T | WEIGHT |
|---|---|---|---|---|
| 307039 | CA/82034M | 175 | C | 9,898 # |

(2000 sheets per box)

12 Boxes damaged

*9669-245546-7*
Universal Am-Can, Ltd.

[signature]

ORIGINAL

*Shippers imprint in Lieu of stamp; not Part of Bill of Lading approved by the Interstate Commerce Commission

the property, described above, in apparent good order, except as noted (contents and conditions of packages unknown), marked, consigned, and destined as indicated below, which said carrier (the word carrier being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed, as to each carrier of all or any said property over all or any portion of said route to destination, and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the terms and conditions of the Uniform Domestic Straight Bill of Lading set forth (1) in Uniform Classifications in effect on the date hereof, if this is a rail or a rail-water shipment, or (2) in the applicable motor carrier classification or lawfully filed tariff if this is a motor carrier shipment.

Shipper hereby certifies that he is familiar with all the terms and conditions of the said bill of lading, including those on the back thereof, set forth in the classification or lawfully filed tariff which governs the transportation of this shipment, and the said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns.

(Mail or street address of consignee - For purposes of notification only.)

| Subject to SECTION 7 of Conditions of applicable bill of lading, if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement. | The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges. (SIGNATURE OF CONSIGNOR) | Received $ to apply in prepayment of the charges on the property described hereon AGENT OR CASHIER | Per (The signature here acknowledges only the amount prepaid.) This Shipment Is Correctly Described. Correct Weight Is As Shown Above. Subject To Verification by | CHARGES ADVANCED IF CHARGES ARE TO BE PREPAID WRITE OR STAMP HERE "TO BE PREPAID" TO BE PREPAID |
|---|---|---|---|---|

1 SHIPPER PER AGENT PER

UACL/OEI_000008