UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MURRAY SCHEINMAN, Plenary Guardian of the Estate and Person of JEFFREY J. SCHEINMAN, a Disabled Person,<br><br>                Plaintiff,<br><br>vs.<br><br>MARTIN'S BULK MILK SERVICE, INC., SAMUEL G. FRANKE, CSX INTERMODAL, INC., INTERNATIONAL PAPER COMPANY, UNIVERSAL AM CAN LTD., Successor to OVERNITE EXPRESS, INC., and OX LLC, BMW OF NORTH AMERICA, LLC, a corporation, BAYERISCHE MOTOREN WERKEAKTIENGESELLSCHAFT, a corporation, BMW AG, a corporation, and KARL KNAUZ MOTORS, INC., a corporation,<br><br>                Defendants. | Case No.: 09 CV 05340<br><br>Judge James F. Holderman<br><br>Magistrate Judge Susan Cox |

**LOCAL RULE 56.1 JOINT APPENDIX OF EXHIBITS**

      The Defendants, MARTIN'S BULK MILK SERVICE and SAMUEL G. FRANKE, in support of their Response to UNIVERSAL AM CAN LTD. d/b/a and successor to OVERNITE EXPRESS, INC. and INTERNATIONAL PAPER COMPANY's, Motions for Summary Judgment pursuant to Local Rule 56.1 of the Federal Rules of Civil Procedure, states the following as their Appendix of Exhibits:

    1.    Exhibit "A" -  Answer and Affirmative Defenses to Plaintiff's Fifth Amended Complaint

    2.    Exhibit "B" -  Deposition of David Martin

3. Exhibit "C" - Second Deposition of David Martin

4. Exhibit "D"- Deposition of Samuel G. Franke

5. Exhibit "E" - Second Deposition of Samuel G. Franke

6. Exhibit "F"- Deposition of Jeremiah Patrick Podlena

7. Exhibit "G"- Broker Confirmation Sheet

8. Exhibit "H"- Deposition of Stephen Mundy

9. Exhibit "I"- Deposition of Melody Hansen

10. Exhibit "J"- Deposition of Janet Berndt

11. Exhibit "K"- Deposition of Joan Anderton

12. Exhibit "L"- Deposition of Robert Elsholtz

13. Exhibit "M"- Deposition of William Crawford

14. Exhibit "N" - Bills of Lading

15. Exhibit "O" - Amendment No. 1

16. Exhibit "P" - Loading Sheets

Respectfully Submitted,

 s/ Matthew R. Schreck
 Matthew R. Schreck, One of the Attorneys for
 Defendants, MARTIN'S BULK MILK SERVICE,
 INC. and SAMUEL G. FRANKE

MULHERIN, REHFELDT & VARCHETTO, P.C.
211 South Wheaton Avenue
Suite 200
Wheaton, IL 60187
(630) 653-9300

2

## **CERTIFICATE OF SERVICE**

       I hereby certify that on May 28, 2013, I electronically filed the foregoing for the Defendants, MARTIN'S BULK MILK SERVICE, INC. and SAMUEL G. FRANKE, with the Clerk of Court using the CM/ECF system which will send notification of such filing(s) to the following:

Richard F. Burke, Jr.
Courtney A. Marincsin
Shannon Marie McNulty
Clifford Law Offices
120 North LaSalle Street
Suite 3100
Chicago, Illinois  60602
rfb@cliffordlaw.com
cbm@cliffordlaw.com
smm@cliffordlaw.com

Robert J. Golden
Dowd & Dowd, Ltd.
617 West Fulton
Chicago, Illinois 60661
rgolden@dowdanddowd.com

Evan Karnes, II
Neil D. O'Connor, Sr.
O'Connor & Karnes
177 North State
3rd Floor
Chicago, Illinois 60601
ekarnes@oconnorkarnes.com

Carlton Fisher
William Yu
Hinshaw & Culbertson
222 North LaSalle Street
Suite 300
Chicago, Illinois 60601
cfisher@hinshawlaw.com
wuy@hinshawlaw.com

                                                                               s/ Matthew R. Schreck