07/03/2008  16:23  7083318604      OVERNITE LOGISTICS           PAGE 01

# Broker Confirmation Sheet

BY: MELODY HANSEN

Load Number: 9000- 245546-7
Agent: ~~56H~~ 6073

This rate confirmation sheet issued on 05/01/06 serves to supplement the Mater Brokerage Agreement between the Universal Am-Can, Ltd. Brokerage Division, an ICC property Broker (MC 167922 Sub 5) and:

MART1505 Carrier: MARTIN'S BULK MILK    FID#: 39-1301505    Fax: 608-435-68½
Driver Name:                              Unit#:

### Pickup Information                    Pickup Date: 7/3/08    Time: 19:00

bill:  Commodity: PAPER
~~Flexste~~  Shipper: INT. PAPER/EXEL WHSE) 60965
36583  Origin City/State: HAMMOND, IN
       Additional Pickups:

### Delivery Information                  Delivery Date: 7/7/08    Time: 7:30A-4P
Consignee: CENVEO - MPLS -
Destination City/State: ① MIDLAND PAPER- MPLS- (5-2)
Additional Deliveries: ② XPEDX- MPLS- 9AM

Total Payment to the Carrier - Inclusive of Accessorial - $ 974.08

Carrier agrees that this reflects the entire amount due for all services provided and that no other amount will be billed to UACL. UACL will remit payment within 30 days of receipt of original signed bills of lading and clear delivery receipts with a legible signature, provided completed W-9 forms, signed Master Brokerage Agreement and rate confirmation, contract authority and original certificates of insurance naming UACL as certificate holder is on file for the billed move. Terms and conditions of Standard Truckload Bill of Lading and Carrier Rules Circular Apply. See www.uacl.com. Any modifications to this agreement must be in writing, initialed by an authorized signatory of both parties and dated.

**Please Sign and Fax to:

John Moore
1-800-627-0706

If a problem occurs after business hours, contact our central dispatch at 800-635-7559.

Mail To: Broker Settlements - UACL
Attn: John Moore
P.O. Box #2007
Warren, Michigan 48090

_Melody Hansen_  As Agreed by the Authorized Representatives  _Pat Poellena_
UACL Brokerage Division                                        Carrier

All Detention, Layover or Truck Ordered Not Used charges will be paid when UACL collects the charges.

Ron McGinnes


EXHIBIT G


DEPOSITION EXHIBIT Martin 14  1/12/10 SS