# MEMO BILL

Page 1
NO: 128816

CARRIER: OXEN
RECEIVED FROM: INTERNATIONAL PAPER - HAMMOND
Midwest Distribution Center
2501 165th Street
Hammond, IN 46320

DATE: 07/03/08
VEHICLE ID: OXEN/937987
SEAL NUMBERS:
REQ SHIP DTE: 07/03/08
IP SHIP NO: 200807038017

ROUTE: OVERNITE EXPRESS INC

S02

XPEDX
345 INDUSTRIAL BLVD
MINNEAPOLIS, MN 55413-2928

Print Name:
Signature:
Carrier/TRL #:
PCS:
Date:

| NO | PKGS | | COMMODITY | WEIGHT |
|---|---|---|---|---|
| | 92 | CRTNS | PRINTING PAPER 26 213 45 | 8,026 |
| | 5 | SKID | PRINTING PAPER 26 213 45 | 12,003 |
| | 11 | PAL/SKID | | 550 |
| TOT: | 97 | | TOTAL: | 20,579 |

NOTES: 211039    CONTACT IP FOR DELV ISSUES OR IF DETAINED AT LEAST 1 HOUR.
CALL 888-466-8133 AND REF#211039  PO NBR: 34-85917-S
CUSTOMER REQUESTED DELIVERY DATE OF 07/07/2008
DELIVERY REQUESTED BY ROSE
CALL 612.676.9686 FOR DELV APPT...RECEIV HRS M-F 5AM-12:30PM

| ORDER | CUSTOMER ORDER NUMBER | UNITS | T | WEIGHT |
|---|---|---|---|---|
| 211039 | 34-85917-S | 92 | C | 8,026 # |
| 211039 | 34-85917-S | 5 | S | 12,003 # |

RECEIVED AT XPEDX SUBJECT TO FINAL COUNT AND INSPECTION
X
DATE

ORIGINAL

*Shipper's imprint in Lieu of stamp; not Part of Bill of Lading approved by Interstate Commerce Commission*

the property, described above, in apparent good order, except as noted (contents and conditions of packages unknown), marked, consigned, and destined as indicated below, which said carrier, (the word carrier being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed, as to each carrier of all or any said property over all or any portion of said route to destination, and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the terms and conditions of the Uniform Domestic Straight Bill of Lading set forth in Uniform Classification in effect on the date hereof, if this is a rail or a rail-water shipment, or (2) in the applicable motor carrier classification or lawfully filed tariff if this is a motor carrier shipment.

Shipper hereby certifies that he is familiar with all the terms and conditions of the said bill of lading, including those on the back thereof, set forth in the classification or lawfully filed tariff governs the transportation of this shipment, and the said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns.
(Mail or street address of consignee - For purposes of notification only)

| | | | | CHARGES ADVANCED |
|---|---|---|---|---|
| Subject to SECTION 7 of Conditions of applicable bill of lading, if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement. | The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges. (SIGNATURE OF CONSIGNOR) | Received $ _____ to apply in prepayment of the charges on the property described hereon. AGENT OR CASHIER | Per _____ (The signature here acknowledges only the amount prepaid.) This shipment is Correctly Described, Correct Weight is As Shown Above. Subject To Verification by | IF CHARGES ARE TO BE PREPAID WRITE OR STAMP HERE "TO BE PREPAID" TO BE PREPAID |
| SHIPPER PER | AGENT PER | | | |

EXHIBIT N

DEPOSITION EXHIBIT 77

**MEMO BILL**

NO: 123515
Page: 1

CARRIER: OXEN
RECEIVED FROM: INTERNATIONAL PAPER - HAMMOND
Midwest Distribution Center
2501 165th Street
Hammond, IN 46320

DATE: 07/03/08
VEHICLE ID: OXEN/937987
SEAL NUMBERS:
REQ SHIP DTE: 07/03/08
IP SHIP NO: 200807038017

ROUTE: OVERNITE EXPRESS, INC.

Print Name: _____
Signature: _____

CONSIGNEE:
CENVEO MINNEAPOLIS
125 12TH AVENUE SOUTH
MINNEAPOLIS, MN 55414-0000

Carrier/TRL#: _____
PCS: _____
Date: _____

| NO | PKGS | COMMODITY | WEIGHT |
|---|---|---|---|
| 175 | CRTNS | PRINTING PAPER 26 213 45 | 9,898 |
| 6 | PAL/SKID | | 300 |
| TOT: 175 | | TOTAL: | 10,198 |

NOTES: 307039

IF PROBLEMS WITH DELIVERY OR DETAINED MORE THAN 1 HOUR, CALL IP @ 866-874-2660X.6763 OR X.6791 AND REFERENCE ORDER #307039
CENVEO PHONE#612-460-2659
PO#100082034, MAT#S-4601

| ORDER | CUSTOMER ORDER NUMBER | UNITS | T | WEIGHT |
|---|---|---|---|---|
| 307039 | CA/82034M | 175 | C | 9,898 # |

(2000 sheets per box)

12 BOXES damaged

ORIGINAL

*Shippers imprint in lieu of stamp; not part of Bill of Lading approved by Interstate Commerce Commission

the property, described above, in apparent good order, except as noted (contents and conditions of packages unknown), marked, consigned, and destined as indicated below...

Shipper hereby certifies that he is familiar with all the terms and conditions of the said bill of lading...

| Subject to SECTION 7 of Conditions... | The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges. (SIGNATURE OF CONSIGNOR) | Received $ _____ to apply in prepayment of the charges on the property described hereon. AGENT OR CASHIER | Per _____ (The signature here acknowledges only the amount prepaid.) This Shipment is Correctly Described. Correct Weight is As Shown Above. Subject To Verification by | CHARGES ADVANCED $ _____ IF CHARGES ARE TO BE PREPAID WRITE OR STAMP HERE "TO BE PREPAID" TO BE PREPAID |
|---|---|---|---|---|
| SHIPPER PER | AGENT PER | | | |

MEMO BILL

Page 1
NO: 128816

CARRIER: OXEN
RECEIVED FROM: INTERNATIONAL PAPER - HAMMOND
Midwest Distribution Center
2501 165th Street
Hammond, IN 46320

DATE: 07/03/08
VEHICLE ID: OXEN/937987
SEAL NUMBERS:
REQ SHIP DTE: 07/03/08
IP SHIP NO: 200807038017

ROUTE: OVERNITE EXPRESS INC

S01

MIDLAND PAPER MINNEAPOLIS
1860 SOUTHEAST ELM STREET
MINNEAPOLIS, MN 55414-0327

Print Name:
Signature:
Carrier/TRL#:
PCS:
Date:

| NO PKGS | COMMODITY | WEIGHT |
|---|---|---|
| 56 CRTNS | PRINTING PAPER 26 213 45 | 7,418 |
| 5 PAL/SKID | | 250 |
| TOT: 56 | TOTAL: | 7,668 |

NOTES: 322039

CONTACT CUST. SRVC AT MIDLAND.PAPER@IPAPER.COM
CALL 847-777-2736 X 2736 (MIKE WHITTEN) TO SCHEDULE A DELIVERY, DELIVERY BY APPOINTMENT ONLY AND RECEIVING HOURS ARE 5:00AM TO 2:30PM
ORD REF: 322039 PO NBR: 80383720

| ORDER | CUSTOMER ORDER NUMBER | UNITS | T | WEIGHT |
|---|---|---|---|---|
| 322039 | 80383720 | 56 | C | 7,418 # |

7-7-08

ORIGINAL

*Shippers imprint in Lieu of stamp; not Part of Bill of Lading approved by Interstate Commerce Commission

the property, described above, in apparent good order, except as noted (contents and conditions of packages unknown), marked, consigned, and destined as indicated below, which said carrier, (the word carrier being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination. If on its route, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed, as to each carrier of all or any said property over all or any portion of said route to destination, and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the terms and conditions of the Uniform Domestic Straight Bill of Lading set forth (1) in Uniform Classifications in effect on the date hereof, if this is a rail or a rail-water shipment, or (2) in the applicable motor carrier classification or lawfully filed tariff if this is a motor carrier shipment.

Shipper hereby certifies that he is familiar with all the terms and conditions of the said bill of lading, including those on the back thereof, set forth in the classification or lawfully filed tariff which governs the transportation of this shipment, and the said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns.

(Mail or street address of consignee - For purposes of notification only.)

| Subject to SECTION 7 of Conditions of applicable bill of lading, if this shipment is to be delivered to the consignee without rse on the consignor, the consignor sign the following statement. | The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges. (SIGNATURE OF CONSIGNOR) | Received $ _____ to apply in prepayment of the charges on the property described hereon. AGENT OR CASHIER | Per _____ (The signature here acknowledges only the amount prepaid.) This Shipment is Correctly Described. Correct Weight is As Shown Above. Subject To Verification by | CHARGES ADVANCED IF CHARGES ARE TO BE PREPAID WRITE OR STAMP HERE "TO BE PREPAID" TO BE PREPAID |
|---|---|---|---|---|
| SHIPPER PER | AGENT PER | | | |