## AMENDMENT NO. 1

This Amendment No. 1 ("Amendment") is made and entered into this 9th day of June, 2008, by and between INTERNATIONAL PAPER COMPANY, with offices at 6400 Poplar Avenue, Memphis, Tennessee 38197 ("COMPANY") and Overnite Express, with offices at 656 Pelham Blvd., Saint Paul, MN, 55114 ("CARRIER").

### WITNESSETH

WHEREAS, the parties entered into contract number OXEN093009 dated October 1, 2007 (the "Contract"), and

WHEREAS, the parties desire to amend the Contract.

NOW, THEREFORE, the parties do agree as follows:

*Effective June 13, 2008 CARRIER will be operating under the name of Universal Am Cam Ltd, and SCAC UACL.*

*Universal Am Cam Ltd agrees to honor the rates and fuel surcharge established between COMPANY and Overnite.*

This Amendment in every respect meets the requirements set forth in the Contract regarding change, modification, acceptance, incorporation and the like.

All other terms of the Contract shall remain and are in full force and effect.

IN WITNESS WHEREOF, the parties hereto do execute this Amendment on the date(s) below.

| INTERNATIONAL PAPER COMPANY | UNIVERSAL AM CAM LTD |
|---|---|
| By: _[signature]_ | By: _[signature]_ |
| Title: Manager of Sourcing ~~Motor Procurement~~ | Title: President |
| Date: 6/17/08 | Date: 6-10-08 |

Amendment 1 UACL June 9 2008

EXHIBIT 0

UACL/OEI_000065