

DEPOSITION EXHIBIT
Martin 21 II
1/12/10

**RedPrairie** MNPT

Midwest Distribution Center, Hammond, IN 46320

**Loading Sheet**

**DigitaLogistix™**

Pickup #: 200807038017
44915

| Date: 07/03 | Contact: | | Driver Arrival Time: |
|---|---|---|---|
| Appt Time: 7-3 @ | Dest / Load Type: MINNEAPOLIS / CUST | | |
| Carrier: OXEN  7PM | Trl #: | | Door: 36 |
| Tender Accepted By: | | After hours contact #: | |

| Ship To | PO # | Order Number | PLTS | PCS | WGT | Stop Sequence | Loading Sequence |
|---|---|---|---|---|---|---|---|
| XPEDX<br>345 INDUSTRIAL BLVD<br>MINNEAPOLIS,MN 554132928 | 34-85917-S<br>34-85917-S<br>34-85917-S | 211039<br>211039-0043468<br>211039-0043477 | 91<br>4<br>2 | | 7,905<br>6,820<br>4,424 | | Middle |
| CENVEO MINNEAPOLIS<br>125 12TH AVENUE SOUTH<br>MINNEAPOLIS,MN 554140000 | CA/82034M | 307039 | 175 | | 9,898 | | Nose |
| MIDLAND PAPER<br>MINNEAPOLIS<br>1860 SOUTHEAST ELM STREET<br>MINNEAPOLIS,MN 554140327 | 80383720<br>80383720<br>80383720 | 322039<br>322039-0043471<br>322039-0043486 | 48<br>4<br>4 | | 6,288<br>510<br>620 | | Tail |
| Totals: | | | | 328 | 36,465 | | |

**Loading Diagram (Nose)**



307
307 307
307 307
211 307
211 211
211 211
211 211
211 211
211
211 322
307 322
322 322

Signed Bill at: _____
Start Loading: 8-88
End Loading: 9:52

Driver's signature signifies the load pattern was loaded to Driver's specifications, damage free, and quantity correct.

Driver: [signature] Samuel Frank
Loaded By: [signature]

Comments: _____

Checked By: _____ Warehouse Supervisor On Duty

Printed: 7/3/2008 4:45:11 PM   /P 2003.2   Page 1 of 1

EXHIBIT P  20

UACL/OEI_000012