IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MURRAY SCHEINMAN, Plenary Guardian of the Estate and Person of JEFFREY J. SCHEINMAN, a Disabled Person,<br><br>Plaintiff,<br><br>v.<br><br>MARTIN'S BULK MILK SERVICE, INC., SAMUEL G. FRANKE, CSX INTERMODAL, INC., INTERNATIONAL PAPER COMPANY, UNIVERSAL AM CAN LTD., Successor to OVERNITE EXPRESS, INC., and OX LLC, BMW of NORTH AMERICA, LLC, a corporation, BAYERISCHE MOTOREN WERKEAKTIENGESELLSCHAFT, a corporation, BMW AG, a corporation, and KARL KNAUZ MOTORS, INC., a corporation,<br><br>Defendants. | Case No.: 09 CV 5340<br><br>Honorable Judge James F. Holderman<br><br>Magistrate Judge Susan Cox |

## NOTICE OF FILING

TO:     See Attached Service List

PLEASE TAKE NOTICE THAT on **May 29, 2013**, we caused to be filed with the Clerk of the U.S. District Court for the Northern District of Illinois, Eastern Division, **Defendants UACL's and IPC's Objections to and Motion to Strike Co-Defendants Franke's and MBMS' Responses to UACL's and IPC's Motion for Summary Judgment Against Plaintiff,** copies of which are hereby served upon you.

Carlton D. Fisher                          s/Carlton D. Fisher
William Yu                                    Attorneys for Defendants
HINSHAW & CULBERTSON LLP
222 North LaSalle Street, Suite 300
Chicago, Illinois 60601-1081
(312) 704-3000

## CERTIFICATE OF SERVICE

I hereby certify that on **May 29, 2013**, I electronically filed the attached **Defendants UACL's and IPC's Objections to and Motion to Strike Co-Defendants Franke's and MBMS' Responses to UACL's and IPC's Motion for Summary Judgment Against Plaintiff,** and **Notice of Filing** with the Clerk of the U.S. District Court, using the CM/ECF system, which will send notification of such filing(s) to all counsel of record.

Carlton D. Fisher
William Yu
HINSHAW & CULBERTSON LLP              s/Carlton D, Fisher
222 North LaSalle Street, Suite 300          Attorneys for Defendants
Chicago, Illinois 60601-1081
(312) 704-3000