IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MURRAY SCHEINMAN, Plenary Guardian of the Estate and Person of JEFFREY J. SCHEINMAN, a Disabled Person,<br><br>   Plaintiff,<br><br>v.<br><br>MARTIN'S BULK MILK SERVICE, INC., SAMUEL G. FRANKE, CSX INTERMODAL, INC., INTERNATIONAL PAPER COMPANY, OVERNITE EXPRESS, INC., OVERNITE LOGISTICS, INC., OX LLC, UNIVERSAL AM CAN LTD.,<br><br>   Defendants. | Case No.: 09 cv 5340<br><br>Honorable James F. Holderman<br><br>Magistrate Susan E. Cox |

## NOTICE OF MOTION

TO: All Counsel of Record

PLEASE TAKE NOTICE that on **June 6, 2013**, at **9:00 a.m.**, or as soon thereafter as counsel may be heard, I shall appear before Judge James Holderman or any judge in his stead in Courtroom 2541 in the Dirksen Federal Building, 219 South Dearborn Street, Chicago, Illinois, 60604, and shall then and there present **UACL's And IPC's Motion For Hearing, or for Alternative Relief, On Their Standing Objections To And Motion To Strike Co-Defendants Franke's And MBMS' Responses To UACL's And IPC's Motions For Summary Judgment Against Plaintiff,** a copy of which is hereby served upon you.

                s/Carlton D. Fisher
                Carlton D. Fisher

Carlton D. Fisher – Atty Bar No. 3122466
HINSHAW & CULBERTSON LLP
222 North LaSalle Street, Suite 300
Chicago, Illinois 60601-1081
(312) 704-3000

## CERTIFICATE OF SERVICE

I hereby certify that on **May 31, 2013**, I electronically filed the above document, with the Clerk of the Court using the CM/ECF system which will send notification of such filing(s) to all counsel of record.

            By: s/Carlton D. Fisher
               Carlton D. Fisher

*Scheinman v. UACL, et al.*

## SERVICE LIST

*Attorneys for Plaintiff*
Richard Burke, Jr.
Shannon M. McNulty
Courtney Boho Marincsin
Nancy K. O'Donnell
Clifford Law Offices, P.C.
120 N. LaSalle Street, Suite 3100
Chicago, IL 60602
Phone: (312) 899-9090
Fax:    (312) 251-1160
rfb@cliffordlaw.com
smm@cliffordlaw.com
cbm@cliffordlaw.com
nodonnell@cliffordlaw.com

*Additional Attorneys for MBMS.*
Robert J. Golden
Dowd & Dowd, Ltd.
617 W. Fulton Street
Chicago, IL 60661
(312) 704-4400
(312) 704-4500 Fax
rgolden@dowdanddowd.com

*Attorneys for the BMW entities and Karl Knauz Motors*
James K. Toohey
Timothy R. Couture
Johnson & Bell LTD
33 W. Monroe Street, Suite 2700
Chicago, IL 60603
Phone; (312) 372-0770
Fax: (312) 372-9818
tooheyj@jbltd.com
couturet@jbltd.com

*Attorneys for Franke and MBMS*
Joseph G. Skryd
Matthew R. Schreck
James J. Temple
Jason Briesemeister
Mulhern, Rehfeldt & Varchetto, P.C.
211 South Wheaton Avenue, Suite 200
Wheaton, IL 60187
Phone: (630) 653-9300
Fax: (630) 653-9316
jskryd@mrvlaw.com
mschreck@mrvlaw.com
jtemple@mrvlaw.com
JBriesemeister@mrvlaw.com    (630) 384-3165 - Direct