UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 5.1.1
Eastern Division

Murray Scheinman

                Plaintiff,

v.                           Case No.: 1:09−cv−05340
                              Honorable James F. Holderman

Martin's Bulk Milk Service, Inc., et al.

                Defendant.


**NOTIFICATION OF DOCKET ENTRY**


This docket entry was made by the Clerk on Thursday, June 6, 2013:

      MINUTE entry before Honorable James F. Holderman: Motion hearing held. For the reasons stated on the record, Defendants International Paper Company and Universal Am Can Ltd's motion for hearing and to strike responses to motions for summary judgment against plaintiff [337] is granted. International Paper Company and Universal Am Can Ltd's Objections [336] are also granted. Notice mailed by judge's staff (ntf, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.