IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| MURRAY SCHEINMAN, Plenary Guardian of the Estate and Person of JEFFREY J. SCHEINMAN, a Disabled Person, | ) ) ) ) ) | |
| Plaintiffs, | ) ) | |
| vs. | ) ) | No. 09 cv 5340 |
| MARTIN'S BULK MILK SERVICE, INC., SAMUEL G. FRANKE, INTERNATIONAL PAPER COMPANY, UNIVERSAL AM CAN LTD., Successor to OVERNITE EXPRESS, INC. and OX LLC, BMW of NORTH AMERICA, LLC, a corporation, BAYERISCHE MOTOREN WERKE AKTIENGESELLSCHAFT, a corporation, | ) ) ) ) ) ) ) ) | Honorable James F. Holderman<br><br>Magistrate Susan E. Cox |
| Defendants. | ) | |

**AGREED STIPULATION OF VOLUNTARY DISMISSAL
OF CERTAIN DEFENDANTS**

This matter coming before the Court on the agreed stipulation of all parties, and pursuant to Federal Rule of Civil Procedure 41(a), it is hereby agreed and stipulated between the parties that the Court may enter an order stating as follows:

1.) Plaintiff's Complaint against BMW of NORTH AMERICA, LLC, and BAYERISCHE MOTOREN WERKE AKTIENGESELLSCHAFT is dismissed without prejudice and without costs, pursuant to Federal Rule of Civil Procedure 41(a).

2.) All counterclaims and third party claims pled by defendants against BMW of NORTH AMERICA, LLC and BAYERISCHE MOTOREN WERKE AKTIENGESELLSCHAFT are dismissed without prejudice, pursuant to Federal Rule of Civil Procedure 41(a).

1

3.) All counterclaims and third party claims pled by BMW of NORTH AMERICA, LLC and BAYERISCHE MOTOREN WERKE AKTIENGESELLSCHAFT against defendants are dismissed without prejudice, pursuant to Federal Rule of Civil Procedure 41(a).

4.) By agreement of all parties, should Plaintiff or any other party governed by this order refile the case against BMW of NORTH AMERICA, LLC and BAYERISCHE MOTOREN WERKE AKTIENGESELLSCHAFT, all parties shall have 45 days to refile their counterclaims and/or third party claims against one another.

APPROVED BY:

| CLIFFORD LAW OFFICES, P.C. | HINSHAW & CULBERTSON LLP |
|---|---|
| *Attorney for Murray Schienman* | *Attorney for International Paper Company and Universal AM CAN, Ltd., s/b/a and Successor to Overnite Express, Inc. and Ox, LLC* |
| By: s//Richard F. Burke, Jr.<br>Richard F. Burke, Jr.<br>Clifford Law Offices, P.C.<br>120 N. LaSalle Street, Suite 3100<br>Chicago, IL 60602<br>Phone: (312) 899-9090<br>Fax: (312) 251-1160<br>rfb@cliffordlaw.com | By: s//Carlton D. Fisher<br>Carlton D. Fisher<br>Hinshaw & Culbertson, LLP<br>222 N. LaSalle, Suite 300<br>Chicago, IL 60601<br>Phone: (312) 704-3450<br>Fax: (312) 704-3001<br>cfisher@hinshawlaw.com |
| MULHERN, REHFELDT & VARCHETTO, P.C.<br>*Attorney for Martin's Bulk Milk Service, Inc. and Samuel G. Franke* | DOWD & DOWD<br>*Additional Attorney for Martin's Bulk Service, Inc. and Samuel G. Franke* |
| By: s//Matthew R. Schreck<br>Mr. Joseph Skyrd<br>Matthew R. Schreck<br>Mulhern, Rehfeldt & Varchetto, P.C.<br>211 S. Wheaton Ave., Suite 200<br>Wheaton, IL 60187<br>Phone: (630) 653-9300<br>Fax: (630) 653-9316 | By: s//Robert J. Golden<br>Robert J. Golden<br>Dowd & Dowd<br>617 W. Fulton<br>Chicago, IL 60661<br>Phone: (312) 704-4400<br>Phone: (312) 704-4500<br>rgolden@dowdanddowd.com |

jskyrd@mrvlaw.com
mschreck@mrvlaw.com

JOHNSON & BELL
*Attorney for BMW of North America, LLC and*
*Bayerische Motoren Werke Aktiengesellschaft*

By:   s//Timothy R. Couture
    James K. Toohey
    Timothy R. Couture
    Johnson & Bell
    33 W. Monroe Street, Suite 2700
    Chicago, IL 60603
    Phone: (312) 372-0770
    Fax: (312) 372-9818
    tooheyj@jbltd.com
    couturet@jbltd.com

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| MURRAY SCHEINMAN, Plenary Guardian of the Estate and Person of JEFFREY J. SCHEINMAN, a Disabled Person, | ) ) ) ) ) | |
| Plaintiffs, | ) ) | |
| vs. | ) ) | No. 09 cv 5340 |
| MARTIN'S BULK MILK SERVICE, INC., SAMUEL G. FRANKE, INTERNATIONAL PAPER COMPANY, UNIVERSAL AM CAN LTD., Successor to OVERNITE EXPRESS, INC. and OX LLC, BMW of NORTH AMERICA, LLC, a corporation, BAYERISCHE MOTOREN WERKE AKTIENGESELLSCHAFT, a corporation, | ) ) ) ) ) ) ) ) ) | Honorable James F. Holderman  Magistrate Susan E. Cox |
| Defendants. | ) | |

## **CERTIFICATE OF SERVICE**

The undersigned attorney hereby certifies that on **June 6, 2013**, he caused **Agreed Stipulation of Voluntary Dismissal of Certain Defendants** to be filed electronically through the CM/ECF system which will send notification of such filing to the attorneys listed on the attached Service List.

                                                                                s// Richard F. Burke, Jr.
                                                                              Richard F. Burke, Jr. Bar Number 03121588
                                                                              Attorney for Plaintiff MURRAY SCHEINMAN,
                                                                              Plenary Guardian of the Estate and Person of
                                                                              JEFFREY J. SCHEINMAN, a Disabled Person

Richard F. Burke, Jr.
Shannon M. McNulty
Attorneys for Plaintiff
CLIFFORD LAW OFFICES, P.C.
120 North LaSalle Street, Suite 3100
Chicago, Illinois 60602
(312) 899-9090/ (312) 251-1160 (fax)

Scheinman v. Martins Bulk Milk Service, Inc., et al.
Our File No.: 08-0066
Case No. 1:09-cv-05340

SERVICE LIST

Mr. Joseph Skryd
Mr. Matthew Schreck
Mr. James Temple
Ms. Kristen C. Leppert
Mr. Jason Briesemeister
MULHERIN, REHFELDT & VARCHETTO, P.C.
211 South Wheaton Avenue, Suite 200
Wheaton, Illinois 60187
(630) 653-9300
(630) 653-9316 (Fax)
jskryd@mrvlaw.com
mschreck@mrvlaw.com
jtemple@mrvlaw.com
Jbriesemeister@MRVLaw.com

Mr. Robert J. Golden
Mr. Daniel Polsby
DOWD & DOWD, LTD.
617 West Fulton
Chicago, Illinois 60661
(312) 704-4400
(312) 704-4500 (Fax)
rgolden@dowdanddowd.com
dpolsby@dowdanddowd.com
**ATTORNEYS FOR DEFENDANTS: MARTIN'S BULK MILK SERVICE, INC. AND SAMUEL G. FRANKE**


Carlton D. Fisher
William Yu
Cecilia A. Horan
HINSHAW AND CULBERTSON, LLP
222 North LaSalle Street, Suite 300
Chicago, Illinois 60601
(312)704-3000
(312) 704-3001 (Fax)
cfisher@hinshawlaw.com
wyu@hinshawlaw.com
choran@hinshawlaw.com

*ATTORNEY FOR DEFENDANT: INTERNATIONAL PAPER COMPANY AND UNIVERSAL AM CAN, LTD., S/B/A AND SUCCESSOR TO OVERNITE EXPRESS INC., AND OX, LLC*

Mr. James K. Toohey
Mr. Timothy R. Couture
JOHNSON & BELL, LTD.
33 West Monroe Street, Suite 2700
Chicago, Illinois 60603
(312) 372-0770
(312) 372-9818 (Fax)
tooheyj@jbltd.com
couturet@jbltd.com
*ATTORNEYS FOR DEFENDANTS: BMW of NORTH AMERICA, LLC and BAYERISCHE MOTOREN WERKE AKTIENGESELLSCHAFT*