# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 5.1.1
### Eastern Division

Murray Scheinman

                                   Plaintiff,

v.                                                        Case No.: 1:09−cv−05340
                                                             Honorable James F. Holderman

Martin's Bulk Milk Service, Inc., et al.

                                   Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, June 7, 2013:

      MINUTE entry before Honorable James F. Holderman: Plaintiffs' agreed stipulation of voluntary dismissal of certain defendants is granted. BMW of North America, LLC and Bayerische Motoren Werke Aktiengesellschaft are dismissed as parties in this case. Notice mailed by judge's staff (ntf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.