IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| MURRAY SCHEINMAN, etc., ) | |
| ) | |
| Plaintiff, ) | Case No.: 09 cv 5340 |
| ) | |
| v. ) | |
| ) | Honorable John A. Nordberg |
| MARTIN'S BULK MILK SERVICE, INC., ) | |
| et al., ) | Magistrate Susan E. Cox |
| Defendants. ) | |

## MOTION TO CORRECT TYPOGRAPHICAL ERRORS IN IPC'S AND UACL'S STATEMENTS OF MATERIAL FACTS AND MOTION TO STRIKE AND BAR

NOW COME the Defendants, International Paper Company ("IPC") and Universal Am Can, Ltd. ("UACL"), by their attorneys, Carlton D. Fisher, William Yu and Cecilia A. Horan of Hinshaw & Culbertson LLP, and for their Motion to Correct Typographical Errors in IPC's and UACL's Statements of Material Facts and Motion to Strike and Bar, they state as follows:

1.      Defendants' Statements of Material Facts in support of their Motions for Summary Judgment contain certain typographical errors and omissions that plaintiff's counsel identified and which Defendants wish to correct for the purpose of an accurate record.

2.      What follows are Defendants' Statement of Facts as alleged and as they wish to be corrected:

| Current Paragraph | Corrected Paragraph (with changes in bold) |
|---|---|
| IPC and UACL Paragraph 23.  On the day of the occurrence, Franke transported a load from Wilton, Wisconsin to Chicago, Illinois and he was assigned that load through dispatch at MBMS. (J.A.E. 6, pp. 103-104) | IPC and UACL Paragraph 23.  On the day of the occurrence, Franke transported a load from Wilton, Wisconsin to Chicago, Illinois and he was assigned that load through dispatch at MBMS. (J.A.E. 6, **Berndt Deposition, pp. 30, 103-104**) |
| IPC and UACL Paragraph 36.   IPC never inspected the tractor, trailer, chassis or container via a pre-trip inspection.  (J.A.E. 11, p. 176) | IPC and UACL Paragraph 36.   IPC never inspected the tractor, trailer, chassis or container via a pre-trip inspection. (J.A.E. 11, **Anderton Deposition, p. 183**) |

| Current Title of Motion to Strike and Bar | Corrected Title of Motion to Strike and Bar |
|---|---|
| Motion to Strike and Bar Testimony of David Martin and Pat Podlena Pursuant to FRCP 701 and 702 | Motion to Strike and Bar Testimony of David Martin and Pat Podlena Pursuant to **FRE 701 and 702** |

WHEREFORE, Defendants, Universal Am Can, Ltd. and International Paper Co., respectfully request that the Court recognize the corrected statements of fact and motion title, allow the plaintiff to respond to the corrected statements of fact, and for such additional relief as the Court deems just and proper.

Respectfully submitted,

HINSHAW & CULBERTSON LLP

By: s/Carlton D. Fisher

Carlton D. Fisher
William Yu
Cecilia A. Horan
Hinshaw & Culbertson LLP
222 N. LaSalle, Suite 300
Chicago, IL 60601
312-704-3000
312-704-3001 F

2

130602126 0903067