IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| MURRAY SCHEINMAN, Plenary Guardian of the Estate and Person of JEFFREY J. SCHEINMAN, a Disabled Person, | ) ) ) ) ) | |
| Plaintiffs, | ) ) | |
| vs. | ) ) | No. 09 cv 5340 |
| MARTIN'S BULK MILK SERVICE, INC., SAMUEL G. FRANKE, INTERNATIONAL PAPER COMPANY, UNIVERSAL AM CAN LTD., Successor to OVERNITE EXPRESS, INC. and OX LLC. | ) ) ) ) ) ) | Honorable James F. Holderman<br><br>Magistrate Susan E. Cox |
| Defendants. | ) | |

**PLAINTIFF'S MOTION FOR LEAVE TO RESPOND TO DEFENDANTS' MOTIONS**

Plaintiff, MURRAY SCHEINMAN, Plenary Guardian of the Estate and Person of JEFFREY J. SCHEINMAN, a Disabled Person, through his attorneys, CLIFFORD LAW OFFICES, P.C., moves this Court for Leave to file a Response to Defendants' Motion to Strike Superfluous Argument contained in Plaintiff's Responses to UACL's and IPC's Statement of Facts and to Defendants' Motion to Strike and Bar Testimony of David Martin and Pat Podlena pursuant to FRCP 701 and 702, and in support thereof states as follows:

1. The instant case involves an incident in which Plaintiff's vehicle was rear-ended by a semi-tractor trailer truck. Defendants International Paper Company ("IPC") and Universal AM CAN Limited ("UACL") previously filed Motions for Summary Judgment. A briefing schedule was set by the Court on March 28, 2013.

2. Plaintiff timely filed its Response on May 28, 2013, along with a Response to Defendants' Rule 56.1(b)(3)(B) Statement of Material Facts.

3. On June 18, 2013 Defendants UACL and IPC filed their Reply Briefs in accord with the Court's previously entered briefing schedule. However, Defendants UACL and IPC also filed two separate Motions on June 18, 2013 that relate to the Summary Judgment issues and documents.

4. One of the Motions filed by Defendants UACL and IPC was entitled a Motion to Strike Superfluous Argument contained in Plaintiff's Responses to UACL's and IPC's Statement of Facts, and the other motion was entitled a Motion to Strike and Bar Testimony of David Martin and Pat Podlena pursuant to FRCP 701 and 702. Defendants did not have leave to file these motions and these motions were not contemplated in the briefing schedule set by the Court in relation to Defendants' Summary Judgment Motions.

5. Plaintiff believes that both of these motions have no valid basis under the applicable law and Plaintiff has a meritorious response. Plaintiff further believes both motions should be stricken and/or denied. Accordingly Plaintiff requests leave to file a written response to set forth Plaintiff's meritorious response to both motions on or before July 10, 2013.

WHEREFORE, Plaintiff asks leave of Court to file a written response to Defendants' Motion to Strike and Bar Testimony of David Martin and Pat Podlena, and Defendants' Motion to Strike Superflous Argument contained in Plaintiff's Responses to UACL's and IPC's Satement of Facts.

  s//Richard F. Burke, Jr.
Submitted By One of Plaintiff's Attorneys
Richard F. Burke, Jr.
ARDC No: 03121588

Richard F. Burke, Jr.
Shannon M. McNulty
Kimberly M. Halvorsen
Attorneys for Plaintiff
CLIFFORD LAW OFFICES, P.C.
120 North LaSalle Street, Suite 3100
Chicago, Illinois 60602
(312) 899-9090
(312) 251-1160 (Fax)