UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 5.1.1
Eastern Division

Murray Scheinman
                                  Plaintiff,

v.                                               Case No.: 1:09−cv−05340
                                                          Honorable James F. Holderman

Martin's Bulk Milk Service, Inc., et al.
                                  Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, July 2, 2013:

        MINUTE entry before Honorable James F. Holderman: Motion hearing held. Defendants' motions to strike [342] and [343] are taken under advisement. Plaintiff's responses shall be filed by 7/10/13. Defendants' replies shall be filed by 7/19/13. The Court will rule electronically. Defendants' motion to correct typographical errors [349] is granted. Plaintiff's motion for leave to respond to defendants' motions [351] is granted. Notice mailed by judge's staff (ntf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.