**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| MURRAY SCHEINMAN, Plenary Guardian of the Estate and Person of JEFFREY J. SCHEINMAN, a Disabled Person, | ) ) ) ) ) | |
| Plaintiffs, | ) ) | |
| vs. | ) ) | No. 09 cv 5340 |
| MARTIN'S BULK MILK SERVICE, INC., SAMUEL G. FRANKE, INTERNATIONAL PAPER COMPANY, UNIVERSAL AM CAN LTD., Successor to OVERNITE EXPRESS, INC. and OX LLC, BMW of NORTH AMERICA, LLC, a corporation, BAYERISCHE MOTOREN WERKE AKTIENGESELLSCHAFT, a corporation, | ) ) ) ) ) ) ) ) | Honorable James F. Holderman Magistrate Susan E. Cox |
| Defendants. | ) | |

## AGREED STIPULATION OF VOLUNTARY DISMISSAL OF DEFENDANT OX LLC

This matter coming before the Court on the agreed stipulation of all parties and pursuant to

Federal Rule of Civil Procedure 41(a), it is hereby agreed and stipulated between the parties that the

Court may enter an order stating as follows:

1.) Plaintiff's Complaint against Defendant OX LLC is dismissed without prejudice pursuant

to Federal Rule of Civil Procedure 41(a) and with costs to be paid only upon refiling of a claim by

Plaintiff against OX LLC.

2.) All counterclaims and third party claims pled by defendants against OX LLC are

dismissed without prejudice, pursuant to Federal Rule of Civil Procedure 41(a).

3.) All counterclaims and third party claims pled by OX LLC against defendants are

1

dismissed without prejudice, pursuant to Federal Rule of Civil Procedure 41(a).

    4.) By agreement of all parties, should Plaintiff or any other party governed by this order refile a claim against OX LLC, all parties shall have 45 days to refile their counterclaims and/or third party claims against one another.

By: _____
          Judge James F. Holderman

APPROVED BY:

CLIFFORD LAW OFFICES, P.C.

By: s//Richard F. Burke, Jr.
    Richard F. Burke, Jr.
    Clifford Law Offices, P.C.
    120 N. LaSalle Street, Suite 3100
    Chicago, IL 60602
    Phone: (312) 899-9090
    Fax: (312) 251-1160
    rfb@cliffordlaw.com

MULHERN, REHFELDT & VARCHETTO, P.C.

By: s//Matthew R. Schreck
    Matthew R. Schreck
    Mulhern, Rehfeldt & Varchetto, P.C.
    211 S. Wheaton Ave., Suite 200
    Wheaton, IL 60187
    Phone: (630) 653-9300
    Fax: (630) 653-9316
    mschreck@mrvlaw.com

HINSHAW & CULBERTSON LLP

By: s//Carlton D. Fisher
    Carlton D. Fisher
    Hinshaw & Culbertson, LLP
    222 N. LaSalle, Suite 300
    Chicago, IL 60601
    Phone: (312) 704-3450
    Fax: (312) 704-3001
    cfisher@hinshawlaw.com

DOWD & DOWD

By: s//Robert J. Golden
    Robert J. Golden
    Dowd & Dowd
    617 W. Fulton
    Chicago, IL 60661
    Phone: (312) 704-4400
    Fax: (312) 704-4500
    rgolden@dowdanddowd.com

2

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| MURRAY SCHEINMAN, Plenary Guardian of the Estate and Person of JEFFREY J. SCHEINMAN, a Disabled Person, | ) ) ) ) ) | |
| Plaintiffs, | ) ) | |
| vs. | ) ) | No. 09 cv 5340 |
| MARTIN'S BULK MILK SERVICE, INC., SAMUEL G. FRANKE, INTERNATIONAL PAPER COMPANY, UNIVERSAL AM CAN LTD., Successor to OVERNITE EXPRESS, INC. and OX LLC, BMW of NORTH AMERICA, LLC, a corporation, BAYERISCHE MOTOREN WERKE AKTIENGESELLSCHAFT, a corporation, | ) ) ) ) ) ) ) ) | Honorable James F. Holderman  Magistrate Susan E. Cox |
| Defendants. | ) | |

## CERTIFICATE OF SERVICE

The undersigned attorney hereby certifies that on **July 26, 2013**, he caused **Agreed Stipulation of Voluntary Dismissal of Defendant OX LLC** to be filed electronically through the CM/ECF system which will send notification of such filing to the attorneys listed on the attached Service List.

s// Richard F. Burke, Jr.
Richard F. Burke, Jr. Bar Number 03121588
Attorney for Plaintiff MURRAY SCHEINMAN,
Plenary Guardian of the Estate and Person of
JEFFREY J. SCHEINMAN, a Disabled Person

Richard F. Burke, Jr.
Shannon M. McNulty
Attorneys for Plaintiff
CLIFFORD LAW OFFICES, P.C.
120 North LaSalle Street, Suite 3100
Chicago, Illinois 60602
(312) 899-9090/ (312) 251-1160 (fax)

3

Scheinman v. Martins Bulk Milk Service, Inc., et al.
Our File No.: 08-0066
Case No. 1:09-cv-05340

SERVICE LIST

Mr. Joseph Skryd
Mr. Matthew Schreck
MULHERIN, REHFELDT & VARCHETTO, P.C.
211 South Wheaton Avenue, Suite 200
Wheaton, Illinois 60187
(630) 653-9300
(630) 653-9316 (Fax)
jskryd@mrvlaw.com
mschreck@mrvlaw.com

Mr. Robert J. Golden
Mr. Daniel Polsby
DOWD & DOWD, LTD.
617 West Fulton
Chicago, Illinois 60661
(312) 704-4400
(312) 704-4500 (Fax)
rgolden@dowdanddowd.com
dpolsby@dowdanddowd.com
*ATTORNEYS FOR DEFENDANTS: MARTIN'S BULK MILK SERVICE, INC. AND SAMUEL G. FRANKE*

Carlton D. Fisher
HINSHAW AND CULBERTSON, LLP
222 North LaSalle Street, Suite 300
Chicago, Illinois 60601
(312)704-3000
(312) 704-3001 (Fax)
cfisher@hinshawlaw.com
*ATTORNEY FOR DEFENDANT: INTERNATIONAL PAPER COMPANY AND UNIVERSAL AM CAN, LTD., S/B/A AND SUCCESSOR TO OVERNITE EXPRESS INC., AND OX, LLC*

4