IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

MURRAY SCHEINMAN, Plenary
Guardian of the Estate and Person of
JEFFREY J. SCHEINMAN, a Disabled
Person,

    Plaintiffs,

vs.

MARTIN'S BULK MILK SERVICE, INC.,
SAMUEL G. FRANKE, INTERNATIONAL
PAPER COMPANY, UNIVERSAL AM CAN LTD.,
Successor to OVERNITE EXPRESS, INC. and
OX LLC, BMW of NORTH AMERICA, LLC,
a corporation, BAYERISCHE MOTOREN
WERKE AKTIENGESELLSCHAFT, a corporation,

    Defendants.

No. 09 cv 5340

Honorable James F. Holderman

Magistrate Susan E. Cox

## AGREED ORDER OF VOLUNTARY DISMISSAL OF DEFENDANT OX LLC

This cause coming to be heard on the agreed stipulation of all parties pursuant to Federal Rule of Civil Procedure 41(a) for the voluntary dismissal of Defendant OX LLC,

IT IS HEREBY ORDERED:

1.) Plaintiff's Complaint against OX LLC is dismissed without prejudice, pursuant to Federal Rule of Civil Procedure 41(a), and with costs to be paid only upon refiling of a claim by Plaintiff against OX LLC.

2.) All counterclaims and third party claims pled by defendants against OX LLC are dismissed without prejudice, pursuant to Federal Rule of Civil Procedure 41(a).

3.) All counterclaims and third party claims pled by Defendant OX LLC against defendants

1

are dismissed without prejudice, pursuant to Federal Rule of Civil Procedure 41(a).

4.) By agreement of all parties, should Plaintiff or any other party governed by this order refile a claim against OX LLC, all parties shall have 45 days to refile their counterclaims and/or third party claims against one another.

JUL 2 6 2013

By: *James F. Holderman*
Judge James F. Holderman

APPROVED BY:

CLIFFORD LAW OFFICES, P.C.

By: s//Richard F. Burke, Jr.
Richard F. Burke, Jr.
Clifford Law Offices, P.C.
120 N. LaSalle Street, Suite 3100
Chicago, IL 60602
Phone: (312) 899-9090
Fax: (312) 251-1160
rfb@cliffordlaw.com

MULHERN, REHFELDT & VARCHETTO, P.C.

By: s//Matthew R. Schreck
Matthew R. Schreck
Mulhern, Rehfeldt & Varchetto, P.C.
211 S. Wheaton Ave., Suite 200
Wheaton, IL 60187
Phone: (630) 653-9300
Fax: (630) 653-9316
mschreck@mrvlaw.com

HINSHAW & CULBERTSON LLP

By: s//Carlton D. Fisher
Carlton D. Fisher
Hinshaw & Culbertson, LLP
222 N. LaSalle, Suite 300
Chicago, IL 60601
Phone: (312) 704-3450
Fax: (312) 704-3001
cfisher@hinshawlaw.com

DOWD & DOWD

By: s//Robert J. Golden
Robert J. Golden
Dowd & Dowd
617 W. Fulton
Chicago, IL 60661
Phone: (312) 704-4400
Fax: (312) 704-4500
rgolden@dowdanddowd.com