# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1
### Eastern Division

Murray Scheinman

                                    Plaintiff,

v.                                                                Case No.: 1:09−cv−05340
                                                                         Honorable James F. Holderman

Martin's Bulk Milk Service, Inc., et al.

                                    Defendant.


## NOTIFICATION OF DOCKET ENTRY


This docket entry was made by the Clerk on Wednesday, September 3, 2014:


       MINUTE entry before the Honorable James F. Holderman: Settlement conference held. Counsel for parties shall discuss the final settlement proposal. Counsel are to confer with their clients and others necessary to effectuate settlement under the terms of the final proposal. Case set for final report on settlement at 10:00 a.m. on 9/5/14. Notice mailed by judge's staff (ntf, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.