RJG/MGP 5169-25483

# IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | |
|---|---|---|
| MURRAY SCHEINMAN, et al, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 1:09-cv-5340 |
| | ) | |
| MARTIN'S BULK MILK SERVICE, INC., et al, | ) | |
| | ) | |
| Defendants. | ) | |

## MOTION TO CONTINUE STATUS HEARING

NOW COME Defendants, MARTIN'S BULK MILK SERVICE, INC., and SAMUEL J. FRANKE, by their attorneys, Robert J. Golden, Michael G. Patrizio, and Dowd & Dowd, Ltd., and herein move this Court for an Order continuing the status hearing, set for October 16, 2014, to a date convenient to the Court after November 1, 2014. In support thereof, Defendants state as follows:

1. On September 3, 2014, the Parties participated in a settlement conference before this Court, at the conclusion of which the Parties agreed to the terms of settlement. According to the terms agreed to by the Parties, Defendant MARTIN'S BULK MILK SERVICE, INC., is to make a $5 million payment to Plaintiff by November 1, 2014. Other sums are due to be paid in the future, and this Motion does not concern the future payments.

2. Since the settlement conference, Defendant MARTIN'S BULK MILK SERVICE, INC., has with working with its lender, Associated Bank (hereinafter "Bank"), located in La Crosse, Wisconsin, to fund the $5 million payment. Defendant has asked the Bank to facilitate the loan's approval given the terms of the proposed settlement agreement.

3. The Bank has advised Defendant that loan approval process is proceeding in due

course; however, the Bank has advised Defendant that the paperwork necessary for approval of the loan necessary to fund the $5 million payment will not be finalized until the end of October 2014. The additional time is needed in part because the settlement agreement includes issues of subordination and cross-collaterization that are unique to it, as well as ensuring the future viability of MARTINS's so that it can fund its future payments to Plaintiff.

4. Defendants have no reason to believe the loan will not be approved by the end of this month.

5. Defendants have advised attorneys Richard Burke and Robert Sheridan, of Clifford Law Offices, about the current status of the loan approval process. In response, they have suggested that Defendants file the current Motion, asking this Court to continue the status for a date after November 1, 2014, by which time the Parties will know the Bank's position.

WHEREFORE, for all the reasons stated above, Defendants, MARTIN'S BULK MILK SERVICE, INC., and SAMUEL J. FRANKE, respectfully ask this Court to continue the October 16, 2014, status hearing to a date convenient to the Court after November 1, 2014.

Respectfully submitted,

s/     Robert J. Golden
Robert J. Golden – Bar Number: 6193047
Michael G. Patrizio – Bar Number: 6188853
Attorney for Defendants
617 West Fulton Street
Chicago, Illinois 60661
Telephone:   (312) 704-4400
Fax:         (312) 704-45000
E-Mail:      rgolden@dowdanddowd.com
E-Mail:      mpatrizio@dowdanddowd.com