RJG/MGP                                                                      5169-25483

**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION**

| | |
|---|---|
| MURRAY SCHEINMAN, et al, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) 1:09-cv-5340 |
| | ) |
| MARTIN'S BULK MILK SERVICE, INC., et al, | ) |
| | ) |
| Defendants. | ) |

## NOTICE OF MOTION

To:     See Attached List List

Please take notice that on Thursday, October 16, 2014, at 9:00 a.m., we shall appear before the Honorable James F. Holderman, in Room 1801, and then and there present the attached Motion to Continue Status Hearing, a copy of which is herewith served upon you.

Respectfully submitted,

s/      Robert J. Golden
Robert J. Golden – Bar Number: 6193047
Michael G. Patrizio – Bar Number: 6188853
Attorney for Defendants
617 West Fulton Street
Chicago, Illinois 60661
Telephone:    (312) 704-4400
Fax:          (312) 704-45000
E-Mail:       rgolden@dowdanddowd.com
E-Mail:       mpatrizio@dowdanddowd.com