# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1
### Eastern Division

Murray Scheinman

                                    Plaintiff,

v.                                                       Case No.: 1:09−cv−05340
                                                                 Honorable James F. Holderman

Martin's Bulk Milk Service, Inc., et al.

                                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, October 14, 2014:

      MINUTE entry before the Honorable James F. Holderman: Defendant Martin's Bulk Milk Service, Inc.'s motion to continue status hearing [390] is granted. Status hearing previously set for 10/16/14 is stricken and reset to 11/4/14 at 9:00 a.m. Notice mailed by judge's staff (ntf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.