UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6,1
Eastern Division

Murray Scheinman
                              Plaintiff,

v.                                             Case No.: 1:09−cv−05340
                                                             Honorable James F. Holderman

Martin's Bulk Milk Service, Inc., et al.
                              Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, November 4, 2014:

        MINUTE entry before the Honorable James F. Holderman: Status hearing held and continued to 11/18/14 at 9:00 a.m. Final approval order shall be submitted to Judge Holderman's proposed email address by 11/17/14. Notice mailed by judge's staff (ntf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.