**UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6,1
Eastern Division**

Murray Scheinman

                                  Plaintiff,

v.                                                                     Case No.: 1:09−cv−05340
                                                                      Honorable James F. Holderman

Martin's Bulk Milk Service, Inc., et al.

                                  Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, November 18, 2014:

      MINUTE entry before the Honorable James F. Holderman: Status hearing held. As stated in open court, the parties intend to submit a revised final approval order to Judge Holderman's proposed order email address, file a stipulation dismissing International Paper Company as a defendant, and file a stipulation dismissing the case with prejudice pending the entry of the final approval order. Notice mailed by judge's staff (ntf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.