IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MURRAY SCHEINMAN, Plenary Guardian of the Estate of and Person of JEFFREY J. SCHEINMAN, a Disabled Person,<br><br>Plaintiff,<br><br>v.<br><br>MARTIN'S BULK MILK SERVICE, INC., SAMUEL G. FRANKE and UNIVERSAL AM CAN LTD., Successor to OVERNITE EXPRESS, INC., and INTERNATIONAL PAPER COMPANY<br><br>Defendants. | Case No. 09 cv 5340<br><br>Judge James F. Holderman |

## MOTION AND STIPULATION FOR A VOLUNTARY DISMISSAL OF INTERNATIONAL PAPER COMPANY

THE PLAINTIFF, Murray Scheinman, Plenary Guardian of the Estate of and Person of JEFFREY J. SCHEINMAN, a Disabled Person, hereby moves for a voluntary dismissal of the defendant, INTERNATIONAL PAPER COMPANY, pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure and pursuant to this stipulated agreement with counsel for INTERNATIONAL PAPER COMPANY. It is expressly agreed that this voluntary dismissal shall be with prejudice and without cost to either party stipulating to this dismissal.

IT IS HEREBY FURTHER STIPULATED AND AGREED that said dismissal shall be a bar to the bringing of any action against INTERNATIONAL PAPER COMPANY based on or including the claim for which this action against INTERNATIONAL PAPER COMPANY was brought.

| | |
|---|---|
| CLIFFORD LAW OFFICES, P.C.<br>Attorney for Plaintiff | HINSHAW & CULBERTSON LLP<br>Attorneys for International Paper Company |
| /S/ RICHARD F. BURKE<br>Richard F. Burke, Jr.<br>Date: November 18, 2014 | /S/ CARLTON D. FISHER<br>Carlton D. Fisher<br>Date: November 18, 2014 |