IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MURRAY SCHEINMAN, Plenary Guardian of the Estate of and Person of JEFFREY J. SCHEINMAN, a Disabled Person,<br><br>Plaintiff,<br><br>v.<br><br>MARTIN'S BULK MILK SERVICE, INC., SAMUEL G. FRANKE and UNIVERSAL AM CAN LTD., Successor to OVERNITE EXPRESS, INC., and INTERNATIONAL PAPER COMPANY<br><br>Defendants. | Case No. 09 cv 5340<br><br>Judge James F. Holderman |

**AGREED ORDER GRANTING PLAINTIFF'S MOTION AND STIPULATION FOR A VOLUNTARY DISMISSAL OF INTERNATIONAL PAPER COMPANY [395]**

    IT IS HEREBY ORDERED that pursuant to Plaintiff's Motion for Voluntary Dismissal of the Defendant International Paper Company and the Agreed Stipulation of the Plaintiff and International Paper Company, the Plaintiff's claim against International Paper Company is voluntarily dismissed with prejudice, without leave to re-file against International Paper Company and without costs to either party.

Date: 11/19/14                                ENTERED:

                                                       *James F. Holderman*
                                                       James F. Holderman
                                                       United States District Judge