# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1
### Eastern Division

Murray Scheinman

                      Plaintiff,

v.                                                        Case No.: 1:09−cv−05340
                                                       Honorable James F. Holderman

Martin's Bulk Milk Service, Inc., et al.

                      Defendant.


## NOTIFICATION OF DOCKET ENTRY


This docket entry was made by the Clerk on Thursday, November 20, 2014:

       MINUTE entry before the Honorable James F. Holderman: This case has been resolved pursuant to the parties' settlement agreement, the terms of which are set forth in the court's sealed order [397] approving Plaintiff's Petition to Approve Settlement for a Disabled Person. The parties intend to file a stipulation to dismiss once they execute the final settlement documents and the defendants meet certain threshold requirements set forth in the settlement agreement. The court will dismiss the case, with prejudice, upon the filing of that stipulation. Notice mailed by judge's staff (ntf, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.