IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MURRAY SCHEINMAN, Plenary Guardian of the Estate and Person of JEFFREY J. SCHEINMAN, a Disabled Person, <br><br>  Plaintiffs, <br><br> vs. <br><br> MARTIN'S BULK MILK SERVICE, INC., SAMUEL G. FRANKE, UNIVERSAL AM CAN LTD., Successor to OVERNITE EXPRESS, INC. <br><br>  Defendants. | No. 09 cv 5340 <br><br> Honorable James F. Holderman |

### PLAINTIFF'S MOTION AND STIPULATION TO VACATE VEHICLE PRESERVATION ORDER

Plaintiff, MURRAY SCHEINMAN, Plenary Guardian of the Estate and Person of JEFFREY J. SCHEINMAN, a Disabled Person, through his attorneys, CLIFFORD LAW OFFICES, P.C., moves this Court to vacate the Agreed Protective Order entered on January 12, 2012, and in support thereof, states as follows:

1. The instant case involves injuries sustained by Jeffrey Scheinman while he was driving his BMW automobile. During the course of this litigation the parties asked to preserve the car and Magistrate Judge Susan E. Cox entered an Agreed Protective Order for Scheinman BMW vehicle on January 12, 2012, a copy of which is attached (Doc. #224).

2. The instant case has been settled by agreement and the Court has approved that settlement on November 20, 2014.

3. The only remaining parties to the case at this time are Plaintiff Murray Scheinman, Plenary Guardian of the Estate and Person of Jeffrey Scheinman, Martin's Bulk Milk Service, Inc.,

Samuel G. Franke, and Universal AM-CAN, Ltd. These remaining parties are in agreement that the Agreed Protective Order for the Scheinman BMW vehicle entered on January 12, 2012 is no longer necessary because of the settlement of this case and can be vacated at this time.

4. Plaintiff and Traveler's Personal Insurance Company will make arrangements For disposition of the vehicle by agreement.

WHEREFORE, Plaintiff asks that the Court vacate the Agreed Protective Order for Scheinman BMW vehicle entered on January 12, 2012 and permit Plaintiff and Traveler's Personal Insurance Company to determine the agreed disposition of the vehicle.

/s/Richard F. Burke, Jr.
Richard F. Burke, Jr., One of the Attorneys
for Plaintiff, Murray Scheinman, Plenary
Guardian of the Estate and Person of
Jeffrey Scheinman, a Disabled Person

/s/James Temple
James Temple, One of the Attorneys for Samuel
Franke and Martin's Bulk Milk Service, Inc.

/s/Robert Golden
Robert Golden, One of the Attorneys for
Martin's Bulk Milk Service, Inc.

/s/Carl Fisher
Carl Fisher, One of the Attorneys for
Universal AM-CAN, Ltd.

2

Robert A. Clifford
Richard F. Burke, Jr.
CLIFFORD LAW OFFICES, P.C.
120 North LaSalle Street, Suite 3100
Chicago, Illinois 60602
(312) 899-9090
(312) 251-1160 (Fax)
ARDC No: 03121588