IN THE UNITED STATE DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| MURRAY SCHEINMAN, Plenary Guardian of the Estate and Person of JEFFREY J. SCHEINMAN, a Disabled Person, | ) ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | No. 09-cv-5340 |
| MARTIN'S BULK MILK SERVICE, INC., SAMUEL G. FRANKE, UNIVERSAL AM CAN LTD., Successor to OVERNITE EXPRESS, INC. | ) ) ) ) ) | Honorable James F. Holderman |
| Defendants. | ) | |

## ORDER

This matter having come before the Court on Plaintiff's Motion and Stipulation to Vacate Vehicle Preservation Order and the Court being apprised that this case has been settled per agreement between the remaining parties, it is hereby ordered that the Agreed Protective Order For Scheinman BMW vehicle entered on January 12, 2012 by Magistrate Judge Susan E. Cox is hereby vacated, and Plaintiff Murray Scheinman, Plenary Guardian of the Estate and Person of Jeffrey J. Scheinman, a Disabled Person and Traveler's Personal Insurance Company may reach agreement between themselves for disposition of the vehicle.

ENTERED:

12/12/14

_James F. Holderman_
James F. Holderman
United States District Judge