UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

MURRAY SCHEINMAN, Plenary )
Guardian of the Estate and Person of )
JEFFREY J. SCHEINMAN, a Disabled )
Person, )
  )
          Plaintiff, )
  )
vs. )     Case No.: 09 CV 05340
  )
MARTIN'S BULK MILK SERVICE, INC., )
SAMUEL G. FRANKE, and UNIVERSAL )
AM CAN LTD., successor to OVERNITE )
EXPRESS, INC. )
  )
          Defendants. )

## STIPULATION TO DISMISS

All matters in dispute between the Plaintiff, MURRAY SCHEINMAN, Plenary Guardian of the Estate and Person of JEFFREY J. SCHEINMAN, a disabled person, and the Defendants, MARTIN'S BULK MILK SERVICE, INC., SAMUEL J. FRANKE, and UNIVERSAL AM CAN LTD., successor to OVERNITE EXPRESS, INC., to the above entitled cause having been satisfactorily compromised and settled:

IT IS HEREBY STIPULATED AND AGREED by and between the Plaintiff, MURRAY SCHEINMAN, Plenary Guardian of the Estate and Person of JEFFREY J. SCHEINMAN, a disabled person, and the Defendants, MARTIN'S BULK MILK SERVICE, INC., SAMUEL J. FRANKE, and UNIVERSAL AM CAN LTD., successor to OVERNITE EXPRESS, INC., by their respective attorneys, that the said cause may be dismissed with prejudice in its entirety, including any and all complaints, counter-claims, cross-claims, third-party claims, breach of contract claims, indemnity claims, tender of defense claims, claims for attorneys' fees and costs, and any and all other complaints or pleadings related to any claim for which any action

has been brought in the litigation in this case, without costs to any party, all costs having been paid.

IT IS FURTHER STIPULATED AND AGREED that an Order pursuant to the foregoing may be entered of record without further notice to any party, upon the presentation of this stipulation.

WHEREFORE, the Plaintiff, MURRAY SCHEINMAN, Plenary Guardian of the Estate and Person of JEFFREY J. SCHEINMAN, a disabled person, and the Defendants, MARTIN'S BULK MILK SERVICE, INC., SAMUEL J. FRANKE, and UNIVERSAL AM CAN LTD., successor to OVERNITE EXPRESS, INC., hereto pray that the Court enter an Order dismissing the Plaintiff's Fifth Amended Complaint at Law, as well as any and all counter-claims, cross-claims, third-party claims, breach of contract claims, indemnity claims, tender of defense claims, claims for attorneys' fees and costs, and any other complaints, actions, or pleadings related to the claim for which the litigation in this case has been brought, and any and all causes of action filed by or between the parties in this case, with prejudice.

**Clifford Law Offices**

/s/Richard F. Burke, Jr.
Attorneys for Plaintiff, MURRAY
SCHEINMAN, Plenary Guardian of the Estate
and Person of JEFFREY J. SCHEINMAN, a
disabled person

**Dowd & Dowd, Ltd.**

/s/Robert Golden
Attorneys for Defendants, MARTIN'S BULK
MILK SERVICE, INC. and SAMUEL J.
FRANKE

**Mulherin, Rehfeldt & Varchetto, P.C.**

/s/Joseph G. Skryd
Attorneys for Defendants, MARTIN'S BULK
MILK SERVICE, INC. and SAMUEL J.
FRANKE

**Hinshaw & Culbertson**

/s/Carl Fisher
Attorneys for Defendants, UNIVERSAL AM
CAN LTD., successor to OVERNIGHT
EXPRESS, INC.

2

Prepared by:
MULHERIN, REHFELDT & VARCHETTO, P.C.
211 South Wheaton Avenue, Suite 200
Wheaton, IL 60187
(630) 653-9300