IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MURRAY SCHEINMAN, Plenary Guardian of the Estate and Person of JEFFREY J. SCHEINMAN, a Disabled Person, <br><br> Plaintiffs, <br><br>vs. <br><br>MARTIN'S BULK MILK SERVICE, INC., SAMUEL G. FRANKE, UNIVERSAL AM CAN LTD., Successor to OVERNITE EXPRESS, INC. <br><br>Defendants. | No. 09 cv 5340 <br><br> Honorable James F. Holderman |

**AGREED ORDER**

This matter having come before the Court on the Stipulation to Dismiss agreed to by the Plaintiff, MURRAY SCHEINMAN, Plenary Guardian of the Estate and Person of JEFFREY J. SCHEINMAN, a disabled person, and the Defendants, MARTIN'S BULK MILK SERVICE, INC., SAMUEL J. FRANKE, and UNIVERSAL AM CAN LTD., successor to OVERNITE EXPRESS, INC., and the Court being apprised that this case has been settled per agreement between all remaining parties, and the Court having approved said settlement, it is hereby ordered that the Plaintiff's Fifth Amended Complaint at Law, as well as any and all counter-claims, cross-claims, third-party claims, breach of contract claims, indemnity claims, tender of defense claims, claims for attorneys' fees and costs, and any other complaints, actions, or pleadings related to the claim for which the litigation in this case has been brought, and any and all causes of action filed by or between the parties in this case, are hereby dismissed in their entirety, with prejudice and with all parties to pay their own costs.

ENTERED:

1/6/15

_____
James F. Holderman
United States District Judge